IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES,

1:09cv1039

v.                                    NO. 1:06-cr-00051-MAC-ESH-2

DAVID LEE JACKSON,                          *CAPITAL CASE*

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the following attorney, a member in good standing of this

District, hereby enters his appearance in this matter as counsel of record for movant David Lee

Jackson to pursue post-conviction relief pursuant to 28 U.S.C. § 2255.

Steve Olson
California Bar No. 182240
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone (213) 430-7855
Facsimile (213) 430-6407
solson@omm.com

Copies of all communications and documents should be emailed or faxed to Steve Olson at the

address noted.

Respectfully submitted this 1st day of October, 2009.

/s/ Steve Olson
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-7855
solson@omm.com

Counsel for David Lee Jackson

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing *Notice of Appearance* upon counsel for Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia
Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

     this 1st day of October, 2009.


               /s/ Steve Olson