UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,
  *Movant,*

*1:09cv 1039*

v.

No. 1:06-cr-00051-MAC-ESH-2

UNITED STATES OF AMERICA,
  *Respondent.*

---

**Motion for Immediate Appointment of Co-Counsel
to Pursue All Available Post-Conviction Remedies
and Memorandum of Law in Support**

---

**URGENT: Mr. Jackson's statute of limitations for seeking relief under
28 U.S.C. § 2255 is running.
Accordingly, immediate action is respectfully requested.**

---

### I. MOTION

DAVID LEE JACKSON, an indigent federal prisoner under sentence of death imposed by this Court, respectfully moves the Court, pursuant to 18 U.S.C. § 3599(a)(2), to appoint co-counsel to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255.[1] The undersigned counsel have been informed of the following developments. Mr. Steven Olson, a partner at the Los Angeles Firm of O'Melveny & Myers, has entered a notice of appearance and is representing Mr. Jackson pro bono. Because indigent capital movants, like Mr.

---

[1] This motion is being presented on Mr. Jackson's behalf by undersigned counsel Robert Morrow, whom this Court appointed to represent Mr. Jackson at trial and in the direct appeal proceedings which have just concluded. Because undersigned counsel served as trial counsel, he cannot serve as Mr. Jackson's 2255 counsel. As the Court is aware, 2255 counsel typically must assess prior counsel's performance as part of evaluating the available claims for relief, a task that requires the appointment of other counsel.

Jackson, are entitled to two post-conviction attorneys, Mr. Jackson requests that the Court appoint James C. Lohman, an attorney in private practice in Austin, Texas to assist Mr. Olson in his representation. Mr. Lohman, who is a member of the bar of this Court and the Bar of the Court of Appeals for the Fifth Circuit, has a wealth of capital experience and will ably assist Mr. Olson in Mr. Jackson's case.

**This request is extremely time-sensitive because, as explained below, Mr. Jackson's statute of limitations for filing a motion for relief under 28 U.S.C. § 2255 began running upon the denial of his request for certiorari review.** Accordingly, Mr. Jackson respectfully requests that the Court move expeditiously to guarantee the appointment of appropriately qualified co-counsel, to ensure Mr. Jackson's right to comprehensive, meaningful post-conviction review of his conviction and death sentence.

In support of this request, Mr. Jackson would show the Court as follows.

## II. MEMORANDUM OF LAW IN SUPPORT

### A. Mr. Jackson Seeks Appointment of Co-Counsel to Pursue Post-Conviction Relief, and his Brief Statute of Limitations for Filing such a Motion is Already Running

This Court entered judgment in Mr. Jackson's case on January 9, 2007. Mr. Jackson's conviction and death sentence have since been affirmed on direct appeal. United States v. Jackson, 549 F.3d 963 (5th Cir. 2008). His petition for writ of *certiorari* seeking review of that judgment in the Supreme Court of the United States was denied on October 5, 2009. Jackson v. United States, ___ U.S.___, 2009 WL 382229 (2009). Thus, Mr. Jackson's conviction and sentence have become final on direct review.

Direct review having concluded, Mr. Jackson has just **one year** from October 5 to file a motion for relief under 18 U.S.C. § 2255. *See id.* (providing that "a 1-year period of limitation,"

running from the date the defendant's conviction became final on direct appeal, "shall apply to a motion under this section"). Because Mr. Jackson's statute of limitations for seeking post-conviction relief under 28 U.S.C. §2255 is already running, he respectfully requests that this Court appoint counsel at the earliest opportunity, to vindicate Mr. Jackson's right to "pre-application legal assistance" in investigating and preparing his post-conviction claims. *See* McFarland v. Scott, 512 U.S. 849, 855 (1994); *see also infra.*

