UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,
    *Movant,*

                    *1:09cv 1039*

    v.                      No. 1:06-cr-00051-MAC-ESH-2

UNITED STATES OF AMERICA,
    *Respondent.*

---

### ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3599

---

Movant David Lee Jackson has moved the Court for appointment of counsel pursuant to

18 U.S.C. § 3599. After considering said Motion, this Court is of the opinion that said Motion

should be, and hereby is, GRANTED. Mr. James C. Lohman is appointed as co-counsel to assist

in the representation of Mr. Jackson.