UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,
     *Movant,*

     v.                     No. 1:06-cr-00051-MAC-ESH-2

UNITED STATES OF AMERICA,
     *Respondent.*

---

### ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3599

---

Movant David Lee Jackson has moved the Court for appointment of counsel pursuant to 18 U.S.C. § 3599. After considering said Motion, this Court is of the opinion that said Motion should be, and hereby is, GRANTED. Mr. James C. Lohman is appointed as co-counsel to assist in the representation of Mr. Jackson.

SIGNED at Beaumont, Texas, this 13th day of October, 2009.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE