**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

U.S. COURT OF APPEALS
RECEIVED
OCT 1 3 2009
NEW ORLEANS, LA.

October 5, 2009

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

U. S. COURT OF APPEALS
**FILED**

OCT 16 2009

CHARLES R. FULBRUGE III
CLERK

Re:  David Lee Jackson
     v. United States
     No. 08-8713
     (Your No. 06-41680)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 2 9 2009

DAVID J. MALAND, CLERK
BY
DEPUTY

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk