

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 16, 2009

Mr. David Maland
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
US Courthouse
Beaumont, TX 77701-0000

        No. 06-41680,  USA, et al v. Jackson, et al
              USDC No. 1:06-CR-51-2

Enclosed is a copy of the Supreme Court order denying certiorari.


                        CHARLES R. FULBRUGE III, Clerk

                        *Charlene A. Vogelaar*

                    By:_____
                        Charlene A. Vogelaar, Deputy Clerk
                        504-310-7648