UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, <br> *Movant,* | ) <br> ) <br> ) | |
| v. | ) <br> ) | CASE NO. 1:06-CR-51-MAC |
| | ) <br> ) | |
| UNITED STATES OF AMERICA, <br> *Respondent.* | ) <br> ) | |

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the following attorney, a member in good standing of this District, hereby enters his appearance in this matter as counsel of record for movant David Lee Jackson to pursue post-conviction relief pursuant to 28 U.S.C. § 2255.

> Steven H. Bergman
> California Bar No. 180542
> O'MELVENY&MYERS, LLP
> 400 South Hope Street
> Los Angeles, CA 90071
> Telephone: 213.430.7628
> Facsimile: 213.430.6407
> sbergman@omm.com

Steven H. Bergman will serve as co-counsel with Steve Olson and James C. Lohman. A copy of all communications and documents should be emailed or faxed to Steven H. Bergman at the address noted.

LA2:910047.1

1

Dated:  June 18, 2010                         Respectfully submitted,


                                              _____/Steven H. Bergman/_____
                                              Steven H. Bergman (Cal Bar #180542)
                                              O'MELVENY & MYERS LLP
                                              400 S. Hope St.
                                              Los Angeles, CA 90071
                                              Telephone:  213.430.7628
                                              sbergman@omm.com

                                              Co-counsel for Defendant/Petitioner
                                              DAVID LEE JACKSON

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing *Notice of Appearance* upon counsel for Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia
Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

this 18th day of June, 2010.


                                        _____/Steven H. Bergman/_____