IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | NO. 1:06-CR-51-001 |
| DAVID LEE JACKSON | § | |

## ORDER

By order of February 16, 2010 the district court entered an order authorizing the expenditure of an amount not to exceed $20,000 for expert services plus $5,000 in travel expenses. By order of May 28, 2010, the district court approved a subsequent motion for authorization of additional funds for expert assistance in the amount of $15,000. I hereby also approve these expenditures in excess of the presumptive limits set by the Criminal Justice Act.

Any requests for an increase in the overall budgeted amount for expert services must again be submitted for circuit approval and will be closely scrutinized.

At the district court's discretion, interim payments within the approved budget may be made to service providers during the pendency of the case without further circuit approval. However, for payments in excess of the presumptive limits, twenty percent of the amount approved for fees must be withheld as retainage. Expenses may be paid in full. The amount so withheld shall be requested through the final voucher submitted by the service provider, and must be submitted for circuit approval before payment.

The approval of this budget in no way entitles counsel to employ expert assistance beyond what is reasonably necessary to defend the client.

SO ORDERED.

Dated July 12, 2010

EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT