**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

DAVID LEE JACKSON                    §
                                     §
*versus*                             §   CASE NO. 1:09-CV-1039
                                     §
UNITED STATES OF AMERICA             §

## ORDER

The court TRANSFERS to the docket of United States District Judge Ron Clark the above captioned civil action brought pursuant to 28 U.S.C. § 2255 challenging the conviction and sentence in criminal action number 1:06-CR-51.

SIGNED at Beaumont, Texas, this 23rd day of July, 2010.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE