UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DAVID LEE JACKSON,<br>*Movant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Respondent.* | )<br>)<br>)<br>)<br>) CASE NO. 1:09-CV-01039-RC<br>) (Judge Clark)<br>)<br>)<br>) |

---

**Declaration of Christopher Craig**

---

**URGENT:**
**Mr. Jackson's statute of limitations for seeking relief under 28 U.S.C. § 2255 is running. Accordingly, immediate action is respectfully requested.**

---

I, CHRISTOPHER CRAIG, declare as follows:

1. I am an Associate Attorney at O'Melveny & Myers LLP ("O'Melveny"), 400 South Hope Street, Los Angeles, CA 90071. I make this declaration in support of Petitioner David Lee Jackson's Motion for Leave to Compel Production of Records in the Custody of the United States Bureau of Prisons. I have personal knowledge of the facts set forth herein, or have obtained that knowledge from a review of the files maintained by our office in connection with our representation of Mr. Jackson. If called to testify as a witness I would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the initial request I sent to the Bureau of Prisons under the Freedom of Information Act ("FOIA") on April 13, 2010.

3.  Attached hereto as Exhibit B is a true and correct copy of a letter from the Bureau of Prisons in response to the FOIA request, dated April 30, 2010, which I received from the Bureau of Prisons.

4.  Attached hereto as Exhibit C is a true and correct copy of an additional request I sent to Larry Collins at the Bureau of Prisons under the Freedom of Information Act ("FOIA"), seeking further materials, on May 19, 2010.

5.  I first contacted Larry Collins at the South Central Regional Office of the Bureau of Prisons on April 26, 2010.  This call is referenced in Exhibit B.  I informed Mr. Collins of our October 5, 2010 statutory filing deadline, and requested that he expedite at least some of the materials.  I further explained that we were willing to work with him to speed up the production, but that time was of the essence.  I have followed-up with him repeatedly over the last four months.  In a July 2, 2010 conversation, he informed me that the files were in his office, but that he had not yet reviewed the materials.  I have also directed other staff at O'Melveny to contact Mr. Collins, including Shani Fregia, an associate, and Randy Azarraga, a paralegal.  My most recent message to him, left on August 11, 2010, was ignored.  Other than Exhibit B, I have not received a further response to the requests for materials contained in Exhibits A and C.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct. Executed this 18th day of August, 2010, in Los Angeles, California.

/s/ CHRISTOPHER CRAIG
CHRISTOPHER CRAIG

- 2 -