# EXHIBIT A



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90071-2899 | SHANGHAI |
| CENTURY CITY | | SILICON VALLEY |
| HONG KONG | TELEPHONE (213) 430-6000 | SINGAPORE |
| LONDON | FACSIMILE (213) 430-6407 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

April 13, 2010

OUR FILE NUMBER
3001099-00001

## VIA OVERNIGHT MAIL

WRITER'S DIRECT DIAL
(213) 430-6029

Freedom of Information Act/Privacy Act Section
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

WRITER'S E-MAIL ADDRESS
christophercraig@omm.com

Re:    ***BOP RECORDS RELATED TO USP-BEAUMONT, PARTICULARLY AS REGARDS INMATE-ON-INMATE VIOLENCE***

To Whom It May Concern:

This Requestor, Christopher Craig, respectfully requests records from the Federal Bureau of Prisons ("BOP") under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The BOP currently possesses these records, and it came to possess these records in the legitimate conduct of its official duties. Given time-sensitive features of this request, which concerns the firm's representation of David Lee Jackson, #13567-039, an inmate in federal custody under sentence of death, the Requestor respectfully requests expedited process regarding the records production. *See* 5 U.S.C. § 552(a)(6)(E). His federal habeas proceedings, the subject of our representation, are subject to a statutory one-year period of limitations. *See* 28 U.S.C. § 2255(f)

Mr. Jackson was sentenced to death for the killing of Daryl Brown in the United States Penitentiary ("USP") Beaumont facility on Thursday, December 16, 1999. The Requestor has reason to believe that, in addition to records related to the December 16, 1999 incident, records concerning other incidents at the Beaumont facility, records pertaining to the reclassification of the institution from high to medium security, and any other BOP reports related to problems or dangerous conditions reported at the federal correctional institutions in Beaumont, TX, are vital to Mr. Jackson's defense. A detailed enumeration of the records requested is set forth below.

### Requested Records

Each item requested below is sought for the USP and FCC Beaumont complexes in Beaumont, Texas. The items below do not ask for private employee data. Several of the items below request specific information concerning Mr. Jackson, and so enclosed with this letter is a waiver from

**Request Expedition of Process, 5 U.S.C § 552(a)(6)(E)**

O'MELVENY & MYERS LLP
BOP FOIA Request, April 13, 2010 - Page 2

Mr. Jackson authorizing the release of any confidential records pertaining to him. The Requestor has no objection or preference to any record format, and will readily accept certified electronic documents, where possible and if deemed least expensive.

I respectfully request true copies of the following records:

1. Any and all security camera video tapes, including any available audio recordings, made at USP Beaumont on Thursday, December 16, 1999, between and including 1700 Hours and 1900 hours Central Standard Time.

2. The Inmate Central File for Mr. Jackson, pursuant to Program Statement ("PS") 5800.11.

3. All medical records regarding Mr. Jackson, pursuant to PS 6090.02.

4. All psychological records regarding Mr. Jackson, pursuant to PS 5310.12.

5. Any and all after action reports or board of inquiry reports related to the December 16, 1999 incident, pursuant to PS 1210.21, as well as all 583s and "shots" related to the incident.

6. Any and all other reports, statements, memoranda, correspondence, meeting notes, or any other documents of any kind related to the December 16, 1999 incident.

7. The results of any and all drug and alcohol testing, pursuant to PS 6590.07, conducted in response to the incident.

8. Any and all "records," as liberally construed under FOIA, regarding weapons related to the incident, pursuant to PS 5521.05.

9. Any and all Institutional Character Programs related to the USP or FCC Beaumont facilities, pursuant to PS 1070.08, between and including January 1, 1996 and the date of response to this Request.

10. Any and all "records," as liberally construed under FOIA, related to the Administrative Remedy Program at the Beaumont facilities, pursuant to PS 1330.16, between and including January 1, 1996 and the date of response to this Request.

11. Monthly Staff Rosters and all other records providing the names, ranks, and former duty stations of all USP Beaumont's employees and contracted agent-staff as regularly produced for Regional and Central Office distribution, between and including July 1, 1999 and June 30, 2000.

12. Staff Rosters and all other records providing the names, ranks, and former duty stations of all USP Beaumont's Special Operations and Response Team (SORT) officers, and other units classified as "Use of Force" teams, between and including July 1, 1999 and December 31, 2006.

O'MELVENY & MYERS LLP
BOP FOIA Request, April 13, 2010 - Page 3

13. The certified documents including curriculum vitae, demonstrating each correctional officer's training, experience, and qualifications.

14. Daily duty logs showing present and absent correctional officers at USP Beaumont between and including December 1, 1999 and December 31, 2000.

15. Daily duty logs showing present and absent staff, **inclusive of all positions,** at USP Beaumont between and including December 1, 1999 and December 31, 2000.

16. All logs, reports, and other daily or weekly compilations produced by USP Beaumont staff in the course of their duties between and including December 1, 1999 and December 31, 2000.

17. Special Housing Review Reports, including but not limited to Form BP-A295, for USP Beaumont between and including December 1, 1999 and December 31, 2000.

18. Staff Rosters and other relevant documents providing the names, ranks, and former duty stations of all USP Beaumont's Medical/Health Services staff between and including December 1, 1999 and December 31, 2000.

19. The certified documents including curriculum vitae and licensure information demonstrating each medical division agent's training, experience, and qualifications for duty on USP Beaumont's Medical Staff.

20. Monthly Reports of Health Services Staff, including but not limited to Form BP-A811.060, between and including January 1, 1996 and December 31, 2000.

> *The Requestor understands segregated records must be redacted such that all personally identifying information is removed, and released records thus will not constitute unwarranted invasions of personal privacy. The intent of this item is to retrieve data including, but not limited to, a compilation of medical services rendered to inmates in the target timeframe, infirmary reports, sick call logs, natures of medical complaints, treatment regimen and outcomes, and average duration of infirmary stays, to review the type of health care received by USP Beaumont inmates.*

21. Any and all reports, statements, memoranda, correspondence, meeting notes, or any other documents, including after action reports or board of inquiry reports, as well as all 583s and "shots," related to assaults or other violent incidents, whether involving inmates or staff, at USP Beaumont between and including January 1, 1996 and December 31, 2006.

22. Any and all reports, statements, memoranda, correspondence, meeting notes, or any other documents, including after action reports or board of inquiry reports, as well as all 583s and "shots", related to weapons possession at USP Beaumont between and including January 1, 1996 and December 31, 2006.

O'Melveny & Myers llp
BOP FOIA Request, April 13, 2010 - Page 4

23. Any and all complaints, grievances, and other documents regarding USP Beaumont filed by any employees' union or other group of organized labor, with any level of the Federal Bureau of Prisons, between and including January 1, 1996, and December 31, 2006.

24. Logbooks and any other records recording inmate and staff movements within USP Beaumont on December 16, 1999.

25. Any and all reports, statements, memoranda, correspondence, meeting notes, or any other documents, related to the reclassification of USP Beaumont from a high- to a medium-security FCC institution in 2008.

The Requester recognizes that some of these requests may be time-intensive or difficult to obtain, and as such respectfully asks that materials be sent as they become available. The Requestor thanks the Bureau for its prompt assistance in this time-sensitive request. He remains available at any of the letterhead contacts for questions or concerns, and assures the BOP of willingness to assist an expeditious and substantive response.

Sincerely,

Christopher Craig

cc:
JOHN B. FOX, WARDEN (OR OTHER RELEVANT OFFICIAL)
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26035
BEAUMONT, TX 77720

LA2:906041.3