# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

APR **30** 2010

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

Christopher Craig
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071

Re:    Freedom of Information Request Number 2010-06971
       JACKSON, David; Register Number 11367-039

Dear Mr. Craig:

This is in response to your request for a copy of specific
Federal Bureau of Prisons records pertaining to inmate David
Jackson and regarding various incidents and records regarding the
Federal Correctional Complex (FCC) and specifically, the United
States Penitentiary (USP) at Beaumont, Texas.  You specifically
requested:

1.   Any and all security camera video tapes, including any
     available audio recordings, made at USP Beaumont on
     Thursday, December 16, 1999, between 5:00P.M. and 7:00P.M.
2.   The central, medical and psychology files pertaining to
     inmate Jackson.
3.   Any and all after action reports or board of inquiry reports
     related to the December 16, 1999, as well as any "583s"
     (forms BP-A0583, Report of Incident) or "shots" (forms BP-
     A288, Incident Report) related to the incident.
4.   Any and all reports, statements, memoranda, correspondence,
     meeting notes or any other documents of any kind related to
     the December 16, 1999, incident.
5.   The results of any and all drug and alcohol testing
     conducted in response to the incident.
6.   Any and all records regarding weapons related to the
     December 16, 1999, incident.
7.   Any and all Institution Character Programs related to the
     USP or FCC Beaumont facilities between January 1, 1996, and
     the date of this request.

**SENSITIVE BUT UNCLASSIFIED**

FOIA Req. No. 2010-06971
JACKSON, David; Reg. No. 13567-039
Page 2

8.  Any and all records related to the Administrative Remedy
    Program at the Beaumont facilities between and including
    January 1, 1999, and the date of this request.
9.  Monthly staff rosters and all other records providing the
    names, ranks, and former duty stations of all USP Beaumont's
    employees and contracted agent-staff as regularly produced
    for Regional and Central Office distribution, between
    July 1, 1999, and June 30, 2000.
10. Staff rosters and all other records providing the names,
    rank, and former duty stations of all USP Beaumont's Special
    Operations and Response Team (SORT) officers, and other
    units classified as "Use of Force" teams, between  July 1,
    1999, and December 31, 2006.
11. The certified documents including curriculum vitae,
    demonstrating each correctional officer's training,
    experience and qualifications.
12. Daily duty logs showing present and absent correctional
    officers at USP Beaumont between and including December 1,
    1999, and December 31, 2000.
13. Daily duty logs showing present and absent staff, inclusive
    of all positions, at USP Beaumont between and including
    December 1, 1999, and December 31, 2000.
14. All logs, reports, and other daily or weekly compilations
    produced by USP Beaumont staff in the course of their duties
    between and including December 1, 1999, and December 31,
    2000.
15. Special Housing Review Reports (forms BP-A295) for USP
    Beaumont between and including December 1, 1999, an
    December 31, 2000.
16. Staff rosters and other relevant documents providing the
    names ranks, and former duty stations of all USP Beaumont's
    Medical/Health Services staff between and including
    December 1, 1999, and December 31, 2000.
17. The certified documents including curriculum vitae and
    licensure information demonstrating each medical division
    agent's training, experience, and qualifications for duty on
    USP Beaumont's medical staff.
18. Monthly Reports of Health Services Staff (forms BP-A811)
    between and including January 1, 1996, and December 31,
    2000.
19. Any and all reports, statements, memoranda, correspondence,
    meeting notes, or any other documents, including after
    action reports or board of inquiry reports, as well as 583s
    and "shots" related to assaults, other violent incidents, or

**SENSITIVE BUT UNCLASSIFIED**

FOIA Req. No. 2010-06971
JACKSON, David; Reg. No. 13567-039
Page 3

    possession of weapons, whether involving inmates or staff, at USP Beaumont between and including January 1, 1996, and December 31, 2006.

20. Any and all complaints, grievances, and other documents regarding USP Beaumont filed by any employees' union or other group of organized labor, with any level of the Federal Bureau of Prisons, between and including January 1, 1996 and December 31, 2006,

21. Logbooks and other records recording inmate and staff movements within USP Beaumont on December 16, 1999.

22. Any and all reports, statements, memoranda, correspondence, meeting notes, or any other documents, related to the reclassification of USP Beaumont from a high to a medium security level institution in 2008.

With regard to request items 16 and 17 for records pertaining to medical staff at USP Beaumont, medical services at FCC Beaumont are provided by staff of the University of Texas Medical Branch (UTMB) pursuant to contract. Your request for information or record pertaining to UTMB staff should be directed to UTMB.

It is noted that the authorization for the release of records executed by inmate Jackson referenced in your letter was not received with your letter. Pursuant to Title 28, Code of Federal Regulations, Section 16.41(d) (1), the requester's signature must be notarized or submitted under penalty of perjury. Additional information is provided at Title 28, Code of Federal Regulations, Section 513.50, et. seq. We are enclosing form DOJ-361, Certification of Identity, for your use in documenting inmate Jackson's authorization for the release of information. Please return the executed form DOJ-361 or other appropriate authorization for the release of information. Your requests for records specifically pertaining to inmate Jackson cannot be processed without proper authorization for the release of information.

It is also noted you requested expedited processing of your request. Additionally, in a conversation with a member of my staff on or about April 26, 2010, you indicated you wish to initially receive records responsive to the items listed above as numbers 1, 2, 3, 4, and 7, and agreed to pay a duplication fee of up to two hundred dollars ($200.00) for this initial release. With regard to the remaining items of the request an estimate will be provided.

**SENSITIVE BUT UNCLASSIFIED**

FOIA Req. No. 2010-06971
JACKSON, David; Reg. No. 13567-039
Page 4

Pursuant to Title 28, Code of Federal Regulations, Section 16.5(d), a request can be expedited if:

(1)    Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;

(2)    An urgent need to inform the public about an actual or alleged federal government activity exists;

(3)    A loss of substantial due process exists;

(4)    The matter is of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence;

There is no indication that your request meets the above identified criteria; therefore, your request that the requested information be provided expeditiously is denied.

Please note that pursuant to Title 28, Code of Federal Regulations, Section 16.11(3)(f), the certification of records is a special service that can be performed as a matter of administrative discretion.  Due to the extremely high volume of requests being received by the Bureau of Prisons at this time, we are not providing such service for records requested pursuant to the Freedom of Information and Privacy Acts.  If you are in need of true and accurate copies to present in an administrative matter or to a court, you may request the records in accordance with the discovery rules set forth by the court maintaining jurisdiction over the case.

Due to the large number of requests received by the BOP for disclosure of records pursuant to the Freedom of Information and Privacy Acts, and due to the limited resources available to process such requests, the BOP has adopted a "first-in, first-out" practice of processing all incoming requests.

Your request has been placed in chronological order based on the date of receipt and will be handled as expeditiously as possible when it is assigned for processing.

**SENSITIVE BUT UNCLASSIFIED**

FOIA Req. No. 2010-06971
JACKSON, David; Reg. No. 13567-039
Page 5

Pursuant to Title 28, Code of Federal Regulations, Section 16.9,
the denial of your request for expedited processing may be
appealed to the Attorney General by writing to the Office of
Information Policy, Department of Justice, 1425 New York Avenue,
Suite 11050, Washington, DC 20530-0001.  Both the letter and
envelope should be marked "FOIA Request Appeal."  Your appeal
must be received by OIP within sixty (60) days of the date of
this letter.

Sincerely,

Jason A. Sickler
Regional Counsel

lc

**SENSITIVE BUT UNCLASSIFIED**