# EXHIBIT C



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90071-2899 | SHANGHAI |
| CENTURY CITY | | SILICON VALLEY |
| HONG KONG | TELEPHONE (213) 430-6000 | SINGAPORE |
| LONDON | FACSIMILE (213) 430-6407 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

May 19, 2010

OUR FILE NUMBER
3001099-00001

## VIA OVERNIGHT MAIL

WRITER'S DIRECT DIAL
(213) 430-6029

Federal Bureau of Prisons
Southwest Regional Office
4211 Cedar Springs Rd., Suite 300
Dallas, TX 75219
Attention: Larry Collins

WRITER'S E-MAIL ADDRESS
christophercraig@omm.com

Re:    ***BOP RECORDS RELATED TO USP-BEAUMONT***

Dear Mr. Collins:

Please find enclosed a signed Department of Justice ("DOJ") release form for the records pertaining to David Lee Jackson, #13567-039, requested in my prior letter of April 13, 2010.

Also, with this letter, I would like to make the following additional requests from the Federal Bureau of Prisons ("BOP") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The BOP currently possesses these records, and it came to possess these records in the legitimate conduct of its official duties. Given time-sensitive features of this request, which concerns an inmate in federal custody under sentence of death, I respectfully request expedited process regarding these records. *See* 5 U.S.C. § 552(a)(6)(E). His federal habeas proceedings, the subject of our representation, are subject to a statutory one-year period of limitations. *See* 28 U.S.C. § 2255(f)

### Requested Records

Each item requested below is sought for the USP and FCC Beaumont complexes in Beaumont, Texas. The items below do not ask for private employee data. I have no objection or preference to any record format, and will readily accept certified electronic documents, where possible and if deemed least expensive.

I respectfully request true copies of the following records:

1. Logbooks and any other records recording inmate and staff movements within USP Beaumont on February 24, 2000.

**Request Expedition of Process, 5 U.S.C § 552(a)(6)(E)**

O'MELVENY & MYERS LLP
BOP FOIA Request, May 19, 2010 - Page 2


2. Logbooks and any other records recording inmate and staff movements within the Special Housing Unit at USP Beaumont during the week of February 20 through February 26, 2000.

3. All available files and records concerning BOP employees Nick Pasao, Scott Wilson, Michael Mattes, Kelvin Tims, David Kappaeris, Danny Wilhite, Gary Vann, Stephen Rice, Jason Marten, Joel Rogalsky, Raymond Chopane, and Larry Devereaux, during the period when any and all such individuals were working at USP Beaumont.

Thank you again for your prompt assistance in this time-sensitive request.

Sincerely,

Christopher Craig

U.S. Department of Justice | **Certification of Identity** |

---

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  David Lee Jackson

Citizenship Status [2]  USA          Social Security Number [3]  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

Current Address  USP -- Terre Haute, Terre Haute, IN 47808

Date of Birth  3/20/1960          Place of Birth  Detroit, Michigan

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _David L Jackson_          Date  3-23-10

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Christopher Craig

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.