**CERTIFICATE OF CONFERENCE**

This motion is opposed, and filed in accordance with the "meet and confer" requirement of L.R. CV-7(h), pursuant to a conversation and correspondence between James Lohman, undersigned counsel for Mr. Jackson, and Assistant United States Attorneys Joe Batte and Robert Hobbs on July 15 and July 26, 2010. The position of the United States Attorney's Office with regard to a discovery conference in this matter was stated by AUSA Robert Hobbs in an email to Mr. Lohman on July 26, 2010: "As for your discovery motions, please go ahead and file them with the court.  It is has been our practice not to provide discovery before receiving guidance from the court."

/s/ JAMES C. LOHMAN_____ _
JAMES C. LOHMAN