## PROOF OF SERVICE

I, Patricia R. Mackoff, declare that I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On August 19, 2010 I served the within documents:

**PETITIONER DAVID LEE JACKSON'S MOTION FOR LEAVE TO COMPEL PRODUCTION OF RECORDS IN THE CUSTODY OF THE UNITED STATES BUREAU OF PRISONS**

**DECLARATION OF CHRISTOPHER CRAIG**

**CERTIFICATE OF CONFERENCE**

☒   The following parties in this matter have been served electronically by filing via the CM/ECF system:

Douglas Milton Barlow
dmbfed@gtbizclass.com

Joseph Robert Batte
joe.batte@usdoj.gov,
USATXE.CrimECFBmt@usdoj.gov,belinda.hinson@usdoj.gov

Steven Harris Bergman
sbergman@omm.com

James Charles Lohman
jclohman@yahoo.com

Robert A. Morrow, III
ramorrow15@gmail.com,Vicky_baltz@yahoo.com

Steven James Olson
solson@omm.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on August 19, 2010, at Los Angeles, California.


                                          /s/Patricia R/ Mackoff
                                          Patricia R. Mackoff