UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

**Order Granting Leave to Compel Production of Records
In the Custody of the United States Bureau of Prisons**

Movant David Lee Jackson's Motion for Leave to Compel Production of Records in the Custody of the United States Bureau of Prisons (the "Motion") is GRANTED. Pursuant to L.R. CV-45, attorneys for Mr. Jackson may prepare a subpoena compelling production, by no later than September 15, 2010, of the materials requested in counsel's April 13, 2010 and May 19, 2010 letters to the Bureau of Prisons, which are referenced in the Motion.

So ordered.

1