IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| vs. | § | NO. 1:09-CV-01039 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **NOTICE TO THE COURT OF SUBSTITUTION OF COUNSEL**

COMES NOW the United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas, and Joseph R. Batte, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to substitute Kerry M. Klintworth, Assistant United States Attorney, Beaumont Division, for Joseph R. Batte, as counsel for Respondent, United States of America, in this cause, and would show the Court that:

The undersigned, Assistant United States Attorney, Kerry M. Klintworth, should be formally substituted as attorney of record for the Respondent, United States of America, and all further pleadings and papers should be served on:

> Kerry M. Klintworth
> Assistant United States Attorney
> Bar No. 11576300
> 350 Magnolia, Suite 150
> Beaumont, Texas 77701-2248
> (409) 839-2538
> (409) 839-2550 (FAX)
> email:  kerry.klintworth@usdoj.gov

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney
Bar. No.01918070
350 Magnolia Street, Suite 150
Beaumont, Texas 77701-2248
(409)839-2538
(409) 839-2550 fax
email:  joe.batte@udoj.gov

## CERTIFICATE OF SERVICE

On this the 24th day of August 2010, I certify that a true and correct copy of the foregoing Notice to the Court of Substitution of Counsel was sent via electronic transmission to counsel of record.

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney