FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 27 2010

DAVID J. MALAND, CLERK

BY
DEPUTY _____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | | |
| v. | § | NO. 1:06-CR-51-001 |
| | | 1:09 cv 1039 ✓ |
| DAVID LEE JACKSON | § | |

### ORDER

By order of August 12, 2010 the district court entered an order authorizing the expenditure of $10,500 for expert services in addition to the $15,000 that was previously authorized for mental health and investigative experts. I hereby also approve the request in excess of the presumptive limit set by the Criminal Justice Act.

No further requests will be approved.

At the district court's discretion, interim payments within the approved budget may be made to service providers during the pendency of the case without further circuit approval. However, for payments in excess of the presumptive limits, twenty percent of the amount approved for fees must be withheld as retainage. Expenses may be paid in full. The amount so withheld shall be requested through the final voucher submitted by the service provider, and must be submitted for circuit approval before payment.

The approval of this budget in no way entitles counsel to employ expert assistance beyond what is reasonably necessary to defend the clients.

SO ORDERED.

Dated August 23, 2010

_Edith H. Jones_

_____
EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT