UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>*Movant,* | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) | |
| | ) | |

---

**Order to Produce Sealed Trial Records Pertaining to Payments for Attorneys, Experts, and Investigators**

---

Movant David Lee Jackson's Unopposed Motion for Production or Unsealing of Trial Records Pertaining to Payments to Attorneys, Experts, and Investigators (the "Motion") is GRANTED. The clerk of this Court will release to post-conviction counsel all sealed materials related to trial funding of attorneys, experts, and investigators in United States v. Jackson, case 1:06-cr-00051-MAC-ESH, as detailed below:

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2005 | 78 | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $14,340.03, Voucher #050919000004. Signed by Judge Marcia A. Crone on 09/08/05.(bsp) (Entered: 10/07/2005) |
| 10/25/2005 | 83 | CJA 31 Signed by Judge Marcia A. Crone on 6/16/05. (dlc) (Entered: 10/28/2005) |
| 11/03/2005 | 88 | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $19,178.22, Voucher #051103000001. Signed by Judge Marcia A. Crone on 10/29/05.(bsp) |

| | | |
|---|---|---|
| | | (Entered: 12/05/2005) |
| 11/22/2005 | 89 | SEALED CJA30 (Entered: 12/05/2005) |
| 11/22/2005 | 91 | SEALED CJA30 (Entered: 12/05/2005) |
| 12/19/2005 | 97 | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #051219000047. Signed by Judge Marcia A. Crone on 12/13/05.(bsp) (Entered: 01/06/2006) |
| 01/26/2006 | None | Sealed CJA30 forwarded to Tyler (dw, ) (Entered: 01/26/2006) |
| 01/27/2006 | 102 | SEALED CJA31: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 01/19/06.(bsp) (Entered: 02/03/2006) |
| 02/07/2006 | 109 | SEALED CJA 30: Authorization to Pay in Death Penalty Proceedings Voucher #060207000022. Signed by Judge Marcia A. Crone on 02/07/06.(bsp) (Entered: 03/06/2006) |
| 02/14/2006 | 110 | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings Voucher #060214000007. Signed by Judge Marcia A. Crone on 02/14/06.(bsp) (Entered: 03/06/2006) |
| 04/25/2006 | 136 | SEALED CJA31: Authorization to Pay David Brooks in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 04/13/06.(bsp) (Entered: 05/11/2006) |
| 05/02/2006 | None | SEALED CJA31: Authorization to Pay Pamela Stites in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 4/13/06.(bsp) (Entered: 06/06/2006) |
| 07/13/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings. Voucher #060713000005. Signed by Judge Marcia A. Crone on 6/16/06. (bsp) (Entered: 08/08/2006) |
| 07/28/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings. Voucher #060713000004. Signed by Judge Marcia A. Crone on 6/16/06. (bsp) (Entered: 08/08/2006) |
| 08/30/2006 | None | SEALED CJA 0: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #060830000006. Signed by Judge Marcia A. Crone on 07/24/06. (bsp) (Entered: 10/11/2006) |
| 08/30/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #060830000008. Signed by Judge Marcia A. |

| | | |
|---|---|---|
| | | Crone on 07/24/06. (bsp) (Entered: 10/11/2006) |
| 10/26/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Voucher #061026000021. Signed by Judge Marcia A. Crone on 09/21/06. (bsp) (Entered: 11/06/2006) |
| 10/26/2006 | None | SEALED CJA31: Authorization to Pay Dr.Daneen Milam in Death Penalty Proceedings as to David Lee Jackson. Signed by Judge Marcia A. Crone on 10/11/06. (bsp) (Entered: 11/06/2006) |
| 11/06/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $14,516.51, Voucher #061106000011. Signed by Judge Marcia A. Crone on 09/25/06.(bsp) (Entered: 12/11/2006) |
| 11/06/2006 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $18,519.66, Voucher #061106000013. Signed by Judge Marcia A. Crone on 09/25/06.(bsp) (Entered: 12/11/2006) |
| 11/09/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $12,676.08, Voucher #061109000007. Signed by Judge Marcia A. Crone on 10/11/06.(bsp) (Entered: 12/11/2006) |
| 11/09/2006 | None | SEALED CJA31: Authorization to Pay David W. Brooks in Death Penalty Proceedings as to David Lee Jackson Amount: $6,015.30 for Expert Services, Signed by Judge Marcia A. Crone on 10/31/06. (bsp) (Entered: 12/11/2006) |
| 11/14/2006 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $10,047.47, Voucher #061114000011. Signed by Judge Marcia A. Crone on 10/18/06.(bsp) (Entered: 12/11/2006) |
| 02/21/2007 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $52,925.78, Voucher #070221000001. Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $51,756.75, Voucher #070221000002. Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dr. Dan Roberts in Death Penalty Proceedings as to David Lee Jackson Amount: $5,325.00 for Expert |

3

| | | |
|---|---|---|
| | | Services, Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dee Dee Haplin in Death Penalty Proceedings as to David Lee Jackson Amount: $1,600.00 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dr. Elizabeth Pelz in Death Penalty Proceedings as to David Lee Jackson Amount: $10,825.00 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/22/2007 | None | SEALED CJA31: Authorization to Pay Dr. Kate Allen in Death Penalty Proceedings as to David Lee Jackson Amount: $4,586.38 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |

So ordered.

4