UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,                      )
      *Movant,*                           )
                                 )
       v.                              )   CASE NO. 1:09CV-01039-RC
                                 )
                                 )
UNITED STATES OF AMERICA,                )
      *Respondent.*                       )

---

**Proof of Service**

---

## PROOF OF SERVICE

I, Patricia R. Mackoff, declare that I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On September 2, 2010 I served the within documents:

**PETITIONER DAVID LEE JACKSON'S UNOPPOSED MOTION FOR PRODUCTION OR UNSEALING OF TRIAL RECORDS PERTAINING TO PAYMENTS FOR ATTORNEYS, EXPERTS, AND INVESTIGATORS**

**ORDER TO PRODUCE SEALED TRIAL RECORDS PERTAINING TO PAYMENTS FOR ATTORNEYS, EXPERTS, AND INVESTIGATORS**

☒    The following parties in this matter have been served electronically by filing via the CM/ECF system:

Douglas Milton Barlow
dmbfed@gtbizclass.com

Kerry M. Klintworth
kerry.klintworth@usdoj.gov,
USATXE.CrimECFBmt@usdoj.gov,belinda.hinson@usdoj.gov

Steven Harris Bergman
sbergman@omm.com

James Charles Lohman
jclohman@yahoo.com

Robert A. Morrow, III
ramorrow15@gmail.com,Vicky_baltz@yahoo.com

Steven James Olson
solson@omm.com

2

3

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on September 2, 2010, at Los Angeles, California.


                        /s/Patricia R. Mackoff
                          Patricia R. Mackoff