** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

**ORDER**

Before the court is Petitioner David Lee Jackson's unopposed motion to produce or

unseal certain trial records regarding attorney, expert, and investigator funding.  Mr. Jackson

requests that the court either release these CJA 30 and 31s to post-conviction counsel, or, in the

alternative, unseal these records.  Despite the fact that Mr. Jackson's trial counsel represented at

an August 4, 2010 *ex parte* hearing that the complete trial files have been produced, post-

conviction counsel now claims that it is unable to find these billing records.

Taking into account that Mr. Jackson's request is unopposed by the Government, and that

it would be to the benefit of all if Mr. Jackson were able to correctly represent to the court in his

habeas petition the amounts paid to his trial counsel, expert witnesses, and investigators, the

court will grant his request to release the records to post-conviction counsel.  The court will not

unseal the records at this time.[1]

_____

[1]In support of his alternative request to unseal these documents, Mr. Jackson points the
court to 18 U.S.C. § 3599(g)(3).  This provision states that the amounts paid for counsel,
investigators, experts, and other reasonably necessary services "shall be disclosed to the public

The court will direct the Clerk will send the requested documents to Mr. Jackson's counsel James Lohman immediately.  However, at the time this case went to trial, CJA vouchers were not always scanned into the District's computer systems, with the result being that certain CJA vouchers requested by Mr. Jackson exist only in paper format.  The court has asked the Clerk to find the vouchers for January 26, 2006, January 27, 2006, April 25, 2006, May 2, 2006, and November 6, 2006 (CJA 30 with respect to Robert Morrow). When the paper copies are found,they will be provided to Mr. Lohman.   The remainder of the requested vouchers, along with two vouchers which were not requested but also concern CJA 30/31expenditures, will be provided.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion for Production or Unsealing of Trial Records [Doc. # 30] is GRANTED.  The Clerk will send the following documents to James Lohman, at 1806 E. 39th St., Austin, TX, 78722:

| Date Filed | Doc. # | Docket Text |
|---|---|---|
| 9/19/2005 | 78 | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $14,340.03, Voucher #050919000004. Signed by Judge Marcia A. Crone on 09/08/05.(bsp) (Entered: 10/07/2005) |
| 10/25/2005 | 83 | CJA 31 Signed by Judge Marcia A. Crone on 6/16/05. (dlc) (Entered: 10/28/2005) |
| 11/3/2005 | 88 | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $19,178.22, Voucher #051103000001. Signed by Judge Marcia A. Crone on 10/29/05.(bsp) |

---

*after* the disposition of the petition." (emphasis added).  Without citing any authority to support his position, Mr. Jackson suggests that "petition" should be construed as referring to a writ of certiorari to the Supreme Court, rather than just a habeas proceeding under Section 2255.  The court need not reach this issue to resolve the motion, as it finds providing the requested documents to Mr. Jackson's post-conviction counsel only is appropriate.

