UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**[PROPOSED] ORDER GRANTING MOVANT'S UNOPPOSED MOTION TO SEAL DAVID LEE JACKSON'S 28 U.S.C. § 2255 PETITION**

---

Movant's Motion to Seal David Lee Jackson's 28 U.S.C. § 2255 Petition is GRANTED.

IT IS THEREFORE ORDERED that the District Clerk file David Lee Jackson's 28 U.S.C. § 2255 Petition, including the Motion for Collateral Relief and all accompanying exhibits and declarations, under seal.