UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**NOTICE OF ERRATA**

---

Petitioner David Lee Jackson submits this Notice of Errata to correct an error in

the electronic filing of his Petition for Collateral Relief and accompanying documents.

On October 5, 2010, Petitioner submitted a "Motion for Collateral Relief."

Petitioner entitled this a "Motion" in error.  In order to correct this error, Plaintiff hereby

withdraws that Motion and corresponding documents and will re-file.

Dated:  October 5, 2010                            RESPECTFULLY SUBMITTED,

/s/ STEVEN J. OLSON                       /s/ JAMES C. LOHMAN
STEVEN J. OLSON (Cal Bar #182240)        JAMES C. LOHMAN (Fl Bar #0570214)
STEVEN H. BERGMAN (Cal Bar #180542)      1806 East 39th Street
O'MELVENY & MYERS LLP                    Austin, TX 78722
400 S. Hope St.                          Attorneys for Defendant/Petitioner
Los Angeles, CA 90071                    DAVID LEE JACKSON