UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,          )
     *Movant,*            )
                     )
     v.              )  CASE NO. 1:09CV-01039-RC
                     )
                     )
UNITED STATES OF AMERICA,   )
     *Respondent.*       )

---

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT
(PETITION FOR COLLATERAL RELIEF - REDACTED VERSION)**

**EXHIBITS 1 - 22 ( of  90 ) (Redacted Version)**