**David Lee Jackson v. The United States of America**
**[3001099-01]**

## APPENDIX OF EXHIBITS TO PETITION FOR COLLATERAL RELIEF

| EXHIBIT NOS. | DATE | DESCRIPTION |
|---|---|---|
| 1. | 09/29/10 | Declaration and Curriculum Vitae of Richard G. Dudley, Jr., M.D. dated 09/29/10. |
| 2. | 09/29/10 | Declaration of Daneen Milam, Ph. D. dated 09/29/10. |
| 3. | 09/29/10 | Declaration and Curriculum Vitae of Dale Watson, Ph.D. dated 09/29/10. |
| 4. | 09/28/10 | Declaration of Mark Bezy dated 09/28/10. |
| 5. | 09/27/10 | Declaration of Pamela Stites dated 09/27/10. |
| 6. | 09/24/10 | Declaration and Curriculum Vitae of Victoria Swanson, Ph. D. dated 09/24/10. |
| 7. | 09/02/10 | *Federal Death Row Prisoners*, Death Penalty Information Center,http://www.deathpenaltyinfo.org/federal-death-row-prisoners (last updated Sept. 2, 2010). |
| 8. | 07/17/10 | Declaration of Marion Jordan dated 07/17/10. |
| 9. | 07/17/10 | Declaration of Alfred Little dated 07/17/10. |
| 10. | 07/17/10 | Declaration of Marcos Martinez dated 07/17/10. |
| 11. | 07/17/10 | Declaration of Chiketa Palmore-Bryant dated 07/17/10. |
| 12. | 07/17/10 | Declaration of Dave Wallace III dated 07/17/10. |
| 13. | 07/16/10 | Declaration of Harriet Bass dated 07/16/10. |
| 14. | 07/16/10 | Declaration of Yvette McCaskill dated 07/16/10. |
| 15. | 07/15/10 | Declaration of Patricia Jackson dated 07/15/10. |
| 16. | 07/15/10 | Declaration of Pam Little Morrison dated 07/15/10. |
| 17. | 07/13/10 | Declaration of Lionel Bass dated 07/13/10. |
| 18. | 07/10/10 | Declaration of Larry Anderson dated 07/10/10. |
| 19. | 07/10/10 | Declaration of Brenda Boyd dated 07/10/10. |
| 20. | 07/10/10 | Declaration of Harold Jones dated 07/10/10. |
| 21. | 07/09/10 | Declaration of Darrell Evans dated 07/09/10. |
| 22. | 07/02/10 | Declaration of Reginald Carr dated 07/02/10. |
| 23. | 06/30/10 | McGrew, Kevin S., Is the Flynn Effect Scientifically Accepted Fact?, Institute for Applied Psychometrics, June 30, 2010, available at http://www.iapsych.com/iapap101/iapap1017.pdf. |
| 24. | 06/16/10 | Declaration of Juanita Newby dated 06/16/10. |
| 25. | 06/16/10 | David Jackson, Leroy Jackson, and Sammie Lee Jackson Total Earnings, Social Security Administration. |
| 26. | 05/19/10 | Kanaya & Ceci, "The Flynn Effect in WISC Subtests Among School Children Tested For Special Education Services", Journal of Psychoeducational Assessment, XX(X) 1-12, May 19 2010, available at http://www.iapsych.com/iqmr/fe/LinkedDocuments/kanaya2010.pdf. |
| 27. | 05/11/10 | Total Earnings for David Jackson, Social Security Administration. |

