# EXHIBIT 18

## DECLARATION OF LARRY ANDERSON

I, Larry Anderson, do hereby declare as follows:

1.      I live in Detroit, Michigan.

2.      I am the oldest of David Jackson's cousins who grew up in his home. My mother, Emma Newby, was the younger sister of David's mother, Sammie Lee.

3.      I was born in England, Jefferson County, Arkansas in 1951. My mother had me when she was a teenager. She was really not fit to be a mother and was not able to take care of me, so I was raised mostly by my grandmother Josie Newby, until I was eight or nine years old. My grandfather, Jessie Newby, died before my mother was born.

4.      My earliest memory is of my grandmother taking me with her to the cotton fields every day at sunrise. She would pick cotton until sunset. It was hard work. She had a little patch of a garden where she grew vegetables for us to eat, and she had chickens and an apple tree. I went to elementary school in Gethsemane, Arkansas.

5.      My mother's sister Sammie Lee Jackson, David's mother, moved to Detroit in the early 1950's. Her husband Leroy was in prison for armed robbery for most of the 1950's. Sammie Lee didn't have any children and thought she couldn't have any. When I was about seven years old, Sammie Lee came down to Arkansas and took my two-year old little sister Brenda with her back to Detroit. My grandmother was getting sick and I did not want to leave her, so I stayed. She was the only mother I knew.

6.      In 1959, when I was eight years old, it was decided that my grandmother would move to Detroit as well. Since she had raised me, she refused to leave me behind, so my grandmother and I moved to Detroit to live with Sammie Lee and her family. Leroy had gotten out of prison and was working in construction. One day, not too long

18-001

after we got there, my grandmother went to the hospital and never came home.  She died of tuberculosis.  She was the only one who truly loved me.  At least I got to have that unconditional love for my first eight years.  I am even able to be okay today because my grandmother loved me.

7.  About a year after my grandmother died they sent me back down to Little Rock to help my mother take care of my younger brother Michael, who was almost three years old and my sister Joan who was about one-and-a-half years old.  I went to the fourth and fifth grades in Little Rock.

8.  One hot summer day, two years later, my mother came home from work and sat down on the porch.  A few minutes later her nose started bleeding.  It got worse and worse.  Blood was pouring out of her nose and mouth.  I ran to a neighbor's house and they called an ambulance.  She was still alive when the ambulance drove away but the white ambulance drivers drove very slowly.  I hated them because they didn't care if she died and they had already decided she was going to die anyway.  The doctors told us later that a tumor in her brain had burst.  They said if she had made it to the hospital in time they could have saved her.

9.  Sammie Lee and Leroy came down from Little Rock for my mother's funeral.  Right after the funeral they took me, Michael and Joan back to Detroit with them.  They did not want us – especially Leroy – but they got checks from the state and welfare for taking us in.

10.  After we all moved to Detroit we lived in a small, two-bedroom apartment. Sammie Lee was working as a maid and collected welfare.  We moved four

2

18-002

different times -- to Stanford, Parksdale, Grand Boulevard, and Epworth -- before we finally moved to the house on Northfield.

11.    From the very beginning Leroy was cruel and abusive.  He created ridiculous jobs for me for no reason at all.   There were times he would make me shovel the neighbors' snow every single day at 4 a.m.  I had to clean up after Leroy's dogs.  Fortunately he left every Friday night and would be gone until Sunday.  Sammie Lee and all of us kids would make popcorn and watch movies on TV.  It was the only time we could relax in our own home.

12.    I moved in with the Jacksons not too long after Leroy got home from prison.  He seemed to have a punishment mentality.  Often he was drunk and got very physically abusive, but he beat us even when he was sober.  He often beat me with an extension cord.  Leroy always carried a gun.  He made it clear that he would kill us if he felt like it.  He would punish me for a month at a time.

13.    I had many hopes and dreams as a child.  First I wanted to be a boxer.  Leroy told me there was no way I could succeed.  Everything I wanted to be he just shot down with his criticism and lack of support.  I wanted to join the military and he said I couldn't hack it.   In my mid-teens I worked for the police youth corps.  I always wanted to join the army or be a policeman.  I joined a gang in twelfth grade because you had to be part of your neighborhood gang for protection, but I did not like to fight.  I had made it all the way in school into the twelfth grade, but then I quit school and started hustling.  There was nothing else I could do.

14.    In the Jackson home there was no emotional support.  If I needed help or advice or if I ever got angry I was told to chill out.  If I was depressed I was told to cheer

3

up. There was nothing but chaos in that house. No one showed us how to deal with every day life problems or was there to just listen. The only advice Leroy gave me was that if I was going to be a criminal I better "be the best damn criminal you can be." Leroy told David the same thing. He would show David how to be a hustler and criminal and he taught David that that was how to make his father proud. He was a terrible influence on David.

15.    David was very slow in developing. It always seemed like there was something short-circuited in his brain. He drank from a bottle until he was five years old, wore diapers until he was four or five, sucked his thumb until he was seven or eight, and couldn't tie his shoes. He didn't do well in school so he stopped going when he was about ten years old. Sammie Lee was always doing little things for him because he didn't take care of himself. My sister Brenda would discipline him and try to teach him right from wrong because no one else gave him that kind of valuable attention.

16.    David had demented thinking. It's like he had tunnel vision. He could only focus on one thing at a time. When you talked to David you had to break things down into small parts. I would tell him to do something and he would just look at me. I had to tell him two to three times before he understood. When David washed dishes they would not be clean, no matter how many times you showed him what to do. When David was twelve and thirteen he would take the garbage out but he just couldn't seem to get it in the can.

17.    David could not read or write when he was a teenager. He didn't make eye contact, and he talked very slowly. He also walked very slowly. He called it his "cool walk" but it looked more like he just couldn't do things at a normal speed. He

4

18-004

didn't seem to care about making friends his own age. He couldn't pronounce things correctly, even as a teenager. He would want to say, "You're an imbecile," but it would come out like, "You're an instabiblical." By these teenage years I stopped trying to figure him out. He just didn't make sense. He didn't make good decisions for himself. For instance, he would just give money to anyone who asked him for it.

18.    Even robbing is something David doesn't do well. My cousin, David's brother Roger, got twenty years because he and David messed up a robbery. They went to rob a McDonald's. There was a cop already inside and he called for back-up. If they were really good at this they would have have been paying attention and would have seen the cop sitting right there. David ran away but Roger got caught. He was still on parole from a previous conviction. They found a gun on him so he got twenty years.

