UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT**
**(PETITION FOR COLLATERAL RELIEF - REDACTED VERSION)**

**EXHIBITS 23 - 37 ( of  90 ) (Redacted Version)**