# EXHIBIT 26

Journal of Psychoeducational Assessment OnlineFirst, published on May 19, 2010 as doi:10.1177/0734282910370139

# The Flynn Effect in the WISC Subtests Among School Children Tested for Special Education Services

Journal of Psychoeducational Assessment
XX(X) 1–12
© 2010 SAGE Publications
Reprints and permission: http://www.
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0734282910370139
http://jpa.sagepub.com
SAGE

Tomoe Kanaya[1] and Stephen J. Ceci[2]

## Abstract

The Flynn effect, a secular rise in IQ seen throughout the world, was examined on the WISC-R and WISC-III subtests in a longitudinal sample of more than 2,500 school children who were tested between 1974 and 2002. Multivariate analysis of variance and multiple regression analyses revealed that all the subtests experienced significant decreases in scores on the introduction of the WISC-III, as expected because of the Flynn effect, with the exception of Information and Digit Span. (Mazes was not included in the analyses because of a limited sample size.) On Picture Arrangement and Coding, however, children who were repeatedly tested on the WISC-III also experienced significant decreases compared with children who were repeatedly tested on the WISC-R. These findings add to the growing literature comparing the magnitude of the Flynn effect on crystallized versus fluid measures. Implications for special education testing and the current WISC-IV are discussed.

## Keywords

IQ, WISC subtests, Flynn effect, school children

Now documented in more than 29 countries throughout the world, the Flynn effect refers to the systematic and gradual rise in IQ scores over time (e.g., Flynn, 1984, 1987; Rodgers & Wänström, 2007; te Nijenhuis & van der Flier, 2007). Because of the Flynn effect, IQ tests become easier over time, and people are able to perform progressively better on the tests as the norms age. This rise is difficult to detect on a year-to-year basis, because it is only, on average, 0.3 IQ points. Rather, it is apparent after a decade or so, when an IQ test produces a mean score of 103 or higher rather than 100. Because of this, the IQ test companies publish new, or revised, norms. The new norm is harder and resets the (inflated) mean back to 100 points. Therefore, the Flynn effect is most prominent on the introduction of a new norm, whereon scores experience a sudden and dramatic drop.

[1]Claremont McKenna College, Claremont, CA, USA
[2]Cornell University, Ithaca, NY, USA

**Corresponding Author:**
Tomoe Kanaya, Claremont McKenna College, 850 Columbia Avenue, Claremont, CA 91711, USA
Email: tkanaya@cmc.edu

26-001

An overwhelming majority of the research on the Flynn effect has focused on adults in the average range of the IQ distribution. Notably less research has focused on individuals with cognitive disabilities, and still less research has focused on children with disabilities. This is somewhat surprising because the Flynn effect would seem to have its most direct and immediate impact on school children who are being tested for special education services, one of the most heavily tested populations in the United States. Indeed, Kanaya, Scullin, and Ceci (2003) found that children at the cusp of the Mental Retardation cutoff IQ score of 70 when tested on an old norm (the Wechsler Intelligence Scale for Children–Revised [WISC-R]), subsequently lose approximately 5 IQ points when retested on a newer, harder norm (the Wechsler Intelligence Scale for Children–Third edition [WISC-III]) during their federally mandated reevaluations. This drop resulted in a significant increase in Mental Retardation (MR) diagnoses at the time of retesting on the newer norm, as many of the students, whose scores on the older norm were slightly higher than the IQ 70 cutoff for classification as MR, subsequently plummeted to less than 70. In contrast to children who were tested on the new, harder norm, children who were retested on the same older norm experienced a small, statistically insignificant rise of less than one point, and no significant changes in their MR diagnoses occurred.

Children diagnosed with Learning Disabilities (LD) also experience IQ declines on the introduction of a new norm (Truscott & Frank, 2001). An LD diagnosis, however, requires an IQ within the average range of the distribution. Therefore, the sudden drop in scores on the introduction of the newer, harder WISC-III resulted in a significant decrease in LD diagnoses and related special education services.

The Flynn effect is highest on tests of fluid abilities, which measure abstract reasoning and on-the-spot problem solving (e.g., matrices, puzzles, figural relations, similarities, and mazes) compared with tests of crystallized abilities, which measure accumulated knowledge, such as vocabulary, information, and to some degree arithmetic, which has both fluid and crystallized aspects (Flynn, 1987). For example, Norway experienced enormous gains, almost 20 IQ points within a generation on the Ravens Progressive Matrices, the paradigmatic test of fluid abilities, whereas the estimated gains in New Zealand on the Otis Test, which primarily taps crystallized ability, are less than half of those in Norway (Flynn, 2007). Between 1947 and 2002, IQ gains on the WISC norms were almost twice as high on Performance IQ (mostly but not exclusively fluid measures) compared with Verbal IQ (mostly but not exclusively crystallized measures; Flynn, 2007).

As noted above, although many of the WISC Performance subtests measure fluid ability, not all of them do. Indeed, the WISC subtests have been found to tap into at least four factors: (a) Verbal Comprehension (primarily but not entirely loading on crystallized intelligence), which consists of the Information, Similarities, Vocabulary, and Comprehension subtests; (b) Perceptual Organization (analogous to fluid intelligence), which consist of Picture Completion, Picture Arrangement, Block Design, and Object Assembly; (c) Freedom from Distraction, which consist of Arithmetic and Digit Span; and (d) Processing Speed, which consist of Coding and Symbol Search (Keith & Witta, 1997; Watkins & Kush, 2002). Likewise, not all of the WISC Verbal subtests are measures of crystallized ability. Furthermore, fluid and crystallized abilities are partners in a reciprocal developmental process in which each fosters the development of the other. Cattell (1971) theorized that fluid cognitive ability acts as a precursor to crystallized ability because the former fosters the acquisition of crystallized knowledge. Recently, evidence has accumulated that at least some fluid abilities such as memory monitoring and metacognition are fostered by the acquisition of crystallized knowledge (Ceci, Fitneva, & Williams, in press). Thus, subtests that primarily load on one type of ability are likely to affect the other. Hence, low fluid ability may lower subtest scores that load on crystallized ability and vice versa.

Few have looked at the Flynn effect at the subtest level within the WISC. Therefore, the purpose of this study is to examine test–retest scores on the WISC subtests in the population that is

26-002

most influenced by IQ, school children who are tested for special education programs. Of particular interest is whether the Flynn effect that has been amply documented with the general population will be replicated among children in special education, or whether they exhibit a different pattern of subtest fluctuations.

## Method

### Participants and Procedures

IQ data from more than 11,000 school psychologist special education assessments were collected from nine different school districts across the United States representing a diverse sample of geographical regions (Midwest, Southeast, West, South) and neighborhood types (rural, urban, suburban). Data included students' gender, age, testing date, IQ scores, test–retest norms used, and special education placement recommendations. Testing dates on this data set ranged from 1960 to 2004. If children were tested multiple times, all IQ test data available in the children's files were collected, including test data from before and after the target test dates. Data were gathered by traveling to each school district and recording all necessary information from each student's psychological testing file.

