UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DAVID LEE JACKSON,<br>*Movant,* | ) |
| | ) |
| | ) |
| v. | ) CASE NO. 1:09CV-01039-RC |
| | ) |
| | ) |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) |
| | ) |

---

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT**
**(PETITION FOR COLLATERAL RELIEF - REDACTED VERSION)**

**EXHIBITS 38 - 61 ( of  90 ) (Redacted Version)**

---