# EXHIBIT 38

# ROUND ROCK PSYCHOLOGICAL SERVICES
## DAN H. ROBERTS, PH.D.
### 1106 SOUTH MAYS, SUITE 110
### P.O. BOX 2562
### ROUND ROCK, TX 78680

## FAX

| TO | FROM: |
|---|---|
| Doug Barlow, J.D. | Dan Roberts, Ph.D. |
| **COMPANY** | **DATE:** 11/6/06 |
| **FAX NUMBER:** Redacted | **FAX NUMBER:** Redacted |
| **PHONE NUMBER:** Redacted | **PHONE NUMBER:** Redacted |
| **REGARDING:** Jackson Case | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |

These are just some ideas that I had about the opposing psychology experts testimony. If he did a thorough exam & review of records & used an actuarial approach like the Violence Risk Assessment Guide or the Psychopathy Checklist, he will be tough to counter. If he just did an interview + is using experience + clinical judgement you have some options. If you want I can send more complete citations for the articles.

## CONFIDENTIALITY NOTICE
The documents accompanying this fax transmission contain confidential information, belonging to the sender, that is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this fax in error, please notify us by calling the telephone number provided above to arrange for return of the original document to us.

38-001

Regarding prediction of violence —
if their expert bases his prediction on
clinical judgement or experience — you can
attack that. If he bases it on the
VRAG statistical model or the
Psychopathy check list... Those are tougher
to defend against because they are pretty fair
predictors.

Attack clinical judgment ē (Quinsey 1981)
which demonstrated that medical profession
over estimate risk more than non-medically
trained prison staff (who also overestimate)
Also. Quinsey + Ambtman (1979), Goldberg 1978,

Wiggins 1973, Einhorn 1974,

Qunsey, Maguire, + Varney (1983) and
(Rice, Harris, et al 1996)
&/or
Wormith + Goldstone, 1984.

                        or ask him if can
cite any research that supports the use of
clinical judgement in predicting future danger
or violence. There's not any that supports it.
        sorry about the delay.

38-002

# EXHIBIT 39

6 November 2006


Douglas M. Barlow
Attorney at Law
485 Milam at Park
Beaumont, Texas 77701

Dear Attorney Barlow:


Per our conversation on 5 November 2006 regarding the trial of Mr. David L. Jackson, I am submitting a request for payment for the research, review of documentation, and testimony preparation concerning that case. My fees for consultation are $75.00 per hour. I am attaching documentation of my work on the case. If you have any questions, do not hesitate to contact me. Please have any materials or remuneration forwarded to my home address, which is as follows:

Oney D. Fitzpatrick, Ph.D.
REDACTED
Port Arthur, Texas REDACTED

I am sorry that I could not have been more helpful to you and the case. I feel that there is sufficient evidence in Mr. Jackson's background that would warrant special consideration in the matters of this trial. If I may be of further assistance, feel free to let me know. I remain willing to pursue this further if you deem it necessary.

Sincerely,

Oney D. Fitzpatrick, Ph.D.
Associate Dean, College of Arts & Sciences
Chair, Department of Psychology
Lamar University

# EXHIBIT 40

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

## FAX NUMBER: 409-654-2888



# TRANSMITTAL COVER SHEET

**TO:**            Mr. Doug Barlow

**FAX:**           409-832-5611

**FROM:**          Whitney Werich

**SUBJECT:**       List of Jurors

**PAGES:**         1 (excluding cover sheet)

**Please contact:**   Whitney Werich, Law Clerk for Judge Crone, 409-654-2880, if you
have not received a complete transmission of this fax.

40-001

# TRIAL JUROR ATTENDANCE SHEET

UNITED STATES OF AMERICA
    Plaintiff

       vs.