Mr. Jackson wishes to pursue every avenue of post-conviction relief, including a petition pursuant to 28 U.S.C. §2255 and any other available remedies, including executive clemency. As noted, Mr. Steven Olson, a partner at the Los Angeles firm of O'Melveny & Myers, has entered a notice of appearance and is representing Mr. Jackson on a pro bono basis. Pursuant to 18 U.S.C. § 3599 which mandates that the Court appoint "one or more attorneys" for an indigent inmate seeking relief from a federal capital conviction or death sentence in proceedings under 28 U.S.C. § 2255 or in any other post-conviction proceedings, including clemency, Mr. Jackson respectfully moves for appointment of co-counsel for Mr. Olson. *See* 18 U.S.C. § 3599(a)(2) ("In any post conviction proceeding under section 2254 or 2255 of title 28, United States Code, seeking to vacate or set aside a death sentence, any defendant who is or becomes financially unable to obtain adequate representation or investigative, expert, or other reasonably necessary services shall be entitled to the appointment of one or more attorneys and the furnishing of such other services in accordance with subsections (b) through (f)").[2]

Upon information and belief, in every federal capital case in Texas that has reached § 2255 proceedings, the district court has appointed two counsel to represent the movant. *See e.g.* Bernard

---

[2] Mr. Jackson is "financially unable" to obtain counsel or other necessary services. This Court previously determined him to be indigent, and accordingly provided him court-appointed legal representation at trial and on direct appeal. Accordingly, Mr. Jackson qualifies for the appointment of counsel pursuant to § 3599(a)(2).

v. United States, Criminal No. W-99-CR-70(2) (W.D. Texas), Vialva v. United States, Criminal No. W-99-CR-70(1) (W.D. Texas); Hall v .United States, Civil Action No. 4-00-CV-422-Y (N.D. Texas), Webster v. United States, Civil Action No. 4:00-CV-1646-Y (N.D. Texas), Agofsky v. United States, No. 1:07-CV-00511-TH (E.D. Texas).

Mr. Olson's appearance as pro bono counsel for Mr. Jackson represents a significant financial savings to the Court as Mr. Olson will not seek compensation for his time litigating the case. However, because Mr. Olson is located in Los Angeles and his practice is not focused on capital habeas litigation, Mr. Jackson respectfully requests that this Court appoint Mr. Lohman as co-counsel to assist Mr. Olson in his representation. Mr. Lohman and Mr. Olson have discussed co-counseling Mr. Jackson's case and have discussed the possibility with Mr. Jackson who expressed an interest in Mr. Lohman's appointment.

### C. Mr. Lohman is Qualified for Appointment

Counsel has been informed that Mr. Lohman, an attorney in Austin, Texas, has over two decades of experience representing capital prisoners in Florida, Texas and Louisiana. He has worked on dozens of capital cases—including federal capital trials and habeas proceedings pursuant to §§2254 and 2255—both as attorney of record and as a consultant. He is a member of this Court as well as the United States Supreme Court, the United States Courts of Appeals for the Fifth and Eleventh Circuits, the United States District Courts for the Southern District of Texas, and the United States District Court for the Southern District of Florida. He has represented capital habeas petitioners as lead counsel of record in the Northern and Middle Districts of Florida and been appointed as lead counsel in a federal capital habeas case in the Southern District of Texas. Mr. Lohman's background, knowledge, and experience enable him to represent Mr. Jackson pursuant to 18 U.S.C. 3599(c) and (d).

**Conclusion and Prayer for Relief**

WHEREFORE, Mr. Jackson respectfully requests that the Court appoint James C. Lohman as co-counsel to represent him in seeking all available post-conviction remedies. A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ Douglas M. Barlow
DOUGLAS M. BARLOW, TBL#01753700
Attorney for Defendant
485 Milam - Beaumont, TX 77701
(409) 838-4259

/s/ Robert Morrow
ROBERT MORROW, TBL#14542600
Attorney for Defendant
24 Waterway Ave., Suite 660
The Woodlands, TX, 77380
Phone 281.379.6901

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this the 9th day of October, 2009. Any other counsel of record will be served by facsimile transmission and first class mail, on this the same date.

/s/ Douglas M. Barlow
DOUGLAS M. BARLOW
*Attorney for Defendant*