| 11/22/2005 | 89 | SEALED CJA30 (Entered: 12/05/2005) |
|---|---|---|
| 11/22/2005 | 91 | SEALED CJA30 (Entered: 12/05/2005) |
| 12/19/2005 | 97 | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #051219000047. Signed by Judge Marcia A. Crone on 12/13/05.(bsp) (Entered: 01/06/2006) |
| 01/26/2006 | None | Sealed CJA30 forwarded to Tyler (dw, ) (Entered: 01/26/2006) |
| 01/27/2006 | 102 | SEALED CJA31: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 01/19/06.(bsp) (Entered: 02/03/2006) |
| 02/07/2006 | 109 | SEALED CJA 30: Authorization to Pay in Death Penalty Proceedings Voucher #060207000022. Signed by Judge Marcia A. Crone on 02/07/06.(bsp) (Entered: 03/06/2006) |
| 02/14/2006 | 110 | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings Voucher #060214000007. Signed by Judge Marcia A. Crone on 02/14/06.(bsp) (Entered: 03/06/2006) |
| 04/25/2006 | 136 | SEALED CJA31: Authorization to Pay David Brooks in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 04/13/06.(bsp) (Entered: 05/11/2006) |
| 05/02/2006 | None | SEALED CJA31: Authorization to Pay Pamela Stites in Death Penalty Proceedings as to David Lee Jackson Signed by Judge Marcia A. Crone on 4/13/06.(bsp) (Entered: 06/06/2006) |
| 07/13/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings. Voucher #060713000005. Signed by Judge Marcia A. Crone on 6/16/06. (bsp) (Entered: 08/08/2006) |
| 07/28/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings. Voucher #060713000004. Signed by Judge Marcia A. Crone on 6/16/06. (bsp) (Entered: 08/08/2006) |
| 08/30/2006 | None | SEALED CJA 0: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #060830000006. Signed by Judge Marcia A. Crone on 07/24/06. (bsp) (Entered: 10/11/2006) |
| 08/30/2006 | None | SEALED CJA30: Authorization to Pay in Death Penalty Proceedings as to David Lee Jackson Voucher #060830000008. Signed by Judge Marcia A. |

| | | Crone on 07/24/06. (bsp) (Entered: 10/11/2006) |
|---|---|---|
| 10/26/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Voucher #061026000021. Signed by Judge Marcia A. Crone on 09/21/06. (bsp) (Entered: 11/06/2006) |
| 10/26/2006 | None | SEALED CJA31: Authorization to Pay Dr.Daneen Milam in Death Penalty Proceedings as to David Lee Jackson. Signed by Judge Marcia A. Crone on 10/11/06. (bsp) (Entered: 11/06/2006) |
| 11/06/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $14,516.51, Voucher #061106000011. Signed by Judge Marcia A. Crone on 09/25/06.(bsp) (Entered: 12/11/2006) |
| 11/06/2006 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $18,519.66, Voucher #061106000013. Signed by Judge Marcia A. Crone on 09/25/06.(bsp) (Entered: 12/11/2006) |
| 11/09/2006 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $12,676.08, Voucher #061109000007. Signed by Judge Marcia A. Crone on 10/11/06.(bsp) (Entered: 12/11/2006) |
| 11/09/2006 | None | SEALED CJA31: Authorization to Pay David W. Brooks in Death Penalty Proceedings as to David Lee Jackson Amount: $6,015.30 for Expert Services, Signed by Judge Marcia A. Crone on 10/31/06. (bsp) (Entered: 12/11/2006) |
| 11/14/2006 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $10,047.47, Voucher #061114000011. Signed by Judge Marcia A. Crone on 10/18/06.(bsp) (Entered: 12/11/2006) |
| 02/21/2007 | None | SEALED CJA30: Authorization to Pay Robert Morrow in Death Penalty Proceedings as to David Lee Jackson Amount: $52,925.78, Voucher #070221000001. Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to David Lee Jackson Amount: $51,756.75, Voucher #070221000002. Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dr. Dan Roberts in Death Penalty Proceedings as to David Lee Jackson Amount: $5,325.00 for Expert |

| | | |
|---|---|---|
| | | Services, Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dee Dee Haplin in Death Penalty Proceedings as to David Lee Jackson Amount: $1,600.00 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |
| 02/21/2007 | None | SEALED CJA31: Authorization to Pay Dr. Elizabeth Pelz in Death Penalty Proceedings as to David Lee Jackson Amount: $10,825.00 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07. (bsp) (Entered: 03/02/2007) |
| 02/22/2007 | None | SEALED CJA31: Authorization to Pay Dr. Kate Allen in Death Penalty Proceedings as to David Lee Jackson Amount: $4,586.38 for Expert Services, Signed by Judge Marcia A. Crone on 02/08/07.(bsp) (Entered: 03/02/2007) |

So **ORDERED** and **SIGNED** this **7**   day of **September, 2010.**

Ron Clark, United States District Judge

4