**David Lee Jackson v. The United States of America**
**[3001099-01]**

**APPENDIX OF EXHIBITS TO PETITION FOR COLLATERAL RELIEF**

| EXHIBIT NOS. | DATE | DESCRIPTION |
|---|---|---|
| 28. | 00/00/10 | Intellectual Disability: Definition, Classification, and Systems of Supports (AAIDD, 2010) (11th ed. Of AAIDD Definitional Manual). |
| 29. | 09/11/09 | Notice of Intent Chart - Aggravation Alleged in Federal Death Penalty Cases dated 09/11/09. |
| 30. | 08/24/09 | Letter from Wanda M. Hunt to Christie Gibbens dated 08/24/09 re homicides at BOP w/ attachment of BOP homicides from 1996 - June 2009. |
| 31. | 08/00/09 | Brandon Sample, "Violence on the Rise in BOP Facilities", Prison Legal News, Vol. 20, No. 8 (August 2009). |
| 32. | 02/27/09 | Shailesh N. Humbad, "Detroit Population History 1900-2000", Somacon, http://www.somacon.com/p469.php (last modified Feb. 27, 2009). |
| 33. | 00/00/09 | Craig Haney, "On Mitigation As Counter-Narrative: A Case Study of the Hidden Context of Prison Violence", 77 UMKC L. Rev. 911 (2009). |
| 34. | 05/07/08 | Video of *Harlow v. Abbott* dated 05/07/08. |
| 35. | 04/06/08 | Myers, Ryan, "Hardcore Cons Move Out", The Beaumont Enterprise (Texas), Apr. 6, 2008 at 1, State and Regional News, available at LEXIS. |
| 36. | 11/21/06 | "Man heads to death row in murder of Inmate", The Beaumont Enterprise (Texas), Nov. 21, 2006 at 1, State and Regional News, available at http://www.beaumontenterprise.com/news/man_heads_to_death_row _in_murder_of_inmate_06-25-2008_03_58_42.html. |
| 37. | 11/13/06 | Special Verdict Form Sections 1-7, United States v. Jackson, 1:06-CR-00051 (E.D. Tex. May 31, 2006), ECF 328. |
| 38. | 11/06/06 | Fax from Dr. Roberts to Doug Barlow dated 11/06/06 re Jackson case. |
| 39. | 11/06/06 | Letter from Dr. Fitzpatrick to Mr. Barlow dated 11/06/06 re payment request. |
| 40. | 10/20/06 | Fax from Judge Crone to Barlow dated 10/20/06 re List of Jurors. |
| 41. | A. 10/20/06 B. 10/19/06 | Jury Strike Lists. Jury Strike Lists. |
| 42. | 10/11/06 | Letter from inmate George Rivera to Judge Crone dated 10/11/06 re being called as a witness for the defense in the David Jackson case. |
| 43. | 10/02/06 | Jury Questionnaires ████████ dated 10/02/06. |
| 44. | 09/22/06 | Defendant's Requested Instructions, United States v. Jackson, 1:06-CR-0051 (E.D. Tex. Sept. 22, 2006), ECF 225-1. |
| 45. | 09/19/06 | Letter from Joseph R. Batte to Douglas M. Barlow dated 09/19/06 re |

**David Lee Jackson v. The United States of America**
**[3001099-01]**

**APPENDIX OF EXHIBITS TO PETITION FOR COLLATERAL RELIEF**

| EXHIBIT NOS. | DATE | DESCRIPTION |
|---|---|---|
| | | USA v. David Lee Jackson, No. 1:06-CR-51. |
| 46. | 09/15/06 | Email from Robert Morrow to Doug Barlow dated 09/15/06 re Jury Instructions - self defense and Agofsky issues. |
| 47. | 09/12/06 | Letter from Joseph R. Batte to Douglas M. Barlow dated 09/12/06 re USA v. David Lee Jackson, No. 1:06-CR-51 (01). |
| 48. | 07/18/06 | Motion *In Limine* to Exclude Psychiatric or Psychological Testimony Concerning Future Dangerousness and Memorandum of Law, United States v. Jackson, 1:06-CR-00051 (E.D. Tex. July 18, 2006), ECF 159. |
| 49. | 06/26/06 | Transcript of Record (Excerpts), United States v. Gulley, No. 1:05-CR-51 (E.D. Tex. 2006). |
| 50. | 05/31/06 | Order Granting Defendant David Jackson's Motion to Allow Video Deposition, United States v. Jackson, 1:06-CR-00051 (E.D. Tex. May 31, 2006), ECF 139. |
| 51. | 05/30/06 | Motion to Allow Video Deposition, United States v. Jackson, 1:06-CR-0051 (E.D. Tex. May 30, 2006), ECF 137. |
| 52. | 04/05/06 | Hearing on Defendants' Motions to Sever, United States v. Gulley, 1:05-CR-00051 (E.D. Tex. Apr 5, 2006), ECF 119. |
| 53. | 03/16/06 | Defendant Arzell Gulley's Motion For Severance, United States v. Gulley, 1:05-CR-00051 (E.D. Tex. Mar. 16, 2006), ECF 114. |
| 54. | 01/04/06 | Notice of Intent to Seek the Death Penalty, United States v. Jackson, 1:06-CR-00051 (E.D. Tex. Jan. 4, 2006), ECF 96. |
| 55. | 00/00/06 | Letter from inmate James Larkin to Judge Crone undated re being called as a witness for the defense in the David Jackson case. |
| 56. | 00/00/06 | Curriculum Vitae of Dorothy Halpin. |
| 57. | 00/00/06 | Kevin M. Carlsmith, "The Roles of Retribution and Utility in Determining Punishment", 42 J. Experimental Soc. Psych. 437-51 (2006), available at http://ist-socrates.berkeley.edu/~maccoun/LP_Carlsmith.pdf. |
| 58. | 10/07/05 | Email from Robert Morrow to Pamela Stites, et. al. dated 10/07/05 re Jackson Record Summary Request. |
| 59. | 07/27/05 | Letter from Joseph R. Batte to Gerald.E. Bourque & Douglas Barlow dated 07/27/05 re *USA v. Arzell Gulley and David Lee Jackson*, No. 1:05-CR-51. |
| 60. | 05/21/05 | King, Colbert, Op-Ed., "A Witness Pays the Price in Prison", The Washington Post, May 21, 2005, A.19, available at http://www.washingtonpost.com/wp-dyn/content/article/2005/05/20/AR2005052001334_pf.html. |
| 61. | 05/09/05 | Telephonic interview notes of Orlando Rivera from Marc D. Skinner dated 05/09/05. |
| 62. | 00/00/05 | Edens, Colwell, Deforges and Fernandez, The Impact of Mental Health |