19.    David would laugh at odd times. He did not have an appropriate sense of timing, like when something was not funny he would laugh, but then would not understand a simple joke. When he didn't understand what you were trying to explain he would get frustrated and just shut down and not talk. Some days he would be friendly and talk but other days he would seem depressed and just not talk.

20.    Sometimes he would latch on to different things – like at one point he said he was a Muslim, and another time he said his name was "Dae Woo." He didn't have good social skills. He couldn't work with other people on planning things. When he talked he would jump from one subject to another. He would just sit on the couch and say incoherent things.

21.    David always seemed real paranoid to me, for no reason. He didn't really trust anyone except his mama. When he was a young teenager he would hear people

5

18-005

walking around upstairs when there was no one there. When he was around thirteen he told me some woman "ran over his feet and woke him up." No one was there. He would ask me or Sammie Lee, "What's going on back there?" but nothing would be going on. Sometimes he would accuse Sammie Lee or me of doing things we didn't do. You could hear a rat peeing on cotton it was so quiet in Leroy's house, but David still thought there was something going on he didn't know about. Sometimes he would look at me for no reason as if I was going to do something to him.

22.    All but one of us kids who grew up under Leroy and Sammie Lee's roof ended up with addiction problems and incarcerated for some or most of our lives. Two of us are no longer living. The only one who "survived" was my sister Brenda. When Brenda was small, Sammie Lee attended the Apostolic Church of God in Christ. There was a lady named Elizabeth who also went to the church. Elizabeth took notice of Brenda and wanted to help her. She became Brenda's godmother and Brenda spent most of her time at Elizabeth's home. I have no doubt that Elizabeth's good care and guidance are why Brenda is the only one of the eight of us who did not end up in trouble and with problems with addiction.

23.    I started drinking at a young age and using drugs when I was in my early teens. I started out drinking alcohol and smoking marijuana, but not long after that I was injecting heroin. It was all over the place and everyone was doing it. I started robbing stores around this age to support my habits. I knew Leroy hated me and wanted me out of the house and I was desperate to escape.

24.    When Leroy was still living at home he would have gambling parties in the basement. My sisters would wait on the men and serve them refreshments and food

18-006

that Sammie Lee would prepare. After Leroy moved out, the parties turned into our own parties and anyone of any age could come over and do whatever they wanted to. Sammie Lee never stopped the kids from drinking, smoking pot, using heroin and having sex. It was wide open.

25.     David started using marijuana and heroin when he was about twelve. It was in the house. By that time we were all using the basement to party.

26.     David helped me rob stores to pay for our habits. He could not plan these things. I would have to instruct him. I would tell him all he needed to do was watch my back and let me do the talking. I didn't want him to mess it up because he didn't know what he was doing.

27.     Leroy made me drive him and his girlfriend Brenda around. She had a sister she would bring along, and Leroy thought it was a good idea for us all to go out to a hotel together. He thought it would make me a man. I was only seventeen years old.

28.     I was incarcerated several times in the Michigan State prison system between the years of 1970 and 1989 for various property crimes. I was in federal prison from 1989-2002 (USP Lexington, Machute, Ashland KY and Atlanta). I was sentenced under the federal "Gemini" program, which was sometimes used to lock up ex-felons on federal gun charges.

29.     One day Leroy came home after having been gone for quite a few days. He had been staying with another woman. When he got home he started arguing with Sammie Lee. He was beating on her and said to her, "I'm gonna kill you m-f!" He threw her against the wall and shoved her all over the place. He picked the coffee table and broke the leg off to use against her. He was swinging at Sammie Lee with the table

7

leg. It had a four-inch screw in the end of it, sticking out from the wood. He kept screaming "I'm gonna kill you!" All the children, including David, were watching this happen. It was terrifying. Sammie Lee grabbed a boning knife but Leroy was still going at her. Sammie Lee told Leroy, "The only one going to die tonight is you!" I was trying to stop him from hitting her with the table leg. She told me to let Leroy come in to the kitchen. I had grabbed Leroy's right arm with my right hand and had grabbed him around the chest with my left arm and was trying to pull him back. Sammie Lee started to stab at him. She accidentally got me and stabbed me all the way through my hand. My blood was spurting all over Leroy and me. I had to have surgery and still have a big scar. As Leroy left he said he was going to kill us. A few weeks later I was at the store. When I walked out, Leroy was there. I turned and was walking away when someone shouted, "He's got a gun!" I turned around and Leroy shot me in the groin with a .38 revolver. The force of the shot knocked me over and I landed on my back. I rolled to my feet and ran away as fast as I could. I was gushing blood. I ran to Sammie Lee's house and then an ambulance took me to the hospital. I was in intensive care. They could not remove the bullet because it was too close to an artery so the bullet is still in me. I was very lucky Leroy did not paralyze or kill me.

30.    Sammie Lee used to talk to herself. When I would ask if she was talking to me she would say, "I guess I'm talking to myself." Sammie heard and saw things that were not happening. Everyone in the family except my sister Brenda heard things that were not really happening. Everyone was paranoid.

31.    Sammie Lee didn't know how to do the bills. Leroy would have Brenda sit at the kitchen table and figure them out.

8

18-008

32.    After Leroy left her once and for all, Sammie Lee started drinking heavily. Her house fell apart. She didn't have enough money to get by. She had a good friend named "Dangerous Dan" who supplied her with the marijuana she sold.

33.    My cousin Patricia, David's sister, was always wild and mentally unstable. Even when she was little she caused a lot of trouble and would just go crazy for no reason. When she was a teenager she hung around with an older guy named Fred Gaddy. He was a pimp who was always high. He got Patricia to steal from us. She would come in late at night and go through all our pockets and steal what she could steal and get out before we even knew it. We wouldn't even know it until we got up the next morning.

34.    Patricia was very abusive of Sammie Lee. One time Patricia picked up a brick and was going to hit Sammie Lee with it. She was calling her all kinds of bad names. I grabbed the brick from Patricia and kept her from hurting Sammie Lee.

35.    At an early age, Patricia became a very heavy drug user and she has been an addict for all of her life. Now she is on methadone, but she still struggles with her drug habits. She has always been very difficult to deal with due to her mental problems and her drug addiction.