As a result of collecting longitudinal data on children who were tested during the targeted time frame, the data set includes students who were repeatedly tested, typically for a required triennial reevaluation. Some were repeatedly tested on the same test (e.g., repeatedly tested either on the WISC-R or on the WISC-III), and some were retested on a different test (e.g., initially tested on the WISC-R but retested on the WISC-III).

The sample was divided into three groups based on their testing combination: (a) RR, children who were tested on the WISC-R both times, (b) R3, children who were tested on the WISC-R the first time and the WISC-III the second time, and (c) 33, children who were tested on the WISC-III both times (see Table 1 for descriptive information). Many of the children in the data set were tested three or more times on one of the WISC norms. In these cases, only the first (earliest) two WISC tests were included in our sample. Testing dates in this sample ranged from 1974 to 2000. Most school districts did not document the race of the child in his or her special education evaluation. Therefore, race was unknown for almost 70% of the sample and is not analyzed here.

## Analyses and Results

Difference scores ($D$-scores) were calculated for each child by subtracting the scaled score at Time 2 from the scaled score at Time 1 for each subtest and Full IQ (see Table 2). First, to compare $D$-scores from our sample with those from previous studies on the Flynn effect with children in special education (Kanaya et al., 2003; Sanborn, Truscott & Phelps, 2003; Truscott & Frank, 2001) multiple regression analyses were conducted to determine the relationship between the $D$-scores for Full IQ and testing combinations. The RR group served as the reference group in these analyses.

Specifically, we expected the R3 sample to experience a significantly larger decline in IQ compared with the RR group, whereas the 33 group would not be significantly different from the RR group. The Flynn effect would predict this pattern because the rise within an individual is steady but slight and statistically insignificant. Rather, there would be a significant drop on the introduction of a new norm as an individual's performance on an outdated and highly inflated norm will be directly lowered in response to his or her performance on the new, harder norm. Therefore, children who are tested on the new norm both times will perform similarly to children who are tested on the old norm both times. On the other hand, children who are tested on an old

Case 1:09-cv-01039-MJT    Document 48-2    Filed 10/05/10    Page 5 of 24 PageID #: 5673

**Table 1.** Descriptive Information of the RR, R3, and 33 Groups

| Group | Sex, *n* (%) | | | | Age in Months, *M* (*SD*) | | Months Between Tests *M* (*SD*) |
|---|---|---|---|---|---|---|---|
|  | Male | Female | Unknown | Total | Test 1 | Test 2 |  |
| RR | 952 (69.2) | 398 (28.9) | 26 (1.9) | 1,376 (100) | 106.93 (22.79) | 146.35 (25.48) | 41.51 (47.25) |
| R3 | 451 (69.7) | 192 (29.7) | 4 (0.6) | 647 (100) | 105.49 (21.34) | 149.64 (24.07) | 45.96 (46.42) |
| 33 | 363 (67.9) | 169 (31.6) | 3 (0.6) | 535 (100) | 107.43 (21.85) | 143.73 (22.90) | 38.30 (48.66) |

Note: WISC-R = Wechsler Intelligence Scale for Children–Revised; WISC-III = Wechsler Intelligence Scale for Children–Third edition; RR = tested on the WISC-R both times; R3 = tested on the WISC-R first time and WISC-III second time; 33 = tested on the WISC-III both times.

norm (WISC-R) but retested on a new norm (WISC-III) will experience a significant drop in IQ compared with children who are tested on the same norm both times.

Previous research has shown that the magnitude of the Flynn effect can differ by age (Kanaya, Ceci, & Scullin, 2005) and ability level (Sanborn et al., 2003). Therefore, initial IQ and age at initial testing (in months) were included in the model as covariates. To account for practice effects, which are inversely related to the length of time between testings (e.g., Horton, 1992; Sirois et al., 2002), the time between tests (in months) was also included as a covariate. Although some may disagree with our decision to include initial IQ as a covariate in these analyses (e.g., Allison, 1990), this model choice is consistent with previous research. Furthermore, given that the current sample includes children with cognitive disabilities and who are experiencing academic difficulties (the main reason why children are tested for special education services), we felt it was necessary to control for initial IQ when analyzing the data.

The overall model was statistically significant, $F(5, 2,509) = 112.99$, $p < .001$, adjusted $R^2 = 0.18$. As expected, children in the R3 group experienced a significantly lower $D$-score, approximately 4.72 points lower, than children in the RR group, whereas there was no significant difference between the two groups tested with the same norms (the RR and the 33 groups) after controlling for the covariates (see Table 3). Because these results on Full IQ follow the same pattern as the aforementioned Flynn effect studies, follow-up analyses on the individual subtests were conducted.

A multivariate analysis of covariance was conducted on the $D$-scores for all the subtests with the exception of Mazes and Symbol Search. Mazes, a supplemental subtest, was excluded from the analyses because of its reduced sample size. Symbol Search was also not analyzed because it was not among the subtests included in the WISC-R. Testing Group, initial age, initial IQ, and time between the administration of the two tests were included in the model as predictor variables. Box's $M$ test revealed that the covariance matrices of the dependent variables were equal across groups (Box's $M = 153.72$, $p = .12$). The overall model was statistically significant for each subtest ($ps < .001$ for every subtest). Multivariate tests revealed a significant main effect for testing combination, Wilkes $\Lambda = 0.78$, $F(22, 2,698) = 15.90$, $p < .001$, $\eta_p^2 = .12$. The test for between-subjects effects revealed this effect was significant for every subtest except Information and Digit Span.

To conduct post hoc analyses on Testing Group, follow-up regression analyses were conducted on each subtest except Information and Digit Span. Again, the RR group served as the reference group, and initial age, initial IQ, and time between testings were included as covariates. To control for multiple tests, the reduced alpha level of .006 ($\alpha = .05/9$) was used to determine statistical significance. As Table 3 reveals, all nine models were statistically significant despite using this very conservative alpha level. Furthermore, the Flynn effect, seen as a significant