DAVID LEE JACKSON
    Defendant

§
§
§
§
§
§
§

Case No. ___1:06cr51_____

Before Judge ___MARCIA CRONE_____

Jury Panel No. _1_____

Date Jury Selected 10/2/06 - 10/19/06

Date Trial Scheduled___10/23/06_____

| Juror | Date Serving | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) Michael Lebreton | | | | | | | | | | | | | |
| 2) Carolyn Wilkinson | | | | | | | | | | | | | |
| 3) Clara Shaffer | | | | | | | | | | | | | |
| 4) Myrtle Hergemueller | | | | | | | | | | | | | |
| 5) Donald Westmoreland | | | | | | | | | | | | | |
| 6) Josephine Jacquet | | | | | | | | | | | | | |
| 7) Linda Clavijo | | | | | | | | | | | | | |
| 8) Holly Dickson | | | | | | | | | | | | | |
| 9) Rodney Stutes | | | | | | | | | | | | | |
| 10) Virginia Jones | | | | | | | | | | | | | |
| 11) Toby Toney | | | | | | | | | | | | | |
| 12) Leonard Chatagnier | | | | | | | | | | | | | |
| 13) Cathy Savoie | | | | | | | | | | | | | |
| 14) Stephen Gilbert | | | | | | | | | | | | | |
| 15) Kenneth Rothkamm | | | | | | | | | | | | | |
| 16) Pamela Kay | | | | | | | | | | | | | |
| 17) Tim Rainbolt | | | | | | | | | | | | | |
| 18) Vicki Martinez | | | | | | | | | | | | | |

40-002

# EXHIBIT 41A



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | 1:06CR51 |
| V. | § | JUDGE CRONE |
| | § | |
| DAVID LEE JACKSON | § | |

## FINAL STRIKE LIST

| | NAME | | CODE |
|---|---|---|---|
| 1. | SPELL, HEATHER | (Juror #2) | |
| 2. | SEATON, GARY | (Juror #3) | PD |
| 3. | TATE, PAUL | (Juror #4) | PD |
| 4. | FOWLER, MELANIE | (Juror #5) | |
| 5. | CHANCE, KAREN | (Juror #6) | PD |
| 6. | LEBRETON, MICHAEL | (Juror #8) | |
| 7. | WILKINSON, CAROLYN | (Juror #9) | |
| 8. | JONES, SHELLY | (Juror #10) | |
| 9. | SHAFFER, CLARA | (Juror #11) | |
| 10. | FIELDER, JR., THOMAS | (Juror #16) | PD |
| 11. | VINCENT, KENNETH | (Juror #18) | |
| 12. | HERGEMUELLER, MYRTLE | (Juror #19) | |