**David Lee Jackson v. The United States of America**
**[3001099-01]**

**APPENDIX OF EXHIBITS TO PETITION FOR COLLATERAL RELIEF**

| EXHIBIT NOS. | DATE | DESCRIPTION |
|---|---|---|
| | | Evidence on Support for Capital Punishment: Are Defendants Labeled Psychopathic Considered More Deserving of Death?, Behav. Sci. Law 23: 603-625 (2005). |
| 63. | 11/04/04 | Presentence Investigation Report (PSI Report), United States v. Jackson, No. 4:04-cr-00024 (S.D. Miss. Nov. 4, 2004), ECF 18. |
| 64. | 04/30/04 | Incident / Offense Report by Kevin D. Russell dated 04/30/04. |
| 65. | 02/23/04 | Note in Attorney's File re weapons charge dated 02/23/04. |
| 66. | 10/00/03 | Kanaya, T., Scullin, M.H., & Ceci, S.J., "The Flynn Effect and U.S. Policies: the impact of rising IQ scores on American society via mental retardation diagnoses", American Psychologist (October 2003). |
| 67. | 08/00/03 | James J. Stephan  & Jennifer C. Karberg, Bureau of Justice Statistics, Census of State and Federal Correctional Facilities, 2000 (2003). |
| 68. | 02/00/03 | American Bar Association, Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, Revision Edition (2003). |
| 69. | 01/00/03 | Office of the Inspector General, The Federal Bureau of Prisons' Drug Interdiction Activities, (January 2003). |
| 70. | 00/00/03 | Becker, Kirk A., "History of the Stanford-Binet Intelligence Scales: Content and Psychometrics", Stanford-Binet Intelligence Scales, Fifth Edition: Assessment Service Bulletin Number 1, Riverside Pub. (2003). |
| 71. | 00/00/02 | American Ass'n on Mental Retardation, Mental Retardation: Definition, Classification, and Systems of Supports (AAMR, 10th ed. 2002.). |
| 72. | 00/00/01 | District Judges Assoc. Fifth Circuit, Pattern Jury Instructions (Criminal Cases) § 2.57 (2001 Edition). |
| 73. | 09/12/00 | United States Dept. of Justice, The Federal Death Penalty System: A Statistical Survey (1988-2000), (2000). |
| 74. | 03/03/00 | Offense Report dated 03/03/00. |
| 75. | 12/23/99 | FBI 302 Reports of Interviews of Larry Deveraux, Gary Vanin, Kelvin Tims and Raymond Chopane dated 12/23/99. |
| 76. | 12/16/99 | Federal Bureau of Prisons and United States Government Memorandums from Kelvin Tims, Larry Devereaux, R. Chopane, Everett Gordon, Gary Vann and Danny Wilhite to Kelvin Tims and Walter Whaley dated 12/16/99 re Assault/Homicide unit 3B1. |
| 77. | 02/22/97 | United States Department of Justice, Discipline Hearing Officer Report and Inmate Injury Assessment and Follow-up dated 02/22/97. |
| 78. | 00/00/97 | Federal Prosecutions In Which The Death Penalty May Be Sought, The Department of Justice Manual, 1997. |
| 79. | 00/00/96 | Anders Kaye, "Dangerous Places: The Right to Self-Defense in Prison and Prison Conditions Jurisprudence", 63 U. Chi. L. Rev. 693, 695-696 (1996). |

**David Lee Jackson v. The United States of America**
**[3001099-01]**

**APPENDIX OF EXHIBITS TO PETITION FOR COLLATERAL RELIEF**

| EXHIBIT NOS. | DATE | DESCRIPTION |
|---|---|---|
| 80. | 00/00/87 | James E. Robertson, "The Constitution in Protective Custody: An Analysis of the Rights of Protective Custody Inmates", 56 U Cin. L. Rev. 91, 93-94 (1987). |
| 81. | 01/23/86; 05/15/85 | Letters from Lonnie B. Landeros dated 01/23/86 and 05/15/85 re Sammie Lee Jackson's Marijuana Arrest. |
| 82. | 04/17/80 | Investigation Report, Psychological Examination by Lamont Crenshaw dated 04/17/80. |
| 83. | 10/27/61 | "Michigan: Decline in Detroit", TIME MAGAZINE Oct. 27, 1961, available at http://www.time.com/time/magazine/article/0,9171,873465,00.html. |
| 84. | | David Jackson's School Records. |
| 85. | 10/20/85 | Information filed against Clara Sue Smith Shaffer. |
| 86. | 07/12/06 | Email from Brooks Investigations & Process Service, LLC to Barlow Law Firm dated 07/12/06 re FINAL INVOICE REF: David Lee Jackson. |
| 87. | 00/00/93 | American Bar Association, *Standards for Criminal Justice*, Standard 4-4.1 (Duty to Investigate) (3rd ed. 1993) |
| 88. | 10/23/06 | Betting Slips, Government Trial Exhibits 32A, 32B, 33A, 33B, 33C, and 33D |
| 89. | 00/0/09-10 | Medical Reports for ██████████ |
| 90. | 09/01/04 | Medical Reports for ██████ |

LA2:915789.13