36.    My brother Michael had to leave the house as an early teen because he could not stand Leroy's abuse. He would find different places to stay and sometimes stayed in an abandoned house by the railroad. He became addicted to heroin and eventually went to prison. After he got out he was clean for a while, but he got back into it since it was all he had ever known. He was murdered during a drug deal in 1992.

37.    My sister Joan was also exposed to drugs at an early age. She also had to get away from Leroy's oppressive abuse and ended up running away with a guy to

9

18-009

Chicago. She must have been about fifteen or sixteen years old. He got her addicted to heroin and made her a prostitute. I drove up to Chicago and tried to get her to come home but she was too messed up to be able to leave.

38.    Joan always struggled with drug addiction. A judge told her she had to go to rehab and she went for six or eight months. Later in her life she was with a man named Vernon. They moved to Pennsylvania and I thought Joan was doing better. She came home for Christmas and seemed okay. She went back to Pennsylvania and died a few months later. Her body just gave out. She died in March of 2005.

39.    When David would come home from prison he was still "locked up" mentally. It was very hard for him to adjust to being out because he lacked the skills and mental abilities to function successfully. He did not really have the ability or attention span to hold down a job. It seemed as if it was easier for David to function in the structured environment of a prison than to cope with the reality of life on the street. On the streets he didn't know how to take care of his day-to-day life.

40.    When David was out of prison I would recommend various services to help him get on his feet but he just didn't seem to know how to take advantage of those community resources. It took him forever but he finally got it together to sign up for food stamps. He had a lot of trouble with things that should have been pretty easy to do. I took David to an Alcoholics Anonymous meeting. He stood up and said, "I am not an alcoholic." He did not get it.

41.    Just to survive the only way he knew how, David would commit petty crimes and hustle and would then come back and give most of the money to his mama.

10

18-010

He is a compassionate person.   He always said he would never physically harm anyone when he committed crimes.

42.    I now work for a large company in janitorial maintenance.  I maintain the schedules and do other administrative duties.

43.    When David went on trial for murder, a lady working with his lawyers came to Detroit and interviewed me about David's life.  She said the lawyers might want me to testify and I told her I was ready, willing and able, but I never did hear back from the lawyers about it.  I was very disappointed as I had been looking forward to testifying. I would have been available to provide all of the above information to the lawyers, to any psychologists or to the court and the jury if the lawyers had simply asked me to.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of July, 2010 in Detroit, Michigan.

Larry Anderson

11

18-011

# EXHIBIT 19

<u>Declaration of Brenda Boyd</u>

I, BRENDA BOYD, declare as follows:

1. I live in Detroit, Michigan. David Jackson is my first cousin and I was raised in David's home with him. His mother, Sammie Lee Jackson, and my mother, Emma Newby, were sisters. I am three and one-half years older than David.

2. I worked for a number of years as a paralegal. I am currently studying to become a nurse. The economy and job market in Detroit have been very bad for a long time.

3. I was born in Pulaski County, Arkansas on *REDACTED* 1956. When I was about two years old, my aunt Sammie Lee and her husband Leroy took me from my mother and brought me to Detroit to live with them. I lived with the Jacksons until I was old enough to move out and live on my own.

4. During the time I lived with the Jacksons, there were seven other children in the house. Three were my siblings - my older brother Larry, my younger brother Michael and my younger sister Joan. The others were my cousins David, Roger, Stanley and Patricia. Of the eight children raised in the home with David, I am the only one who has not spent my life in and out of prison or addicted to drugs. I was fortunate to have the love and support of a lady from our church and I spent much of my childhood in her home. That is the reason I survived while the other seven did not.

5. My mother and David's mother grew up in the country, southeast of Little Rock. Their parents were sharecroppers who worked the cotton fields

19-001

and they grew up very poor. They had no running water and sometimes did not have enough food to eat. They worked in the fields from a very young age. In those days, cotton farmers and their children tried to move to Little Rock where there were better opportunities for jobs and schooling. My mother moved to Little Rock right after she turned seventeen, not long after she gave birth to my older brother Larry, but she left Larry in the country with my grandmother, Jessie Newby. They say Emma had a "wild streak." She bore five children - Stanley, Larry, me, Michael and Joan - supposedly from four different fathers. Stanley died as an infant before Larry was born. Sammie Lee told me Emma would take Stanley with her when she was running around in the streets. He couldn't take it and died of pneumonia.

6.      Juanita Newby, the ex-wife of my Uncle Junior, who was Emma's twin brother, is the only one left from my mother's generation. I have visited her several times over the years. My Aunt Juanita has told me that all of the Newbys were mean and that Junior was physically and emotionally abusive to her. He was disrespectful to her feelings and came and went as he pleased. My mother, Emma, had four other siblings, in addition to her twin brother, Junior, and David's mother, my Aunt Sammie Lee: Cleester "Bull" McDowd, Forrest, Tommie and Ammalie (who died young of polio). Cleester was shot and murdered by a girlfriend and another man in the 1940's in Pine Bluff. Sammie Lee told me she saw him lying in a pool of blood and that she had a lifelong fear of blood because of it. Over the years she told me about this and many other

2

19-002

experiences from her early years in Arkansas. She grew up in rough hard times and it took a heavy toll on her. She died in 2007.

7.  When I was around two years old, Aunt Sammie Lee came to Arkansas and took me away. Sammie Lee was living in Detroit with her husband, Leroy Jackson. Leroy had recently served seven years in prison for armed robbery. They had been married for about eight years and had not yet had a baby. The story I have always been told is that Sammie Lee wanted a baby, so she came to get me so she could have a child of her own. My big brother Larry, my baby brother Michael and I were living with our grandmother, Josie Newby. I did not want to leave them. When they took me away to Detroit I was very homesick. I would sit in the window and sing "Blue bird, blue bird, in and out the window."

8.  Not long after they brought me up north to live, in REDACTED 1960, Sammie Lee finally gave birth to her first child, David.

9.  I was always afraid of my Uncle Leroy. He was very stern and he made me extremely uneasy, even at a very young age. When he came home I would run and throw my arms around Sammie Lee's legs.