26-004

**Table 2.** Means (Standard Deviations) of Subtest Data for the Three Testing Groups

| Subtest | RR | | | | R3 | | | | 33 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | Time 1 | Time 2 | D | n | Time 1 | Time 2 | D | n | Time 1 | Time 2 | D |
| Verbal | | | | | | | | | | | | |
| Information | 1,356 | 6.53 (3.14) | 6.33 (3.02) | −0.20 (2.30) | 646 | 7.13 (3.19) | 6.81 (3.13) | −0.32 (2.57) | 535 | 7.49 (2.99) | 7.21 (3.11) | −0.28 (2.42) |
| Similarities | 1,355 | 8.09 (3.63) | 7.86 (3.31) | −0.24 (2.94) | 646 | 9.04 (3.47) | 7.27 (3.10) | −1.76 (3.06) | 535 | 7.52 (3.38) | 7.68 (3.18) | 0.16 (2.79) |
| Arithmetic | 1,339 | 7.03 (2.77) | 6.85 (2.61) | −0.17 (2.35) | 644 | 7.51 (2.89) | 6.68 (2.71) | −0.83 (2.54) | 534 | 7.29 (3.07) | 6.91 (2.55) | −0.38 (2.52) |
| Vocabulary | 1,353 | 7.75 (3.14) | 6.93 (3.05) | −0.82 (2.26) | 646 | 8.35 (3.07) | 6.48 (2.90) | −1.88 (2.44) | 535 | 7.63 (3.13) | 6.78 (3.07) | −0.85 (2.41) |
| Comprehension | 1,336 | 8.11 (3.10) | 7.51 (2.85) | −0.60 (2.60) | 644 | 8.46 (3.13) | 6.83 (3.25) | −1.64 (3.06) | 535 | 7.89 (3.57) | 7.22 (3.41) | −0.66 (2.99) |
| Digit Span | 672 | 7.03 (2.90) | 6.94 (2.71) | −0.08 (2.64) | 423 | 7.45 (2.98) | 7.59 (2.75) | 0.14 (2.64) | 300 | 7.89 (2.71) | 7.80 (2.65) | −0.09 (2.64) |
| Performance | | | | | | | | | | | | |
| Picture Completion | 1,347 | 8.45 (3.15) | 8.74 (3.13) | 0.29 (2.82) | 639 | 8.92 (2.92) | 7.94 (3.34) | −0.98 (2.96) | 535 | 7.83 (3.28) | 8.36 (3.27) | 0.53 (2.82) |
| Coding | 1,290 | 7.52 (3.34) | 7.47 (3.18) | −0.06 (3.02) | 624 | 8.18 (3.26) | 7.16 (3.14) | −1.02 (3.11) | 533 | 7.97 (3.17) | 7.26 (2.91) | −0.71 (2.92) |
| Picture Arrange | 1,343 | 8.23 (3.96) | 9.14 (3.33) | 0.90 (3.10) | 638 | 9.12 (3.54) | 7.40 (3.28) | −1.71 (3.26) | 535 | 7.58 (3.56) | 7.84 (3.43) | 0.25 (2.90) |
| Block Design | 1,348 | 7.51 (3.30) | 7.48 (3.38) | −0.03 (2.59) | 639 | 7.92 (3.16) | 7.06 (3.64) | −0.86 (2.87) | 535 | 7.32 (3.36) | 7.46 (3.76) | 0.14 (2.72) |
| Object Assembly | 1,342 | 8.10 (3.30) | 8.42 (3.46) | 0.32 (2.86) | 636 | 8.46 (3.19) | 7.65 (3.46) | −0.81 (2.95) | 530 | 7.69 (3.16) | 7.83 (3.26) | 0.15 (2.98) |
| Symbol Search | 1 | 11.00 (-) | 9.00 (—) | −2.00 (—) | 1 | 12.00 (—) | 0.00 (—) | −12.00 (—) | 183 | 4.58 (4.68) | 4.75 (5.05) | 0.17 (5.61) |
| Mazes | 21 | 9.95 (2.46) | 10.71 (2.90) | 0.76 (2.96) | 7 | 8.86 (3.81) | 9.14 (4.53) | 0.29 (3.77) | 1 | 7.00 (—) | 13.00 (—) | 6.00 (—) |
| Full | 1,367 | 83.87 (16.90) | 83.51 (16.18) | −0.36 (8.61) | 642 | 87.97 (15.34) | 81.84 (14.80) | −6.12 (8.63) | 534 | 84.86 (15.05) | 83.79 (15.10) | −1.07 (7.55) |

Note: WISC-R = Wechsler Intelligence Scale for Children–Revised; WISC-III = Wechsler Intelligence Scale for Children–Third edition; RR = tested on the WISC-R both times; R3 = tested on the WISC-R first time and WISC-III second time; 33 = tested on the WISC-III both times.

**Table 3.** Regression Coefficients Predicting Subtest $D$-Scores

| Subtest | R3 B | R3 SE | R3 $\beta$ | 33 B | 33 SE | 33 $\beta$ | Initial Age B | Initial Age SE | Initial Age $\beta$ | Months Between Tests B | Months Between Tests SE | Months Between Tests $\beta$ | Initial IQ B | Initial IQ SE | Initial IQ $\beta$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Verbal** | | | | | | | | | | | | | | | |
| Similarities[a] | −1.31** | 0.14 | −.19 | .39 | 0.15 | .52 | −.00 | 0 | −.02 | −.02** | 0 | −.08 | −.03** | 0 | −0.15 |
| Arithmetic[b] | −0.49** | 0.12 | −.09 | −.23 | 0.12 | −.04 | −.01** | 0 | −.06 | −.01** | 0 | −.08 | −.02** | 0 | −.16 |
| Vocabulary[c] | −0.89** | 0.11 | −.16 | −.04 | 0.12 | −.01 | .01** | 0 | .12 | −.01** | 0 | −.09 | −.02** | 0 | −0.15 |
| Completion[d] | −0.82** | 0.14 | −.13 | −.11 | 0.14 | −.02 | −.00 | 0 | −.03 | −.02** | 0 | −.12 | −.03** | 0 | −.15 |
| **Performance** | | | | | | | | | | | | | | | |
| Picture Completion[e] | −1.18** | 0.14 | −.18 | .26 | 0.15 | .04 | −.00 | 0 | −.02 | −.01 | 0 | −.02 | −.02** | 0 | −.10 |
| Coding[f] | −0.81** | 0.15 | −.12 | −.65** | 0.16 | −.09 | .01** | 0 | .07 | −.01 | 0 | −.03 | −.03** | 0 | −.14 |
| Picture Arrange[g] | −2.39** | 0.15 | −.32 | −.59** | 0.15 | −.07 | −.02** | 0 | −.12 | −.00 | 0 | −.02 | −.05** | 0 | −.24 |
| Block Design[h] | −.77** | 0.13 | −.12 | .16 | 0.14 | .02 | .01 | 0 | .05 | −.01 | 0 | −.04 | −.01 | 0 | −.04 |
| Object Assembly[i] | −.98** | 0.14 | −.15 | −.17 | 0.15 | −.02 | −.00 | 0 | −.02 | −.01** | 0 | −.06 | −.02** | 0 | −.09 |
| Full[j] | 4.72** | 0.39 | .24 | .71 | 0.41 | .03 | .00 | 0.01 | .00 | .07** | 0.01 | .11 | | 0.01 | .31 |

a. $F(5, 2,488) = 45.89$**, adjusted $R^2 = .08$.
b. $F(5, 2,470) = 21.80$**, adjusted $R^2 = .04$.
c. $F(5, 2,499) = 50.53$**, adjusted $R^2 = .09$.
d. $F(5, 2,467) = 30.64$**, adjusted $R^2 = .06$.
e. $F(5, 2,483) = 26.55$**, adjusted $R^2 = .05$
f. $F(5, 2,411) = 25.25$**, adjusted $R^2 = .05$.
g. $F(5, 2,478) = 100.09$**, adjusted $R^2 = .17$.
h. $F(5, 2,484) = 14.35$**, adjusted $R^2 = .03$.
i. $F(5, 2,472) = 18.12$**, adjusted $R^2 = .03$.
j. $F(5, 2,509) = 112.99$**, adjusted $R^2 = .18$.
**$p < .006$.

decrease with the R3 group coupled with an insignificant difference with the 33 group, was found in the following subtests: Similarities, Vocabulary, Comprehension, Picture Completion, Block Design, Arithmetic, and Object Assembly. Picture Arrangement and Coding, however, experienced a different pattern. Rather, the R3 *and* 33 groups experienced significant declines compared with the children in the RR group in these subtests. It is important to note that the initial *D*-scores (before the regression analyses) on Picture Arrangement followed the expected Flynn effect pattern; a slight increase in the RR and 33 groups whereas the R3 group experienced a substantial drop. The regression analyses, however, illustrate that the rise experienced in the 33 group was significantly lower than the rise experienced by the RR group, and thus, this subtest did not follow the traditional Flynn effect pattern.