41A-001

1:06cr51       USA v. DAVID LEE JACKSON

## NAME                                                          ## CODE

13.    WESTMORELAND, DONALD (Juror #20)              _____

14.    WELLS,  RONALD        (Juror #22)             _____

15.    WILLIAMS,  PAMELA     (Juror #24)             _____

16.    REED,  VALERIE        (Juror #26)             _____

17.    HALEY,  BEVERLY       (Juror #28)             __PD____

18.    JACQUET, JOSEPHINE    (Juror #30)             _____

19.    ESCAMILLA, VIRGINIA   (Juror #31)             _____

20.    CLAVIJO,  LINDA       (Juror #33)             _____

21.    DICKSON, HOLLY        (Juror #35)             _____

22.    NICHOLSON, ASHLEY     (Juror #36)             __PD____

23.    LAUBER, JAMES         (Juror #38)             __PD____

24.    STEVERSON, HELEN      (Juror #39)             _____

25.    EINKAUF, DENNIS       (Juror #43)             __PD____

26.    STUTES, RODNEY        (Juror #47)             _____

27.    JONES, VIRGINIA       (Juror #50)             _____

28.    TONEY,  TOBY          (Juror #51)             _____

29.    CHATAGNIER, LEONARD (Juror #52)               _____

30.    JENKINS,  ANITA       (Juror #53)             __PD____

31.    NEEL, BRADLEY         (Juror #54)             _____

32.    STAFFORD, DOUGLAS     (Juror #55)             _____

33.    PIERSON,  MISTY       (Juror #57)             __PD____

34.    WEST,  LUCINDA        (Juror #59)             __PD____

41A-002

1:06cr51      USA v. DAVID LEE JACKSON

| NAME | | CODE |
|---|---|---|
| 35. | JONES, TRIDENA (Juror #60) | |
| 36. | CURRIE, JOHN (Juror #61) | PD |
| 37. | DEAN, PAMELA (Juror #64) | |
| 38. | SAMUEL, LORI (Juror #65) | |
| 39. | DOISE, ALLEN (Juror #66) | PD |
| 40. | KAYS, KELLEY (Juror #68) | PD |
| 41. | KLAGES, KIRK (Juror #69) | |
| 42. | DONNAUD, CHARLES (Juror #70) | PD |
| 43. | ROGERS, JR., PAT (Juror #71) | PD |
| 44. | ADAMS, LINDA (Juror #72) | |
| 45. | MAYFIELD, TORY (Juror #74) | |
| 46. | BOYETT, TERRY (Juror #76) | PD |
| 47. | DAVIS, GAIL (Juror #78) | |
| 48. | GLENN, JULIA (Juror #81) | PD |
| 49. | BEDYNEK, PATRICIA (Juror #88) | |
| 50. | RAINWATER, GARY (Juror #89) | PD |
| 51. | DOUGLAS, JENNIFER (Juror #91) | PD |
| 52. | SMITH, EDNA (Juror #94) | |
| 53. | KELLAS, KATHY (Juror #95) | PD |
| 54. | SAVOIE, CATHY (Juror #100) | |
| 55. | COX, CHARLES (Juror #102) | PD |
| 56. | GILBERT, STEPHEN (Juror #105) | |

41A-003

1:06cr51        USA v. DAVID LEE JACKSON

## NAME                                                    ## CODE

57.    SHEPPARD,  GAYLE        (Juror #109)          _____

58.    BERG,  TAMMY            (Juror #111)          _____

59.    ROTHKAMM, KENNETH       (Juror #112)          _____

60.    MCGUIRE,  CLINTON       (Juror #114)          PD

61.    SIMMONS,  SUZANNE       (Juror #115)          _____

62.    KAY,  PAMELA            (Juror #122)          _____

63.    RAINBOLT,  TIM          (Juror #123)          _____

64.    MARTINEZ, VICKI         (Juror #126)          _____

65.    SCIPLE,  BARBARA        (Juror #127)          _____

66.    FOSTER, ROBERT          (Juror #128)          _____

67.    RICHARDSON, JR., EDDIE  (Juror #129)          _____

_____

SIGNATURE

_____10-20-06_____

DATE

LEGEND:

PP = Peremptory Challenge Prosecutor

PD = Peremptory Challenge Defendant

41A-004

# EXHIBIT 41B



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | 1:06CR51 |
| V. § | JUDGE CRONE |
| § | |
| DAVID LEE JACKSON § | |

## FINAL STRIKE LIST

| | NAME | | CODE |
|---|---|---|---|
| 1. | SPELL,  HEATHER | (Juror #2) | _____ |
| 2. | SEATON,  GARY | (Juror #3) | _____ |
| 3. | TATE,  PAUL | (Juror #4) | _____ |
| 4. | FOWLER,  MELANIE | (Juror #5) | _____ |
| 5. | CHANCE,  KAREN | (Juror #6) | _____ |
| 6. | LEBRETON,  MICHAEL | (Juror #8) | _____ |
| 7. | WILKINSON,  CAROLYN | (Juror #9) | _____ |
| 8. | JONES,  SHELLY | (Juror #10) | _____ |
| 9. | SHAFFER,  CLARA | (Juror #11) | _____ |
| 10. | FIELDER, JR.,  THOMAS | (Juror #16) | _____ |
| 11. | VINCENT,  KENNETH | (Juror #18) | _____ |
| 12. | HERGEMUELLER,  MYRTLE | (Juror #19) | _____ |

Page 1 of 4

41B-001

| **NAME** | **CODE** |
|---|---|
| 13.    WESTMORELAND, DONALD (Juror #20) | _____ |
| 14.    WELLS,   RONALD        (Juror #22) | _____ |
| 15.    WILLIAMS,  PAMELA     (Juror #24) | _____ |
| 16.    REED,   VALERIE        (Juror #26) | _____ |
| 17.    HALEY,   BEVERLY       (Juror #28) | _____ |
| 18.    JACQUET, JOSEPHINE     (Juror #30) | _____ |
| 19.    ESCAMILLA, VIRGINIA    (Juror #31) | _____ |
| 20.    CLAVIJO,  LINDA        (Juror #33) | _____ |
| 21.    DICKSON, HOLLY         (Juror #35) | _____ |
| 22.    NICHOLSON, ASHLEY      (Juror #36) | _____ |
| 23.    LAUBER, JAMES          (Juror #38) | _____ |
| 24.    STEVERSON, HELEN       (Juror #39) | _____ |
| 25.    EINKAUF, DENNIS        (Juror #43) | _____ |
| 26.    STUTES, RODNEY         (Juror #47) | _____ |
| 27.    JONES, VIRGINIA        (Juror #50) | _____ |
| 28.    TONEY,   TOBY          (Juror #51) | _____ |
| 29.    CHATAGNIER, LEONARD    (Juror #52) | _____ |
| 30.    JENKINS,  ANITA        (Juror #53) | _____ |
| 31.    NEEL, BRADLEY          (Juror #54) | _____ |
| 32.    STAFFORD, DOUGLAS      (Juror #55) | _____ |
| 33.    PIERSON,  MISTY        (Juror #57) | _____ |
| 34.    WEST,   LUCINDA        (Juror #59) | _____ |