10. When I was still a young girl, my grandmother Josie got sick. She came to live in Detroit and brought my brother Larry, who she had been raising. She died a few months later. Eventually Larry was sent back down to Little Rock to live with our mother and our younger brother Michael and younger sister Joan. A couple of years later our mother died of a brain tumor. There was no one left to take care of my brothers and sister when my mother died. Larry was only eleven or twelve years old, but he was left alone for several days to take care of Michael

3

and Joan until Sammie Lee, Leroy and their friend Queen Neal drove down from Detroit to Little Rock for our mother's funeral.

11.    My mother knew she was sick before she died.  She had saved a little money and had given it to a man they called "Papa D."  He was supposedly the father of Michael and Joan's father and he was supposed to take Michael and Joan after she died.  Leroy took the money from Papa D. and was going to leave town, but Papa D. told him if he was going to take the money, he had to take Michael and Joan with him.  There was some talk of Larry staying with my mother's brother Uncle Junior and his wife, Aunt Juanita, but they had too many kids of their own to take care of.  They decided Larry would go with Sammie Lee and Leroy back to Detroit.  Leroy was very upset about taking all of Emma's kids until Queen Neal told him he could get money from the government for having all of us kids.  In later years we knew Sammie Lee and Leroy took Larry, Michael and Joan so they could get government checks for taking in more kids.  They had already had two more children of their own, Patricia and Roger, after David, so they had plenty of kids to take care of.  It was always clear that they did not really want my siblings and that they only took them in return for whatever little checks they received.  Of course that included me because they figured out they could collect on me, too.  They got Aid to Families with Dependent Children (AFDC) checks, and food stamps.  They did not even have to adopt us – they just had to become our legal guardians to get the money.

12.    After Larry, Michael and Joan got to Detroit, I overheard Sammie Lee and Leroy discussing that the landlord said they had to move because too

4

many people lived in our apartment. Sammie Lee's youngest, Stanley, was born in 1968, so by then there were eight kids in the home. We lived in several apartments until we moved to a two-family house at (        REDACTED        We lived in the downstairs, which had two bedrooms. Sammie Lee and Leroy had one bedroom, all four boys slept in the other bedroom and the four girls slept in the dining room. That's where we lived for many years.

13.    When we all got to Detroit after my mother's funeral in Arkansas we went to the hospital because we had all been exposed to tuberculosis. Other than that, I do not remember ever going to the doctor when I was a child. The older people always had home remedies. Sardine oil was a common remedy for the mumps, and turpentine and sugar was used for stomachaches.

14.    Leroy ran his home like a prison. He was only happy when he was doing exactly what he wanted to do. He demanded total quiet and kept a very strict routine. When he was home it was so quiet in the house you could hear the clock ticking on the wall. I had to clean the bathroom every single day and iron Leroy's clothes. I feel like I spent my childhood ironing Leroy's clothes. He worked construction. I had to draw his bath so that it would be ready for him the minute he got home. Dinner had to be prepared and waiting for him after his bath. Everyone had to wait on him.

15.    If Leroy thought you were bad, you got put on restriction. Leroy and Sammie ignored the children a lot so I would try to discipline my younger siblings and cousins. I would often get in trouble for disciplining the younger children or I would get beaten worse for trying to defend myself. As punishment,

5

19-005

I was not allowed to leave my room for 30 days, sometimes longer, other than to go to school. It was like being in "the hole" in prison. I was not allowed to watch television or have visitors. Sometimes, if you did not do what Leroy said he would kick you out of the house.

16.    Leroy grew up hungry and it always affected his attitude about food. He said that when he grew up he never knew when he was going to eat next and that he would never go hungry again. He was obsessed with food and would hoard it. It was my job to manage and stuff his food into a refrigerator in the basement. Many years later when all us kids were grown and he had left Sammie Lee, Leroy needed a place to stay. I actually felt sorry for him and allowed him to stay in my home for about a month. Even then, when I was able to provide ample food, he would bring more food home than we could ever eat.

17.    When we were kids, Leroy had gambling parties in the basement. My job was to sell food Sammie Lee made and sell drinks to the men. I was fifteen or sixteen years old. In later years, Leroy was gone but the basement continued to be a party room for all the younger kids.

18.    Leroy kept a St. Bernard dog in the basement. Eventually the dog went blind because he never went outside and it was so dark down there. It was horrible and pathetic. Larry had to clean up after the dog, but after Larry left it became my chore. I hated it. After I left there was no one to clean up after the dog. He was moved to the back porch and was chained to a railing. Since he was blind he accidentally stepped off the porch and hung himself.

6

19.     A woman named Marie, who was close to Leroy's age, came from California to live with us. She had tuberculosis and lived in the basement.  Leroy said she was his sister but Sammie Lee believed she was a girlfriend of his. Sammie Lee would cook and take food to her with a mask on.  Sammie Lee hated her living there but Leroy insisted on it.   At the time, TB was a serious problem in Detroit.  Sammie Lee and my mother's older brother Uncle Forrest also had TB.  At some point we all went to the hospital to get checked out for TB.  To this day I still test positive for TB, although I do not have it.

20.     Leroy was extremely cruel and physically and emotionally abusive to Sammie Lee and all of us kids. By the time Leroy and Sammie Lee's youngest child Stanley was born, things had gotten even worse.  Leroy beat us and Aunt Sammie Lee more and more.  He would chase Sammie Lee through the house with a knife.  He would beat her with his fists and would tell her he was going to kill her.

21.     Leroy was a heavy drinker.  Often after he had been gone all weekend he would come home so drunk that he would fall asleep at the kitchen table and even fall out of his chair.  We would have to help him to his bed.

22.     Sometimes when Leroy was drunk, but even if he was not drunk, he would beat us with anything he could get his hands on – his belt or even extension cords.  I have permanent scars from Leroy's beatings.  The scars are in the shape of a "double horseshoe" because he would double over the cord and hit me.  He would make us take our clothes off and he would hold us down or between his legs so we could not get away and would beat us until we bled or he

7

became exhausted. Sometimes he didn't even know he was drawing blood. He would just keep going and would not know he had hurt us that severely until he saw the wounds later.

23.    Sometimes Sammie Lee would also beat us. She would make one kid hold another kid's legs so the first kid could not get away from her. She would tell the kid holding the legs that if they did not hold tight enough or let go that they would get beat too, so it made them hold tighter. That was not only bad for the kid getting beat but also for the kid who had to help with the beating. She would say ugly things to us like, "You ain't never going to graduate," "You're a dumbass," "You're going to get pregnant," "You're just dumb and stupid," "You're not worth the salt I put in your food." She would say, "You're weak-minded." She did nothing to prevent Leroy from beating the children.