## Discussion

To date, a relatively small proportion of studies on the Flynn effect have examined the WISC subtests, one of the most commonly used IQ tests in the United States. Much of the attention on the Flynn effect have focused on adult data or measures that are more popular in other countries, such as the Ravens Progressive Matrices (e.g., Flynn, 1987). Although Flynn (2007; Flynn & Weiss, 2007) documented differential gains between the WISC subtests, this study analyzed these gains on a sample that is, potentially, the most affected by IQ tests: school children who are being tested for special education services. Furthermore, by using statistical analyses, we were able to measure these gains after controlling for confounding variables.

Our findings reveal that seven of the subtests within the WISC-R and WISC-III manifested the Flynn effect, which is marked by an insignificant change in scores when tested and retested on the same norm, but a significant decrease in scores when tested on an old norm and retested on a new norm. These subtests were Similarities, Vocabulary, Comprehension, Picture Completion, Block Design, Arithmetic, and Object Assembly. Information and Digit Span were not affected by changing test norms in our sample. Furthermore, although scores on Picture Arrangement and Coding experienced significant decreases when tested on the WISC-R and retested on the WISC-III, they also decreased when tested and retested on the WISC-III when compared with children who were tested and retested on the WISC-R. The patterns within the WISC-III suggest a possible reverse, or diminished, Flynn effect within these two subtests.

Taken together, the fluctuations on these seven subtests were not expected on the basis of the data from the general population (e.g., Flynn, 2007). Specifically, children in the United States have gained 24 points ($SD = 15$) on the Similarities subtest over the last 60 years (Flynn, 2007). In contrast, gains on Information and Vocabulary have been slight. This tendency, however, was not evident among students evaluated for special education eligibility. Although the Information subtest did not show any Flynn effect, replicating previous studies (e.g., Flynn & Weiss, 2007), Vocabulary, Comprehension, Block Design, and Object Assembly were associated with decreases on retesting on the newer, harder WISC-III after controlling for initial testing age, initial IQ, and time between testings. Furthermore, Arithmetic also experienced the Flynn effect in our analyses.

The starkest contrast was on the Similarities subtest, where our regression coefficient was substantially smaller than was reported by Flynn (2009). Kaufman (in press) has argued that Flynn's findings on many of the subtests, but particularly Similarities, are highly overestimated because of substantive administrative and scoring changes that occurred with the introduction of the WISC-R. And so, our findings may provide a more accurate estimate of the Flynn effect on the Similarities subtest. It is also important to note that items on the Similarities subtest such as "what do dogs and rabbits have in common?" have become increasingly easier for children over the past century and as a consequence, its loading on fluid ability has diminished. And so, these

26-007

findings could also reflect social changes that affect specific cognitive abilities (Blair, 2006; Ceci & Kanaya, in press), and perhaps the experiences that drive such social effects are unevenly distributed across special and regular education.

These findings add to the limited literature on the Flynn effect within assessments for children, including the Peabody Picture Vocabulary Test (Nettelbeck & Wilson, 2004), the Leidon Diagnostic Test (Resing & Tunteler, 2007), mathematics achievement tests (Rodgers & Wänström, 2007), the Otis–Lennon Test (Flynn, 2007), and even Piagetian tasks (Bocerean, Fischer, & Flieller, 2003; Flieller, 1999). The findings are also similar to a recent study by Must, te Nijenhuis, Must, and van Vianen (2009), which found differential gains on the individual subtests of the American National Intelligence Test on a sample of Estonian school children. They, as have other researchers who have examined the Flynn effect, concluded that scores from different cohorts are not comparable with each other. Our findings illustrate that scores from different norms are also not comparable with each other, particularly when data are gathered from the special education students across different points in their school careers. That fluid tests such as Picture Arrangement and Coding declined over the course of the WISC-III is worrisome, as these subtests increase or remain constant when assessed across different points in the school careers of regular education students. Similarly, the decline in some crystallized abilities (Vocabulary) is larger among these special education referrals than general education peers, suggesting that either their learning difficulties or aspects of their education place them at special risk for cognitive decline.

## Strengths, Weaknesses, and Future Directions

There are relatively few studies that examine the Flynn effect on school children, one of the most heavily tested populations in the United States. And so, the longitudinal and cross-sectional nature of our data set provided a rare opportunity to examine IQ trends on the WISC norms. The present study also contains data from a geographically and socioeconomically diverse database of children who were tested as part of their special education evaluations around the country. Thus, the results better lend themselves to be generalized to children who are most affected by IQ scores and most likely to be subjected to multiple testings throughout their school years.

Despite these strengths, some limitations of the present study should be noted. Although school children who are tested for special education services are an important population to study, they do not represent the general population. This is reflected by the fact that the average IQs in our sample were approximately an entire standard deviation less than the population mean of 100 points, and a contraction of variance could produce the same results. It is worth noting, however, that Kanaya, Scullin, et al. (2003) found the Flynn effect estimates among children diagnosed with MR to be similar to those reported by Flynn (1987) within the general population. It is also still unknown if these trends will hold with adults. Furthermore, by focusing our analyses solely on the WISC subtests, we are neglecting many other standardized measures of crystallized and fluid ability, including other IQ and achievement tests that are commonly used in special education diagnoses such as the Stanford Binet, Kaufman, and Woodcock–Johnson scales.

The use of archived special education records, while ecologically valid, made it impossible to use a counterbalanced design. Few, if any, students in our data set were administered the WISC-III *before* the WISC-R during their first two evaluations. We tried to account for practice effects by including the amount of time between tests as a covariate in our analyses. We acknowledge, that this approach does not address and correct for practice effects as effectively as a counterbalanced design. It is important to note, however, that all three groups experienced a *decrease* in Full Scale IQ on retesting. Given the Flynn effect has been estimated as approximately 0.3 points per year and the average time between tests is more than 3 years (36 months), one would expect a one-point increase in Full IQ in the RR and 33 groups. The decrease, is

26-008

consistent with previous research on children with LD, the most prevalent diagnosis within special education (Data Accountability Center, 2007). Kaufman (1994) and Sanborn et al., (2003) have reported declines in IQ when retested on the same norm among children with LD. Therefore, it is unclear if children tested for special education services experience practice effects in the same manner as the general population and, therefore, whether any corrections for such effects are required for our sample.

Furthermore, evidence of the Flynn effect is measured by the significant drop on the introduction of the new norm (as seen in the R3 group). The fact that the R3 group experienced a significantly larger decline than the RR group, combined with the fact that the 33 group was not significantly different from the RR group, provide strong evidence of the Flynn effect that cannot be explained by practice effects or actual changes in cognitive ability. Despite this, previous research has shown that practice effects in the general population are stronger on Performance subtests and Full Scale IQ compared with the Verbal subtests (Sirois et al., 2002; Tuma & Appelbaum, 1980). Therefore, future researchers should examine the nature and magnitude of practice effects at the subtest level in this heavily tested population.