41B-002

| **NAME** | | | **CODE** |
|---|---|---|---|
| 35. | JONES, TRIDENA | (Juror #60) | _____ |
| 36. | CURRIE, JOHN | (Juror #61) | _____ |
| 37. | DEAN, PAMELA | (Juror #64) | _____ |
| 38. | SAMUEL, LORI | (Juror #65) | _____ |
| 39. | DOISE, ALLEN | (Juror #66) | _____ |
| 40. | KAYS, KELLEY | (Juror #68) | _____ |
| 41. | KLAGES, KIRK | (Juror #69) | _____ |
| 42. | DONNAUD, CHARLES | (Juror #70) | _____ |
| 43. | ROGERS, JR., PAT | (Juror #71) | _____ |
| 44. | ADAMS, LINDA | (Juror #72) | _____ |
| 45. | MAYFIELD, TORY | (Juror #74) | _____ |
| 46. | BOYETT, TERRY | (Juror #76) | _____ |
| 47. | DAVIS, GAIL | (Juror #78) | _____ |
| 48. | GLENN, JULIA | (Juror #81) | _____ |
| 49. | BEDYNEK, PATRICIA | (Juror #88) | _____ |
| 50. | RAINWATER, GARY | (Juror #89) | _____ |
| 51. | DOUGLAS, JENNIFER | (Juror #91) | _____ |
| 52. | SMITH, EDNA | (Juror #94) | _____ |
| 53. | KELLAS, KATHY | (Juror #95) | _____ |
| 54. | SAVOIE, CATHY | (Juror #100) | _____ |
| 55. | COX, CHARLES | (Juror #102) | _____ |
| 56. | GILBERT, STEPHEN | (Juror #105) | _____ |

41B-003

1:06cr51    USA v. DAVID LEE JACKSON

| **NAME** | **CODE** |
|---|---|
| 57.   SHEPPARD,  GAYLE    (Juror #109) | _____ |
| 58.   BERG,  TAMMY    (Juror #111) | _____ |
| 59.   ROTHKAMM, KENNETH   (Juror #112) | _____ |
| 60.   MCGUIRE,  CLINTON   (Juror #114) | _____ |
| 61.   SIMMONS,  SUZANNE   (Juror #115) | _____ |

_____

SIGNATURE


_____

DATE




LEGEND:

PP = Peremptory Challenge Prosecutor

PD = Peremptory Challenge Defendant

41B-004

# EXHIBIT 42

George Rivera                                    Oct. 11, 2006
1623-054 S.H.U.

REDACTED

Beaumont, TX.            REDACTED


                        THE
            Honorable  Judge
                MARCI CRONE


Maam,
            I am writing you
in regards to my being called
as a witness in the criminal
case against David Jackson
inwhich you are the presiding
Judge. Your honor, unbeknownst
to me I was moved from
U.S.P. pollock in louisiana
to Beaumont texas because
I was to be a witness for
the defense. I was never
notified or made aware of
defense counsel's interest in
me, so this is a total sur-
prise to me. My Father, the
late George Rivera sr. passed

42-001

(2).

away while I was in U.S.P marion. When marion closed down my mother and other family members took vacation leave for November in order to come and see me, we just had a loss in the family your honor. Now all of a sudden i'm in Texas, in a trial counsel had knowledge as to who they would be calling as witnesses. Counsel came to see me here at U.S.P. Beaumont and I expressed my concerns relating to my visit, I even gave them my families phone number so counsel can call and maybe reschedule their flight. Its been well over a week and I just found out counsel lied to me and never called my family. Your honor I expressed this extensively to counsel and apparently they don't care, and nothing means more to me than my family. I am asking your honor to 1) either have

42-002

(3).

counsel for the defense and the government take my disposition and release me. 2) send me back to pollock and have a camera and monitor placed in the court room and interview me (cross examine) via camera, or just release me all together cause counsel has now placed an unwarranted burden on me and my family.

Respectfully
Submitted,

Diorse Diera

42-003