24.    Leroy was also psychologically abusive and totally controlling and he had Sammie Lee trained to do whatever he said to do. She would even dress him up to go out with other women. He was a gambler and a womanizer. Leroy and Sammie Lee often fought about Leroy staying out all weekend and not leaving Sammie Lee enough money to take care of all the kids. He supposedly had another family in New Orleans and he would go there sometimes.

25.    Leroy did not permit our friends to come over to the house. They would only come when he was not there. He had a rule that no one could ever talk about what went on in the house to anyone outside the home. He kept us isolated and tightly controlled so other kids and their parents would not know the full extent of his and Sammie Lee's abuse.

8

19-008

26.     Sammie Lee was totally illiterate.  She never went to school at all. She signed her name with an "x" until she finally learned to write her own name – but that was all she could do.  I paid all the bills and read everything to her. Sometimes Leroy would make her tie his tie for him.  Even after three tries she couldn't do it.  She cooked a lot, but if I asked her how to do it she could not tell me how, she would tell me I just had to watch her and learn.  Sammie Lee did not drive and did not get out and socialize much at all.  She was very private about her life and Leroy's abuse.

27.     Sammie Lee believed in voodoo.  She would write harmful messages about people, like curses, on slips of paper and stuff them in jars.  She tried to get me to bury them in the back yard but I realized this was not a good thing and I refused to be a part of it.

28.     All four of Sammie Lee's children had trouble with school, but David had the most trouble of all.  David was more dependent on Sammie Lee than any of the other kids.  He would put his shoes on the wrong feet and would button up his shirt incorrectly. He could not dress himself or tie his shoes until he was in at least second grade.  He did not bathe himself until he was seven years old.  He wet the bed until he was ten years old.  Sammie Lee and Leroy told us that whenever we got up at night to go the bathroom we had to wake up David and take him with us.  He sucked a bottle and pacifier until he went to school and sucked his thumb long after he was going to school.

29.     David had a speech problem as a child.  He could not pronounce or say certain words correctly. He often could not say words that began or contained

9

19-009

the letter "B." He would say "blably" instead of "baby." His sentences were not clear. Instead of saying, "The baby is crying," he would say, "The blably is clying." When he should have been old enough to speak in sentences, he would still use just one word to express himself, for example just "water," instead of "I want some water." When he wanted to go outside he would say "outside," instead of "I want to go outside."

30.     David had to be told three and four times to do a chore. He might start a task but could not complete it. He would attempt to clean up but couldn't finish. He was easily confused and frustrated because he could not understand simple things. He could not do things at a normal pace, was slow to learn and he didn't have the ability to reason like a normal person. David would sit on the floor and cry and moan for hours. He would make long, bleating sounds. It seemed very retarded. He would sit in the middle of the floor and cry – even into his teen years.

31.     David had problems understanding the truth from a lie, so he was gullible and easy for people to manipulate or trick. His thinking was one-dimensional. He would get fixated on a thought and not be able to let it go. It was like his brain just got stuck. He never seemed able to analyze a situation or see the big picture.

32.     David always did very badly in school, so he ended up not going to school very much. He never did homework. This may be because he was in special education. He never wrote or read at home.

10

19-010

33.    My brother, Michael Perry, also grew up in the home with David and his siblings, cousins and parents. Michael was a good-hearted person but he also had lifelong battles with drug addiction and the law. He got into trouble early on. He could not handle Leroy's extreme abuse so he would run away a lot.

34.    David really looked up to Michael. When they got to junior high school age, Michael would stay in little railroad sheds to get away from our Uncle Leroy's abuse and the chaos at home. Sometimes he would be gone for weeks at a time. David would go off with Michael during the day and evening. He would want to stay out but Michael would make him go home at night.

35.    David would give Michael whatever little money he may have had and he would depend on Michael to make the decisions on how to spend it. If they would go to McDonald's, Michael would always order for David. David did not make a lot of decisions for himself. He just went along with the crowd and followed whoever was telling him what to do.

36.    Although I loved Michael very much, he was a bad influence on David as far as drugs and crime, since he was older and David looked up to him so much.

37.    Finally, by the time Michael was in his 30's, he had turned his life around and was going to church but it was too late. He was diagnosed with lymphoma. He applied for SSI and was denied benefits. He got discouraged and started using drugs again. He was murdered on October 16, 1992. He went to buy drugs and something went wrong. He stabbed the dealer with a screwdriver. The dealer shot Michael in the chest, killed him, and beat the case on self-defense. I

11

19-011

was in the process of being tested for a bone marrow donation when he was killed. It broke my heart.

38. David has always been easily influenced. For example, he got involved in Islam in prison so he would be accepted by other prisoners he wanted to impress. It was just a phase. He is insecure and wants people to like him and has always wanted more than anything to be accepted.

39. David was never able to hold a job and he was basically incapable of supporting himself. He was often sad and seemed to be very deeply depressed. He could not hold on to relationships and was not really able to maintain lasting friendships

40. David has two younger brothers, Roger and Stanley. They have both had lifelong struggles with drug and alcohol and they have both spent most of their lives in prison. Like David, they both had learning problems and did very poorly in school. I have not seen them very much after we grew up because they have been locked up so much of the time.

41. David's sister, Patricia, is very mentally ill. From the time she was born we have always known there is something seriously wrong with her. She has been diagnosed by different doctors as being bi-polar. Her daughter Joanna is also diagnosed as schizophrenic and has gotten a lot of psychiatric treatment.

42. From a young age Patricia was a very difficult child. She was always wild and mean and by the time she was thirteen or fourteen years old she was totally out of control. She has been a drug addict throughout her life and has been in trouble with the law for drugs and other things. She takes methadone

19-012

treatments every day. Because of her drug habits and her mental illness, she is very untrustworthy and unreliable and many times has stolen from us to support her habit.

43.     Patricia was very abusive to her mother, Sammie Lee. Sammie Lee was so weak and beaten down by Uncle Leroy that Patricia figured out she could walk all over her, too. Sammie Lee could never control Patricia. Patricia was extremely verbally abusive and Sammie Lee did whatever Patricia wanted her to do. I was the only person who ever held my ground with Patricia. She respects me because I was the only older person in her life who demanded her respect.