In addition, we only examined test–retest scores at 2 points within each child. By limiting the analyses to the first two tests, we reduced the risk of progressive error. Examining longitudinal patterns across multiple testings and throughout the lifespan of an individual, however, will provide more specific insight into the nature of the Flynn effect. Our data also did not allow us to examine individual differences within the IQ gains. For example, we were not able to examine if children of different ethnicities experienced differential gains. Given the long-standing documentation of the overrepresentation of ethnic minorities in special education, it is particularly important to determine if the Flynn effect varies between racial/ethnic groups (Kanaya & Ceci, 2007). Other individual factors that have been underexplored within the Flynn effect literature include sex, age (Kanaya et al., 2005; Spitz, 1989), special education/clinical diagnoses (Kanaya, Scullin, et al., 2003), IQ level (Cahan & Gejman, 1993; Sanborn et al., 2003), and income. Future research should also determine whether subtest gains have an impact on special education diagnoses. In other words, although it has been established that MR and LD diagnoses are affected by changes in Full IQ caused by the Flynn effect (Kanaya, Scullin, et al., 2003; Truscott & Frank, 2001), it will be interesting to see if the similar patterns can be predicted on the basis of changes at the subtest level.

## Implications for the WISC-IV and Current School Children

To alleviate the impact of the Flynn effect on school children, the Psychological Corporation introduced the WISC-IV more quickly than it has introduced previous norms (Wechsler, 2003). Although a few studies have suggested that the Flynn effect is reduced or eliminated among adults (e.g., Teasdale & Owen, 2008) as has our findings on Picture Arrangement and Coding, this general trend has not been replicated in preliminary examinations of the current WISC-IV (Flynn & Weiss, 2007). In addition to the quicker release date, the WISC-IV has also undergone several substantive changes to increase "the contribution of fluid reasoning" (Harcourt Assessment, 2004). These changes include the introduction of new subtests, as well as the elimination of Object Assembly, Picture Arrangement, and Mazes. In addition, Arithmetic can now be used as an optional substitute for Digit Span, whereas Information can replace Comprehension and Similarities.

These substantive changes have led some researchers to question the comparability between scores from the WISC-IV and those from previous norms (e.g., Keith, Fine, Taub, Reynolds, & Kranzler, 2006). On one hand, the faster norming cycle is helpful, as it will prevent millions of children from being misdiagnosed based on inflated scores from an aging norm. On the other

26-009

hand, however, these substantive changes may be problematic when comparing scores within the same norm. For example, in our analyses, testing combination did not have a significant impact on changes in the Information subtest. And yet, on the WISC-IV Information can be substituted for Comprehension and Similarities, which *did* experience Flynn effect gains. Not only could this substitution increase the discrepancy between WISC-III and WISC-IV scores, it could also create discrepancies *within* WISC-IV scores; over time as the Flynn effect gains accumulate, an IQ derived from the original subtests may differ from one derived from the substituted subtests. It is important to note that this discrepancy could go undetected because it will not change or reduce the coefficients that are used to assess the reliability between the IQ derived from the original subtests and the IQ derived from the substituted subtests. It is clear, therefore, that researchers and practitioners must continue to explore the nature, magnitude, and impact of the Flynn effect on the current WISC-IV.

## Conclusion

In conclusion, the current study adds to the growing literature on the Flynn effect. Specifically, we found strong evidence of the Flynn effect on crystallized and fluid subtests during the WISC-R to WISC-III transition. The effect, however, was not uniformly distributed among all the subtests, and there was not a clear pattern of higher gains on fluid measures compared with crystallized measures, as has been found in previous studies. Although these findings may have the most immediate impact on school children, it is important to note that IQ tests play an important role in life-altering decisions for many people. For example, individuals who are diagnosed with mild MR because of their low IQ and concomitant behavioral measures do not qualify for the death penalty (*Atkins v. Virginia*, 2002), and can also be denied organ transplants (Shapiro, 2006). Full Scale IQ scores are used to determine Social Security Disability eligibility and occupational assignments, including decisions within the military, are also based on measures that are highly correlated with traditional IQ tests and other measures that have been found to experience the Flynn effect (Kanaya, Scullin, et al., 2003). Therefore, research that provides more insight into the nature and magnitude of the Flynn effect can have significant implications in the lives of thousands, and possibly millions, of children and adults each year.

### Authors' Note

Any opinions, findings and conclusions, or recommendations expressed in this material are those of the authors and do not necessarily reflect those of the Spencer Foundation or Smith Richardson Foundation.

### Declaration of Conflicting Interests

The author(s) declared no conflicts of interest with respect to the authorship and/or publication of this article.

### Funding

The author(s) disclosed receipt of the following financial support for the research and/or authorship of this article:

This research was supported, in part, by a research grant by the Spencer Foundation (Grant No. 2007-000115) awarded to the first author. This research was also supported, in part, by a research grant by the Smith Richardson Foundation awarded to the second author.

### References

Allison, P. D. (1990). Change scores as dependent variables in regression analysis. *Sociological Methodology, 20*, 93-114.

Atkins v. Virginia, 536 U.S. 304 (2002).

Blair, C. (2006). How similar are fluid cognition and general intelligence? A developmental neuroscience perspective on fluid cognition as an aspect of human cognitive ability. *Behavioral and Brain Sciences, 29*, 109-160.

Bocerean, C., Fischer, J.-P., & Flieller, A. (2003). Long-term comparison (1921-2001) of numerical knowledge in three to five-and-a-half year-old children. *European Journal of Psychology of Education, 18*, 405-424.

Cahan, S., & Gejman, A. (1993). Constancy of IQ scores among gifted children. *Roeper Review, 15*, 140-143.

Cattell, R. B. (1971) Abilities: Their structure, growth, and action. Oxford, England: Houghton Mifflin.

Ceci, S. J., Fitneva, S. A., & Williams, W. M. (in press). Representational constraints on the development of memory and metamemory: A Developmental-representational theory. *Psychological Review.*

Ceci, S. J., & Kanaya, T. (in press). "Apples and oranges are both round:" Furthering the discussion on the Flynn effect. *Journal of Psychoeducational Assessment.*

Data Accountability Center. (2007). *Data tables for OSEP state reported data.* Retrieved from https://www .ideadata.org/arc_toc9.asp#partbCC

Flieller, A. (1999). Comparison of the development of formal thought in adolescent cohorts aged 10 to 15 years (1967-1996 and 1972-1993). *Developmental Psychology, 35*, 1048-1058. doi:10.1037/0012-1649.35.4.1048

Flynn, J. R. (1984). IQ gains and the Binet decrements. *Journal of Educational Measurement, 21*, 283-290. doi:10.1111/j.1745-3984.1984.tb01035.x

Flynn, J. R. (1987). Massive IQ gains in 14 nations: What IQ tests really measure. *Psychological Bulletin, 101*, 171-191. doi:10.1037/0033-2909.101.2.171

Flynn, J. R. (2007). *What is intelligence? Beyond the Flynn effect.* New York, NY: Cambridge University Press.