44.     Patricia had her first child, Joanna, when she was only fourteen years old. By the time she was twenty, she had two more, Yvette and Craig. Sammie Lee had to raise Patricia's children because Patricia could not take care of them due to her drug problems and serious mental illness. Sammie Lee was not able to provide much care either, but at least she had a place for the children to live.

45.     Patricia's oldest girl, Joanna, has been diagnosed with schizophrenia. At eight years old she had a stare in her eyes that looked like she was saying, "help me." When she was twelve years old she either jumped or was thrown out of an upper floor window of the Cadillac Hotel. In later years she was locked up for five years in the psych ward of a women's prison for her mental health problems.

46.     Patricia's other daughter, Yvette, has also been diagnosed as bipolar. I visited her in the psych ward after she attempted suicide when she was

13

19-013

a teenager. She is thirty years old now and already has seven children. Patricia's other child, Craig, is in trouble with the law and no one knows where he is right now.

47.    My sister Joan was an alcoholic and also used heroin, pills and crack cocaine. She had a bad liver after many years of abusing her body and died in March of 2005.    When we were little, Joan was the sweetest kid in the world. Leroy sexually abused her when she was in her early teens. This and his physical and emotional abuse must have contributed to her later problems. Joan and Patricia were drug buddies, and Joan ended up being pulled into a life of prostitution when she was still a young teenager. She was addicted to drugs by the time she was in her late teens. She was swept away to Chicago by a guy from our neighborhood. They called him "General." He made her so dependent on drugs that she became a prostitute and he was her pimp. Twice I went to Chicago to try to get her to come home. The first time she said no. She was eighteen and could not psychologically escape. The second time General gave us an address and it turned out to be a funeral home. It was a cruel joke, as Joan was not dead, but also a message to leave her in Chicago to work for him. Eventually Joan came home but she was never the same. For the rest of her short life she struggled with addiction. She blamed me for years for leaving home and leaving her with Leroy in that terrible environment. She died when she was forty-five years old.

48.    Joan was diagnosed with bipolar disorder. She had four surviving children: Rashidah (born around 1980), Monique (born around 1981), twins who

14

19-014

were stillborn (sometime between 1981 and 1991), J: REDACTED (born in1991) and BREDACTEI(bornEDACTE/99). BREDACTECwas born prematurely at 5 months, 2 pounds, and stayed in the hospital for 8 months.

49.    David was locked up in 1992 when Michael died and in 2005 when Joan died, and he took their deaths very hard. He had depended on both of them heavily when he was young and he had strong feelings for them. Joan was only two months older than David so she took care of him a lot, and Michael was his hero. He called them his "road dogs" – his right and his left hands.

50.    In the late 1970's, Sammie Lee and Leroy finally split up for good, but Leroy continued to stay with different girlfriends right there in the neighborhood. He would not give her any financial help. She had no income and went into deeper poverty. Her furniture was repossessed. The house we had all grown up in became even more sparse and dysfunctional. Sammie Lee never had enough food and was always scraping to get by. She sold marijuana out of the back of her house as a means of supporting herself, even though she couldn't run the business herself and had to get others to help her with the practical parts, like weighing it and how much money to charge. She was eventually arrested for it. Any family members who needed a place to stay lived with her and there was never enough room. Patricia and Joan had children very young. Both of them were addicted to heroin and at different times Sammie Lee had to take care of some or all of their children. She eventually left that house and lived in a one bedroom apartment with four to five people living there all the time: her grown kids and niece, (Patricia, Stanley and Joan) and Joan's boyfriend; her grandkids

15

19-015

Joann, Yvette and Craig; and Sammie Lee's nephew Jim Lee Newby slept on the kitchen floor. I was managing Sammie's bills and picked up her food stamps. She only had about $80 a month for food.

51. Jimmy Lee, Sammie Lee's nephew, was her brother Forrest's son, so he was my first cousin as well as David's. He had come to live in Detroit but he never was able to make a decent life for himself. He lived on the streets and later he stayed with Sammie Lee before she moved into a nursing home. He died in March 2007.

52. At some point when David was home, Sammie Lee gave him her money to put down on a house for her to buy and live in. I told Sammie Lee not to give her money to David because he would not know how to manage or spend it properly for the house. He had no idea how to make such a transaction and the house he found for her needed a whole lot of work. David and his nephew, Craig (Patricia's son), started painting the place and trying to make it look better. They moved all of Sammie Lee's things into the house, even though I kept warning them they were going to get into trouble moving her there without the proper documentation. David did not have the common sense to get the basic necessities taken care of. He did not know how to make sure he was not getting ripped off. He had not gotten the paperwork. David did not even ever think of that. It did not even occur to him that he needed to make sure the house was legally theirs. Even a month later he was doing nothing to make sure Sammie Lee actually owned the house. The guy David bought it from could not produce the deed, so they could not get the electricity, gas or water turned on. Anyone should know enough to

16

check out the electricity and plumbing in a house before buying it and that a legitimate seller would leave the utilities on so that they can show a buyer that everything is in good working order. It turned out David had gotten scammed on the sale of the house.

53.    Towards the end of Sammie Lee's life, when David was back in prison, she lived directly across the street from her doctor, yet her dependent and dysfunctional grown kids would never bother to take her there. I took her in one time and the doctor said she was very sick with diabetes.   The doctor was shocked and angry that the others would not even bother to walk her across the street to see him.  Patricia would go to him for prescriptions for herself, but would not bring her mother there for care she needed.

54.    Sammie Lee stopped paying rent on her old place so in the end she owed $1,500, and she had nowhere to live.   She moved in with the guy across the hall from the apartment she was evicted from.  She stayed about a month but the living conditions there were terrible – very dirty – and worse than where she had been before.

55.    I prayed that David would get out of prison before Sammie Lee died.  Sammie Lee loved David because he was the nicest to her of all her four children.  Patricia and Stanley were abusive to her and she needed David.  He was very protective of his mother and did not like it when they were mean to her.  He would tell them to be respectful of her.