Flynn, J. R., & Weiss, L.G. (2007). American IQ gains from 1932 to 2002: The WISC subtests and educational progress. *International Journal of Testing, 7*, 209-224. doi:10.1080/15305050701193587

Harcourt Assessment. (2004). *WISC-IV frequently asked questions.* Retrieved from http://harcourtassessment .com/HAIWEB/Cultures/en-us/Productdetail.htm?Pid=015-8979-044&Mode=resource& Leaf=015-8979-044_FAQ

Horton, A. M. (1992). Neuropsychological practice effects x age: A brief note. *Perceptual and Motor Skills, 75*, 257-258. doi:10.2466/PMS.75.4.257-258

Kanaya, T., & Ceci, S. J. (2007). Are all IQ scores created equal? The differential costs of IQ cut-off scores for at-risk children. *Child Development Perspectives, 1*, 52-56. doi:10.1111/j.1750-8606.2007.00010.x

Kanaya, T., Ceci, S. J., & Scullin, M. H. (2003). The rise and fall of IQ in special ed: Historical trends and their implications. *Journal of School Psychology, 41*, 453-465. doi:10.1016/j.jsp.2003.08.003

Kanaya, T., Ceci, S. J., & Scullin, M. H. (2005). Age differences in secular IQ trends: An individual growth modeling approach. *Intelligence, 33*, 613-621. doi:10.1016/j.intell.2005.08.001

Kanaya, T, Scullin, M. H., & Ceci, S. J. (2003). The Flynn effect and U.S. policies: The impact of rising IQ scores on American society via mental retardation diagnoses. *American Psychologist, 58*, 1-13. doi:10.1037/0003-066X.58.10.778

Kaufman, A. S. (1994). *Intelligent testing with the WISC-III.* New York. NY: Wiley.

Kaufman, A. S. (in press). "In what way are apples and oranges alike?" A critique of Flynn's interpretation of the Flynn Effect. *Journal of Psychoeducational Assessment.*

Keith, T. Z., Fine, J. G., Taub, G. E., Reynolds, M. R., & Kranzler, J. H. (2006). Higher order, multisample, confirmatory factor analysis of the Wechsler Intelligence Scale for Children–Fourth edition: What does it measure? *School Psychology Review, 35*, 108-127.

Keith, T. Z., & Witta, E. L. (1997). Hierarchical and cross-age confirmatory factor analysis of the WISC-III: What does it measure? *School Psychology Quarterly, 12*, 89-107. doi:10.1037/h0088950

Must, O., te Nijenhuis, J., Must, A., & van Vianen, A. E. M. (2009). Comparability of IQ scores over time. *Intelligence, 37*, 25-33. doi:10.1016/j.intell.2008.05.002

26-011

Nettelbeck, T., & Wilson, C. (2004). The Flynn effect: Smarter not faster. *Intelligence, 32*, 85-93. doi:10.1016/S0160-2896(03)00060-6

Resing, W. C. M., & Tunteler, E. (2007). Children becoming more intelligent: Can the Flynn effect be generalized to other child intelligence tests? *International Journal of Testing, 7*, 191-208. doi:10.1080/15305050701193546

Rodgers, J. L., & Wänström, L. (2007). Identification of a Flynn Effect in the NLSY: Moving from the center to the boundaries. *Intelligence, 35*, 187-196. doi:10.1016/j.intell.2006.06.002

Sanborn, K. J., Truscott, S. D., & Phelps, L. (2003). Does the Flynn effect differ by IQ level in samples of students classified as learning disabled? *Journal of Psychoeducational Assessment, 21*, 145-159. doi:10.1177/073428290302100203

Shapiro, J. (2006). *Dispute over mental competency blocks transplant.* Retrieved from www.npr.org

Sirois, P. A., Posner, M., Stehbens, J. A., Loveland, K. A., Nichols, S., Donfield, S. M., . . . Amodei, N. (2002). Quantifying practice effects in longitudinal research with the WISC-R and WAIS-R: A study of children and adolescents with hemophilia and male siblings without hemophilia. *Journal of Pediatric Psychology, 27*, 121-131. doi:10.1093/jpepsy/27.2.121

Spitz, H. H. (1989). Variations in Wechsler Interscale IQ disparities of different levels of IQ. *Intelligence, 13*, 157-167. doi:10.1016/0160-2896(89)90014-7

Teasdale, T. W., & Owen, D. R. (2008). Secular declines in cognitive test scores: A reversal of the Flynn effect. *Intelligence, 36*, 121-126. doi:10.1016/j.intell.2007.01.007

te Nijenhuis, J., & van der Flier, H. (2007). The secular rise in IQs in the Netherlands: Is the Flynn effect on *g*? *Personality and Individual Differences, 43*, 1259-1265. doi:10.1016/j.paid.2007.03.016

Truscott, S. D., & Frank, A. J. (2001). Does the Flynn effect affect IQ scores of students classified as LD? *Journal of School Psychology, 39*, 319-334. doi:10.1016/S0022-4405(01)00071-1

Tuma, J. M., & Appelbaum, A. S. (1980). Reliability and practice effects of WISC-R IQ estimates in a normal population. *Educational and Psychological Measurement, 40*, 671-678. doi:10.1177/001316448004000310

Watkins, M. W., & Kush, J. C. (2002). Confirmatory factor analysis of the WISC-III for students with learning disabilities. *Journal of Psychoeducational Assessment, 20*, 4-19. doi:10.1177/073428290202000101

Wechsler, D. (2003). *The Wechsler Intelligence Scale for Children-IV Manual.* New York, NY: Psychological Corporation.

26-012

# EXHIBIT 27

```
***   REC 2010131  174715 H88348E0 FZ2M  CIPQYA2    PQA2    (F-DN9 )  ***

QRY  DATE: 05/11/10  AN:      Redacted    2111  DOC: 951 UNIT: 109       PG: 001  DEQR
INPUT: YRS REQ: 1980-1989; COVERED DETAILS; SELF-EMPLOYMENT;
  MQGE & HEALTH INSURANCE; PENSION; EMPLOYER ADDRESS
MEF: NA: D L JACKSO DB: REDACTED1960 SX: M AK:


DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
EIN:     REDACTED                REDESIGNS INC
                                REDACTED
                          NEW ORLEANS           LA  70117-0000
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER    PR     S
0080   AA         D L JACKSO        204.75           204.75 0099-07-13589   00181
                  WAGE TOTAL        204.75
            OASDI EMPLOYER TOTAL    204.75
            80 OASDI YEARLY TOTAL   204.75


   81 NONE

   82 NONE

   83 NONE

   84 NONE

   85 NONE

   86 NONE

   87 NONE

   88 NONE

EIN:     REDACTED             FUTURE FORCE SERVICES INC
                                REDACTED

                          TROY              MI  48083-1433
RPYR   REO LOAC   NAME            EARNINGS      TOTAL COMP   CONTROL NUMBER    PR     S
0089   AA         D L JACKSO         38.44            38.44 9164-91-02971   02090 V
                  WAGE TOTAL         38.44
            OASDI EMPLOYER TOTAL     38.44
            89 OASDI YEARLY TOTAL    38.44

DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
 NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED

W-2 PENSION DATA AND EMPLOYER NAME AND ADDRESS FOR YEARSREQUESTED
 NO W-2 PENSION DATA POSTED FOR YEARS REQUESTED


REMARKS
 CLAIMS ACTIVITY--SEE MBR
```



LOS ANGELES, CALIF.