56.    When David was released from prison in 2004, I picked him up at the bus station and took him straight to Sammie Lee's apartment.   Her living

17

19-017

conditions had hit rock bottom. Her apartment was filthy. It was infested with roaches and mice. We had tried to warn him about how bad it had gotten but nothing could prepare him for the reality of seeing it himself. He got tears in his eyes. He was devastated. He was determined to help her out however he could, but work was almost nonexistent at that time, and anyway he did not have any job skills. He was beside himself with worry about his mother's situation. He committed the bank robbery in Mississippi a few months later purely to get money for his mother and his family. David never did care about money for himself – he just wanted to make things better for Sammie Lee and the grandchildren she often cared for.

57. Eventually, when Sammie Lee was about 78 years old, I found a nursing home for her because she was so sick and frail. I put her in Henry Ford Hospital and they soon transferred her to Henry Ford nursing facility. She wanted to go to David's trial in 2006 and she was planning on testifying but by the time it came time for his trial, she was not physically able to go there. She died in 2007 at the age of 80.

58. David is a very thoughtful person. He always sends me birthday, Christmas and Easter cards, and cards for no special reason at all. David really is a very sweet and good-hearted person. He has always cared deeply about all his family members and their well-being, and he always asks about everyone with real love and interest. He is very much loved by his family, too.

59. I was the only one of eight kids who grew up in the Jackson home to finish high school. I am the only one of the eight who was never a drug addict.

18

19-018

I am certain the only reason I survived is because of a young woman named Elizabeth who met me at church when I was very young. Elizabeth took me in and had a very significant role in raising me. She saved me by showing me that things could be different from the situation I had at home with Leroy and Sammie Lee. She showed me what it was like to be loved and cared for in a safe environment. I spent most of my time growing up with Elizabeth, who is now 71 years old. There is no question in my mind that this opportunity saved me from the tragic lives my cousins and siblings have led.

60.    When David was getting ready to go to trial, I told the investigator working on David's case about our abusive childhood and about David's slow development as a child. I was available to testify at David's trial but I was not asked to do so. I would have testified to everything I have said here.

61.    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July, 2010, in Detroit, Michigan.

_____

Brenda Boyd

19

19-019

# EXHIBIT 20

Declaration of Harold Jones
===

I, HAROLD JONES, declare as follows:

1.    I am presently incarcerated at United States Penitentiary (USP), Terre Haute, Indiana.

2.    I was incarcerated at USP Beaumont in December of 1999 when Darryl Brown got killed.  I don't remember the exact date, but a month or two after that happened, there was another incident involving some guys from New York and Detroit, and the guards rounded up everybody from New York and Detroit and put us in lock-up.  They rounded me up, too, on account of my being from Detroit, even though I was an older guy who kept to myself and tried to stay out of trouble.

3.    They brought me to a cell in the Special Housing Unit (SHU).  There were already four or five guys in a two-man cell.  David Jackson was in there and Darrell Evans and a couple of other guys.  I asked the guards, "What are you putting me in there for?  I don't want to go in there.  There's too many people in there already."  But they went ahead and put me in.

4.    David Jackson did not say one word about my coming in the cell.

5.    A prisoner named Cedric Wormley was in the next cell and he had an empty bunk, so I tried to get the guards' attention to see if they would move me

20-001

next door. I hollered and banged on the bars until someone came, and they moved me next door into Wormley's cell later that night. I stayed in Wormley's cell for another day or so and then they put me back out in general population.

6.      I was informed yesterday by an investigator working on David Jackson's case that somebody said that Jackson protested my coming in his cell in the SHU or that he made some sort of threat about it. This is completely untrue. In fact, this is the first time I have ever heard about this allegation. No one ever asked me about it or told me about it until yesterday.

7.      They call me "Pop" Jones because I am an old man. I did not know David Jackson well, but I knew him enough to know that he not only did not threaten me in the SHU that evening, he never did threaten me and never would threaten me. He was always respectful and nice to me in whatever little dealings we had with each other.

8.      For someone to say that David Jackson threatened me is an outright lie and totally ridiculous.

9.      If David Jackson's lawyers or an investigator had come to ask me about this alleged incident in the SHU back in 2005 or 2006, before he went on trial, I would have told them that no such thing happened and that it is some sort of fabrication. I would have been available to testify that no such incident ever occurred had I been asked to testify or been subpoenaed.

2

20-002

I declare under penalty of perjury of the laws of the United States of America that

the foregoing is true and correct.

Executed this **10** day of July, 2010, in Terre Haute, Indiana.

Harold Jones

3

20-003

# EXHIBIT 21

## Declaration of Darrell Evans

I, DARRELL EVANS, declare as follows:

1.    I am presently incarcerated at United States Penitentiary (USP), Terre Haute, Indiana.

2.    In February of 2000, I was incarcerated at USP Beaumont, in Beaumont, Texas.  I was in a two-man cell in the Special Housing Unit (SHU) with two other prisoners, Raphael Porsche and David Jackson.  Late one afternoon, an officer came to our door to ask us to take another prisoner in our cell.  It was considered Porsche's cell because he was the first one of us in there, so it was his call.  Porsche told the officer he didn't want another man in our cell.  It was already pretty crowded with three of us in a two-man cell.  When they said it was "Pop" Jones, I knew Pop was an old guy and no problem so I asked the officer, "why not put him next door where the guy has an empty bottom bunk?"  I think it was Wormley next door.  Wormley said, "Yeah, put him in here.  He can have the bottom bunk over here."

3.    Porsche still did not want another inmate coming in our cell but I knew "Pop" Jones and I wanted to find out what was going on out on the compound so I told Porsche that Pop was okay, so Porsche said it was okay to let him in our cell.  They brought Pop in and put him in our cell.  One of the guards was an officer named Rice.  Then they brought one or two more guys in, so we had

21-001

five or six of us in there that night, a couple of them had to sleep on the floor. As I recall, it was two guys named Lindsay and Larkin. The next day they moved all three of them back out and put them somewhere else.

4.    The whole time this was going on, David Jackson just laid up on his bunk quietly. At no point did he voice any objection to any of the guys coming into the cell. He did not seem to have any problem with any of it.

5.    I never saw Mr. Mattes, a counselor with the Challenge Program come to our cell concerning any of the events I just described.