MAY 11 2010

91951
SSA DISTRICT OFFICE

27-001

QRY                    DETAIL EARNINGS QUERY                         DEQY
        TRANSFER TO:                                   UNIT: 109

                    ROUTE RESPONSE TO (SELECT ONE): 3
                  1=SCREEN    2=PRINTER/MAIN    3=PRINTER

                            ACCESS KEYS
SSN: REDACTED2111              EIN:              PAYROLL RECORD UNIT:

                            REPORT PERIODS
INCLUSIVE YEARS: 72 TO 10
SPECIFIC YEARS (ENTER UP TO 5 YEARS):

REQUESTED DETAILS (DEFAULT IS COVERED DETAILS ONLY): 1 2 3 5 8
      1=COVERED DETAILS            5=PENSION
      2=SELF-EMPLOYMENT            6=RAILROAD
      3=MQGE & HEALTH INSURANCE    7=SPECIAL WAGE PAYMENT
      4=ALL NON-COVERED DETAILS    8=EMPLOYER ADDRESS
                                   9=LAST EMPLOYER ADDRESS


      RELATED SSN:
      MAXIMUM OVERRIDE REQUESTED(Y/N): N




      This is an official record of the Social Security
      Administration

      Certified By: _M Clin_____

      Title: _____SR_____

      Date: 05/11/2010

                          SOCIAL SECURITY ADMINISTRATION
                              611 W. 6th Street, Suite 700
                              Los Angeles, CA 90017-3101



LOS ANGELES, CALIF.
MAY 11 2010
91951
SSA DISTRICT OFFICE

27-002

# EXHIBIT 28

# Intellectual Disability

## Definition, Classification, and Systems of Supports

*The AAIDD Ad Hoc Committee on*

*Terminology and Classification*

## 11th Edition



**aaidd**

American Association
on Intellectual and
Developmental Disabilities

10/04/2010  00:45    5125429947    LOHMAN AND ROGERS    PAGE  07/12

Copyright © 2010 by the American Association on Intellectual and Developmental Disabilities

Published by
American Association on Intellectual and Developmental Disabilities
501 3rd Street, NW, Suite 200
Washington, DC 20001-2760

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Intellectual disability : definition, classification, and systems of supports / The AAIDD Ad Hoc Committee on Terminology and Classification.—11th ed.
    p. cm.
 Includes bibliographical references and index.
 ISBN 978-1-935304-04-3 (alk. paper)
 1. Mental retardation—Classification.  I. American Association on Intellectual and Developmental Disabilities.
 RC570.C515 2010
 616.85'88—dc22                          2009040030

iv

# CHAPTER 1

## DEFINITION OF INTELLECTUAL DISABILITY

> Intellectual disability is characterized by significant limitations both in intel-
> lectual functioning and in adaptive behavior as expressed in conceptual, social,
> and practical adaptive skills. This disability originates before age 18.

## OVERVIEW

*Defining* refers to precisely explaining the term and establishing the meaning and bound-
aries of the term. Significant consequences can result from the way a term is defined. As
discussed by Gross and Hahn (2004), Luckasson and Reeve (2001), and Stowe, Turnbull,
and Sublet (2006), a definition can make someone eligible or ineligible for services, sub-
jected to something or not subjected to it (e.g., involuntary commitment), exempted
from something or not exempted (e.g., from the death penalty), included or not included
(as to protections against discrimination and equal opportunity), and/or entitled or not
entitled (e.g., as to Social Security benefits or other financial benefits). Our purpose in
this chapter is to review briefly the historical approaches to defining *intellectual disability*
(ID), present the current definition of ID and the assumptions that are essential to the
application of the definition, discuss the historical consistency in regard to the three cri-
teria used to operationally define the construct, and summarize how the boundaries of
the construct have been operationalized over the past 50 years.

## HISTORICAL APPROACHES TO DEFINING INTELLECTUAL DISABILITY

Historically, four broad approaches (i.e., social, clinical, intellectual, and dual-criterion)
have been used to define the construct now referred to as ID. Remnants of these four ap-
proaches are still evident in current discussions regarding who is (or should be) diagnosed
as an individual with an ID (see, for example, Switzky & Greenspan, 2006a, 2006b).

### Social Approach

Historically, persons were defined or identified as having ID because they failed to adapt
socially to their environment. Because an emphasis on intelligence and the role of intel-
ligent people in society was to come later, the oldest historical definitional approach

## The Flynn Effect

Flynn's research (1984, 1987, 2006, 2007) as well as that of others (e.g., Kanaya, Scullin, & Ceci, 2003; Scullin, 2006) found that IQ scores have been increasing from one generation to the next in the United States as well as in all other developed countries for which IQ data are available. This increase in IQ scores over time was called the *Flynn Effect* by Hernstein and Murray (1994). The Flynn Effect refers to the observation (Flynn, 1984) that every restandardization sample for a major intelligence test (e.g., SBIS-4 and Wechsler) from 1932 through 1978 resulted in a mean IQ that tended to increase over time. Flynn (1987) reported that this effect was also observed in samples from other countries. Although the cause of this effect is unknown, Neisser et al. (1996) suggested that potential factors might well be improved nutrition, cultural changes, testing experience, changes in schooling, and changes in child-rearing practices.

The Flynn Effect raises potential challenges for the diagnosis of ID (Kanaya et al., 2003). Because Flynn (1984) reported that mean IQ increases about 0.33 points per year, some investigators (e.g., Flynn, 2006) have suggested that any obtained IQ score should be adjusted 0.33 points for each year the test was administered after the standardization was completed. For example, if the Wechsler Adult Intelligence Scale (WAIS-III; 1997) was used to assess an individual's IQ in July 2005, the population mean on the WAIS-III was set at 100 when it was originally normed in 1995 (published in 1997). However, based on Flynn's data, the population mean on the Full-Scale IQ raises roughly 0.33 points per year; thus the population mean on the WAIS-III Full-Scale IQ corrected for the Flynn Effect would be 103 in 2005 (9 years × 0.33 = 2.9). Hence, using the significant limitations of approximately two standard deviations below the mean, the Full-Scale IQ cutoff would be approximately 73 (plus or minus the standard error of measurement).

There are also data suggesting that the Flynn Effect may not be a purely linear function of time and that the impact of the effect may asymptote or even reverse. Teasdale and Owens (2005), for example, reported on a large sample of Danish males in which the Flynn Effect peaked and subsequently reversed. In a Norwegian sample, Sundet, Barlaug, and Torjussen (2004) reported a slowing and eventual cessation of the Flynn Effect over time. These data would seem to suggest that while the Flynn Effect is evident, how one corrects for it is still a challenging issue.