6.    More than five years later, in approximately July of 2005, I came out of my cell one morning in the AB unit at USP Beaumont and Officer Rice called to me, "Let me holler at you." I went over to him and he asked me, "Did you know David Jackson escaped last night?" I said, "I heard it was somebody named Johnson." He said, "No, it was Jackson. Do you think he'll come and get me?" I asked him, "Why would he do that?" Officer Rice said, "They got me lying on him." I asked him, "What do you mean, man? What you lying about?" Mr. Rice said he was pressured to lie about what happened when he brought Pop Jones to our cell back in February 2000. He said they wanted him to lie and say that Jackson had said be that if they tried to put Pop in the cell, he would kill him. I told Officer Rice, "That would be telling a lie alright, because I was in the cell with



2

21-002

Jackson that day and you'd be lying on the man because you know he never said nothing like that." Mr. Rice said, "I know he didn't say it, but they are trying to get me to say he said it – and now he's out and he might come and get me for lying on him." I told Mr. Rice, "He's not coming after you."

7.    I do not know why Officer Rice believed that Jackson would have known he was lying on him or how Jackson would have known, but he said Jackson knew. He was scared all day that Jackson was going to come after him. He was truly worried about it and said, "if he comes on my property, I'll shoot him."

8.    The next day, Officer Rice came to work and said that Jackson had been caught. Mr. Rice was very relieved about it. He was smiling and happy that Jackson had been picked up.

9.    Later that year, in approximately November of 2005, I met with an investigator who was working on David Jackson's murder case. I told him about my recollections of the night they brought Pop Jones to our cell in February 2000. I also told him about my experience with Officer Rice around the time David Jackson was on escape and Officer Rice's fears due to the fact that he was being pressured to lie about Jackson making some sort of threat when they brought Pop Jones to our cell.

3

21-003

10.     On June 23, 2006, I testified at the trial of David Jackson's co-defendant, Arzell Gulley.  I testified mainly about my knowledge of the relationship between Jackson and Gulley and that as far as I could tell, they knew each other but that they were not really "friends."  I also testified about the reputation at the prison of Darryl Brown, the murder victim, as being a very violent person, and I testified that most prisoners at Beaumont carried weapons or knew where to get a weapon.

11.     In July of 2006, I was put into "lockup" at USP Beaumont.  I was told that I was "under investigation" but was not told what for.  Eventually I was told that I had supposedly thrown hot water on an officer but I was cleared of it when it turned out some guy from California had done it.

12.     I knew that David Jackson's trial was coming up in October of 2006.  Very shortly before the trial, I believe in October, I got transferred out of Beaumont to USP Big Sandy in Kentucky.  I thought that was very strange since I was supposed to be a witness at Jackson's trial in Beaumont.  I was brought down from Kentucky to Beaumont to testify during the trial.  The next morning the marshals took me to the courthouse and put all the prisoner witnesses in the bullpen.  One of Jackson's lawyers came to see me and told me he did not know if they would use me or not.

4

13.    They went ahead and called me as a witness without talking to me about my testimony or discussing what they were going to ask me and what my answers.   would be.  I just got up and testified without any preparation from the lawyers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of  July, 2010, in Terre Haute, Indiana.

_Darrell Evans_

Darrell Evans

5

21-005

# EXHIBIT 22

## Declaration of Reginald Carr

I, REGINALD CARR, declare as follows:

1.     I am incarcerated at USP Florence ADMAX, in Florence, Colorado.  I am 56 years old.  I was born on     REDACTED     1954.  I have a 6th grade education and am working towards getting my G.E.D.  I grew up in St. Louis, Missouri.  I was raised by my mother and never knew my father.  I am one of four children in my family.

2.     I have been incarcerated in the Federal Bureau of Prisons since 1994.  I am serving a life sentence.

3.     I arrived at USP Beaumont in 1998 and I was there in December of 1999.  I was in the yard when the incident involving Daryl Brown, David Jackson, and Arzell Gulley happened.  I was standing right there when it started.  Brown was standing around with Anthony Wheeler, Gerald Miller and a couple of other guys.  Brown was very drunk or high like he always was, and as usual he was carrying on, loud and obnoxious.  I didn't really pay him any mind until I heard him yelling at someone at the top of his lungs.  I looked over and he was waving his arms around.  He had an ice pick in one hand and a flat blade in the other, waving his arms and calling out to David Jackson, "You punk bitch homo.  You're scared of me."  Jackson told him, "I've got no beef with you, man," and he told Miller and Wheeler, "Take your homeboy out of here.  Carry him on back to the

22-001

unit and lay him down.  I don't want no confrontation.  He's pushing me."

4.    Brown kept lunging at him and Jackson was trying to get away from him.  I could see there was going to be trouble, so I got out of there and went back to my unit.  It wasn't my fight, and I wasn't close to any of them, so I left.  There were no guards around.  If there were any guards there and they had seen what was fixing to jump off, they would have hit their "panic button" and ended it right then.

5.    USP Beaumont was a very violent place, constant fights and stabbings and even murders.  It is hard for someone to understand that unless you live there and face that day and night.  There was no protection from the guards or anyone else at the prison and nowhere to run from danger.  You just have to deal with it and hope it's not you that gets hurt or killed.  Just about everyone there carried shanks and homemade knives and had to be ready to use them at the drop of a hat.  That was the way of life there and everyone knew it.

6.    In a place like Beaumont, once somebody comes at you with a knife, you don't have a lot of choices.  You can't go to the guards or the administration because you get branded as a snitch and your life might as well be over.  Then you're even worse off because you can't ever leave your cell without looking over your shoulder constantly and never knowing if today may be your last.  You can't check into protective custody for the same reason.  Besides, going to the guards is

2

22-002

just a waste of time. They won't do anything anyway. You can't back down because then it is just a matter of time before he comes at you again or gets someone else to do it, except next time you might not be so lucky. You may get creeped while you're taking chow or in the shower and before you know it you're laying in a pool of blood or dead. It could be that day, or the next day or the next week, but it will come, and if you don't take care of it then, you'll come out on the losing end. Even if you don't start it, you have to be the one to end it because if you don't you're as good as dead. That's just the way it is at a place like Beaumont. Beaumont is the most violent federal prison I have ever been in.

7. No one working on David Jackson's trial ever came to talk to me about what I saw in the yard that day or about the conditions at Beaumont. David and everyone else knew I was out there at the time the incident started and Brown started going after him, and he knew I would have told his lawyers what I saw. I would have been available to testify at his trial about what I saw happen in the yard and about what it was like to live in a place like Beaumont.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this **2** day of July, 2010, in Florence, Colorado.

_Reginald Carr._

Reginald Carr

3

22-003