As discussed in the *User's Guide* (Schalock et al., 2007) that accompanies the 10th edition of this *Manual*, best practices require recognition of a potential Flynn Effect when older editions of an intelligence test (with corresponding older norms) are used in the assessment or interpretation of an IQ score. As suggested in the *User's Guide* (Schalock et al., 2007, pp. 20, 21):

> The main recommendation resulting from this work [regarding the Flynn Effect] is that all intellectual assessment must use a reliable and appropriate individually administered intelligence test. In cases of tests with multiple versions, the most recent version with the most current norms should be used at all times. In cases where a test with aging norms is used, a correction for the age of the norms is warranted.

28-004

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

standard error of measurement for the specific instruments used and the instruments' strengths and limitations. It is clear from this significant limitations criterion used in this *Manual* that AAIDD (just as the American Psychiatric Association, 2000) *does not* intend for a fixed cutoff point to be established for making the diagnosis of ID. Both systems (AAIDD and APA) require clinical judgment regarding how to interpret possible measurement error. Although a fixed cutoff for diagnosing an individual as having ID is not intended, and cannot be justified psychometrically, it has become operational in some states (Greenspan & Switzky, 2006). It must be stressed that the diagnosis of ID is intended to reflect a clinical judgment rather than an actuarial determination. A fixed point cutoff score for ID is not psychometrically justifiable. The choice of an intelligence test will be driven by clinical judgment of the most appropriate instrument. The IQ scores obtained from different intelligence tests themselves are not necessarily equivalent. Given that the diagnostic process involves drawing a line of inclusion/exclusion, it is important to use a range as reflected in the test's standard error of measurement.

## Evaluating the Role That an IQ Score Plays in Making a Diagnosis

An IQ score should be reported with confidence intervals rather than a single score. Thus, in evaluating the role that an IQ score plays in making a diagnosis of ID, clinicians should (a) determine what the standard error of measurement is for the particular assessment instrument used, realizing that the standard of measurement is test-specific and is used to establish a statistical confidence interval within which the person's true score falls; (b) interpret the obtained score in reference to the test's standard error of measurement, the assessment instruments' strengths and limitations, and other factors (such as practice effect, fatigue effects, and age or norms used) that determine the size of the error involved in estimating the person's true score; (c) determine whether the assessment process was consistent with the first two assumptions of the definition of ID (see p. 1); (d) use an assessment process based on research-based knowledge, professional ethics, and professional standards (see chapter 8); and (e) assure that within reporting, standard error of measurement is properly addressed.

As discussed in reference to the operational definition of significant limitations in intellectual functioning, the intent of using approximately two standard deviations below the mean is to reflect the role of clinical judgment in weighing the factors that contribute to the validity and precision of a diagnostic decision. The term *approximately* also addresses statistical error and uncertainty inherent in any assessment of human behavior. In that regard, the diagnostic decision-making process cannot be viewed as only a statistical calculation.

## Assessor Credentials

The assessment of intellectual functioning is a task that requires specialized professional training. Assessment data should be reported by an examiner experienced with people who have ID; who is qualified in terms of professional and state regulations; and who has

# CHAPTER 5

## ADAPTIVE BEHAVIOR AND ITS ASSESSMENT

Adaptive behavior is the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives.

For the diagnosis of intellectual disability, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior are operationally defined as performance that is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, or practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills. The assessment instrument's standard error of measurement must be considered when interpreting the individual's obtained scores.

## OVERVIEW

The inclusion of the concept of adaptive behavior in the diagnosis of persons with *intellectual disability* (ID) has a long history. Nihira (1999), for example, cited early leaders, such as Itard, Seguin, Voison, and Howe, who referred to signs of ID that included the absence of social competency, a need for skill training, an inability to meet social norms, and difficulty with fending for one's self. Although adaptive behavior did not play a formal role in the diagnosis of ID during the first half of the 20th century, the construct's importance to understanding ID was not completely abandoned. Doll, for example, introduced the Vineland Social Maturity Scale in 1936, an instrument that included 117 items focused on practical skills used in everyday situations.

When the intelligence test, resulting in an IQ score, was introduced in the early 1900s, it was embraced as an efficient and objective means to distinguish individuals with ID from the general population (Scheerenberger, 1983). The intelligence test not only produced a highly reliable score, but because it was normed on the general population, it yielded an unambiguous indicator of how much a person deviated from others. However, dissatisfaction with the IQ score as the sole indicator of ID emerged over time. Among the greatest concerns about intelligence testing was that IQ scores only provided a narrow measure of intellectual functioning related to academic tasks (i.e., linguistic, conceptual,

28-006

10/04/2010  00:45    5125429947    LOHMAN  AND  ROGERS    PAGE  12/12

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

and mathematical abilities and skills), thus ignoring important aspects of intellectual functioning that included social and practical skills. Also, the perception that IQ scores contributed to misdiagnosing children from poor and minority backgrounds shook people's confidence in using the IQ as the sole diagnostic measure (Reschly, Myers, & Hartel, 2002; Scheerenberger, 1983).

As a result of this dissatisfaction, adaptive behavior reemerged in 1959 as one of the three criteria used to diagnose ID. According to Heber in the AAIDD 1959 *Manual on Terminology and Classification*, "measured intelligence cannot be used as the sole criteria of mental retardation [the term in use then] since intelligence test performances do not always correspond to level of deficiency in total adaptation" (pp. 55–56). *Adaptive behavior* was defined by Heber (1959) as

> the effectiveness with which the individual copes with the nature and social demands of his environment. It has two major facets: the degree to which the individual is able to function and maintain himself independently, and the degree to which he meets satisfactorily the culturally-imposed demands of personal and social responsibility. (p. 61)

Grossman (1973, 1983) reaffirmed the importance of adaptive behavior in the diagnosis of ID. Grossman's (1983) definition of adaptive behavior was "the effectiveness or degree with which individuals meet the standards of personal independence and social responsibility expected for his age and cultural group" (p. 1). The importance of adaptive behavior in the diagnosis of ID has been reaffirmed in each of the successive AAIDD *Terminology and Classification Manuals* (Luckasson et al., 1992, 2002).

Both Heber and Grossman recognized the multidimensionality of adaptive behavior and the influence of culture on the assessment of the construct. Heber conceptualized adaptive behavior as consisting of three primary factors: maturation, learning, and social adjustment. These three domains continue to be part of the most current conceptualization of adaptive behavior but are reframed as practical, conceptual, and social skills.

The consensus, based on considerable published research on the factor structure of adaptive behavior (e.g., Harrison & Oakland, 2003; McGrew, Bruininks, & Johnson, 1996; Thompson, McGrew, & Bruininks, 1999), is that adaptive behavior is multidimensional and includes the following:

- *Conceptual skills*: language; reading and writing; and money, time, and number concepts
- *Social skills*: interpersonal skills, social responsibility, self-esteem, gullibility, naïveté (i.e., wariness), follows rules/obeys laws, avoids being victimized, and social problem solving
- *Practical skills*: activities of daily living (personal care), occupational skills, use of money, safety, health care, travel/transportation, schedules/routines, and use of the telephone

In this chapter we discuss the role that adaptive behavior and its assessment plays in the diagnosis of ID. The seven sections of the chapter are (a) key factors to keep in mind



28-007