# EXHIBIT 43

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: __33__    Date: __10-2-06__

Full Name: __Clavijo__ __Linda__ __D__
(Last)             (First)             (Middle Initial)

Current Address: ____Redacted____ __Nederland__ __Jefferson__ __REDACTED__
(Street and Number)    (City)    (County)    (Zip Code)

## BACKGROUND

1. What is your age and date of birth? __46__    Redacted __/60__

2. Place of Birth: __Joplin__ __Missouri__ _____
   (City)             (State)             (County)

3. What is your race or ethic background?
   _____ Asian
   _____ Black/African-American
   _____ Hispanic/Latino
   _____ Native American
   __X__ White/Caucasian
   _____ Other _____
              (please specify)

4. What is your gender?
   _____ Male
   __X__ Female

5. What is your current marital status? (Please check all that apply.)
   _____ Single                    _____ Divorced
   __X__ Married __24__ years        _____ Divorced and remarried
   _____ Living with someone        _____ Widowed
   _____ Separated

43-001

6. Do you have children?
   __X__ Yes    How many? _4_
   _____ No

## RELIGIOUS AFFILIATION

7. Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _Church on the Rock_

8. Does your church, synagogue, or religious organization advocate a position for or against the death penalty? _____ Yes _____ No __X__ Don't know
   If so, please state that position: _____
   _____
   Do you agree with that position? _____ Yes _____ No

9. Have you discussed the death penalty at church with others? _____ Yes __X__ No

## RESIDENCE

10. How long have you lived at your current address? _17 years_

11. How long have you lived in Texas? _18 yrs_

## EDUCATION

12. How far did you go in school? _graduated_
   a. Please name any college or trade/vocational school you attended and its location and any degrees obtained: _2 years at Dallas Christian College 1 yr Maverick County LVN school_
   b. Do you have any specialized training in medicine, medical care, or emergency care? _____ Yes __X__ No
      If yes, please explain: _____
      _____

13. Are you attending school now? _____ Yes __X__ No
   If so, what is your major course of study? _____

14. Have you, your spouse/partner, or any close family member had any training in the law? _____ Yes __X__ No
   If yes, who had the training and what kind of training was it? _____
   _____

2

43-002

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
   - _X_ Work full-time outside the home
   - ____ Work part-time outside the home
   - ____ Full-time homemaker
   - ____ Homemaker with part-time employment
   - ____ Unemployed
   - ____ Student
   - ____ Retired
   - ____ Disabled
   - ____ Other: _____

16. Where do you work now? (Please give name of employer.) _Nederland Independent School District_
   Describe what you do: _Attendance Secretary_

17. How long have you worked there? _4 yrs_

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

   | Employer | Position | Dates | Reason for Leaving |
   |----------|----------|-------|--------------------|
   | Taco Bell | Sr Assistant Manager | 5/95 to 7/01 | Change of hours worked |

19. Are you a supervisor now? ___Yes _X_ No  Have you ever been a supervisor? _X_Yes___ No
   What is the number of employees you currently supervise? _____ What is the largest
   number of employees you have ever supervised? _20_

20. What is your spouse/partner's occupational status? (Please check all that apply.)
   - _X_ Work full-time outside the home
   - ____ Work part-time outside the home
   - ____ Full-time homemaker
   - ____ Homemaker with part-time employment
   - ____ Unemployed
   - ____ Student
   - ____ Retired
   - ____ Disabled
   - ____ Other: _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her
   employer: _Salesman  Philpott Ford Pre-owned_

3

43-003

22.    Please describe the nature of his/her job: _Commission Sales person_

_____

_____

## ACTIVITIES

23.    What are your leisure time interests and activities?

_reading / exercise_

_____

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? _none_

_____

_____

       b.    Have you served in a leadership capacity in any of those groups or organizations?
             _____ Yes __X__ No
             If yes, what group(s) or organization(s) and what position(s)? _____

_____

_____

25.    What types of books do you enjoy reading? _mystery - Religious_

26.    Have you ever read a book about a murder trial? If so, please name. _yes Runaway Jury_

27.    What were the last 3 movies you saw at the theater?
       (1) _Passion of Christ_        I haven't been to the theater
       (2) _____        except one time in the last
       (3) _____        5 years

28.    How often do you watch TV?
       _____ more than 6 hours a day
       _____ between 4-6 hours a day
       ___✓___ between 1-4 hours a day
       _____ less than 1 hour a day
       _____ never

29.    What television programs (including news) do you watch on a regular basis?
       _10 pm News_
       _Law + Order_
       _Without a trace_
       _Matlock_

4

43-004

30.    What news publications do you read regularly? ___Bmt Enterprise_____

_____

_____

31.    Please list any magazines that you have subscribed to or read regularly in the past two years:

___Guide post_____

___Readers Digest_____

___First_____

32.    Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? _____ Yes ___X___ No
If yes, what do or did they say? _____

_____

33.    To what radio stations do you listen? ___90.5   American Family Radio_____
Do you listen to radio talk shows?
_____ Yes ___X___ No
If yes, to which radio talk shows do you listen? _____

_____

34.    Have you ever written a letter to the editor? ___X___ Yes _____ No

## MILITARY

35.    Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes ___X___ No
If yes, please state the branch, rank, and dates of service:

_____

_____

36.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___X___ No
If yes, please explain your involvement: _____

_____

_____

5

43-005

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes ___X___ No  *not to my knowledge*
If yes, please identify the relationship of the person, the organization, and his/her duties:

Person                    Organization                    Duties

_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____
_____          _____          _____

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes __X__ No
Please explain: _____
_____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes __X__ No
If yes, please describe: _____
_____
_____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __X__ No
If yes, please explain: _____
_____

41. Do you know any lawyers or judges? _____ Yes __X__ No
If yes, who? _____
_____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __X__ No

6

43-006

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43. Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ___X___ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44. Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ___X___ No
If yes, please explain: _____

_____

45. Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ___X___ No
If yes, please explain: _____

_____

46. What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___X___ It is working adequately
_____ It is not working well at all
Please explain: _Some times people are Released back into society because of lack of prism space - I feel that this is a problem. I also feel that at times the person who commits the crime has more rights than their victim_

47. Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ___X___ No
If yes, please provide the following information for each incident:
Type of crime: _____
(1) Who was the victim or witness? _____
(2) What was the relationship between the victim/witness and the perpetrator? ___

_____

(3) Was the crime reported to the police? _____
By whom? _____
(4) Was anyone charged? _____ Was he/she arrested? _____
(5) What was the outcome of the prosecution? _____

_____

(6) Was the case handled well or poorly by law enforcement officials? _____

_____

7

43-007

48.    Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___X___ No

If yes, please state when and explain why: _____

_____

_____

49.    Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___X___ No

If yes, please explain: _____

_____

_____

50.    Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes ___X___ No

If it was someone in your family, please state how you are related to this person: _____

_____

51.    Do you believe this person was treated fairly by the criminal justice (court) system?

_____ Yes _____ No    N/A

Please explain: _____

_____

52.    Have you ever called the police for any reason? ___X___ Yes _____ No

If yes, please explain: _My neighbors house was being burglarized_____

_____

53.    How serious a problem do you think crime is in your neighborhood?

_____ Very serious

___✓___ Somewhat serious

_____ Not at all serious

54.    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?

_____ Moved

_____ Considered moving

___X___ No

55.    Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?

_____ Yes ___X___ No

56.    Have you ever witnessed actual violence? _____ Yes ___X___ No

8

# JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ___X___ No
If yes, please explain: _____

_____

58. Have you ever served on a jury? _____ Yes ___X___ No
   a.  If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

   b.  Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes _____ No
Please explain: _____

_____

59. Are you acquainted with any other prospective juror in this case? _____ Yes _X_ No
If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ___X___ No
If yes, how many times? _____

61. Have you ever served on a grand jury?
_____ Yes ___X___ No
If yes, please state when, where, and for how long you served on a grand jury:

_____

_____

_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ___X___ No _____ Maybe
Please explain: _____

_____

_____

_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ___X___ No _____ Maybe

9

43-009

If yes or maybe, please explain: _____
_____
_____
_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes ____X__ No _____ Maybe
If yes or maybe, please explain: _____
_____
_____
_____

65.    Do you know David Lee Jackson or any of his relatives?  ____ Yes __X_ No ____ Maybe
If yes or maybe, please explain: _____
_____
_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him.  The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt.  Would you find it difficult for any reason to obey that instruction?  _____ Yes __X____ No
If yes, please explain: _____
_____
_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence.  Would you find it difficult for any reason to obey that instruction? _____ Yes ___X____ No
If yes, please explain: _____
_____
_____

10

43-010

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ___X___ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? I am in favor, but only if there is no doubt of the persons guilt - that there is no chance that the person didn't commit the crime and only in cases of a murder/homicide.

70. Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
(d.) I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements most accurately represents the way you feel?
___✓___ I feel strongly that it is important that we have the death penalty as punishment.
_____ I feel that it is important that we have the death penalty as punishment.
_____ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-011

72.    Regarding the death penalty, which of the following statements <u>most accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.    If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___X___ No

76.    If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___X___ No

77.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___X___ Yes _____ No

78.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___X___ Yes _____ No

79.    Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___X___ No

12

43-012

If yes, why? _____

_____

_____

80.    In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

When the person shows no remorse for their actions + when there is no evidence to show that they would be a benefit to our society and that their neighbors and fellow citizens would be safe in their release back into society

81.    In what kinds of cases do you believe it is appropriate to impose the death penalty?

When the person has taken a life - planned it, thought it out and then committed the crime

82.    Have you done any independent study regarding the death penalty? _____ Yes __X__ No
Do you have an interest in death penalty issues? _____ Yes _X_ No
Have you watched television or other media regarding the death penalty?
__X__ Yes _____ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __X__ No
If yes, to any of the above, please explain: I have seen television series where the death penalty was part of the show - "Green Mile" and others

83.    Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?

no

_____

_____

84.    Do you believe that the death penalty is sought and imposed fairly?
__✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?

Because of the persons ability to appeal to a higher court, I believe that this lessens the chance of an innocent person receiving a death penalty - I think that it is always a hard choice to make, but when you have the evidence + it is sufficient, then society needs to be protected.

13

43-013

85.  Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?
_____ Yes _____ No __X__ Maybe
Please explain: Sometimes it seems that there is no end to the process of appeals, but this also is a safety net to ensure proper punishment in the crime to the correct person who committed that crime

## MISCELLANEOUS

86.  The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?
_____ Yes __X__ No _____ Maybe
Please explain: _____
_____
_____

87.  It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? __X__ Yes _____ No _____ Maybe
Please explain: I know that families on both side suffer the consequences of one person's action - that can't change the punishment of the guilty person

88.  Have you ever heard of gangs that operate in prison?
__X__ Yes _____ No
If yes, what have you heard and from whom? a gang seminar that was held at NHS with a man from Amarillo

89.  Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?
_____ Yes __X__ No

## SELF DEFENSE

90.  Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? __X__ Yes _____ No _____ Not sure

91.  Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?
__X__ Yes _____ No _____ Not sure

14

43-014

92.  Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____X____ No

93.  Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ____X____ No

94.  If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
____X____ Yes _____ No

95.  In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ____X____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.  The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes ____X____ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97.  Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ____X____ No _____ Maybe
Please explain: Sometimes there are no eye witnesses but the crime still occurred, so the other evidence has to be stronger to be able to find someone guilty

15

43-015

# MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general?
I believe that they are good sciences and can help people who find themselves in problems

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ____X____ No
If yes, please explain: _____
_____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes ___X___ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ___X___ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ___X___ No

103. Do you think that childhood exposure to physical violence affects a child?
___X___ Yes _____ No _____ Maybe

# POLITICS

104. Are you registered to vote? ___X___ Yes _____ No

105. Do you have a valid driver's license? ___X___ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
_____ Republican
_____ Independent
___X___ Other  I don't vote by party - I study the candidates and vote by the person and what they stand for

107. Have you ever changed parties? If so, when and why? no _____
_____

16

43-016

## CONTACT WITH PARTIES AND WITNESSES

108.  The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.   Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.   Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.   Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.   Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.   Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.   Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.   Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.   Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.   Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.  David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.  Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.  Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.  Richard Coleman of Coleman & Associates in Houston, TX
14.  Jerome Prince of Tucson, AZ
15.  Victor Richards of El Reno, OK
16.  Tommy Brown, the Jefferson County Coroner
17.  Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.  Joe Marshal of Nederland, TX
19.  Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.  Linda Johnson of the Jefferson County Regional Crime Lab
21.  Russell Haas of New York City, NY
22.  Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.  Robert Henderson of Canyon, TX
24.  Iris Dalley of McAllister, OK
25.  Robin Freeman of Houston, TX
26.  Lorenzo Kirk Parks of Alvarado, TX
27.  Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.  Nina Holland of Port Neches, TX
29.  Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.  Sergio Barrios of Gilmer, WV
31.  Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.  John Chwaliszewski of Los Angeles, CA
33.  Roy Black of Jefferson County, TX
34.  Ricardo Rodriguez of Beaumont, TX
35.  Kevin Lovett of the Jefferson County Sheriff's Office
36.  Justin Rogers of the Beaumont Police Department

17

43-017

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

18

43-018

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.   Patricia Beth Jackson of Detroit, MI
101.   Brenda Boyd of Detroit, MI
102.   Pamela Little of Detroit, MI
103.   Joya Smith of Detroit, MI

109.   Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

43-019

## CONCLUSION

110.    Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes \_\_\_X\_\_\_ No _____ Maybe
Please explain: _____
_____
_____

111.    Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes \_\_\_X\_\_\_ No _____ Maybe
Please explain: _____
_____
_____
_____

112.    Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes \_\_\_X\_\_\_ No
If yes, please explain: _____
_____
_____

113.    Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes \_\_\_X\_\_\_ No
If yes, please explain: _____
_____
_____

114.    It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____
_____
_____
_____
_____

43-020

# ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

43-021

## SIGNATURE AND OATH

I, _Linda Clavijo_ , declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Linda Clavijo_
Signature

_10-2-06_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-022

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _35_          Date: _10-2-06_

Full Name: _Dickson_          _Holly_          _A._
        (Last)          (First)          (Middle Initial)

Current Address: _Redacted_  _Orange_  _Orange_  _Redacted_
    (Street and Number)   (City)   (County)   (Zip Code)

## BACKGROUND

1. What is your age and date of birth? _52_   Redacted   _53_

2. Place of Birth: _Orange_   _TX._   _Orange_
        (City)          (State)          (County)

3. What is your race or ethic background?
    _____ Asian
    _____ Black/African-American
    _____ Hispanic/Latino
    _____ Native American
    __✓__ White/Caucasian
    _____ Other _____
            (please specify)

4. What is your gender?
    _____ Male
    __✓__ Female

5. What is your current marital status? (Please check all that apply.)
    _____ Single        _____ Divorced
    __✓__ Married _34_ years    _____ Divorced and remarried
    _____ Living with someone   _____ Widowed
    _____ Separated

43-023

6.    Do you have children?
      ____✓__Yes    How many? ____/____
      _____ No

## RELIGIOUS AFFILIATION

7.    Are you a member of any church, synagogue, or religious organization?  If so, please state the name of your church, synagogue, or religious organization:  _no_____
      _____

8.    Does your church, synagogue, or religious organization advocate a position for or against the death penalty?    _____ Yes  _____ No  _____ Don't know
      If so, please state that position: _____
      _____
      Do you agree with that position?  _____ Yes  _____ No

9.    Have you discussed the death penalty at church with others?  _____ Yes  __✓__ No

## RESIDENCE

10.   How long have you lived at your current address?  _21 yrs._____

11.   How long have you lived in Texas?  _53_____

## EDUCATION

12.   How far did you go in school?  _High School graduated_____
      a.    Please name any college or trade/vocational school you attended and its location and any degrees obtained: _____
            _____
            _____

      b.    Do you have any specialized training in medicine, medical care, or emergency care?
            _____ Yes  __✓__ No
            If yes, please explain: _____
            _____

13.   Are you attending school now?  _____ Yes  __✓__ No
      If so, what is your major course of study? _____

14.   Have you, your spouse/partner, or any close family member had any training in the law?
      _____ Yes  __✓__ No
      If yes, who had the training and what kind of training was it? _____
      _____

2

43-024

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

| | | | |
|---|---|---|---|
| _____ Work full-time outside the home | | _____ Student | |
| _____ Work part-time outside the home | | _____ Retired | |
| ___✓___ Full-time homemaker | | _____ Disabled | |
| _____ Homemaker with part-time employment | | _____ Other: _____ | |
| _____ Unemployed | | _____ | |

16. Where do you work now? (Please give name of employer.) _____

   _____

   Describe what you do: _____

   _____

17. How long have you worked there? _____

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19. Are you a supervisor now? ___Yes ✓ No  Have you ever been a supervisor? ___Yes ✓ No What is the number of employees you currently supervise? _____ What is the largest number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status?  (Please check all that apply.)

| | | | |
|---|---|---|---|
| ___✓___ Work full-time outside the home | | _____ Student | |
| _____ Work part-time outside the home | | _____ Retired | |
| _____ Full-time homemaker | | _____ Disabled | |
| _____ Homemaker with part-time employment | | _____ Other: _____ | |
| _____ Unemployed | | _____ | |

21. What is your spouse/partner's current occupation/job title?  Please give the name of his/her employer: *Instrument-Electrical      Degussa* _____

   _____

3

43-025

22.    Please describe the nature of his/her job: *fixes instruments & does electrical in Plant*

---

## ACTIVITIES

23.    What are your leisure time interests and activities?
*Ride motorcycles camping*

---

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? *none*

_____

       b.    Have you served in a leadership capacity in any of those groups or organizations?
       _____ Yes ___✓___ No
       If yes, what group(s) or organization(s) and what position(s)? _____

_____

_____

25.    What types of books do you enjoy reading? *fiction*

26.    Have you ever read a book about a murder trial? If so, please name. *No*

27.    What were the last 3 movies you saw at the theater?
       (1) *don't know*
       (2) _____
       (3) _____

28.    How often do you watch TV?
       _____ more than 6 hours a day
       _____ between 4-6 hours a day
       ___✓___ between 1-4 hours a day
       _____ less than 1 hour a day
       _____ never

29.    What television programs (including news) do you watch on a regular basis?
*lost, daytime TV, CSI, Survivor, ...*

_____

_____

_____

4

43-026

30.   What news publications do you read regularly? _None_

31.   Please list any magazines that you have subscribed to or read regularly in the past two years:
      _Time, Rider_

32.   Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? ___✓___ Yes _____ No
      If yes, what do or did they say? _I'm the kind of People my parents warned me about._

33.   To what radio stations do you listen? _103.7, 106.1, 104.5_
      Do you listen to radio talk shows?
      _____ Yes ___✓___ No
      If yes, to which radio talk shows do you listen? _____

34.   Have you ever written a letter to the editor? _____ Yes ___✓___ No

## MILITARY

35.   Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
      _____ Yes ___✓___ No
      If yes, please state the branch, rank, and dates of service:

36.   Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___✓___ No
      If yes, please explain your involvement: _____

5

43-027

# LAW ENFORCEMENT OR LEGAL CONTACTS

37.  Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes __✓__ No
If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

38.  Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? __✓__ Yes ____ No
Please explain: Son-in-law applied for Beaumont P.D. but couldn't me health requirements

39.  Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes __✓__ No
If yes, please describe: _____

40.  Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __✓__ No
If yes, please explain: _____

41.  Do you know any lawyers or judges? _____ Yes __✓__ No
If yes, who? _____

42.  A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __✓__ No

6

43-028

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.   Have you or any close friends/family members ever worked for a lawyer or in a law office?
_____ Yes ____✓____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.   Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓____ No
If yes, please explain: _____

_____

45.   Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ____✓____ No
If yes, please explain: _____

_____

46.   What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
____✓____ It is working adequately
_____ It is not working well at all
Please explain: _It Could work better_____

_____

47.   Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ____✓____ No
If yes, please provide the following information for each incident:
Type of crime: _____
(1) Who was the victim or witness? _____
(2) What was the relationship between the victim/witness and the perpetrator? ____

_____
(3) Was the crime reported to the police? _____
By whom? _____
(4) Was anyone charged? _____ Was he/she arrested? _____
(5) What was the outcome of the prosecution? _____

_____
(6) Was the case handled well or poorly by law enforcement officials? _____

_____

7

43-029

48.    Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No
       If yes, please state when and explain why: _____
       _____
       _____

49.    Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✓___ No
       If yes, please explain: _____
       _____
       _____

50.    Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes ___✓___ No
       If it was someone in your family, please state how you are related to this person: _____
       _____

51.    Do you believe this person was treated fairly by the criminal justice (court) system?
       _____ Yes _____ No
       Please explain: _____
       _____

52.    Have you ever called the police for any reason? ___✓___ Yes _____ No
       If yes, please explain: *to complain about traffic in neighborhood*
       _____

53.    How serious a problem do you think crime is in your neighborhood?
       _____ Very serious
       _____ Somewhat serious
       ___✓___ Not at all serious

54.    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
       _____ Moved
       _____ Considered moving
       ___✓___ No

55.    Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
       _____ Yes ___✓___ No

56.    Have you ever witnessed actual violence? _____ Yes ___✓___ No

8

43-030

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ____✓____ No

If yes, please explain: _____

_____

58. Have you ever served on a jury? _____✓____ Yes _____ No

a. If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| don't know | ✓ | assualt | hang Jury |
| | | | |

b. Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? ____✓____ Yes _____ No

Please explain: _was dissatified because we didn't come to decission_

59. Are you acquainted with any other prospective juror in this case? ____✓____ Yes _____ No

If so, please indicate who: _Pam don't know last name Junore #24_

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ____✓____ No

If yes, how many times? _____

61. Have you ever served on a grand jury? _____ Yes ____✓____ No

If yes, please state when, where, and for how long you served on a grand jury:

_____

_____

_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?

_____ Yes ____✓____ No _____ Maybe

Please explain: _____

_____

_____

_____

_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ____✓____ No _____ Maybe

9

43-031

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes ____✓____ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes ✓ No ☑ Maybe
If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes ____✓____ No
If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes ____✓____ No
If yes, please explain: _____

_____

_____

10

43-032

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ____✓____ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _____

_I would have to be a repeat of crime_
_don't know_

70. Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):

a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.

b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.

c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.

d. I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.

(e.) I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.

f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.

g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.

h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements most accurately represents the way you feel?

_____ I feel strongly that it is important that we have the death penalty as punishment.

_____ I feel that it is important that we have the death penalty as punishment.

____✓____ I have no opinion whether it is important that we have the death penalty as punishment.

_____ I feel that it is important that we not have the death penalty as punishment.

_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-033

72.    Regarding the death penalty, which of the following statements <u>most accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.    If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✓___ No

76.    If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___✓___ No

77.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

78.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___✓___ Yes ___✗___ No

79.    Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✓___ No

12

43-034

If yes, why? _____

_____

_____

80.    In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

*Repeat crimes of this kind*

_____

_____

_____

81.    In what kinds of cases do you believe it is appropriate to impose the death penalty?

_____

*No opposition*

_____

82.    Have you done any independent study regarding the death penalty? _____ Yes ___✓___ No
Do you have an interest in death penalty issues? _____ Yes ___✓___ No
Have you watched television or other media regarding the death penalty?
___✓___ Yes _____ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes ___✓___ No
If yes, to any of the above, please explain: _____

_____

_____

83.    Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?

*No*

_____

_____

84.    Do you believe that the death penalty is sought and imposed fairly?
_____ Yes _____ No ___✓___ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?

*Would try to judge fairly*

_____

13

43-035

85.   Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes ____✓____ No _____ Maybe

Please explain: _it shoud be difficult it is a life_

_____

_____

## MISCELLANEOUS

86.   The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ____✓____ No _____ Maybe

Please explain: _____

_____

_____

87.   It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ____✓____ Yes _____ No _____ Maybe

Please explain: _____

_____

_____

88.   Have you ever heard of gangs that operate in prison?

____✓____ Yes _____ No

If yes, what have you heard and from whom? _New s_____

_____

89.   Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ____✓____ No

## SELF DEFENSE

90.   Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ____✓____ Yes _____ No _____ Not sure

91.   Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

____✓____ Yes _____ No _____ Not sure

14

43-036

92.  Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes _____✓_____ No

93.  Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____✓_____ Yes _____ No

94.  If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant.  If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been.  Will you be able to fulfill your duty to adhere to these requirements?
_____✓_____ Yes _____ No

95.  In this case, the defendant is an African-American.  The victim is an African-American.  Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes _____✓_____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.  The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation.  The amount of time needed for premeditation depends on the person and the circumstances.  It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent.  Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____✓_____ Yes _____ No
If yes, please explain: _depends on situation_____
_____
_____

## EYEWITNESS IDENTIFICATION

97.  Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes _____ No _____✓_____ Maybe
Please explain: _____
_____

15

43-037

# MENTAL HEALTH TREATMENT

98.   What are your opinions regarding psychology and counseling in general?
*Can help to have someone to talk to*

99.   Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ____✓____ No
If yes, please explain: _____

100.  Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ____✓____ Yes _____ No

101.  Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ____✓____ No

102.  Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ____✓____ No

103.  Do you think that childhood exposure to physical violence affects a child?
____✓____ Yes _____ No _____ Maybe

## POLITICS

104.  Are you registered to vote? ____✓____ Yes _____ No

105.  Do you have a valid driver's license? ____✓____ Yes _____ No

106.  What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
_____ Republican
_____ Independent
____✓____ Other *Vote for candidate*

107.  Have you ever changed parties? If so, when and why? *No*

16

43-038

## CONTACT WITH PARTIES AND WITNESSES

108.    The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.    Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.    Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.    Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.    Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.    Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.    Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.    Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.    Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.    Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.    David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.    Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.    Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.    Richard Coleman of Coleman & Associates in Houston, TX
14.    Jerome Prince of Tucson, AZ
15.    Victor Richards of El Reno, OK
16.    Tommy Brown, the Jefferson County Coroner
17.    Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.    Joe Marshal of Nederland, TX
19.    Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.    Linda Johnson of the Jefferson County Regional Crime Lab
21.    Russell Haas of New York City, NY
22.    Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.    Robert Henderson of Canyon, TX
24.    Iris Dalley of McAllister, OK
25.    Robin Freeman of Houston, TX
26.    Lorenzo Kirk Parks of Alvarado, TX
27.    Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.    Nina Holland of Port Neches, TX
29.    Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.    Sergio Barrios of Gilmer, WV
31.    Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.    John Chwaliszewski of Los Angeles, CA
33.    Roy Black of Jefferson County, TX
34.    Ricardo Rodriguez of Beaumont, TX
35.    Kevin Lovett of the Jefferson County Sheriff's Office
36.    Justin Rogers of the Beaumont Police Department

17

43-039

37.    Jay Kean of the Silsbee Police Department
38.    Charles Duchamp of the Beaumont Police Department
39.    Jody Hatch of Newton County, TX
40.    Ruth Boles of the Jefferson County Sheriff's Office
41.    Annette Brooks of Collinsville, MS
42.    Patti Prince of Collinsville, MS
43.    Wendi Duarin of St. Augustine, FL
44.    Amy Laub of St. Augustine, FL
45.    Scott DeGraff of the Findlay, OH, Police Department
46.    Kevin Russell of the Findlay, OH, Police Department
47.    Jay Myers of the Findlay, OH, Police Department
48.    Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.    John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.    Michael Cooksey of Fairfax, VA
51.    Tom Quinn of the Federal Bureau of Prisons
52.    Quinton Dukes of the Federal Bureau of Prisons
53.    Randy Casimir of the Federal Bureau of Prisons
54.    Joe Neal of the Federal Bureau of Prisons
55.    Tom Lincalis of the Federal Bureau of Prisons
56.    Matt Edinger of the Federal Bureau of Prisons
57.    Wesley Lehman of the Federal Bureau of Prisons
58.    William Newbold of the Federal Bureau of Prisons
59.    James Turvey of the Federal Bureau of Prisons
60.    Angel Garcia of the Federal Bureau of Prisons
61.    Terry Evans of the Federal Bureau of Prisons
62.    Duane Anthony of the Federal Bureau of Prisons
63.    Ed Cervantez of the Federal Bureau of Prisons
64.    Larry Weston of the Federal Bureau of Prisons
65.    Tony Murray of the Federal Bureau of Prisons
66.    Steve Rice of the Federal Bureau of Prisons
67.    Nick Istre of the Federal Bureau of Prisons
68.    Anthony Alexander of Philadelphia, PA
69.    Anthony Boyd of the Federal Bureau of Prisons
70.    Woody Bond of Jackson, MS
71.    Carolyn Romano of Jackson, MS
72.    Gregory Hershberger of Lincoln, NE
73.    Matt Lindsey of Marion, IL
74.    James Larkin of Pine Knot, KY
75.    Lonnie Griffin of Coleman, FL
76.    Shannon Agofsky of Florence, CO
77.    Thomas Wesson of Beaumont, TX
78.    William Daniels of Beaumont, TX
79.    Darrell Evans of Beaumont, TX

43-040

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.    Patricia Beth Jackson of Detroit, MI
101.    Brenda Boyd of Detroit, MI
102.    Pamela Little of Detroit, MI
103.    Joya Smith of Detroit, MI

109.    Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

19

43-041

# CONCLUSION

110.    Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

111.    Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

_____

112.    Is there any matter you would prefer to discuss privately with the Judge?

_____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

113.    Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? ___✓___ Yes _____ No

If yes, please explain: _thyroid medication + hormones_____

_____

114.    It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.

If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____

_____

_____

_____

_____

20

43-042

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

21

43-043

## SIGNATURE AND OATH

I, _Holly A. Dickson_ , declare under penalty of perjury that the foregoing
(Print Name)

answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Holly Dick_
Signature

_10-2-06_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-044

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly.  <u>Your answers are given under oath</u>.  Please do not discuss the questions or your answers with anyone.  <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _#30_                    Date: _10/2/06_

Full Name: _Jacquet_              _Josephine_
              (Last)                    (First)                (Middle Initial)

Current Address: _____ Redacted _____ _Port Arthur (Jefferson)_ Redacted
              (Street and Number)         (City)    (County)    (Zip Code)

## BACKGROUND

1.    What is your age and date of birth? _59 yr._  Redacted _/ / 47_

2.    Place of Birth: _St Martinville , La ._
              (City)              (State)              (County)

3.    What is your race or ethic background?
    _____ Asian
    ___✓___ Black/African-American
    _____ Hispanic/Latino
    _____ Native American
    _____ White/Caucasian
    _____ Other _____
              (please specify)

4.    What is your gender?
    _____ Male
    ___✓___ Female

5.    What is your current marital status? (Please check all that apply.)
    _____ Single                    _____ Divorced
    ___✓___ Married _4_ years          _____ Divorced and remarried
    _____ Living with someone       _____ Widowed
    _____ Separated

43-045

6. Do you have children?
_____ ⎯Yes   How many? ___/___
_____ No

## RELIGIOUS AFFILIATION

7. Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _____
_____ *Sacred Heart Catholic Church* _____

8. Does your church, synagogue, or religious organization advocate a position for or against the death penalty? _____ Yes _____ No _____✓ Don't know
If so, please state that position: _____
_____
Do you agree with that position? _____✓ Yes _____ No

9. Have you discussed the death penalty at church with others? _____ Yes ___✓ No

## RESIDENCE

10. How long have you lived at your current address? ___ *4 yrs* _____

11. How long have you lived in Texas? ___ *10 yrs* _____

## EDUCATION

12. How far did you go in school? ___ *High School & College* ___
    a. Please name any college or trade/vocational school you attended and its location and any degrees obtained: *Port Arthur Bus. (Lamar Univ.)*
    *& Sacred Heart High School*
    _____
    b. Do you have any specialized training in medicine, medical care, or emergency care?
    _____ Yes ___✓ No
    If yes, please explain: _____
    _____

13. Are you attending school now? _____ Yes ___✓ No
    If so, what is your major course of study? _____

14. Have you, your spouse/partner, or any close family member had any training in the law?
    _____ Yes ___✓ No
    If yes, who had the training and what kind of training was it? _____
    _____

2

43-046

## EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
_____✓_ Work full-time outside the home        _____ Student
_____ Work part-time outside the home       _____ Retired
_____ Full-time homemaker                   _____ Disabled
_____ Homemaker with part-time employment   _____ Other: _____
_____ Unemployed                            _____

16. Where do you work now? (Please give name of employer.) _____
    _St. mary's Hospital (food Sodexo)_____
    Describe what you do: _food Service Dept. (Dietary)_____

17. How long have you worked there? _4½ yrs_____

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| Dr. Hospital (Renaissance) | food Service | | Personal |

19. Are you a supervisor now? ___Yes _✓_No  Have you ever been a supervisor? ___Yes _✓_No
    What is the number of employees you currently supervise? _____ What is the largest
    number of employees you have ever supervised? ___✓___

20. What is your spouse/partner's occupational status?  (Please check all that apply.)
_____✓_ Work full-time outside the home        _____ Student
_____ Work part-time outside the home       _____ Retired
_____ Full-time homemaker                   _____ Disabled
_____ Homemaker with part-time employment   _____ Other: _____
_____ Unemployed                            _____

21. What is your spouse/partner's current occupation/job title?  Please give the name of his/her
    employer: _Sales (Alarm System) Secur-tec_____

3

43-047

22.  Please describe the nature of his/her job: _Sell Alarm Systems for_
_homes or businesses_ _____

_____

## ACTIVITIES

23.  What are your leisure time interests and activities?
_____ _Watching T.V. & Dancing_ _____

_____

24.  a.  To which societies, unions, professional associations, civic clubs, or other organizations do you belong? _None_ _____

_____

b.  Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes ___✓___ No
If yes, what group(s) or organization(s) and what position(s)? _____

_____

_____

25.  What types of books do you enjoy reading? _Newspaper_ _____

26.  Have you ever read a book about a murder trial?  If so, please name. _no_ _____

27.  What were the last 3 movies you saw at the theater?
(1) _____ N/A _____
(2) _____ N/A _____
(3) _____ N/A _____

28.  How often do you watch TV?
___✓___ more than 6 hours a day
_____ between 4-6 hours a day
_____ between 1-4 hours a day
_____ less than 1 hour a day
_____ never

29.  What television programs (including news) do you watch on a regular basis?
_News, Law & Order, Criminal Minds,_
_Court T.V. etc!_ _____

_____

_____

4

43-048

30. What news publications do you read regularly? *Port Arthur News & Beaumont Ent.*

31. Please list any magazines that you have subscribed to or read regularly in the past two years:

*None*

32. Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? _____ Yes __✓__ No
If yes, what do or did they say? _____

33. To what radio stations do you listen? *107.1, & 103.5*
Do you listen to radio talk shows?
__✓__ Yes _____ No
If yes, to which radio talk shows do you listen? _____

*Tom Joyner*

34. Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35. Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes __✓__ No
If yes, please state the branch, rank, and dates of service:

36. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
If yes, please explain your involvement: _____

5

43-049

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? ____✓____ Yes _____ No

   If yes, please identify the relationship of the person, the organization, and his/her duties:

   | Person | Organization | Duties |
   |--------|--------------|--------|
   | _Sister_ | _Stiles_ | _Officer (Guard)_ |
   | | | |
   | | | |
   | | | |
   | | | |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes __✓__ No

   Please explain: _____

   _____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? __✓__ Yes _____ No

   If yes, please describe: _Alcoholic Anonymous_____

   _____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __✓__ No

   If yes, please explain: _____

   _____

41. Do you know any lawyers or judges? _____ Yes __✓__ No

   If yes, who? _____

   _____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __✓__ No

6

43-050

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.    Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✓____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.    Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓____ No
If yes, please explain: _____

_____

45.    Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ____✓____ No
If yes, please explain: _____

_____

46.    What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____It is working very well
____✓____It is working adequately
_____It is not working well at all
Please explain: _____*Getting rid of Gang Members*_____

_____

47.    Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ____✓____ No
If yes, please provide the following information for each incident:
        Type of crime: _____
        (1) Who was the victim or witness? _____
        (2) What was the relationship between the victim/witness and the perpetrator? ___

        _____
        (3) Was the crime reported to the police? _____
        By whom? _____
        (4) Was anyone charged? _____ Was he/she arrested? _____
        (5) What was the outcome of the prosecution? _____

        _____
        (6) Was the case handled well or poorly by law enforcement officials? _____

        _____

7

43-051

48.    Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes __✓__ No
If yes, please state when and explain why: _____
_____
_____

49.    Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes __✓__ No
If yes, please explain: _____
_____
_____

50.    Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes __✓__ No
If it was someone in your family, please state how you are related to this person: _____
_____

51.    Do you believe this person was treated fairly by the criminal justice (court) system?
_____ Yes _____ No
Please explain: _____ N/A _____
_____

52.    Have you ever called the police for any reason? _____ Yes __✓__ No
If yes, please explain: _____
_____

53.    How serious a problem do you think crime is in your neighborhood?
_____ Very serious
__✓__ Somewhat serious
_____ Not at all serious

54.    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
__✓__ No

55.    Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes __✓__ No

56.    Have you ever witnessed actual violence? _____ Yes __✓__ No

8

43-052

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ____✔____ No
If yes, please explain: _____
_____

58. Have you ever served on a jury? ____✔____ Yes _____ No
a. If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| 2005 | Civil | Hit & Run | Guilty |
| | | | |

b. Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes ____✔____ No
Please explain: It was a very easy because the that Person admitted later on he was Guilty

59. Are you acquainted with any other prospective juror in this case? _____ Yes __✔__ No
If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ___✔___ No
If yes, how many times? _____

61. Have you ever served on a grand jury?
_____ Yes ____✔____ No
If yes, please state when, where, and for how long you served on a grand jury:
_____
_____
_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes _____ No ___✔___ Maybe
Please explain: _____
_____
_____
_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ___✔___ No _____ Maybe

9

43-053

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes ___✓___ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes __✓__ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No
If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No
If yes, please explain: _____

_____

_____

10

43-054

68.   Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? _____ Yes ____✓____ No

## DEATH PENALTY

69.   Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _I have no problem with the decision about death penalties, because if I feel that person is guilty then so be it. The Prosecutor will have to prove it to me,_

70.   Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
      a.  I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
      b.  If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
      c.  I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
      d.  I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
      e.  I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
      f.  I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
      g.  I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
      h.  I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.   Regarding the death penalty, which of the following statements most accurately represents the way you feel?
      __✓__ I feel strongly that it is important that we have the death penalty as punishment.
      _____ I feel that it is important that we have the death penalty as punishment.
      _____ I have no opinion whether it is important that we have the death penalty as punishment.
      _____ I feel that it is important that we not have the death penalty as punishment.
      _____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-055

72.  Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.
_____ I feel that the death penalty is applied unfairly against minorities.
__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.
_____ I feel that the death penalty is applied fairly against minorities.
_____ I feel strongly that the death penalty is applied fairly against minorities.

73.  Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

__✓__ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.
_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.  Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

__✓__ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.
_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.  If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?
____✓____ Yes _____ No

76.  If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?
____✓____ Yes _____ No

77.  If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?
____✓____ Yes _____ No

78.  If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?
____✓____ Yes _____ No

79.  Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?
_____ Yes ___✓___ No

12

43-056

If yes, why? _____

_____

_____

80.    In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

_____ *Child Molestation, Murder*

_____ *Hit & Run & not stopping to check on the person*

81.    In what kinds of cases do you believe it is appropriate to impose the death penalty?

_____

_____

_____

_____

82.    Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? __✓__ Yes _____ No
Have you watched television or other media regarding the death penalty?
__✓__ Yes _____ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____

_____

_____

83.    Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
_____ *No* _____

_____

_____

_____

84.    Do you believe that the death penalty is sought and imposed fairly?
__✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case? _____ *I would have to have see proof & evidence, It would not affect it, especially if there is a lot of evidence*

13

43-057

85.  Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____ If the person is guilty he's guilty it would not be too easy or too difficult for me to impose a sentence _____

## MISCELLANEOUS

86.  The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

___✓___ Yes _____ No _____ Maybe

Please explain: _____ I am very Sensitive _____

87.  It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ___✓___ Yes _____ No _____ Maybe

Please explain: _____ Because It's not the family on trial, it's the defendant _____

88.  Have you ever heard of gangs that operate in prison?

___✓___ Yes _____ No

If yes, what have you heard and from whom? _____ Just by hearsay _____

89.  Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ___✓___ No

## SELF DEFENSE

90.  Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ___✓___ Yes _____ No _____ Not sure

91.  Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

_____ Yes _____ No ___✓___ Not sure

14

92. Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____✓____ No

93. Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ____✓____ No

94. If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
____✓____ Yes _____ No

95. In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ____✓____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96. The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes _____ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97. Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ____✓____ No ____✓____ Maybe
Please explain: ___Sometimes eyewitnesses is bought or___
___Blackmail___

15

43-059

## MENTAL HEALTH TREATMENT

98.    What are your opinions regarding psychology and counseling in general?
_There's a lot of sick & disturbed people today & confuse, so some people need a lot of help_

99.    Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ___✓___ No
If yes, please explain: _____
_____

100.   Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes ___✓___ No

101.   Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ___✓___ No

102.   Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ___✓___ No

103.   Do you think that childhood exposure to physical violence affects a child?
___✓___ Yes _____ No _____ Maybe

## POLITICS

104.   Are you registered to vote? ___✓___ Yes _____ No

105.   Do you have a valid driver's license? ___✓___ Yes _____ No

106.   What is your current voter registration status?
_____ Not registered to vote
___✓___ Democrat
_____ Republican
_____ Independent
_____ Other _____

107.   Have you ever changed parties? If so, when and why? _No_

16

43-060

# CONTACT WITH PARTIES AND WITNESSES

108.    The following is a partial list of people who <u>may</u> be called as witnesses in this case.  Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them?  If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.      Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.      Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.      Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.      Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.      Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.      Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.      Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.      Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.      Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.     David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.     Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.     Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.     Richard Coleman of Coleman & Associates in Houston, TX
14.     Jerome Prince of Tucson, AZ
15.     Victor Richards of El Reno, OK
16.     Tommy Brown, the Jefferson County Coroner
17.     Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.     Joe Marshal of Nederland, TX
19.     Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.     Linda Johnson of the Jefferson County Regional Crime Lab
21.     Russell Haas of New York City, NY
22.     Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.     Robert Henderson of Canyon, TX
24.     Iris Dalley of McAllister, OK
25.     Robin Freeman of Houston, TX
26.     Lorenzo Kirk Parks of Alvarado, TX
27.     Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.     Nina Holland of Port Neches, TX
29.     Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.     Sergio Barrios of Gilmer, WV
31.     Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.     John Chwaliszewski of Los Angeles, CA
33.     Roy Black of Jefferson County, TX
34.     Ricardo Rodriguez of Beaumont, TX
35.     Kevin Lovett of the Jefferson County Sheriff's Office
36.     Justin Rogers of the Beaumont Police Department

17

43-061

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

18

43-062

80. Don Lewis of Beaumont, TX
81. Gerald Miller of Allenwood, PA
82. Andres Aguiar of Pollock, LA
83. George Rivera of Marion, IL
84. Raphael Porsche of Beaumont, TX
85. Earnest Robertson of Beaumont, TX
86. Cadell Mims of Beaumont, TX
87. Allen Keith Batterman of Lewisburg, PA
88. Keith Alfred Randall of Yazoo City, MS
89. Arzell Gulley of Beaumont, TX
90. Dr. Edward Gripon of Jefferson County, TX
91. Dr. Beth Pelz of Missouri City, TX
92. Terry Pelz of Missouri City, TX
93. Dr. Dan Roberts of Roundrock, TX
94. Dr. Oney Fitzpatrick of Jefferson County, TX
95. DeeDee Halpin of Houston, TX
96. Ronald Singer of Fort Worth, TX
97. Dr. Robert C. Bux of Colorado Springs, CO
98. Dr. Kate Allen of Austin, TX
99. Larry Anderson of Detroit, MI
100. Patricia Beth Jackson of Detroit, MI
101. Brenda Boyd of Detroit, MI
102. Pamela Little of Detroit, MI
103. Joya Smith of Detroit, MI

109. Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

19

43-063

# CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes  __✓__ No _____ Maybe
Please explain: _____

_____

_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes  __✓__ No _____ Maybe
Please explain: _____

_____

_____

_____

112.  Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes  __✓__ No
If yes, please explain: _____

_____

_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis?  __✓__ Yes _____ No
If yes, please explain: _Hy Blood Pressure & Chol._
_That's it_

_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____

_____

_____

_____

20

43-064

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

43-065

## SIGNATURE AND OATH

I, _Josephine Jacquet_ , declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Josie Jacquet_
Signature

_10/2/2006_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire.  We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-066

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: **50**                                    Date: **10-2-06**

Full Name: **Jones          Virginia          M.**
         (Last)            (First)         (Middle Initial)

Current Address:   Redacted  **Silsbee   Hardin**  Redacted
      (Street and Number)     (City)    (County)    (Zip Code)

## BACKGROUND

1.   What is your age and date of birth? **49**   Redacted   **57**

2.   Place of Birth:   Redacted  **TX**   **Jefferson**
         (City)        (State)      (County)

3.   What is your race or ethic background?
      _____ Asian
      _____ Black/African-American
      _____ Hispanic/Latino
      _____ Native American
      __✓___ White/Caucasian
      _____ Other _____
           (please specify)

4.   What is your gender?
      _____ Male
      __✓___ Female

5.   What is your current marital status? (Please check all that apply.)
      _____ Single                 _____ Divorced
      __✓___ Married **30** years      _____ Divorced and remarried
      _____ Living with someone     _____ Widowed
      _____ Separated

43-067

6. Do you have children?

___✓___ Yes   How many? __3__

_____ No

## RELIGIOUS AFFILIATION

7. Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _____

*Pinecrest Baptist Church*

8. Does your church, synagogue, or religious organization advocate a position for or against the death penalty?   _____ Yes __X__ No _____ Don't know

If so, please state that position: _____

_____

Do you agree with that position? _____ Yes _____ No

9. Have you discussed the death penalty at church with others? _____ Yes __X__ No

## RESIDENCE

10. How long have you lived at your current address? *28 years*

11. How long have you lived in Texas? *49 years*

## EDUCATION

12. How far did you go in school? *BS in Education*

a. Please name any college or trade/vocational school you attended and its location and any degrees obtained: *Lamar  BS*

_____

b. Do you have any specialized training in medicine, medical care, or emergency care?

_____ Yes __✗__ No

If yes, please explain: _____

_____

13. Are you attending school now? _____ Yes __X__ No

If so, what is your major course of study? _____

14. Have you, your spouse/partner, or any close family member had any training in the law?

__X__ Yes __✗__ No

If yes, who had the training and what kind of training was it? *Son is a police officer in Silsbee, Tx*

2

43-068

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

_X___ Work full-time outside the home     _____ Student
_____ Work part-time outside the home     _____ Retired
_____ Full-time homemaker     _____ Disabled
_____ Homemaker with part-time employment     _____ Other: _____
_____ Unemployed     _____

16. Where do you work now? (Please give name of employer.) *Kountze ISD*

Describe what you do: *Teach*

17. How long have you worked there? *10 years*

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|----------|----------|-------|--------------------|
|          |          |       |                    |
|          |          |       |                    |
|          |          |       |                    |
|          |          |       |                    |
|          |          |       |                    |
|          |          |       |                    |
|          |          |       |                    |

19. Are you a supervisor now? ___Yes _X_ No  Have you ever been a supervisor? ___Yes _X_ No
What is the number of employees you currently supervise? _____ What is the largest number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status?  (Please check all that apply.)

_X___ Work full-time outside the home     _____ Student
_____ Work part-time outside the home     _____ Retired
_____ Full-time homemaker     _____ Disabled
_____ Homemaker with part-time employment     _____ Other: _____
_____ Unemployed     _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her employer: *Surveying Engineer w/ N.K. Burnette Const*

3

43-069

22. Please describe the nature of his/her job: *Surveys + prepares land in subdivsions got tanks, roads etc.*

**ACTIVITIES**

23. What are your leisure time interests and activities?
*reading, fishing*

24. a. To which societies, unions, professional associations, civic clubs, or other organizations do you belong? *TCTA*

   b. Have you served in a leadership capacity in any of those groups or organizations? _____ Yes ___X___ No
   If yes, what group(s) or organization(s) and what position(s)? _____

25. What types of books do you enjoy reading? *Christian fiction*

26. Have you ever read a book about a murder trial? If so, please name. _____

27. What were the last 3 movies you saw at the theater?
   (1) *Don't go.*
   (2)
   (3)

28. How often do you watch TV?
   _____ more than 6 hours a day
   _____ between 4-6 hours a day
   ___X___ between 1-4 hours a day
   _____ less than 1 hour a day
   _____ never

29. What television programs (including news) do you watch on a regular basis?
*CSI NCIS Some news*

4

43-070

30. What news publications do you read regularly? _____

*none*

_____

_____

31. Please list any magazines that you have subscribed to or read regularly in the past two years:

*none*

_____

_____

32. Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? ___X___ Yes _____ No

If yes, what do or did they say? ___ *License plate (1 cent) nickname is* ___

*"Penny"*

33. To what radio stations do you listen? __ *Country* _____

Do you listen to radio talk shows?

_____ Yes ___X___ No

If yes, to which radio talk shows do you listen? _____

_____

_____

34. Have you ever written a letter to the editor? _____ Yes ___X___ No

## MILITARY

35. Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?

_____ Yes ___X___ No

If yes, please state the branch, rank, and dates of service:

_____

_____

_____

36. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___X___ No

If yes, please explain your involvement: _____

_____

_____

_____

5

43-071

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? __X__ Yes _____ No

If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|--------|--------------|--------|
| Son | Silsbee PD | Patrol Officer |
| | | |
| | | |
| | | |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? __X__ Yes _____ No

Please explain: _Son - police_ _brother - prison guard_

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? __✓__ Yes _____ No

If yes, please describe: _Son - 100 club_

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __X__ No

If yes, please explain: _____

41. Do you know any lawyers or judges? __X__ Yes _____ No
If yes, who? _Kenneth Tuttow_

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __X__ No

6

43-072

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.  Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✗____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.  Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ___✗___ No
If yes, please explain: _____

_____

45.  Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ___✗___ No
If yes, please explain: _____

_____

46.  What is your opinion regarding the effectiveness of the criminal justice (court) system?
___✗___ It is working very well
_____ It is working adequately
_____ It is not working well at all
Please explain: _____

_____

47.  Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ___✗___ No
If yes, please provide the following information for *each* incident:
Type of crime: _____
(1) Who was the victim or witness? _____
(2) What was the relationship between the victim/witness and the perpetrator? ___

_____
(3) Was the crime reported to the police? _____
By whom? _____
(4) Was anyone charged? _____ Was he/she arrested? _____
(5) What was the outcome of the prosecution? _____

_____
(6) Was the case handled well or poorly by law enforcement officials? _____

_____

7

43-073

48.  Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No
If yes, please state when and explain why: _____
_____
_____

49.  Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✗___ No
If yes, please explain: _____
_____
_____

50.  Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes ___✗___ No
If it was someone in your family, please state how you are related to this person: _____
_____

51.  Do you believe this person was treated fairly by the criminal justice (court) system?
_____ Yes _____ No
Please explain: _____
_____

52.  Have you ever called the police for any reason? _____ Yes ___✗___ No
If yes, please explain: _____
_____

53.  How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✗___ Not at all serious

54.  Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✗___ No

55.  Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✗___ No

56.  Have you ever witnessed actual violence? _____ Yes ___✗___ No

8

43-074

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes __✗__ No
If yes, please explain: _____
_____

58. Have you ever served on a jury? __✗__ Yes _____ No
   a.    If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| 90's | Criminal | Drug | guilty |

   b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes __✗__ No
   Please explain: _____
   _____

59. Are you acquainted with any other prospective juror in this case? __✗__ Yes _____ No
   If so, please indicate who: _Several from Silsbee_____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes __✗__ No
   If yes, how many times? _____

61. Have you ever served on a grand jury?
   _____ Yes __✗__ No
   If yes, please state when, where, and for how long you served on a grand jury:
   _____
   _____
   _____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
   _____ Yes __✗__ No _____ Maybe
   Please explain: _____
   _____
   _____
   _____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes __✗__ No _____ Maybe

9

43-075

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes ___✗___ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes _✗_ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✗___ No

If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✗___ No

If yes, please explain: _____

_____

_____

10

43-076

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ___X___ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _____

_I believe there is a time & place for the death penalty, but it is not valid for all circumstances._

70. Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
    a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
    b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
    c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
    d. I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
    e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
    f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
    g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
    h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements most accurately represents the way you feel?
    _____ I feel strongly that it is important that we have the death penalty as punishment.
    __✓__ I feel that it is important that we have the death penalty as punishment.
    _____ I have no opinion whether it is important that we have the death penalty as punishment.
    _____ I feel that it is important that we not have the death penalty as punishment.
    _____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-077

72.  Regarding the death penalty, which of the following statements <u>most accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.  Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.  Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.  If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___X___ No

76.  If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___X___ No

77.  If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___X___ Yes _____ No

78.  If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___X___ Yes _____ No

79.  Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___X___ No

12

43-078

If yes, why? _____

_____

_____

80. In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released? *Cases where there is no premeditation* *Or self-defense*

81. In what kinds of cases do you believe it is appropriate to impose the death penalty? *premeditated murder for selfish* *gain*

82. Have you done any independent study regarding the death penalty? _____ Yes __X__ No
Do you have an interest in death penalty issues? _____ Yes __X__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __X__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __X__ No
If yes, to any of the above, please explain: _____

_____

_____

83. Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court? *No*

_____

_____

_____

84. Do you believe that the death penalty is sought and imposed fairly?
___✓___ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case? *I think I can weigh all* *evidence effectively.*

13

43-079

85. Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?           *Don't Know*
_____ Yes _____ No _____ Maybe

Please explain: _____
_____
_____
_____

## MISCELLANEOUS

86. The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?
_____ Yes ___✓___ No _____ Maybe

Please explain: _____
_____
_____

87. It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ___✓___ Yes _____ No _____ Maybe

Please explain: _____
_____
_____

88. Have you ever heard of gangs that operate in prison?
___✓___ Yes _____ No
If yes, what have you heard and from whom? ___*Only in movies*___
_____

89. Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?
_____ Yes ___✓___ No

## SELF DEFENSE

90. Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ___✓___ Yes _____ No _____ Not sure

91. Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?
___✓___ Yes _____ No _____ Not sure

14

43-080

92. Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ___✓___ No

93. Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
___✓___ Yes _____ No

94. If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
___✓___ Yes _____ No

95. In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96. The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97. Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ___✓___ No _____ Maybe
Please explain: _it helps, but other evidence_
_may be just as informative._

15

## MENTAL HEALTH TREATMENT

98.    What are your opinions regarding psychology and counseling in general?

*Can be useful*

99.    Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?

_____ Yes ____✓____ No

If yes, please explain: _____

_____

100.    Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes ___✓___ No

101.    Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?

_____ Yes ___✓___ No

102.    Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ___✓___ No

103.    Do you think that childhood exposure to physical violence affects a child?

___✓___ Yes _____ No _____ Maybe

## POLITICS

104.    Are you registered to vote? ___✓___ Yes _____ No

105.    Do you have a valid driver's license? ___✓___ Yes _____ No

106.    What is your current voter registration status?
_____ Not registered to vote
___✓___ Democrat
_____ Republican
_____ Independent
_____ Other _____

107.    Have you ever changed parties? If so, when and why? _____

_____

16

43-082

## CONTACT WITH PARTIES AND WITNESSES

108.    The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.      Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.      Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.      Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.      Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.      Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.      Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.      Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.      Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.      Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.     David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.     Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.     Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.     Richard Coleman of Coleman & Associates in Houston, TX
14.     Jerome Prince of Tucson, AZ
15.     Victor Richards of El Reno, OK
16.     Tommy Brown, the Jefferson County Coroner
17.     Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.     Joe Marshal of Nederland, TX
19.     Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.     Linda Johnson of the Jefferson County Regional Crime Lab
21.     Russell Haas of New York City, NY
22.     Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.     Robert Henderson of Canyon, TX
24.     Iris Dalley of McAllister, OK
25.     Robin Freeman of Houston, TX
26.     Lorenzo Kirk Parks of Alvarado, TX
27.     Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.     Nina Holland of Port Neches, TX
29.     Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.     Sergio Barrios of Gilmer, WV
31.     Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.     John Chwaliszewski of Los Angeles, CA
33.     Roy Black of Jefferson County, TX
34.     Ricardo Rodriguez of Beaumont, TX
35.     Kevin Lovett of the Jefferson County Sheriff's Office
36.     Justin Rogers of the Beaumont Police Department

17

43-083

37.   Jay Kean of the Silsbee Police Department
38.   Charles Duchamp of the Beaumont Police Department
39.   Jody Hatch of Newton County, TX
40.   Ruth Boles of the Jefferson County Sheriff's Office
41.   Annette Brooks of Collinsville, MS
42.   Patti Prince of Collinsville, MS
43.   Wendi Duarin of St. Augustine, FL
44.   Amy Laub of St. Augustine, FL
45.   Scott DeGraff of the Findlay, OH, Police Department
46.   Kevin Russell of the Findlay, OH, Police Department
47.   Jay Myers of the Findlay, OH, Police Department
48.   Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.   John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.   Michael Cooksey of Fairfax, VA
51.   Tom Quinn of the Federal Bureau of Prisons
52.   Quinton Dukes of the Federal Bureau of Prisons
53.   Randy Casimir of the Federal Bureau of Prisons
54.   Joe Neal of the Federal Bureau of Prisons
55.   Tom Lincalis of the Federal Bureau of Prisons
56.   Matt Edinger of the Federal Bureau of Prisons
57.   Wesley Lehman of the Federal Bureau of Prisons
58.   William Newbold of the Federal Bureau of Prisons
59.   James Turvey of the Federal Bureau of Prisons
60.   Angel Garcia of the Federal Bureau of Prisons
61.   Terry Evans of the Federal Bureau of Prisons
62.   Duane Anthony of the Federal Bureau of Prisons
63.   Ed Cervantez of the Federal Bureau of Prisons
64.   Larry Weston of the Federal Bureau of Prisons
65.   Tony Murray of the Federal Bureau of Prisons
66.   Steve Rice of the Federal Bureau of Prisons
67.   Nick Istre of the Federal Bureau of Prisons
68.   Anthony Alexander of Philadelphia, PA
69.   Anthony Boyd of the Federal Bureau of Prisons
70.   Woody Bond of Jackson, MS
71.   Carolyn Romano of Jackson, MS
72.   Gregory Hershberger of Lincoln, NE
73.   Matt Lindsey of Marion, IL
74.   James Larkin of Pine Knot, KY
75.   Lonnie Griffin of Coleman, FL
76.   Shannon Agofsky of Florence, CO
77.   Thomas Wesson of Beaumont, TX
78.   William Daniels of Beaumont, TX
79.   Darrell Evans of Beaumont, TX

18

43-084

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX ·
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.    Patricia Beth Jackson of Detroit, MI
101.    Brenda Boyd of Detroit, MI
102.    Pamela Little of Detroit, MI
103.    Joya Smith of Detroit, MI

109.    Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

Justin Rogers went to school with my children + works for the Silsbee PD. Otherwise I don't have much contact with him.

19

43-085

# CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes ____X____ No _____ Maybe
Please explain: _____
_____
_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes ____X____ No _____ Maybe
Please explain: _____
_____
_____
_____

112.  Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes ____X____ No
If yes, please explain: _____
_____
_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ____X____ No
If yes, please explain: _____
_____
_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____
_____
_____
_____
_____

20

43-086

# ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

43-087

## SIGNATURE AND OATH

I, __Virginia Jones__, declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Virginia Jones_
Signature

_10-2-06_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-088

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly.  Your answers are given under oath.  Please do not discuss the questions or your answers with anyone.  If you do not know the answer to a question, please write "don't know."**

Juror Number: _19_                    Date: _Oct. 2, 2006_

Full Name: _HERGEMUELLER,    Myrtle    P._
(Last)                    (First)        (Middle Initial)

Current Address: _____ Redacted _____ _Dayton, Liberty,_ _Redacted_
(Street and Number)              (City)    (County)    (Zip Code)

## BACKGROUND

1.  What is your age and date of birth? _Age 70, ( Redacted ), 1936_

2.  Place of Birth: _____ Redacted _____ _Missouri_ _c_ _Redacted_
(City)            (State)            (County)

3.  What is your race or ethic background?
_____ Asian
_____ Black/African-American
_____ Hispanic/Latino
_____ Native American
__X__ White/Caucasian
_____ Other _____
(please specify)

4.  What is your gender?
_____ Male
__X__ Female

5.  What is your current marital status? (Please check all that apply.)
_____ Single                      __X__ Divorced
_____ Married ____ years          _____ Divorced and remarried
_____ Living with someone         _____ Widowed
_____ Separated

43-089

6.   Do you have children?
     ___✓___ Yes   How many? ___3___
     _____ No

## RELIGIOUS AFFILIATION

7.   Are you a member of any church, synagogue, or religious organization? If so, please state *Yes,*
     the name of your church, synagogue, or religious organization: *First Baptist Church*
     *Dayton, Tx*

8.   Does your church, synagogue, or religious organization advocate a position for or against the
     death penalty?   _____ Yes   _____ No   ___✓___ Don't know
     If so, please state that position: _____

     _____
     Do you agree with that position?   _____ Yes   _____ No

9.   Have you discussed the death penalty at church with others?   _____ Yes   ___✓___ No

## RESIDENCE

10.  How long have you lived at your current address?   *12 years*

11.  How long have you lived in Texas?   *36 years*

## EDUCATION

12.  How far did you go in school?   *12th grade +*
     a.   Please name any college or trade/vocational school you attended and its location and
          any degrees obtained: *University of Missouri; Medical Terminology*
          *San Jacinto College, Pasadena, Tx  Industrial Safety*
          *and Hygene*
     b.   Do you have any specialized training in medicine, medical care, or emergency care?
          ___✓___ Yes   _____ No
          If yes, please explain: *I was an instructor in first aid*
          *and CPR*

13.  Are you attending school now?   _____ Yes   ___✓___ No
     If so, what is your major course of study? _____

14.  Have you, your spouse/partner, or any close family member had any training in the law?
     _____ Yes   ___✓___ No
     If yes, who had the training and what kind of training was it? _____

     _____

2

43-090

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
_____ Work full-time outside the home      _____ Student
_____ Work part-time outside the home      __X__ Retired
_____ Full-time homemaker      _____ Disabled
_____ Homemaker with part-time employment      _____ Other: _____
_____ Unemployed      _____

16. Where do you work now? (Please give name of employer.) _____
_____
Describe what you do: _____
_____

17. How long have you worked there? _____

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19. Are you a supervisor now? ___Yes___ No  Have you ever been a supervisor? ___Yes___ No
What is the number of employees you currently supervise? _____ What is the largest number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status?  (Please check all that apply.)
_____ Work full-time outside the home      _____ Student
_____ Work part-time outside the home      _____ Retired
_____ Full-time homemaker      _____ Disabled
_____ Homemaker with part-time employment      _____ Other: _____
_____ Unemployed      _____

21. What is your spouse/partner's current occupation/job title?  Please give the name of his/her employer: _____
_____

3

43-091

22.    Please describe the nature of his/her job: _____
_____
_____

## ACTIVITIES

23.    What are your leisure time interests and activities?
*Sewing, Crafts, Volunteer work for Dayton High School Band*

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? *Liberty Co. Genology Society, Dayton Band Booster Club, Hwy 321 V.F.D. Auxiliary, President*

       b.    Have you served in a leadership capacity in any of those groups or organizations?
             __✓__ Yes _____ No
             If yes, what group(s) or organization(s) and what position(s)? _____
             *Hwy 321 V.F.D. Auxiliary President*

25.    What types of books do you enjoy reading? *Non-fiction*

26.    Have you ever read a book about a murder trial? If so, please name. *No.*

27.    What were the last 3 movies you saw at the theater?
       (1) *The Hedge. or Over the Hedge* *(Don't go to Movies very often)*
       (2) _____
       (3) _____

28.    How often do you watch TV?
       _____ more than 6 hours a day
       _____ between 4-6 hours a day
       __✓__ between 1-4 hours a day
       _____ less than 1 hour a day
       _____ never

29.    What television programs (including news) do you watch on a regular basis?
       *Soaps Daily, Non-Violent Shows.*
       _____
       _____
       _____

4

43-092

30. What news publications do you read regularly? _Local Newspapers. IN Dayton - Liberty Area._

31. Please list any magazines that you have subscribed to or read regularly in the past two years: _Ladies Home Journal, Family Circle, TV Guide, Prevention,_

32. Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? __✓__ Yes __,__ No
If yes, what do or did they say? _Army, Coast Guard, Dayton Twirler, MAN praying at a Cross,_

33. To what radio stations do you listen? _99.9 Liberty Tx, 100.3 Kilt in Houston_
Do you listen to radio talk shows?
__✓__ Yes _____ No
If yes, to which radio talk shows do you listen? _KShN 99.9_

34. Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35. Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes __✓__ No
If yes, please state the branch, rank, and dates of service:

36. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
If yes, please explain your involvement:

5

43-093

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? ____✓____ Yes _____ No

If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|--------|-------------|--------|
| Myself | Liberty County Sheriff Dep't | Dispatcher 1985? |
| Myself | Texas Hwy Patrol | Secretary 1979-1983 |
| Brian Acly | Dayton Police Dept. | Patrolman |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes __✓__ No
Please explain: _____
_____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes __✓__ No
If yes, please describe: _____
_____
_____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __✓__ No
If yes, please explain: _____
_____

41. Do you know any lawyers or judges? __✓__ Yes _____ No
If yes, who? _Judge Rusty Hight Liberty County, Liberty TX_
_____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? __✓__ Yes _____ No

6

43-094

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: *More Willing*

43. Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✓____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

44. Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓____ No
If yes, please explain: _____

45. Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ____✓____ No
If yes, please explain: _____

46. What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
____✓____ It is working adequately
_____ It is not working well at all
Please explain: *Law enforcement officers need more Knowledge on investigating Crime Scenes and take all things in consideration*

47. Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ____✓____ No
If yes, please provide the following information for each incident:
Type of crime: _____
(1) Who was the victim or witness? _____
(2) What was the relationship between the victim/witness and the perpetrator? ___

(3) Was the crime reported to the police? _____
By whom? _____
(4) Was anyone charged? _____ Was he/she arrested? _____
(5) What was the outcome of the prosecution? _____

(6) Was the case handled well or poorly by law enforcement officials? _____

7

43-095

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? ___✓___ Yes _____ No
If yes, please state when and explain why: _In court, when I took_ _Custody of my Great Granddaughter_____

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✓___ No
If yes, please explain: _____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? ___✓___ Yes _____ No
If it was someone in your family, please state how you are related to this person: _____
_Granddaughter_____

51. Do you believe this person was treated fairly by the criminal justice (court) system?
___✓___ Yes _____ No
Please explain: _____

52. Have you ever called the police for any reason? ___✓___ Yes _____ No
If yes, please explain: _When my granddaughter took her daughter_ _without permission from me._____

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
___✓___ Somewhat serious
_____ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56. Have you ever witnessed actual violence? _____ Yes ___✓___ No

8

43-096

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes __✓__ No

If yes, please explain: _____

_____

58. Have you ever served on a jury? __✓__ Yes _____ No

   a.   If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| dont Remember | Civil | Welfare Fraud | yes |
|  |  |  |  |

   b.   Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes __✓__ No

   Please explain: _____

   _____

59. Are you acquainted with any other prospective juror in this case? _____ Yes __✓__ No

   If so, please indicate who: _____

   _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes __✓__ No

   If yes, how many times? _____

61. Have you ever served on a grand jury?

   _____ Yes __✓__ No

   If yes, please state when, where, and for how long you served on a grand jury:

   _____

   _____

   _____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?

   _____ Yes __✓__ No _____ Maybe

   Please explain: _____

   _____

   _____

   _____

   _____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes __✓__ No _____ Maybe

9

43-097

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes __✓__ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? ____ Yes __✓__ No ____ Maybe
If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No
If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No
If yes, please explain: _____

_____

_____

10

43-098

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ____✓____ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? *I believe in the death penalty, depends on the case and evidence. I've never had to express my feelings so I don't know how strong they may be.*

70. Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
(d.) I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
(e.) I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements most accurately represents the way you feel?
_____ I feel strongly that it is important that we have the death penalty as punishment.
___✓___ I feel that it is important that we have the death penalty as punishment.
_____ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-099

72.   Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.   Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.   Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.   If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes __✓___ No

76.   If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes __✓___ No

77.   If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

__✓___ Yes _____ No

78.   If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

__✓___ Yes _____ No

79.   Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes __✓___ No

12

43-100

If yes, why? _____

_____

_____

80.    In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

_____1st time murder cases_____

_____

_____

_____

81.    In what kinds of cases do you believe it is appropriate to impose the death penalty?

_____Capital Murder cases_____

_____

_____

_____

82.    Have you done any independent study regarding the death penalty? ___ Yes _✓_ No
Do you have an interest in death penalty issues? _____ Yes _✓_ No
Have you watched television or other media regarding the death penalty?
_____ Yes _✓_ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes _✓_ No
If yes, to any of the above, please explain: _____

_____

_____

83.    Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?

_____No_____

_____

_____

_____

84.    Do you believe that the death penalty is sought and imposed fairly?
___✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?

_____Don't Know_____

_____

_____

13

43-101

85.    Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes _____ No _____✓_____ Maybe

Please explain: _____*Really dont know that answer*_____

_____

_____

## MISCELLANEOUS

86.    The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ____✓____ No _____ Maybe

Please explain: _____

_____

_____

87.    It is possible in a case such as this that friends or relatives of a homicide victim might testify.  Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? _____ Yes ____✓____ No _____ Maybe

Please explain: *being a Juror I would have too.*

_____

_____

88.    Have you ever heard of gangs that operate in prison?

____✓____ Yes _____ No

If yes, what have you heard and from whom? *Hearsay.*

_____

89.    Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ____✓____ No

## SELF DEFENSE

90.    Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ____✓____ Yes _____ No _____ Not sure

91.    Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

____✓____ Yes _____ No _____ Not sure

14

43-102

92.    Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____✓____ No

93.    Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ____✓____ No

94.    If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
____✓____ Yes _____ No

95.    In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ____✓____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.    The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
____✓____ Yes _____ No
If yes, please explain: ___Several days_____
_____
_____

## EYEWITNESS IDENTIFICATION

97.    Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
____✓____ Yes _____ No _____ Maybe
Please explain: _____
_____

15

43-103

## MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general?
*a lot of people need it.*

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes _____ No
If yes, please explain: *Don't Know*

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes __✓__ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization? _____ Yes __✓__ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes __✓__ No

103. Do you think that childhood exposure to physical violence affects a child?
__✓__ Yes _____ No _____ Maybe

## POLITICS

104. Are you registered to vote? __✓__ Yes _____ No

105. Do you have a valid driver's license? __✓__ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
__✓__ Democrat
_____ Republican
_____ Independent
_____ Other _____

107. Have you ever changed parties? If so, when and why? *No*

16

43-104

## CONTACT WITH PARTIES AND WITNESSES

108. The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1. Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2. Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3. Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4. Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5. Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6. Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7. Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8. Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9. Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10. David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11. Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12. Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13. Richard Coleman of Coleman & Associates in Houston, TX
14. Jerome Prince of Tucson, AZ
15. Victor Richards of El Reno, OK
16. Tommy Brown, the Jefferson County Coroner
17. Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18. Joe Marshal of Nederland, TX
19. Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20. Linda Johnson of the Jefferson County Regional Crime Lab
21. Russell Haas of New York City, NY
22. Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23. Robert Henderson of Canyon, TX
24. Iris Dalley of McAllister, OK
25. Robin Freeman of Houston, TX
26. Lorenzo Kirk Parks of Alvarado, TX
27. Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28. Nina Holland of Port Neches, TX
29. Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30. Sergio Barrios of Gilmer, WV
31. Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32. John Chwaliszewski of Los Angeles, CA
33. Roy Black of Jefferson County, TX
34. Ricardo Rodriguez of Beaumont, TX
35. Kevin Lovett of the Jefferson County Sheriff's Office
36. Justin Rogers of the Beaumont Police Department

17

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

18

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.   Patricia Beth Jackson of Detroit, MI
101.   Brenda Boyd of Detroit, MI
102.   Pamela Little of Detroit, MI
103.   Joya Smith of Detroit, MI

109.   Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

No.

19

43-107

## CONCLUSION

110. Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

111. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

___✓___ Yes _____ No _____ Maybe

Please explain: _I have a 15 yr old Teen that need_
_my supervision and a way to get to and_
_from High school who is my responsibility_

112. Is there any matter you would prefer to discuss privately with the Judge?

_____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

113. Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

114. It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.

If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _No_

_____

_____

_____

_____

20

43-108

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

21

43-109

## SIGNATURE AND OATH

I, *Myrtle Hergemueller* declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

*Myrtle Hergemueller*
Signature

*Oct 2, 2006*
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-110

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _____8_____    Date: _10-02-06_

Full Name: __LeBreton_____Michael_____T. K.____
           (Last)         (First)      (Middle Initial)

Current Address: _____ Redacted _____ __Port Neches, Jefferson__ Redacted
        (Street and Number)   (City)  (County)  (Zip Code)

## BACKGROUND

1. What is your age and date of birth? __32__   Redacted   __74_____

2. Place of Birth: _____ Redacted _____ __TX_____ __Wichita_____
       (City)       (State)     (County)

3. What is your race or ethic background?
_____ Asian
_____ Black/African-American
_____ Hispanic/Latino
_____ Native American
___✓___ White/Caucasian
_____ Other _____
        (please specify)

4. What is your gender?
___✓___ Male
_____ Female

5. What is your current marital status? (Please check all that apply.)
_____ Single           _____ Divorced
___✓___ Married _11_ years  _____ Divorced and remarried
_____ Living with someone  _____ Widowed
_____ Separated

43-111

6.  Do you have children?
    _____✓ Yes    How many? _____3_____
    _____ No

## RELIGIOUS AFFILIATION

7.  Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _Yes, Bible_ _Missionary Church_

8.  Does your church, synagogue, or religious organization advocate a position for or against the death penalty? _____✓ Yes _____ No _____ Don't know
    If so, please state that position: _Death Penalty is Justified in_ _appropriate Cases_
    Do you agree with that position? _____✓ Yes _____ No

9.  Have you discussed the death penalty at church with others? _____✓ Yes _____ No

## RESIDENCE

10. How long have you lived at your current address? _5 2½ years_

11. How long have you lived in Texas? _24 years_

## EDUCATION

12. How far did you go in school? _Graduated College_
    a.  Please name any college or trade/vocational school you attended and its location and any degrees obtained: _Bible Missionary Institute in_ _Rock Island, Illinois - ThB_

    b.  Do you have any specialized training in medicine, medical care, or emergency care?
        _____ Yes _____✓ No
        If yes, please explain: _____

13. Are you attending school now? _____ Yes _____✓ No
    If so, what is your major course of study? _____

14. Have you, your spouse/partner, or any close family member had any training in the law?
    _____ Yes _____✓ No
    If yes, who had the training and what kind of training was it? _____

2

43-112

## EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

_____ Work full-time outside the home     _____ Student

___✓___ Work part-time outside the home     _____ Retired

_____ Full-time homemaker     _____ Disabled

_____ Homemaker with part-time employment     _____ Other: _____

_____ Unemployed

16. Where do you work now? (Please give name of employer.) _United_ ~~Parcel~~
Parcel Service (UPS)
Describe what you do: _Load Package Cars for delivery_

17. How long have you worked there? _8 months_

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | | Reason for Leaving |
|---|---|---|---|---|
| Shepherd's Uniform Company | Routeman | 6-05 | 01-06 | Too many hours |
| U.S. ~~Parks~~ Postal Service | encoder | 10-02 | 05-05 | Got different job |
| ADT | | 04-01 | 10-02 | Got different Jobs |
| Allen Samuel's Dodge | | 01-00 | 03-00 | Too many hours |
| Export packaging | | 06-97 | 11-00 | Moved |

19. Are you a supervisor now? ___Yes _✓_No  Have you ever been a supervisor? _✓_Yes___ No
What is the number of employees you currently supervise? ___0___ What is the largest number of employees you have ever supervised? _12_

20. What is your spouse/partner's occupational status? (Please check all that apply.)

_____ Work full-time outside the home     _____ Student

_____ Work part-time outside the home     _____ Retired

___✓___ Full-time homemaker     _____ Disabled

_____ Homemaker with part-time employment     _____ Other: _____

_____ Unemployed

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her employer: _Mom_ _Me_

3

43-113

22.    Please describe the nature of his/her job: _House Work, Home School, bill Payer._

## ACTIVITIES

23.    What are your leisure time interests and activities?
_Geneology - Children, Church, & Travel_

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? _None_

b.    Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes _____✓____ No
If yes, what group(s) or organization(s) and what position(s)? _____

25.    What types of books do you enjoy reading? _Novels - Christian Fiction_

26.    Have you ever read a book about a murder trial? If so, please name. _NO_

27.    What were the last 3 movies you saw at the theater?
(1) _Don't know_
(2) _Don't know_
(3) _Don't know_

28.    How often do you watch TV?
_____ more than 6 hours a day
_____ between 4-6 hours a day
_____ between 1-4 hours a day
_____ less than 1 hour a day
___✓___ never

29.    What television programs (including news) do you watch on a regular basis?
_None_

4

43-114

30.    What news publications do you read regularly? _Beaumont Enterprise_

_____

_____

_____

31.    Please list any magazines that you have subscribed to or read regularly in the past two years:

_____None_____

_____

_____

32.    Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? __✓__ Yes _____ No
       If yes, what do or did they say? _Ted Poe_ _WOY_

_____

_____

33.    To what radio stations do you listen? _KLVI_ _KОle_
       Do you listen to radio talk shows?
       __✓__ Yes _____ No
       If yes, to which radio talk shows do you listen? _Rush Lembergh - Shawn Hanity_
       _Laria Ingraham, Jack Rifer, Michael Medvid, Mike Gallagel_
       _Rusty Humphy, Bill O'Reilly, Dr. Laura_

34.    Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35.    Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
       _____ Yes __✓__ No
       If yes, please state the branch, rank, and dates of service:

_____

_____

_____

36.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
       If yes, please explain your involvement: _____

_____

_____

_____

5

43-115

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes ____✓____ No
If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes ____✓____ No
Please explain: _____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes ____✓____ No
If yes, please describe: _____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes ____✓____ No
If yes, please explain: _____

41. Do you know any lawyers or judges? _____ Yes ____✓____ No
If yes, who? _____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes ____✓____ No

6

43-116

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.    Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✓____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.    Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓____ No
If yes, please explain: _____

_____

45.    Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ____✓____ No
If yes, please explain: _____

_____

46.    What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___✓___ It is working adequately
_____ It is not working well at all
Please explain: It is working the best it can with the laws that it has to go by.

47.    Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? ____✓____ Yes _____ No
If yes, please provide the following information for each incident:
Type of crime: Breaking and entering - kidnapping
(1) Who was the victim or witness? Danter Boyer
(2) What was the relationship between the victim/witness and the perpetrator? ___
Boy friend of sister
(3) Was the crime reported to the police? Yes
By whom? Don't know
(4) Was anyone charged? NO Was he/she arrested? NO
(5) What was the outcome of the prosecution? None

(6) Was the case handled well or poorly by law enforcement officials? NO

_____

7

43-117

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No
If yes, please state when and explain why: _____
_____
_____

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? ___✓___ Yes _____ No
If it was someone in your family, please state how you are related to this person: _____
2 Vnkles

51. Do you believe this person was treated fairly by the criminal justice (court) system?
___✓___ Yes _____ No
Please explain: _They were guilky of whyt they were_
_Charged_

52. Have you ever called the police for any reason? _____ Yes ___✓___ No
If yes, please explain: _____
_____

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✓___ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56. Have you ever witnessed actual violence? ___✓___ Yes _____ No

8

43-118

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes __✓__ No

If yes, please explain: _____

_____

58. Have you ever served on a jury? __✓__ Yes _____ No

a. If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| 2006 | Civil | Child Custody | In favor of the Father |

b. Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes __✓__ No

Please explain: We listened to the facts of the case and the Jury used the facts to reach our verdict.

59. Are you acquainted with any other prospective juror in this case? _____ Yes __✓__ No

If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes __✓__ No

If yes, how many times? _____

61. Have you ever served on a grand jury?

_____ Yes __✓__ No

If yes, please state when, where, and for how long you served on a grand jury:

_____

_____

_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?

_____ Yes __✓__ No _____ Maybe

Please explain: I believe I would be able to listen to the facts and give a give a fair verdict.

_____

_____

_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes __✓__ No _____ Maybe

9

43-119

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes ___✓___ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes ___✓_ No _____ Maybe
If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No
If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No
If yes, please explain: _____

_____

_____

10

43-120

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ____✓____ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _I believe that the death penalty is a needed option. I have had this feeling all my adult life. My feelings on this is very strong._

70. Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):

a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.

b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.

c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.

d. I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.

e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.

f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.

g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.

h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements most accurately represents the way you feel?

___✓___ I feel strongly that it is important that we have the death penalty as punishment.

_____ I feel that it is important that we have the death penalty as punishment.

_____ I have no opinion whether it is important that we have the death penalty as punishment.

_____ I feel that it is important that we not have the death penalty as punishment.

_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-121

72.    Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.    If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✓___ No

76.    If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___✓___ No

77.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

78.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

79.    Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✓___ No

43-122

If yes, why? _____

_____

_____

80. In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?
_Rape - Sexual crimes against children, some_
_murder cases._
_____
_____

81. In what kinds of cases do you believe it is appropriate to impose the death penalty?
_Murder._
_____
_____
_____

82. Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? __✓__ Yes _____ No
Have you watched television or other media regarding the death penalty?
_____ Yes __✓__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____
_____
_____

83. Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
_NO_
_____
_____
_____

84. Do you believe that the death penalty is sought and imposed fairly?
__✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?
_In no way. I believe that the death penalty_
_is sought and imposed fairly because of the use_
_of an unbiased jury._

13

43-123

85. Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes __✓__ No _____ Maybe

Please explain: I believe the court system has, for the most part, a good system of rules for imposing or not imposing the death penalty.

## MISCELLANEOUS

86. The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes __✓__ No _____ Maybe

Please explain: I believe I would be able to be a fair and impartial juror even with these items.

87. It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? __✓__ Yes _____ No _____ Maybe

Please explain: I believe I could set aside my feelings to be a fair juror.

88. Have you ever heard of gangs that operate in prison?

__✓__ Yes _____ No

If yes, what have you heard and from whom? I just have heard the there are gangs in prision – I don't remember from who.

89. Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes __✓__ No

## SELF DEFENSE

90. Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? __✓__ Yes _____ No _____ Not sure

91. Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

__✓__ Yes _____ No _____ Not sure

14

43-124

92.  Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____✓____ No

93.  Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
     ____✓____ Yes _____ No

94.  If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
     ____✓____ Yes _____ No

95.  In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
     _____ Yes ____✓____ No
     If yes, please explain: _____
     _____
     _____

## PREMEDITATION

96.  The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
     _____ Yes ____✓____ No
     If yes, please explain: _____
     _____
     _____

## EYEWITNESS IDENTIFICATION

97.  Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
     _____ Yes ____✓____ No _____ Maybe
     Please explain: If there is other evidence that proves the guilt of a person, I don't think eyewitness is needed.

15

43-125

# MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general? I believe there are times a person needs counseling and psychological help.

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ___✓___ No
If yes, please explain: _____
_____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ___✓___ Yes _____ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ___✓___ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ___✓___ No

103. Do you think that childhood exposure to physical violence affects a child?
___✓___ Yes _____ No _____ Maybe

# POLITICS

104. Are you registered to vote? ___✓___ Yes _____ No

105. Do you have a valid driver's license? ___✓___ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
___✓___ Democrat
_____ Republican
_____ Independent
_____ Other _____

107. Have you ever changed parties? If so, when and why? Yes, to vote in the primaries.

16

43-126

# CONTACT WITH PARTIES AND WITNESSES

108.    The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.    Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.    Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.    Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.    Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.    Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.    Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.    Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.    Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.    Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.    David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.    Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.    Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.    Richard Coleman of Coleman & Associates in Houston, TX
14.    Jerome Prince of Tucson, AZ
15.    Victor Richards of El Reno, OK
16.    Tommy Brown, the Jefferson County Coroner
17.    Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.    Joe Marshal of Nederland, TX
19.    Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.    Linda Johnson of the Jefferson County Regional Crime Lab
21.    Russell Haas of New York City, NY
22.    Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.    Robert Henderson of Canyon, TX
24.    Iris Dalley of McAllister, OK
25.    Robin Freeman of Houston, TX
26.    Lorenzo Kirk Parks of Alvarado, TX
27.    Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.    Nina Holland of Port Neches, TX
29.    Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.    Sergio Barrios of Gilmer, WV
31.    Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.    John Chwaliszewski of Los Angeles, CA
33.    Roy Black of Jefferson County, TX
34.    Ricardo Rodriguez of Beaumont, TX
35.    Kevin Lovett of the Jefferson County Sheriff's Office
36.    Justin Rogers of the Beaumont Police Department

17

43-127

37.    Jay Kean of the Silsbee Police Department
38.    Charles Duchamp of the Beaumont Police Department
39.    Jody Hatch of Newton County, TX
40.    Ruth Boles of the Jefferson County Sheriff's Office
41.    Annette Brooks of Collinsville, MS
42.    Patti Prince of Collinsville, MS
43.    Wendi Duarin of St. Augustine, FL
44.    Amy Laub of St. Augustine, FL
45.    Scott DeGraff of the Findlay, OH, Police Department
46.    Kevin Russell of the Findlay, OH, Police Department
47.    Jay Myers of the Findlay, OH, Police Department
48.    Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.    John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.    Michael Cooksey of Fairfax, VA
51.    Tom Quinn of the Federal Bureau of Prisons
52.    Quinton Dukes of the Federal Bureau of Prisons
53.    Randy Casimir of the Federal Bureau of Prisons
54.    Joe Neal of the Federal Bureau of Prisons
55.    Tom Lincalis of the Federal Bureau of Prisons
56.    Matt Edinger of the Federal Bureau of Prisons
57.    Wesley Lehman of the Federal Bureau of Prisons
58.    William Newbold of the Federal Bureau of Prisons
59.    James Turvey of the Federal Bureau of Prisons
60.    Angel Garcia of the Federal Bureau of Prisons
61.    Terry Evans of the Federal Bureau of Prisons
62.    Duane Anthony of the Federal Bureau of Prisons
63.    Ed Cervantez of the Federal Bureau of Prisons
64.    Larry Weston of the Federal Bureau of Prisons
65.    Tony Murray of the Federal Bureau of Prisons
66.    Steve Rice of the Federal Bureau of Prisons
67.    Nick Istre of the Federal Bureau of Prisons
68.    Anthony Alexander of Philadelphia, PA
69.    Anthony Boyd of the Federal Bureau of Prisons
70.    Woody Bond of Jackson, MS
71.    Carolyn Romano of Jackson, MS
72.    Gregory Hershberger of Lincoln, NE
73.    Matt Lindsey of Marion, IL
74.    James Larkin of Pine Knot, KY
75.    Lonnie Griffin of Coleman, FL
76.    Shannon Agofsky of Florence, CO
77.    Thomas Wesson of Beaumont, TX
78.    William Daniels of Beaumont, TX
79.    Darrell Evans of Beaumont, TX

43-128

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.   Patricia Beth Jackson of Detroit, MI
101.   Brenda Boyd of Detroit, MI
102.   Pamela Little of Detroit, MI
103.   Joya Smith of Detroit, MI

109.   Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

I may have worked with Joe Marshal at ADT. I am not sure.

43-129

## CONCLUSION

110. Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____ Yes _____ No ___✓___ Maybe

Please explain: _I am the Pastor of the Bible Missionary Church in Port Neches._

111. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____ Yes ___✓___ No _____ Maybe

Please explain: _I believe I can be a fair and impartial juror._

112. Is there any matter you would prefer to discuss privately with the Judge?

_____ Yes ___✓___ No

If yes, please explain: _____

113. Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ___✓___ No

If yes, please explain: _____

114. It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.

If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _It would be a hardship if any Sunday work would be required._

20

43-130

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

43-131

## SIGNATURE AND OATH

I, _____, declare under penalty of perjury that the foregoing
      (Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and
belief. I have not discussed my answers with others (other than with Court officers) or received
assistance in completing the questionnaire (other than from Court officers).

_____
Signature

_____
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure
you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner.
Again, thank you for your time.

22

43-132

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath.</u> Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: __52__     Date: __10-2-06__

Full Name: __LEONARD__     __RAY__     __CHATAGNIER__
_____(Last)_____     _____(First)_____     _____(Middle Initial)_____

Current Address: __ Redacted __     __ORANGE   GRANGE__     Redacted
_____(Street and Number)_____     _____(City)_____ _____(County)_____ _____(Zip Code)_____

## BACKGROUND

1.  What is your age and date of birth? __69__     Redacted __-1936__

2.  Place of Birth: __PORT ARTHUR__     __TX__     __JEFFERSON__
    _____(City)_____     _____(State)_____     _____(County)_____

3.  What is your race or ethic background?
    _____ Asian
    _____ Black/African-American
    _____ Hispanic/Latino
    _____ Native American
    __X__ White/Caucasian
    _____ Other _____
    _____(please specify)_____

4.  What is your gender?
    __X__ Male
    _____ Female

5.  What is your current marital status? (Please check all that apply.)
    _____ Single                     _____ Divorced
    __X__ Married __44__ years    _____ Divorced and remarried
    _____ Living with someone    _____ Widowed
    _____ Separated

43-133

6.    Do you have children?
      __X__ Yes    How many? __3__
      _____ No

## RELIGIOUS AFFILIATION

7.    Are you a member of any church, synagogue, or religious organization?  If so, please state the name of your church, synagogue, or religious organization: _____
      *ST. MAURICE CATHOLIC CHURCH*

8.    Does your church, synagogue, or religious organization advocate a position for or against the death penalty?    _____ Yes _____ No __X__ Don't know
      If so, please state that position: _____
      _____
      Do you agree with that position? _____ Yes _____ No

9.    Have you discussed the death penalty at church with others? _____ Yes __X__ No

## RESIDENCE

10.   How long have you lived at your current address? *10 YRS*

11.   How long have you lived in Texas? *69*

## EDUCATION

12.   How far did you go in school? *LAMAR STATE COLLEGE OF TECHNOLOGY*
      a.    Please name any college or trade/vocational school you attended and its location and any degrees obtained: *B.S. CHEM. ENGN.*
            _____

      b.    Do you have any specialized training in medicine, medical care, or emergency care?
            _____ Yes __X__ No
            If yes, please explain: _____
            _____

13.   Are you attending school now? _____ Yes __X__ No
      If so, what is your major course of study? _____

14.   Have you, your spouse/partner, or any close family member had any training in the law?
      _____ Yes __X__ No
      If yes, who had the training and what kind of training was it? _____
      _____

2

43-134

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

_____ Work full-time outside the home        _____ Student
_____ Work part-time outside the home        __X__ Retired
_____ Full-time homemaker                    _____ Disabled
_____ Homemaker with part-time employment    _____ Other: _____
_____ Unemployed                             _____

16. Where do you work now? (Please give name of employer.) *SELF EMPLOYED* *HAY FARMER*

Describe what you do: _____
_____

17. How long have you worked there? *10 YR* _____

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| AMERIPOL SYNPOL CORP | R+D Scientist | Dec 16, 1961-Nov 30, 1999 | RETIRED |
| | | | |

19. Are you a supervisor now? ___Yes _X_No  Have you ever been a supervisor? _X_Yes ___No
What is the number of employees you currently supervise? ___*O*___ What is the largest number of employees you have ever supervised? _*8*___

20. What is your spouse/partner's occupational status? (Please check all that apply.)

_____ Work full-time outside the home        _____ Student
_____ Work part-time outside the home        _____ Retired
__X__ Full-time homemaker                       _____ Disabled
_____ Homemaker with part-time employment    _____ Other: _____
_____ Unemployed                             _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her employer: *HOMEMAKER* _____
_____

3

43-135

22.   Please describe the nature of his/her job: *HOME MAKER*

## ACTIVITIES

23.   What are your leisure time interests and activities?
*VEG. GARDENING, FLOWER GARDENING.*

24.   a.   To which societies, unions, professional associations, civic clubs, or other organizations do you belong? *KNIGHTS OF COLUMBUS*

b.   Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes __X__ No
If yes, what group(s) or organization(s) and what position(s)? _____

25.   What types of books do you enjoy reading? *TECHNICAL*

26.   Have you ever read a book about a murder trial? If so, please name. *No*

27.   What were the last 3 movies you saw at the theater?
(1) *DON'T REMEMBER*
(2) _____
(3) _____

28.   How often do you watch TV?
__X__ more than 6 hours a day
_____ between 4-6 hours a day
_____ between 1-4 hours a day
_____ less than 1 hour a day
_____ never

29.   What television programs (including news) do you watch on a regular basis?
*FOX NEWS, SCI FI, TLC, TVC, THC*

4

43-136

30.    What news publications do you read regularly? *HOUSTON CHRONICLE*

31.    Please list any magazines that you have subscribed to or read regularly in the past two years:
*NONE*

32.    Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? _____ Yes ___*NO*___ No
If yes, what do or did they say? _____

33.    To what radio stations do you listen? *KLVI ON OCCASSION*
Do you listen to radio talk shows?
___*X*___ Yes _____ No
If yes, to which radio talk shows do you listen? *RUSH LIMBAUGH*

34.    Have you ever written a letter to the editor? _____ Yes ___*NO*___ No

## MILITARY

35.    Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
___*X*___ Yes _____ No
If yes, please state the branch, rank, and dates of service:
*RESERVES (AIR) + AIR NATIONAL GUARD , PVT , 1960 - 1966*

36.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___*X*___ No
If yes, please explain your involvement: _____

5

43-137

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes ___X___ No

If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|--------|--------------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes ___X___ No
Please explain: _____
_____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes ___X___ No
If yes, please describe: _____
_____
_____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes ___X___ No
If yes, please explain: _____
_____

41. Do you know any lawyers or judges? _____ Yes ___X___ No
If yes, who? _____
_____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes ___X___ No

6

43-138

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43. Have you or any close friends/family members ever worked for a lawyer or in a law office?
_____ Yes _____X_____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44. Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes _____X_____ No
If yes, please explain: _____

_____

45. Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes _____X_____ No
If yes, please explain: _____

_____

46. What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___X___ It is working adequately
_____ It is not working well at all
Please explain: _____

_____

47. Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes _____X_____ No
If yes, please provide the following information for each incident:
Type of crime: _____
(1) Who was the victim or witness? _____
(2) What was the relationship between the victim/witness and the perpetrator? ___

_____
(3) Was the crime reported to the police? _____
By whom? _____
(4) Was anyone charged? _____ Was he/she arrested? _____
(5) What was the outcome of the prosecution? _____

_____
(6) Was the case handled well or poorly by law enforcement officials? _____

_____

7

43-139

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? ___X___ Yes _____ No
If yes, please state when and explain why: _WRONGFUL DEATH SUIT_
_1987 ?_
_____

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes __X__ No
If yes, please explain: _____
_____
_____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes __X__ No
If it was someone in your family, please state how you are related to this person: _____
_____

51. Do you believe this person was treated fairly by the criminal justice (court) system?
_____ Yes _____ No
Please explain: _NOT APPLICABLE_____
_____

52. Have you ever called the police for any reason? __X__ Yes _____ No
If yes, please explain: _CUSTOMER REFUSING TO PAY FOR_
_SERVICES_____

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
__X__ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
__X__ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes __X__ No

56. Have you ever witnessed actual violence? _____ Yes __X__ No

8

43-140

## JURY SERVICE AND THE LAW

57.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ___X___ No
If yes, please explain: _____
_____

58.  Have you ever served on a jury? ___X___ Yes _____ No
   a.   If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| ? | CIVIL | MANUF. LIABILITY | NOT GUILTY |
| ? | CRIMINAL | ATTEMPT. RAPE | GUILTY |

   b.   Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes ___X___ No
Please explain: _____
_____

59.  Are you acquainted with any other prospective juror in this case? _____ Yes _No_ No
If so, please indicate who: _____

60.  Have you ever served as a jury foreperson or presiding juror? ___X___ Yes _____ No
If yes, how many times? ___/_____

61.  Have you ever served on a grand jury?
_____ Yes ___X___ No
If yes, please state when, where, and for how long you served on a grand jury:
_____
_____
_____

62.  This case involves allegations of murder. Is there anything about the nature of these char that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ___X___ No _____ Maybe
Please explain: _____
_____
_____
_____

63.  Have you read or heard anything about this case, these inciden'
victim? _____ Yes ___X___ No _____ Maybe

9

43-141

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes __X___ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes __X__ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes __X___ No

If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes __X___ No

If yes, please explain: _____

_____

_____

10

43-142

68.    Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ____X____ Yes _____ No

## DEATH PENALTY

69.    Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _I BELIEVE DEATH PENALTY IS WARRANTED FOR FIRST DEGREE MURDER._

70.    Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
a.  I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b.  If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c.  I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
d.  I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
e.  I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f.  I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g.  I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h.  I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.    Regarding the death penalty, which of the following statements most accurately represents the way you feel?
____X____ I feel strongly that it is important that we have the death penalty as punishment.
_____ I feel that it is important that we have the death penalty as punishment.
_____ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-143

72. Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75. If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes __X__ No

76. If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes __X__ No

77. If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

__X__ Yes _____ No

78. If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

__X__ Yes _____ No

79. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes __X__ No

43-144

If yes, why? _____

_____

_____

80. In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?
MURDER WITH EXTENUATING CIRCUMSTANCES.

_____

_____

_____

81. In what kinds of cases do you believe it is appropriate to impose the death penalty?
PREMEDITATED MURDER

_____

_____

_____

82. Have you done any independent study regarding the death penalty? _____ Yes __X__ No
Do you have an interest in death penalty issues? _____ Yes __X__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __X__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __X__ No
If yes, to any of the above, please explain: _____

_____

_____

83. Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
NO.

_____

_____

_____

84. Do you believe that the death penalty is sought and imposed fairly?
__X__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?
WOULD NOT AFFECT IT.

_____

_____

13

85.    Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?
_____ Yes ____X____ No _____ Maybe
Please explain: _____
_____
_____

## MISCELLANEOUS

86.    The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?
_____ Yes ____X__ No _____ Maybe
Please explain: _____
_____
_____

87.    It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ____X___ Yes _____ No _____ Maybe
Please explain: _____
_____
_____

88.    Have you ever heard of gangs that operate in prison?
____X____ Yes _____ No
If yes, what have you heard and from whom? ___JUST ON TV._____

89.    Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?
_____ Yes ____X____ No

## SELF DEFENSE

90.    Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ____X____ Yes _____ No _____ Not sure

91.    Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?
____X____ Yes _____ No _____ Not sure

14

43-146

92.   Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____X_____ Yes _____ No

93.   Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
      _____ Yes _____X_____ No

94.   If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
      _____X_____ Yes _____ No

95.   In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
      _____ Yes _____X_____ No
      If yes, please explain: _____
      _____
      _____

## PREMEDITATION

96.   The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
      _____ Yes _____X_____ No
      If yes, please explain: _____
      _____
      _____

## EYEWITNESS IDENTIFICATION

97.   Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
      _____ Yes _____X_____ No _____ Maybe
      Please explain: _____
      _____

15

43-147

## MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general?
_NOT VERY EFFECTIVE_.
_____

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ___*No*__ No
If yes, please explain: _____
_____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ___X___ Yes _____ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ___X___ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ___X___ No

103. Do you think that childhood exposure to physical violence affects a child?
_____ Yes _____ No ___X___ Maybe

## POLITICS

104. Are you registered to vote? ___X___ Yes _____ No

105. Do you have a valid driver's license? ___X___ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
___X___ Republican
_____ Independent
_____ Other _____

107. Have you ever changed parties? If so, when and why? ___*No*_____

16

43-148

## CONTACT WITH PARTIES AND WITNESSES

108.   The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.   Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.   Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.   Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.   Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.   Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.   Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.   Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.   Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.   Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.   David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.   Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.   Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.   Richard Coleman of Coleman & Associates in Houston, TX
14.   Jerome Prince of Tucson, AZ
15.   Victor Richards of El Reno, OK
16.   Tommy Brown, the Jefferson County Coroner
17.   Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.   Joe Marshal of Nederland, TX
19.   Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.   Linda Johnson of the Jefferson County Regional Crime Lab
21.   Russell Haas of New York City, NY
22.   Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.   Robert Henderson of Canyon, TX
24.   Iris Dalley of McAllister, OK
25.   Robin Freeman of Houston, TX
26.   Lorenzo Kirk Parks of Alvarado, TX
27.   Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.   Nina Holland of Port Neches, TX
29.   Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.   Sergio Barrios of Gilmer, WV
31.   Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.   John Chwaliszewski of Los Angeles, CA
33.   Roy Black of Jefferson County, TX
34.   Ricardo Rodriguez of Beaumont, TX
35.   Kevin Lovett of the Jefferson County Sheriff's Office
36.   Justin Rogers of the Beaumont Police Department

17

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

80. Don Lewis of Beaumont, TX
81. Gerald Miller of Allenwood, PA
82. Andres Aguiar of Pollock, LA
83. George Rivera of Marion, IL
84. Raphael Porsche of Beaumont, TX
85. Earnest Robertson of Beaumont, TX
86. Cadell Mims of Beaumont, TX
87. Allen Keith Batterman of Lewisburg, PA
88. Keith Alfred Randall of Yazoo City, MS
89. Arzell Gulley of Beaumont, TX
90. Dr. Edward Gripon of Jefferson County, TX
91. Dr. Beth Pelz of Missouri City, TX
92. Terry Pelz of Missouri City, TX
93. Dr. Dan Roberts of Roundrock, TX
94. Dr. Oney Fitzpatrick of Jefferson County, TX
95. DeeDee Halpin of Houston, TX
96. Ronald Singer of Fort Worth, TX
97. Dr. Robert C. Bux of Colorado Springs, CO
98. Dr. Kate Allen of Austin, TX
99. Larry Anderson of Detroit, MI
100. Patricia Beth Jackson of Detroit, MI
101. Brenda Boyd of Detroit, MI
102. Pamela Little of Detroit, MI
103. Joya Smith of Detroit, MI

109. Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

*NA*

19

43-151

## CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes ____X____ No _____ Maybe
Please explain: _____
_____
_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes ____X____ No _____ Maybe
Please explain: _____
_____
_____
_____

112.  Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes ____X____ No
If yes, please explain: _____
_____
_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ____X____ No
If yes, please explain: _____
_____
_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period <u>from October 2, 2006, through November 17, 2006</u>, please state your reason in detail: _____
_____
_____
_____
_____

20

43-152

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

21

43-153

## SIGNATURE AND OATH

I, *LEONARD CHATAGNIER*  , declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

*L. R. Chatagnier*
Signature

*10-2-06*
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-154

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _____11_____          Date: __10|2|06__

Full Name: __Shaffer_____ __Clara_____ __"Sue"__
                (Last)              (First)          (Middle Initial)

Current Address: __Redacted__ __Kountze__ __Hardin__ __Redacted__
                 (Street and Number)     (City)    (County)    (Zip Code)

## BACKGROUND

1.    What is your age and date of birth? __51__ __Redacted__ __55__

2.    Place of Birth: __Cincinnati__ __Ohio__ __Hamilton__
                     (City)       (State)      (County)

3.    What is your race or ethic background?
       _____ Asian
       _____ Black/African-American
       _____ Hispanic/Latino
       _____ Native American
       ___✓___ White/Caucasian
       _____ Other _____
              (please specify)

4.    What is your gender?
       _____ Male
       ___✓___ Female

5.    What is your current marital status? (Please check all that apply.)
       _____ Single               _____ Divorced
       ___✓___ Married _22_ years    _____ Divorced and remarried
       _____ Living with someone   _____ Widowed
       _____ Separated

43-155

6.  Do you have children?
    ✓ Yes    How many? __4__
    _____ No

## RELIGIOUS AFFILIATION

7.  Are you a member of any church, synagogue, or religious organization?  If so, please state the name of your church, synagogue, or religious organization: __NO__

8.  Does your church, synagogue, or religious organization advocate a position for or against the death penalty?        _____ Yes _____ No ___✓___ Don't know
    If so, please state that position: _____

    Do you agree with that position? _____ Yes __✓__ No

9.  Have you discussed the death penalty at church with others? _____ Yes __✓__ No

## RESIDENCE

10.  How long have you lived at your current address? __16 years__

11.  How long have you lived in Texas? __32 yrs__

## EDUCATION

12.  How far did you go in school? __11th__
    a.  Please name any college or trade/vocational school you attended and its location and any degrees obtained: __GED__

    b.  Do you have any specialized training in medicine, medical care, or emergency care?
        _____ Yes __✓__ No
        If yes, please explain: _____

13.  Are you attending school now? _____ Yes __✓__ No
    If so, what is your major course of study? _____

14.  Have you, your spouse/partner, or any close family member had any training in the law?
        _____ Yes __✓__ No
        If yes, who had the training and what kind of training was it? _____

2

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
   _____ Work full-time outside the home        _____ Student
   _____ Work part-time outside the home        _____ Retired
   ___✓___ Full-time homemaker                     _____ Disabled
   ___✓___ Homemaker with part-time employment    _____ Other: _____
   _____ Unemployed                              _____

16. Where do you work now? (Please give name of employer.) _____

   _____

   Describe what you do: _____

   _____

17. How long have you worked there? _____

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|----------|----------|-------|--------------------|
| GTTD | Sales Rep | 1985-1994 | Change owners |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19. Are you a supervisor now? ___Yes _✓_No  Have you ever been a supervisor? ___Yes _✓_No
   What is the number of employees you currently supervise? _____ What is the largest
   number of employees you have ever supervised? _____.

20. What is your spouse/partner's occupational status? (Please check all that apply.)
   ___✓___ Work full-time outside the home        _____ Student
   _____ Work part-time outside the home        _____ Retired
   _____ Full-time homemaker                     _____ Disabled
   _____ Homemaker with part-time employment    _____ Other: _____
   _____ Unemployed                              _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her
   employer: ___Motiva___ ___Head Pumper_____

   _____

3

43-157

22. Please describe the nature of his/her job: __Head Pumper__

___

___

## ACTIVITIES

23. What are your leisure time interests and activities?
__Bowling, Cards, Computer__
__Swimming__

24. a. To which societies, unions, professional associations, civic clubs, or other organizations do you belong? __None__

___

b. Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes ___✓___ No
If yes, what group(s) or organization(s) and what position(s)? _____

___

___

25. What types of books do you enjoy reading? __Computer, Crosswords__
__consumer report__

26. Have you ever read a book about a murder trial? If so, please name. __NO__

27. What were the last 3 movies you saw at the theater?
(1) __Don't know__
(2) ___
(3) ___

28. How often do you watch TV?
_____ more than 6 hours a day
_____ between 4-6 hours a day
___✓___ between 1-4 hours a day
___✗___ less than 1 hour a day
_____ never

29. What television programs (including news) do you watch on a regular basis?
__Soap, news,__

___

___

___

4

30.    What news publications do you read regularly? _Beaumont Enterprise_

31.    Please list any magazines that you have subscribed to or read regularly in the past two years:
_Consumer Report_
_Reader Digest_

32.    Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? __✓__ Yes _____ No
If yes, what do or did they say? __Marines / My Son is Marine__

33.    To what radio stations do you listen? __92.5 / 95.1__
Do you listen to radio talk shows?
_____ Yes __✓__ No
If yes, to which radio talk shows do you listen? _____

34.    Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35.    Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes __✓__ No
If yes, please state the branch, rank, and dates of service:

36.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
If yes, please explain your involvement: _____

5

43-159

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____✓_____ Yes _____ No

    If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | | Duties |
|---|---|---|---|
| Jonathan Plunkett | Bmt | friend son | Police officer |
| | | | |
| | | | |
| | | | |
| | | | |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes __✓__ No

    Please explain: _____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes __✓__ No

    If yes, please describe: _____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __✓__ No

    If yes, please explain: _____

41. Do you know any lawyers or judges? _____ Yes __✓__ No

    If yes, who? _____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __✓__ No

6

43-160

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.  Have you or any close friends/family members ever worked for a lawyer or in a law office?
_____✔_____ Yes _____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?
lawyer in Ohio / my sister
paralegal

44.  Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ___✔___ No
If yes, please explain: _____

_____

45.  Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ___✔___ No
If yes, please explain: _____

_____

46.  What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___✔___ It is working adequately
_____ It is not working well at all
Please explain: _____

_____

47.  Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? ____✔____ Yes _____ No
If yes, please provide the following information for each incident:
    Type of crime: Hot checks
    (1) Who was the victim or witness? Albert Smith
    (2) What was the relationship between the victim/witness and the perpetrator? ___
    Father
    (3) Was the crime reported to the police? yes
    By whom? _____
    (4) Was anyone charged? yes Was he/she arrested? yes
    (5) What was the outcome of the prosecution? prison

    _____
    (6) Was the case handled well or poorly by law enforcement officials? _____
    handled

7

43-161

48.    Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No
If yes, please state when and explain why: _____
_____
_____

49.    Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

50.    Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? ___✓___ Yes _____ No
If it was someone in your family, please state how you are related to this person: _____
__Son_____

51.    Do you believe this person was treated fairly by the criminal justice (court) system?
___✓___ Yes _____ No
Please explain: __fine_____
_____

52.    Have you ever called the police for any reason? _____ Yes ___✓___ No
If yes, please explain: _____
_____

53.    How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✓___ Not at all serious

54.    Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55.    Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56.    Have you ever witnessed actual violence? _____ Yes ___✓___ No

8

# JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ___✔___ No
If yes, please explain: _____
_____

58. Have you ever served on a jury? _____ Yes ___✔___ No
a.   If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

b.   Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes _____ No
Please explain: _____
_____

59. Are you acquainted with any other prospective juror in this case? _____ Yes ___✔___ No
If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ___✔___ No
If yes, how many times? _____

61. Have you ever served on a grand jury?
_____ Yes ___✔___ No
If yes, please state when, where, and for how long you served on a grand jury:
_____
_____
_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ___✔___ No _____ Maybe
Please explain: _____
_____
_____
_____
_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ___✔___ No _____ Maybe

9

43-163

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes ___✓___ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? ____ Yes __✓ No ____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him.  The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt.  Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence.  Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

43-164

68.  Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ___✓___ Yes _____ No

## DEATH PENALTY

69.  Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _____
     _Depends on the crime. Have mixed feelings._

70.  Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
     a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
     b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
     c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
     (d) I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
     e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
     f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
     g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
     h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.  Regarding the death penalty, which of the following statements most accurately represents the way you feel?
     _____ I feel strongly that it is important that we have the death penalty as punishment.
     __✓__ I feel that it is important that we have the death penalty as punishment.
     _____ I have no opinion whether it is important that we have the death penalty as punishment.
     _____ I feel that it is important that we not have the death penalty as punishment.
     _____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-165

72. Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

___✓___ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75. If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✓___ No

76. If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

___✓___ Yes _____ No

77. If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

78. If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

79. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✓___ No

12

If yes, why? _____
_____
_____

80.    In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?
_Accidents (car,_____
_____
_____
_____

81.    In what kinds of cases do you believe it is appropriate to impose the death penalty?
_Plan to on killing someone._____
_____
_____
_____

82.    Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? _____ Yes __✓__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __✓__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____
_____
_____

83.    Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
_no_____
_____
_____
_____

84.    Do you believe that the death penalty is sought and imposed fairly?
_____ Yes _____ No __✓__ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?
_Depends on how it happen_____
_____

13

43-167

85. Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes _____ No _____✓_____ Maybe

Please explain: _____

_____

_____

_____

## MISCELLANEOUS

86. The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ____✓____ No _____ Maybe

Please explain: _____

_____

_____

87. It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? _____ Yes ____✓____ No _____ Maybe

Please explain: _____

_____

_____

88. Have you ever heard of gangs that operate in prison?

____✓____ Yes _____ No

If yes, what have you heard and from whom? _On News_____

89. Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ____✓____ No

## SELF DEFENSE

90. Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ____✗____ Yes _____ No ____✓____ Not sure

91. Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

____✓____ Yes _____ No _____ Not sure

14

43-168

92. Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ___✓___ No

93. Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ___✓___ No

94. If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
___✓___ Yes _____ No

95. In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96. The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97. Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes _____ No ___✓___ Maybe
Please explain: _If they saw the whole thing._____

15

43-169

## MENTAL HEALTH TREATMENT

98.  What are your opinions regarding psychology and counseling in general?
Some people needs this to get thru major problems

99.  Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?

_____ Yes ____✓____ No

If yes, please explain: _____

_____

100.  Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes ____✓____ No

101.  Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
____✓____ Yes _____ No

102.  Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ____✓____ No

103.  Do you think that childhood exposure to physical violence affects a child?
_____ Yes _____ No ____✓____ Maybe

## POLITICS

104.  Are you registered to vote? ____✓____ Yes _____ No

105.  Do you have a valid driver's license? ____✓____ Yes _____ No

106.  What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
____✓____ Republican
_____ Independent
_____ Other _____

107.  Have you ever changed parties? If so, when and why? ____NO_____

_____

16

## CONTACT WITH PARTIES AND WITNESSES

108.   The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.   Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.   Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.   Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.   Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.   Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.   Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.   Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.   Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.   Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.   David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.   Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.   Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.   Richard Coleman of Coleman & Associates in Houston, TX
14.   Jerome Prince of Tucson, AZ
15.   Victor Richards of El Reno, OK
16.   Tommy Brown, the Jefferson County Coroner
17.   Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.   Joe Marshal of Nederland, TX
19.   Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.   Linda Johnson of the Jefferson County Regional Crime Lab
21.   Russell Haas of New York City, NY
22.   Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.   Robert Henderson of Canyon, TX
24.   Iris Dalley of McAllister, OK
25.   Robin Freeman of Houston, TX
26.   Lorenzo Kirk Parks of Alvarado, TX
27.   Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.   Nina Holland of Port Neches, TX
29.   Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.   Sergio Barrios of Gilmer, WV
31.   Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.   John Chwaliszewski of Los Angeles, CA
33.   Roy Black of Jefferson County, TX
34.   Ricardo Rodriguez of Beaumont, TX
35.   Kevin Lovett of the Jefferson County Sheriff's Office
36.   Justin Rogers of the Beaumont Police Department

17

43-171

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

18

80.   Don Lewis of Beaumont, TX
81.   Gerald Miller of Allenwood, PA
82.   Andres Aguiar of Pollock, LA
83.   George Rivera of Marion, IL
84.   Raphael Porsche of Beaumont, TX
85.   Earnest Robertson of Beaumont, TX
86.   Cadell Mims of Beaumont, TX
87.   Allen Keith Batterman of Lewisburg, PA
88.   Keith Alfred Randall of Yazoo City, MS
89.   Arzell Gulley of Beaumont, TX
90.   Dr. Edward Gripon of Jefferson County, TX
91.   Dr. Beth Pelz of Missouri City, TX
92.   Terry Pelz of Missouri City, TX
93.   Dr. Dan Roberts of Roundrock, TX
94.   Dr. Oney Fitzpatrick of Jefferson County, TX
95.   DeeDee Halpin of Houston, TX
96.   Ronald Singer of Fort Worth, TX
97.   Dr. Robert C. Bux of Colorado Springs, CO
98.   Dr. Kate Allen of Austin, TX
99.   Larry Anderson of Detroit, MI
100.  Patricia Beth Jackson of Detroit, MI
101.  Brenda Boyd of Detroit, MI
102.  Pamela Little of Detroit, MI
103.  Joya Smith of Detroit, MI

109.  Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

43-173

# CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes ____✓___ No _____ Maybe
Please explain: _____
_____
_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes ___✓___ No _____ Maybe
Please explain: _____
_____
_____
_____

112.  Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period <u>from October 2, 2006, through November 17, 2006</u>, please state your reason in detail: _____
_____
_____
_____

20

43-174

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

43-175

## SIGNATURE AND OATH

I, _____, declare under penalty of perjury that the foregoing
(Print Name)

answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_____
Signature

_____
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-176

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath.</u> Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: ___47___    Date: ___10-02-06___

Full Name: ___Stutes___ ___Rodney___ ___C___
                (Last)            (First)          (Middle Initial)

Current Address: _____ REDACTED _____ ___JEFFERSON___ REDACTED
           (Street and Number)      (City)      (County)   (Zip Code)

## BACKGROUND

1.   What is your age and date of birth? ___53___    REDACTED  ___'953___

2.   Place of Birth: ___Port Arthur___ ___Texas___ ___Jefferson___
                  (City)        (State)       (County)

3.   What is your race or ethic background?
_____ Asian
_____ Black/African-American
_____ Hispanic/Latino
_____ Native American
__✓__ White/Caucasian
_____ Other _____
           (please specify)

4.   What is your gender?
__✓__ Male
_____ Female

5.   What is your current marital status? (Please check all that apply.)
_____ Single                _____ Divorced
__✓__ Married __31__ years      _____ Divorced and remarried
_____ Living with someone      _____ Widowed
_____ Separated

43-177

6.     Do you have children?
       _____✓_____ Yes    How many? _____
       _____ No

## RELIGIOUS AFFILIATION

7.     Are you a member of any church, synagogue, or religious organization?  If so, please state
       the name of your church, synagogue, or religious organization:  __Saint Peters__
       _____

8.     Does your church, synagogue, or religious organization advocate a position for or against the
       death penalty?     _____ Yes _____ No ___✓___ Don't know
       If so, please state that position: _____
       _____

       Do you agree with that position? _____ Yes _____ No

9.     Have you discussed the death penalty at church with others? _____ Yes ___✓___ No

## RESIDENCE

10.    How long have you lived at your current address? __32 years__

11.    How long have you lived in Texas? __53 years__

## EDUCATION

12.    How far did you go in school? __12 years and graduated.__
       a.    Please name any college or trade/vocational school you attended and its location and
             any degrees obtained: __Vocational school at Lamar in__
             __Beaumont for Electronics.__

       b.    Do you have any specialized training in medicine, medical care, or emergency care?
             _____ Yes ___✓___ No
             If yes, please explain: _____
             _____

13.    Are you attending school now? _____ Yes ___✓___ No
       If so, what is your major course of study? _____

14.    Have you, your spouse/partner, or any close family member had any training in the law?
       _____ Yes ___✓___ No
       If yes, who had the training and what kind of training was it? _____
       _____

2

43-178

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
   - ✓ Work full-time outside the home
   - _____ Work part-time outside the home
   - _____ Full-time homemaker
   - _____ Homemaker with part-time employment
   - _____ Unemployed
   - _____ Student
   - _____ Retired
   - _____ Disabled
   - _____ Other: _____

16. Where do you work now? (Please give name of employer.) _Motiva Refinery_

   Describe what you do: _Head Operator at Power House (Utilities)_

17. How long have you worked there? _33 years_

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

   | Employer | Position | Dates | Reason for Leaving |
   |----------|----------|-------|--------------------|
   | | | | |

19. Are you a supervisor now? ___Yes ✓ No  Have you ever been a supervisor? ___Yes ✓ No
   What is the number of employees you currently supervise? _____ What is the largest number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status? (Please check all that apply.)
   - _____ Work full-time outside the home
   - _____ Work part-time outside the home
   - ✓ Full-time homemaker
   - _____ Homemaker with part-time employment
   - _____ Unemployed
   - _____ Student
   - _____ Retired
   - _____ Disabled
   - _____ Other: _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her employer: _Full-time homemaker_

3

43-179

22.    Please describe the nature of his/her job: _Full time taking care of home, kids and husband_

## ACTIVITIES

23.    What are your leisure time interests and activities?
_fishing and yard work_

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? _none_

       b.    Have you served in a leadership capacity in any of those groups or organizations?
             _____ Yes ___✓___ No
             If yes, what group(s) or organization(s) and what position(s)? _____

25.    What types of books do you enjoy reading? _sports_

26.    Have you ever read a book about a murder trial? If so, please name. _no_

27.    What were the last 3 movies you saw at the theater?
       (1) _RV Adventure_
       (2) _____
       (3) _____

28.    How often do you watch TV?
       _____ more than 6 hours a day
       _____ between 4-6 hours a day
       _____ between 1-4 hours a day
       ___✓___ less than 1 hour a day
       _____ never

29.    What television programs (including news) do you watch on a regular basis?
_none, watch the news_

4

43-180

30. What news publications do you read regularly? _____ *money & investments* _____

31. Please list any magazines that you have subscribed to or read regularly in the past two years: _____ *Money & Mutual Funds* _____

32. Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? _____ Yes __✓__ No
If yes, what do or did they say? _____

33. To what radio stations do you listen? _____ *country & western* _____
Do you listen to radio talk shows?
_____ Yes __✓__ No
If yes, to which radio talk shows do you listen? _____

34. Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35. Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes __✓__ No
If yes, please state the branch, rank, and dates of service:

_____
_____
_____

36. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
If yes, please explain your involvement: _____

_____
_____
_____

5

43-181

# LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? ___✓___ Yes _____ No
If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|--------|-------------|--------|
| | | |
| | | |
| | | |
| NEPphEW | BEAumont P. D. | Street Patrol |

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? ___✓___ Yes _____ No
Please explain: __same as above_____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? ___✓___ Yes _____ No
If yes, please describe: __same as above_____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes ___✓___ No
If yes, please explain: _____

41. Do you know any lawyers or judges? _____ Yes ___✓___ No
If yes, who? _____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes ___✓___ No

6

43-182

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.   Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✔____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.   Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✔____ No
If yes, please explain: _____

_____

45.   Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ____✔____ No
If yes, please explain: _____

_____

46.   What is your opinion regarding the effectiveness of the criminal justice (court) system?
____✔____ It is working very well
_____ It is working adequately
_____ It is not working well at all
Please explain: _A person is given all avenues to prove their case in our criminal justice system._____

47.   Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ____✔____ No
If yes, please provide the following information for each incident:
       Type of crime: _____
       (1) Who was the victim or witness? _____
       (2) What was the relationship between the victim/witness and the perpetrator? ____

       _____
       (3) Was the crime reported to the police? _____
       By whom? _____
       (4) Was anyone charged? _____ Was he/she arrested? _____
       (5) What was the outcome of the prosecution? _____

       _____
       (6) Was the case handled well or poorly by law enforcement officials? _____

       _____

7

43-183

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes __✓__ No
If yes, please state when and explain why: _____
_____
_____

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes __✓__ No
If yes, please explain: _____
_____
_____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? __✓__ Yes __~~✓~~__ No
If it was someone in your family, please state how you are related to this person: _____
*My son spent two days in jail for ~~dr~~ driving under influence (alcohol)*

51. Do you believe this person was treated fairly by the criminal justice (court) system?
__✓__ Yes _____ No
Please explain: *Should not drink alcohol and drive a car.* _____
_____

52. Have you ever called the police for any reason? _____ Yes __✓__ No
If yes, please explain: _____
_____

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
__✓__ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
__✓__ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
__✓__ Yes _____ No

56. Have you ever witnessed actual violence? __✓__ Yes _____ No

8

43-184

# JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ___✓___ No
   If yes, please explain: _____
   _____

58. Have you ever served on a jury? ___✓___ Yes _____ No
   a. If you have been a juror in the past, please provide the following information for each case:

   | Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
   |------|-------------------|-------------------------|-----------------|
   | 2003 | Civil | CAR WRECK | Not guility |
   | | | | |

   b. Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes ___✓___ No
   Please explain: _____
   _____

59. Are you acquainted with any other prospective juror in this case? _____ Yes ___✓___ No
   If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ___✓___ No
   If yes, how many times? _____

61. Have you ever served on a grand jury?
   _____ Yes ___✓___ No
   If yes, please state when, where, and for how long you served on a grand jury:
   _____
   _____
   _____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
   _____ Yes ___✓___ No _____ Maybe
   Please explain: _____
   _____
   _____
   _____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ___✓___ No _____ Maybe

9

43-185

If yes or maybe, please explain: _____

_____

_____

_____

64.  Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes ___✓___ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65.  Do you know David Lee Jackson or any of his relatives?  ____ Yes ✓ No ____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.  A defendant is presumed to be innocent of all charges made against him.  The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt.  Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.  The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence.  Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

10

43-186

68.   Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? _____✓_____ Yes _____ No

## DEATH PENALTY

69.   Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _I think the death penalty depends on the magnitude of the crime and evidence being brought forward proving the facts._

70.   Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
a.   I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b.   If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c.   I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
d.   I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
(e.)  I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f.   I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g.   I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h.   I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.   Regarding the death penalty, which of the following statements most accurately represents the way you feel?
_____ I feel strongly that it is important that we have the death penalty as punishment.
_____ I feel that it is important that we have the death penalty as punishment.
___✓___ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-187

72.    Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✔___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74.    Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75.    If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✔___ No

76.    If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___✔___ No

77.    If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

_____ Yes ___✔___ No

78.    If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

_____ Yes ___✔___ No

79.    Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✔___ No

12

43-188

If yes, why? _____
_____
_____

80. In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?
*It depends on alot of things* _____
_____
_____
_____

81. In what kinds of cases do you believe it is appropriate to impose the death penalty?
*It depends on a lot of things.* _____
_____
_____
_____

82. Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? _____ Yes __✓__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __✓__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____
_____
_____

83. Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
*No* _____
_____
_____
_____

84. Do you believe that the death penalty is sought and imposed fairly?
__✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?
_____
_____
_____

13

85. Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

_____

## MISCELLANEOUS

86. The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime. Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

87. It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ___✓___ Yes _____ No _____ Maybe

Please explain: _____

_____

_____

88. Have you ever heard of gangs that operate in prison?

_____ Yes ___✓___ No

If yes, what have you heard and from whom? _____

_____

89. Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ___✓___ No

## SELF DEFENSE

90. Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ___✓___ Yes _____ No _____ Not sure

91. Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

___~~✓~~___ Yes _____ No ___✓___ Not sure

14

43-190

92.   Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____✓_____ Yes _____ No

93.   Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ___✓___ No

94.   If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
___✓___ Yes _____ No

95.   In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.   The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97.   Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes _____ No ___✓___ Maybe
Please explain: _to be certain that the person did eyewitness the crime._
_____

15

43-191

## MENTAL HEALTH TREATMENT

98.    What are your opinions regarding psychology and counseling in general?
_good_

99.    Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ____✓____ No
If yes, please explain: _____

100.    Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ____✓____ Yes _____ No

101.    Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ____✓____ No

102.    Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? ___✓___ Yes _____ No

103.    Do you think that childhood exposure to physical violence affects a child?
_____ Yes _____ No ____✓____ Maybe

## POLITICS

104.    Are you registered to vote? ___✓___ Yes _____ No

105.    Do you have a valid driver's license? ___✓___ Yes _____ No

106.    What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
___✓___ Republican
_____ Independent
_____ Other _____

107.    Have you ever changed parties? If so, when and why? _yes, I vote for the person not his party._

16

43-192

## CONTACT WITH PARTIES AND WITNESSES

108.  The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.   Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.   Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.   Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.   Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.   Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.   Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.   Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.   Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.   Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.  David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.  Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.  Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.  Richard Coleman of Coleman & Associates in Houston, TX
14.  Jerome Prince of Tucson, AZ
15.  Victor Richards of El Reno, OK
16.  Tommy Brown, the Jefferson County Coroner
17.  Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.  Joe Marshal of Nederland, TX
19.  Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.  Linda Johnson of the Jefferson County Regional Crime Lab
21.  Russell Haas of New York City, NY
22.  Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.  Robert Henderson of Canyon, TX
24.  Iris Dalley of McAllister, OK
25.  Robin Freeman of Houston, TX
26.  Lorenzo Kirk Parks of Alvarado, TX
27.  Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.  Nina Holland of Port Neches, TX
29.  Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.  Sergio Barrios of Gilmer, WV
31.  Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.  John Chwaliszewski of Los Angeles, CA
33.  Roy Black of Jefferson County, TX
34.  Ricardo Rodriguez of Beaumont, TX
35.  Kevin Lovett of the Jefferson County Sheriff's Office
36.  Justin Rogers of the Beaumont Police Department

17

43-193

37.   Jay Kean of the Silsbee Police Department
38.   Charles Duchamp of the Beaumont Police Department
39.   Jody Hatch of Newton County, TX
40.   Ruth Boles of the Jefferson County Sheriff's Office
41.   Annette Brooks of Collinsville, MS
42.   Patti Prince of Collinsville, MS
43.   Wendi Duarin of St. Augustine, FL
44.   Amy Laub of St. Augustine, FL
45.   Scott DeGraff of the Findlay, OH, Police Department
46.   Kevin Russell of the Findlay, OH, Police Department
47.   Jay Myers of the Findlay, OH, Police Department
48.   Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.   John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.   Michael Cooksey of Fairfax, VA
51.   Tom Quinn of the Federal Bureau of Prisons
52.   Quinton Dukes of the Federal Bureau of Prisons
53.   Randy Casimir of the Federal Bureau of Prisons
54.   Joe Neal of the Federal Bureau of Prisons
55.   Tom Lincalis of the Federal Bureau of Prisons
56.   Matt Edinger of the Federal Bureau of Prisons
57.   Wesley Lehman of the Federal Bureau of Prisons
58.   William Newbold of the Federal Bureau of Prisons
59.   James Turvey of the Federal Bureau of Prisons
60.   Angel Garcia of the Federal Bureau of Prisons
61.   Terry Evans of the Federal Bureau of Prisons
62.   Duane Anthony of the Federal Bureau of Prisons
63.   Ed Cervantez of the Federal Bureau of Prisons
64.   Larry Weston of the Federal Bureau of Prisons
65.   Tony Murray of the Federal Bureau of Prisons
66.   Steve Rice of the Federal Bureau of Prisons
67.   Nick Istre of the Federal Bureau of Prisons
68.   Anthony Alexander of Philadelphia, PA
69.   Anthony Boyd of the Federal Bureau of Prisons
70.   Woody Bond of Jackson, MS
71.   Carolyn Romano of Jackson, MS
72.   Gregory Hershberger of Lincoln, NE
73.   Matt Lindsey of Marion, IL
74.   James Larkin of Pine Knot, KY
75.   Lonnie Griffin of Coleman, FL
76.   Shannon Agofsky of Florence, CO
77.   Thomas Wesson of Beaumont, TX
78.   William Daniels of Beaumont, TX
79.   Darrell Evans of Beaumont, TX

18

80. Don Lewis of Beaumont, TX
81. Gerald Miller of Allenwood, PA
82. Andres Aguiar of Pollock, LA
83. George Rivera of Marion, IL
84. Raphael Porsche of Beaumont, TX
85. Earnest Robertson of Beaumont, TX
86. Cadell Mims of Beaumont, TX
87. Allen Keith Batterman of Lewisburg, PA
88. Keith Alfred Randall of Yazoo City, MS
89. Arzell Gulley of Beaumont, TX
90. Dr. Edward Gripon of Jefferson County, TX
91. Dr. Beth Pelz of Missouri City, TX
92. Terry Pelz of Missouri City, TX
93. Dr. Dan Roberts of Roundrock, TX
94. Dr. Oney Fitzpatrick of Jefferson County, TX
95. DeeDee Halpin of Houston, TX
96. Ronald Singer of Fort Worth, TX
97. Dr. Robert C. Bux of Colorado Springs, CO
98. Dr. Kate Allen of Austin, TX
99. Larry Anderson of Detroit, MI
100. Patricia Beth Jackson of Detroit, MI
101. Brenda Boyd of Detroit, MI
102. Pamela Little of Detroit, MI
103. Joya Smith of Detroit, MI

109. Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

19

43-195

# CONCLUSION

110. Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes _____ No ___✓___ Maybe
Please explain: _____
_____
_____

111. Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes _____ No ___✓___ Maybe
Please explain: _____
_____
_____
_____

112. Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

113. Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

114. It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____
_____
_____
_____
_____

20

43-196

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

43-197

## SIGNATURE AND OATH

I, __Rodney C. Stutes__ , declare under penalty of perjury that the foregoing
    (Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and
belief. I have not discussed my answers with others (other than with Court officers) or received
assistance in completing the questionnaire (other than from Court officers).

_Rodney C. Stutes_
Signature

_10/02/06_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure
you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner.
Again, thank you for your time.

22

43-198

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath.</u> Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _51_                      Date: _10-2-06_

Full Name: _Toney_          _Toby_          _R_
      (Last)         (First)       (Middle Initial)

Current Address: _\_   REDACTED   _Jefferson_   REDACTED
    (Street and Number)    (City)    (County)  (Zip Code)

## BACKGROUND

1. What is your age and date of birth? _57 yRs_   REDACTED   _1942_

2. Place of Birth: _Orange_    _Texas_    _Orange_
    (City)      (State)      (County)

3. What is your race or ethic background?
   _____ Asian
   _____ Black/African-American
   _____ Hispanic/Latino
   _____ Native American
   ✔ White/Caucasian
   _____ Other _____
           (please specify)

4. What is your gender?
   ✔ Male
   _____ Female

5. What is your current marital status? (Please check all that apply.)
   _____ Single              _____ Divorced
   ✔ Married _28_ years    _____ Divorced and remarried
   _____ Living with someone  _____ Widowed
   _____ Separated

43-199

6.    Do you have children?
      ___✓___ Yes    How many? __2___
      _____ No

## RELIGIOUS AFFILIATION

7.    Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _East FAmiLy_
      _Attends ST ChaRles Catholic in Nedeiland_

8.    Does your church, synagogue, or religious organization advocate a position for or against the death penalty?    _____ Yes _____ No ___✓___ Don't know
      If so, please state that position: _____
      _____
      Do you agree with that position? _____ Yes _____ No

9.    Have you discussed the death penalty at church with others? _____ Yes ___✓___ No

## RESIDENCE

10.   How long have you lived at your current address? ___23 yeARS___

11.   How long have you lived in Texas? ___57 yRS___

## EDUCATION

12.   How far did you go in school? _High School - Attendoed College_
      a.    Please name any college or trade/vocational school you attended and its location and any degrees obtained: ___LAMAR___
            _____

      b.    Do you have any specialized training in medicine, medical care, or emergency care?
            _____ Yes ___✓___ No
            If yes, please explain: _____
            _____

13.   Are you attending school now? _____ Yes ___✓___ No
      If so, what is your major course of study? _____

14.   Have you, your spouse/partner, or any close family member had any training in the law?
      _____ Yes ___✓___ No
      If yes, who had the training and what kind of training was it? _____
      _____

2

43-200

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)
    - ✓ Work full-time outside the home
    - _____ Work part-time outside the home
    - _____ Full-time homemaker
    - _____ Homemaker with part-time employment
    - _____ Unemployed
    - _____ Student
    - _____ Retired
    - _____ Disabled
    - _____ Other: _____

16. Where do you work now? (Please give name of employer.) *AT+T Telecomunications*

    Describe what you do: *Customer Services Tech*

17. How long have you worked there? *31 yRs*

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

    | Employer | Position | Dates | Reason for Leaving |
    | --- | --- | --- | --- |
    | | | | |
    | | | | |
    | | | | |

19. Are you a supervisor now? ___Yes ✓No  Have you ever been a supervisor? ___Yes ✓No
    What is the number of employees you currently supervise? _____ What is the largest
    number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status? (Please check all that apply.)
    - ✓ Work full-time outside the home
    - _____ Work part-time outside the home
    - _____ Full-time homemaker
    - _____ Homemaker with part-time employment
    - _____ Unemployed
    - _____ Student
    - _____ Retired
    - _____ Disabled
    - _____ Other: _____

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her
    employer: *AT+T Telecomunications — Manager-Supv*

3

43-201

22.    Please describe the nature of his/her job: _Manageing Service Represetives in Business office_

## ACTIVITIES

23.    What are your leisure time interests and activities?
_Music - spending time at The Beach_

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? _Communicater Workers of America_

       b.    Have you served in a leadership capacity in any of those groups or organizations?
             __✓__ Yes _____ No
             If yes, what group(s) or organization(s) and what position(s)? _steward, Chief Steward_

25.    What types of books do you enjoy reading? _History_

26.    Have you ever read a book about a murder trial? If so, please name. _NO_

27.    What were the last 3 movies you saw at the theater?
       (1) _Pirates of The Carribine_
       (2) _Blade_
       (3) _R.V._

28.    How often do you watch TV?
       _____ more than 6 hours a day
       _____ between 4-6 hours a day
       __✓__ between 1-4 hours a day
       _____ less than 1 hour a day
       _____ never

29.    What television programs (including news) do you watch on a regular basis?
       _Ray mond_
       _2 ½ men_
       _CSI_
       _24_

4

30.    What news publications do you read regularly? _Beaumont Enterprise_
_____
_____
_____

31.    Please list any magazines that you have subscribed to or read regularly in the past two years:
_Men's Health_____
_____
_____

32.    Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? __✓__ Yes _____ No
If yes, what do or did they say? _Support our Troops_____
_____
_____

33.    To what radio stations do you listen? _92.5 Cool Radio_____
Do you listen to radio talk shows?
_____ Yes __✓__ No
If yes, to which radio talk shows do you listen? _____
_____
_____

34.    Have you ever written a letter to the editor? _____ Yes __✓__ No

## MILITARY

35.    Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes __✓__ No
If yes, please state the branch, rank, and dates of service:
_____
_____
_____

36.    Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes __✓__ No
If yes, please explain your involvement: _____
_____
_____
_____

5

43-203

## LAW ENFORCEMENT OR LEGAL CONTACTS

37. Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes ___✓___ No
If yes, please identify the relationship of the person, the organization, and his/her duties:

Person                Organization                Duties

_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

38. Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes ___✓ No
Please explain: _____
_____

39. Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes _____✓ No
If yes, please describe: _____
_____
_____

40. Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes ___✓ No
If yes, please explain: _____
_____

41. Do you know any lawyers or judges? ___✓ Yes _____ No
If yes, who? _Ric K Williams_____
_____

42. A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes ___✓ No

6

43-204

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.  Have you or any close friends/family members ever worked for a lawyer or in a law office?
_____✓_____ Yes _____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?
*Peter Doyle - my Daughter In Law - Part-time Secretary*

_____

44.  Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓___No
If yes, please explain: _____

_____

45.  Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators?  _____ Yes _____✓___ No
If yes, please explain: _____

_____

46.  What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___✓___ It is working adequately
_____ It is not working well at all
Please explain: _____

_____

47.  Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes _____✓___ No
If yes, please provide the following information for <u>each</u> incident:
    Type of crime: _____
    (1) Who was the victim or witness? _____
    (2) What was the relationship between the victim/witness and the perpetrator? ___

    _____
    (3) Was the crime reported to the police? _____
    By whom? _____
    (4) Was anyone charged? _____ Was he/she arrested? _____
    (5) What was the outcome of the prosecution? _____

    _____
    (6) Was the case handled well or poorly by law enforcement officials? _____

    _____

7

43-205

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ____✓____ No
If yes, please state when and explain why: _____
_____
_____

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ____✓____ No
If yes, please explain: _____
_____
_____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? ____✓____ Yes _____ No
If it was someone in your family, please state how you are related to this person: _My_ _sister-in-law_

51. Do you believe this person was treated fairly by the criminal justice (court) system?
____✓____ Yes _____ No
Please explain: _she was arrested for assault and_ _writing bad checks was in carceration in Pennsavan__

52. Have you ever called the police for any reason? ____✓____ Yes _____ No
If yes, please explain: _Minor things - Kids egging house_ _vandalizm_

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✓___ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56. Have you ever witnessed actual violence? _____ Yes ___✓___ No

8

43-206

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ____✔ No
If yes, please explain: _____
_____

58. Have you ever served on a jury? ____✔ Yes _____ No
a. If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| ? | CRIMINAL | Burglary | Not guilty |
| | | | |

b. Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes ____✔ No
Please explain: _____
_____

59. Are you acquainted with any other prospective juror in this case? _____ Yes ____✔ No
If so, please indicate who: _____

60. Have you ever served as a jury foreperson or presiding juror? _____ Yes ____✔ No
If yes, how many times? _____

61. Have you ever served on a grand jury?
_____ Yes ____✔ No
If yes, please state when, where, and for how long you served on a grand jury:
_____
_____
_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ____✔ No _____ Maybe
Please explain: _____
_____
_____
_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes _____ No _____ Maybe

9

43-207

If yes or maybe, please explain: _____

_____

_____

_____

64.    Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes ___✓___ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65.    Do you know David Lee Jackson or any of his relatives? _____ Yes ___✓ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66.    A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

## RIGHT TO REMAIN SILENT

67.    The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes ___✓___ No

If yes, please explain: _____

_____

_____

43-208

68.    Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ____✓____ Yes _____ No

## DEATH PENALTY

69.    Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _I do Believe in the death penality # if the Crime commited warrants it. As far as how strong my feeling are I am not one to protest Against it or for it. I would depend on crime and circumstances,_

70.    Regarding the death penalty, which of the following statements most accurately represents the way you feel? (You may circle one statement or more than one statement):
a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.

_This → one_

d. I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.    Regarding the death penalty, which of the following statements most accurately represents the way you feel?
_____ I feel strongly that it is important that we have the death penalty as punishment.
___✓___ I feel that it is important that we have the death penalty as punishment.
_____ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-209

72. Regarding the death penalty, which of the following statements most accurately represents the way you feel?

          I feel strongly that the death penalty is applied unfairly against minorities.

          I feel that the death penalty is applied unfairly against minorities.

   ✓  I have no opinion whether the death penalty is applied unfairly against minorities.

          I feel that the death penalty is applied fairly against minorities.

          I feel strongly that the death penalty is applied fairly against minorities.

73. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

          I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the first stage (guilt or innocence) of the trial.

          I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the first stage (guilt or innocence) of the trial.

74. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

          I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the second stage (sentencing hearing) of the trial.

          I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the second stage (sentencing hearing) of the trial.

75. If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

          Yes    ✓  No

76. If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

          Yes    ✓  No

77. If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

   ✓  Yes           No

78. If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

   ✓  Yes           No

79. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

          Yes    ✓  No

12

43-210

If yes, why? _____

_____

_____

80.   In what kinds of cases do you believe it is appropriate to impose the punishment of life in
      prison without the possibility of ever being released?
      *Murder - taking of Life* _____

      _____

      _____

      _____

81.   In what kinds of cases do you believe it is appropriate to impose the death penalty?
      *Murder - Takin of Life* _____

      _____

      _____

      _____

82.   Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
      Do you have an interest in death penalty issues? _____ Yes __✓__ No
      Have you watched television or other media regarding the death penalty?
      _____ Yes __✓__ No
      Do you possess any specialized knowledge concerning capital punishment or the imposition
      of the death penalty? _____ Yes __✓__ No
      If yes, to any of the above, please explain: _____

      _____

      _____

83.   Do you have any religious, moral, or personal beliefs that would prevent you from making
      a fair decision on punishment in accordance with the instructions to be given by the Court?
      *No* _____

      _____

      _____

      _____

84.   Do you believe that the death penalty is sought and imposed fairly?
      __✓__ Yes _____ No _____ Maybe
      Based on your answer above, how would your belief affect your ability to weigh the evidence
      in this case?
      *It wouldn't Affect my Ability* _____

      _____

13

43-211

85.  Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes _____✓_____ No _____ Maybe

Please explain: _I BeLieve in oud Justice System_

_____

_____

_____

## MISCELLANEOUS

86.  The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes _____✓___ No _____ Maybe

Please explain: _____

_____

_____

87.  It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? _____✓___ Yes _____ No _____ Maybe

Please explain: _____

_____

_____

88.  Have you ever heard of gangs that operate in prison?

_____✓___ Yes _____ No

If yes, what have you heard and from whom? _News and T.V._

_____

89.  Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes _____✓___ No

## SELF DEFENSE

90.  Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? _____✓___ Yes _____ No _____ Not sure

91.  Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

_____✓___ Yes _____ No _____ Not sure

14

43-212

92.  Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____✓____ No

93.  Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ____✓____ No

94.  If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
____✓____ Yes _____ No

95.  In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ____✓____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.  The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
____✓____ Yes _____ No
If yes, please explain: Should Be some kind of time period for Premeditation not sure what it should Be

## EYEWITNESS IDENTIFICATION

97.  Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ____✓____ No _____ Maybe
Please explain: Good Be other evidence in Crime

15

43-213

## MENTAL HEALTH TREATMENT

98.  What are your opinions regarding psychology and counseling in general?
_Don T have Any_

99.  Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ____✓____ No
If yes, please explain: _____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ____✓____ Yes _____ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ____✓____ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ____✓____ No

103. Do you think that childhood exposure to physical violence affects a child?
_____ Yes _____ No ____✓____ Maybe

## POLITICS

104. Are you registered to vote? ____✓____ Yes _____ No

105. Do you have a valid driver's license? ____✓____ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
_____ Republican
____✓____ Independent
_____ Other _____

107. Have you ever changed parties? If so, when and why? _No - I Vot nornlly_
_For For The person_

16

43-214

## CONTACT WITH PARTIES AND WITNESSES

108.   The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.  Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.  Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.  Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.  Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.  Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.  Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.  Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.  Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.  Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10. David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11. Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12. Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13. Richard Coleman of Coleman & Associates in Houston, TX
14. Jerome Prince of Tucson, AZ
15. Victor Richards of El Reno, OK
16. Tommy Brown, the Jefferson County Coroner
17. Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18. Joe Marshal of Nederland, TX
19. Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20. Linda Johnson of the Jefferson County Regional Crime Lab
21. Russell Haas of New York City, NY
22. Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23. Robert Henderson of Canyon, TX
24. Iris Dalley of McAllister, OK
25. Robin Freeman of Houston, TX
26. Lorenzo Kirk Parks of Alvarado, TX
27. Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28. Nina Holland of Port Neches, TX
29. Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30. Sergio Barrios of Gilmer, WV
31. Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32. John Chwaliszewski of Los Angeles, CA
33. Roy Black of Jefferson County, TX
34. Ricardo Rodriguez of Beaumont, TX
35. Kevin Lovett of the Jefferson County Sheriff's Office
36. Justin Rogers of the Beaumont Police Department

17

37. Jay Kean of the Silsbee Police Department
38. Charles Duchamp of the Beaumont Police Department
39. Jody Hatch of Newton County, TX
40. Ruth Boles of the Jefferson County Sheriff's Office
41. Annette Brooks of Collinsville, MS
42. Patti Prince of Collinsville, MS
43. Wendi Duarin of St. Augustine, FL
44. Amy Laub of St. Augustine, FL
45. Scott DeGraff of the Findlay, OH, Police Department
46. Kevin Russell of the Findlay, OH, Police Department
47. Jay Myers of the Findlay, OH, Police Department
48. Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49. John Calhoun of the Lauderdale County, MS, Sheriff's Office
50. Michael Cooksey of Fairfax, VA
51. Tom Quinn of the Federal Bureau of Prisons
52. Quinton Dukes of the Federal Bureau of Prisons
53. Randy Casimir of the Federal Bureau of Prisons
54. Joe Neal of the Federal Bureau of Prisons
55. Tom Lincalis of the Federal Bureau of Prisons
56. Matt Edinger of the Federal Bureau of Prisons
57. Wesley Lehman of the Federal Bureau of Prisons
58. William Newbold of the Federal Bureau of Prisons
59. James Turvey of the Federal Bureau of Prisons
60. Angel Garcia of the Federal Bureau of Prisons
61. Terry Evans of the Federal Bureau of Prisons
62. Duane Anthony of the Federal Bureau of Prisons
63. Ed Cervantez of the Federal Bureau of Prisons
64. Larry Weston of the Federal Bureau of Prisons
65. Tony Murray of the Federal Bureau of Prisons
66. Steve Rice of the Federal Bureau of Prisons
67. Nick Istre of the Federal Bureau of Prisons
68. Anthony Alexander of Philadelphia, PA
69. Anthony Boyd of the Federal Bureau of Prisons
70. Woody Bond of Jackson, MS
71. Carolyn Romano of Jackson, MS
72. Gregory Hershberger of Lincoln, NE
73. Matt Lindsey of Marion, IL
74. James Larkin of Pine Knot, KY
75. Lonnie Griffin of Coleman, FL
76. Shannon Agofsky of Florence, CO
77. Thomas Wesson of Beaumont, TX
78. William Daniels of Beaumont, TX
79. Darrell Evans of Beaumont, TX

43-216

80.    Don Lewis of Beaumont, TX
81.    Gerald Miller of Allenwood, PA
82.    Andres Aguiar of Pollock, LA
83.    George Rivera of Marion, IL
84.    Raphael Porsche of Beaumont, TX
85.    Earnest Robertson of Beaumont, TX
86.    Cadell Mims of Beaumont, TX
87.    Allen Keith Batterman of Lewisburg, PA
88.    Keith Alfred Randall of Yazoo City, MS
89.    Arzell Gulley of Beaumont, TX
90.    Dr. Edward Gripon of Jefferson County, TX
91.    Dr. Beth Pelz of Missouri City, TX
92.    Terry Pelz of Missouri City, TX
93.    Dr. Dan Roberts of Roundrock, TX
94.    Dr. Oney Fitzpatrick of Jefferson County, TX
95.    DeeDee Halpin of Houston, TX
96.    Ronald Singer of Fort Worth, TX
97.    Dr. Robert C. Bux of Colorado Springs, CO
98.    Dr. Kate Allen of Austin, TX
99.    Larry Anderson of Detroit, MI
100.   Patricia Beth Jackson of Detroit, MI
101.   Brenda Boyd of Detroit, MI
102.   Pamela Little of Detroit, MI
103.   Joya Smith of Detroit, MI

109.   Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

19

# CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____ Yes _____✓___ No _____ Maybe

Please explain: _____

_____

_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____ Yes _____✓___ No _____ Maybe

Please explain: _____

_____

_____

_____

112.  Is there any matter you would prefer to discuss privately with the Judge?

_____ Yes _____✓___ No

If yes, please explain: _____

_____

_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes _____✓___ No

If yes, please explain: _____

_____

_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.

If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____

_____

_____

_____

_____

20

43-218

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers. Note the number of the question and then complete your answers.

43-219

## SIGNATURE AND OATH

I, _____, declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_____
Signature

_____
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-220

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath</u>. Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _20_    Date: _02 sep 06_

Full Name: _Westmoreland_    _Donald_    _G._
            (Last)              (First)         (Middle Initial)

Current Address: _1_    REDACTED    _Buna_    _Jasper_    REDACTED
                (Street and Number)        (City)    (County)    (Zip Code)

## BACKGROUND

1. What is your age and date of birth? _68_    REDACTED    _1938_

2. Place of Birth: _Nacogdoches_    _Tx_    _Nacogdoches_
                  (City)            (State)       (County)

3. What is your race or ethic background?
   _____ Asian
   _____ Black/African-American
   _____ Hispanic/Latino
   _____ Native American
   ___✓___ White/Caucasian
   _____ Other _____
              (please specify)

4. What is your gender?
   ___✓___ Male
   _____ Female

5. What is your current marital status? (Please check all that apply.)
   _____ Single                 _____ Divorced
   ___✓___ Married _40_ years     _____ Divorced and remarried
   _____ Living with someone    _____ Widowed
   _____ Separated

43-221

6. Do you have children?

_✓_ Yes    How many? _5_

_____ No

## RELIGIOUS AFFILIATION

7. Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _yes_
_The Church of Jesus christ of Latter Day Saints (Morman)_

8. Does your church, synagogue, or religious organization advocate a position for or against the death penalty?    _____ Yes __✓_(No)    _____ Don't know
If so, please state that position: _abide by The Laws of The Land, Country_
_____

Do you agree with that position? __✓_ Yes _____ No

9. Have you discussed the death penalty at church with others? __✓_ Yes _____ No

## RESIDENCE

10. How long have you lived at your current address? _28 yrs_

11. How long have you lived in Texas? _68 yrs_

## EDUCATION

12. How far did you go in school? _Completed 12 yrs._
    a. Please name any college or trade/vocational school you attended and its location and any degrees obtained: _____
    _____

    b. Do you have any specialized training in medicine, medical care, or emergency care?
    _____ Yes __✓_ No
    If yes, please explain: _____
    _____

13. Are you attending school now? _____ Yes __✓_ No
If so, what is your major course of study? _____

14. Have you, your spouse/partner, or any close family member had any training in the law?
_____ Yes __✓_ No
If yes, who had the training and what kind of training was it? _____
_____

2

43-222

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

    _✓_ Work full-time outside the home      _____ Student

    _____ Work part-time outside the home      _____ Retired

    _____ Full-time homemaker      _____ Disabled

    _____ Homemaker with part-time employment      _____ Other: _____

    _____ Unemployed      _____

16. Where do you work now? (Please give name of employer.) *Chemcycle Corp. Placed There by Process Technical Services (manpower placement)*

    Describe what you do: *Chemical Plant Operator*

17. How long have you worked there? *3 1/2 yrs*

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| *Premcor* | *Operator* | *2001-2002* | *Completed contract* |
| *Millenium* | *Operator* | *1997-2001* | *Completed contract* |

*worked all These Thru Process Technical Services*

19. Are you a supervisor now? _✓_Yes___ No  Have you ever been a supervisor? __Yes___ No
What is the number of employees you currently supervise? *3* What is the largest number of employees you have ever supervised? *3*

20. What is your spouse/partner's occupational status?  (Please check all that apply.)

    _✓_ Work full-time outside the home      _____ Student

    _____ Work part-time outside the home      _____ Retired

    _____ Full-time homemaker      _____ Disabled

    _____ Homemaker with part-time employment      _____ Other: _____

    _____ Unemployed      _____

21. What is your spouse/partner's current occupation/job title?  Please give the name of his/her employer: *Buna School, Paraprofessional over Student Alternative center.*

3

43-223

22.    Please describe the nature of his/her job: *Supervises Students and Keep Track of Tardies and Time spent in SAC*

## ACTIVITIES

23.    What are your leisure time interests and activities?
*Like To garden and Travel iN R.V.*

24.    a.    To which societies, unions, professional associations, civic clubs, or other organizations do you belong? *I am a Master Mason*

b.    Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes ___✓___ No
If yes, what group(s) or organization(s) and what position(s)? _____

25.    What types of books do you enjoy reading? *WesTerns*

26.    Have you ever read a book about a murder trial? If so, please name. *NO*

27.    What were the last 3 movies you saw at the theater?
(1) *INdependence Day*
(2) *Meet The Fockers*
(3) *Cheaper by The Dozen*

28.    How often do you watch TV?
_____ more than 6 hours a day
_____ between 4-6 hours a day
_____ between 1-4 hours a day
___✓___ less than 1 hour a day
_____ never

29.    What television programs (including news) do you watch on a regular basis?
*Headline News*
*weaTher Channel*
*GuN Smoke*
*The Price is RighT*

4

43-224

30.   What news publications do you read regularly? *Beaumont Enterprise*

_____

_____

_____

31.   Please list any magazines that you have subscribed to or read regularly in the past two years:

*Trailer Life*

*Popular Science*

*Mother Earth News*

32.   Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? _____ Yes ___✓___ No
If yes, what do or did they say? _____

_____

_____

33.   To what radio stations do you listen? *Country and Country Classic*
Do you listen to radio talk shows?
___✓___ Yes _____ No
If yes, to which radio talk shows do you listen? *Used to listen to*
*Rush Limbaugh — don't any more —*

_____

34.   Have you ever written a letter to the editor? _____ Yes ___✓___ No

## MILITARY

35.   Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
___✓___ Yes _____ No
If yes, please state the branch, rank, and dates of service:
*US Air Force     1957—1961     Airman 1st class*

_____

_____

36.   Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___✓___ No
If yes, please explain your involvement: _____

_____

_____

_____

5

## LAW ENFORCEMENT OR LEGAL CONTACTS

37.  Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes __/__ No
If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties |
|--------|--------------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

38.  Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes __/__ No
Please explain: _____
_____

39.  Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes __/__ No
If yes, please describe: _____
_____
_____

40.  Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? _____ Yes __/__ No
If yes, please explain: _____
_____

41.  Do you know any lawyers or judges? _____ Yes __/__ No
If yes, who? _/ KNow of some, but only That I Know of Them_____

42.  A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes __/__ No

6

43-226

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43. Have you or any close friends/family members ever worked for a lawyer or in a law office? ____✓____ Yes _____ No

If yes, what was the name of the office or firm, where was it, and what were the job responsibilities? _My oldest Daughter works for a law Firm in Beaumont - Jeaneson attorney at Law_ _____

44. Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ___✓___ No

If yes, please explain: _____

_____

45. Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes ___✓___ No

If yes, please explain: _____

_____

46. What is your opinion regarding the effectiveness of the criminal justice (court) system?

____✓____ It is working very well

_____ It is working adequately

_____ It is not working well at all

Please explain: _There Probably has been some mistakes, but I Think our Court System is great-_ _____

47. Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ___✓___ No

If yes, please provide the following information for each incident:

Type of crime: _____

(1) Who was the victim or witness? _____

(2) What was the relationship between the victim/witness and the perpetrator? ___

_____

(3) Was the crime reported to the police? _____

By whom? _____

(4) Was anyone charged? _____ Was he/she arrested? _____

(5) What was the outcome of the prosecution? _____

_____

(6) Was the case handled well or poorly by law enforcement officials? _____

_____

7

43-227

48.  Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No
If yes, please state when and explain why: _____
_____
_____

49.  Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? ___✓___ Yes _____ No
If yes, please explain: *a Neighbor's son was shot and killed in a ~~~~~ drive by shooting*

50.  Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? _____ Yes ___✓___ No
If it was someone in your family, please state how you are related to this person: _____
_____

51.  Do you believe this person was treated fairly by the criminal justice (court) system?
_____ Yes _____ No
Please explain: _____
_____

52.  Have you ever called the police for any reason? ___✓___ Yes _____ No
If yes, please explain: *Called sheriffs dept. - illegal Night hunters on road I live on*

53.  How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✓___ Not at all serious

54.  Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55.  Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56.  Have you ever witnessed actual violence? _____ Yes ___✓___ No

8

43-228

## JURY SERVICE AND THE LAW

57. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ___✓___ No
If yes, please explain: _____
_____

58. Have you ever served on a jury? ___✓___ Yes _____ No
   a.    If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|------|-------------------|-------------------------|-----------------|
| 2000 | Civil | injury-Sued Store | Store NOT liable |
| 2002 | Civil | Child custody | child stayed with mother |

   b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes ___✓___ No
Please explain: _In both cases all 12 of us Juvors_
_agreed-_

59. Are you acquainted with any other prospective juror in this case? ___✓___ Yes _____ No
If so, please indicate who: _Last Name Richardson, we both live in Buna._

60. Have you ever served as a jury foreperson or presiding juror? ___✓___ Yes _____ No
If yes, how many times? _once_

61. Have you ever served on a grand jury?
_____ Yes ___✓___ No
If yes, please state when, where, and for how long you served on a grand jury:
_____
_____
_____

62. This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ___✓___ No _____ Maybe
Please explain: _____
_I feel I would be Totally fair —_
_____
_____

63. Have you read or heard anything about this case, these incidents, the defendant, or the victim? _____ Yes ___✓___ No _____ Maybe

9

43-229

If yes or maybe, please explain: _____

_____

_____

_____

64. Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?

_____ Yes __✓__ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

_____

65. Do you know David Lee Jackson or any of his relatives? _____ Yes __✓__ No _____ Maybe

If yes or maybe, please explain: _____

_____

_____

## PRESUMPTION OF INNOCENCE

66. A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.

The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No

If yes, please explain: _____

_____

## RIGHT TO REMAIN SILENT

67. The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No

If yes, please explain: _____

_____

10

43-230

68.    Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? ___✓___ Yes _____ No

## DEATH PENALTY

69.    Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? _____
_____ I have always felT The need for The death PeNalTy – _____ I feel it is a sTroNg deteraNT To uiolenT Crime – _____
_____
_____

70.    Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel? (You may circle one statement or more than one statement):
a.  I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.
b.  If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.
c.  I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.
d.  I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.
e.  I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.
f.  I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.
g.  I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.
h.  I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71.    Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?
_____ I feel strongly that it is important that we have the death penalty as punishment.
___✓___ I feel that it is important that we have the death penalty as punishment.
_____ I have no opinion whether it is important that we have the death penalty as punishment.
_____ I feel that it is important that we not have the death penalty as punishment.
_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-231

72. Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75. If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✓___ No

76. If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___✓___ No

77. If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

78. If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

79. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✓___ No

12

43-232

If yes, why? _____

_____

_____

80.  In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

*Habitual criminal – armed robbery – assault*
*possibly not pre meditated murder –*

_____

81.  In what kinds of cases do you believe it is appropriate to impose the death penalty?

*gang related murder*
*pre meditated murder*
*Rape – murder*

82.  Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? _____ Yes __✓__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __✓__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____

_____

_____

83.  Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?

*No*

_____

_____

_____

84.  Do you believe that the death penalty is sought and imposed fairly?
__✓__ Yes _____ No _____ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?

*No*

_____

_____

13

85.　Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____ I feel There are checks + balances for fairness.

## MISCELLANEOUS

86.　The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

___ Do not have problem There —

87.　It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ___✓___ Yes _____ No _____ Maybe

Please explain: ___ I feel I can be impartial —

88.　Have you ever heard of gangs that operate in prison?

___✓___ Yes _____ No

If yes, what have you heard and from whom? _Only on TV_

89.　Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ___✓___ No

## SELF DEFENSE

90.　Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury?  ___✓___ Yes _____ No _____ Not sure

91.　Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

___✓___ Yes _____ No _____ Not sure

14

43-234

92.    Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ___✓___ No

93.    Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ___✓___ No

94.    If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
___✓___ Yes _____ No

95.    In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.    The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes ___✓___ No
If yes, please explain: _____
_____
_____

## EYEWITNESS IDENTIFICATION

97.    Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ___✓___ No _____ Maybe
Please explain: _There are other ways To determine guilt_
_____

15

43-235

## MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general?
   _I feel iT caN have aN impacT_

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
   _____ Yes __✓___ No
   If yes, please explain: _____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? _____ Yes __✓___ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
   _____ Yes __✓___ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes __✓___ No

103. Do you think that childhood exposure to physical violence affects a child?
   _____ Yes _____ No __✓___ Maybe

## POLITICS

104. Are you registered to vote? __✓___ Yes _____ No

105. Do you have a valid driver's license? __✓___ Yes _____ No

106. What is your current voter registration status?
   _____ Not registered to vote
   _____ Democrat
   _____ Republican
   _____ Independent
   __✓___ Other _VoTe oN PeRSoN NoT ParTy_

107. Have you ever changed parties? If so, when and why? _____
   _____

16

43-236

# CONTACT WITH PARTIES AND WITNESSES

108.    The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.    Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.    Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.    Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.    Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.    Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.    Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.    Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.    Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.    Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.    David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.    Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.    Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.    Richard Coleman of Coleman & Associates in Houston, TX
14.    Jerome Prince of Tucson, AZ
15.    Victor Richards of El Reno, OK
16.    Tommy Brown, the Jefferson County Coroner
17.    Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.    Joe Marshal of Nederland, TX
19.    Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.    Linda Johnson of the Jefferson County Regional Crime Lab
21.    Russell Haas of New York City, NY
22.    Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.    Robert Henderson of Canyon, TX
24.    Iris Dalley of McAllister, OK
25.    Robin Freeman of Houston, TX
26.    Lorenzo Kirk Parks of Alvarado, TX
27.    Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.    Nina Holland of Port Neches, TX
29.    Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.    Sergio Barrios of Gilmer, WV
31.    Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.    John Chwaliszewski of Los Angeles, CA
33.    Roy Black of Jefferson County, TX
34.    Ricardo Rodriguez of Beaumont, TX
35.    Kevin Lovett of the Jefferson County Sheriff's Office
36.    Justin Rogers of the Beaumont Police Department

17

43-237

37.    Jay Kean of the Silsbee Police Department
38.    Charles Duchamp of the Beaumont Police Department
39.    Jody Hatch of Newton County, TX
40.    Ruth Boles of the Jefferson County Sheriff's Office
41.    Annette Brooks of Collinsville, MS
42.    Patti Prince of Collinsville, MS
43.    Wendi Duarin of St. Augustine, FL
44.    Amy Laub of St. Augustine, FL
45.    Scott DeGraff of the Findlay, OH, Police Department
46.    Kevin Russell of the Findlay, OH, Police Department
47.    Jay Myers of the Findlay, OH, Police Department
48.    Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.    John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.    Michael Cooksey of Fairfax, VA
51.    Tom Quinn of the Federal Bureau of Prisons
52.    Quinton Dukes of the Federal Bureau of Prisons
53.    Randy Casimir of the Federal Bureau of Prisons
54.    Joe Neal of the Federal Bureau of Prisons
55.    Tom Lincalis of the Federal Bureau of Prisons
56.    Matt Edinger of the Federal Bureau of Prisons
57.    Wesley Lehman of the Federal Bureau of Prisons
58.    William Newbold of the Federal Bureau of Prisons
59.    James Turvey of the Federal Bureau of Prisons
60.    Angel Garcia of the Federal Bureau of Prisons
61.    Terry Evans of the Federal Bureau of Prisons
62.    Duane Anthony of the Federal Bureau of Prisons
63.    Ed Cervantez of the Federal Bureau of Prisons
64.    Larry Weston of the Federal Bureau of Prisons
65.    Tony Murray of the Federal Bureau of Prisons
66.    Steve Rice of the Federal Bureau of Prisons
67.    Nick Istre of the Federal Bureau of Prisons
68.    Anthony Alexander of Philadelphia, PA
69.    Anthony Boyd of the Federal Bureau of Prisons
70.    Woody Bond of Jackson, MS
71.    Carolyn Romano of Jackson, MS
72.    Gregory Hershberger of Lincoln, NE
73.    Matt Lindsey of Marion, IL
74.    James Larkin of Pine Knot, KY
75.    Lonnie Griffin of Coleman, FL
76.    Shannon Agofsky of Florence, CO
77.    Thomas Wesson of Beaumont, TX
78.    William Daniels of Beaumont, TX
79.    Darrell Evans of Beaumont, TX

43-238

80.  Don Lewis of Beaumont, TX
81.  Gerald Miller of Allenwood, PA
82.  Andres Aguiar of Pollock, LA
83.  George Rivera of Marion, IL
84.  Raphael Porsche of Beaumont, TX
85.  Earnest Robertson of Beaumont, TX
86.  Cadell Mims of Beaumont, TX
87.  Allen Keith Batterman of Lewisburg, PA
88.  Keith Alfred Randall of Yazoo City, MS
89.  Arzell Gulley of Beaumont, TX
90.  Dr. Edward Gripon of Jefferson County, TX
91.  Dr. Beth Pelz of Missouri City, TX
92.  Terry Pelz of Missouri City, TX
93.  Dr. Dan Roberts of Roundrock, TX
94.  Dr. Oney Fitzpatrick of Jefferson County, TX
95.  DeeDee Halpin of Houston, TX
96.  Ronald Singer of Fort Worth, TX
97.  Dr. Robert C. Bux of Colorado Springs, CO
98.  Dr. Kate Allen of Austin, TX
99.  Larry Anderson of Detroit, MI
100. Patricia Beth Jackson of Detroit, MI
101. Brenda Boyd of Detroit, MI
102. Pamela Little of Detroit, MI
103. Joya Smith of Detroit, MI

109. Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

19

43-239

# CONCLUSION

110.   Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?

_____ Yes _____✓_____ No _____ Maybe

Please explain: _____

_____

_____

111.   Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____ Yes _____✓_____ No _____ Maybe

Please explain: _____

_____

_____

_____

112.   Is there any matter you would prefer to discuss privately with the Judge?

_____ Yes _____✓_____ No

If yes, please explain: _____

_____

_____

113.   Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes _____✓_____ No

If yes, please explain: _____

_____

_____

114.   It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.

If there is any reason why you are not available for service during the period <u>from October 2, 2006, through November 17, 2006</u>, please state your reason in detail: _____

_____

_____

_____

20

43-240

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

43-241

## SIGNATURE AND OATH

I, _Donald G. Westmoreland_ , declare under penalty of perjury that the foregoing
(Print Name)

answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Donald G. Westmoreland_
Signature

_02 Oct, 06_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-242

# JURY QUESTIONNAIRE

**Please be certain that you answer all questions thoughtfully, thoroughly, and honestly. <u>Your answers are given under oath.</u> Please do not discuss the questions or your answers with anyone. <u>If you do not know the answer to a question, please write "don't know."</u>**

Juror Number: _____9_____          Date: _10/2/2006_

Full Name: _Wilkinson_     _Carolyn_     _F._
　　　　　　(Last)　　　　　(First)　　　　(Middle Initial)

Current Address: ____REDACTED____ _Nederland_ _Jefferson_ ____REDACTED____
　　　　　　(Street and Number)　　　(City)　　(County)　(Zip Code)

## BACKGROUND

1.　What is your age and date of birth? _61_ —   REDACTED  _1945_

2.　Place of Birth: _Beaumont_    _TX_        _Jefferson_
　　　　　(City)　　　　(State)　　　　　(County)

3.　What is your race or ethic background?
　_____ Asian
　_____ Black/African-American
　_____ Hispanic/Latino
　_____ Native American
　__✓__ White/Caucasian
　_____ Other _____
　　　　(please specify)

4.　What is your gender?
　_____ Male
　__✓__ Female

5.　What is your current marital status? (Please check all that apply.)
　_____ Single　　　　　　　　　_____ Divorced
　_____ Married ____ years　　　_____ Divorced and remarried
　_____ Living with someone　　__✓__ Widowed
　_____ Separated

43-243

6.      Do you have children?
        ___✓___ Yes    How many? ___1___
        _____ No

## RELIGIOUS AFFILIATION

7.      Are you a member of any church, synagogue, or religious organization? If so, please state the name of your church, synagogue, or religious organization: _South Park Baptist Church 795 Woodrow Beaumont TX 77705_

8.      Does your church, synagogue, or religious organization advocate a position for or against the death penalty?        _____ Yes ___✓___ No _____ Don't know
        If so, please state that position: _____
        _____
        Do you agree with that position? _____ Yes _____ No

9.      Have you discussed the death penalty at church with others? _____ Yes ___✓___ No

## RESIDENCE

10.     How long have you lived at your current address? _11½ years_

11.     How long have you lived in Texas? _61 yrs 10 months_

## EDUCATION

12.     How far did you go in school? _15 hours toward a master's degree_
        a.      Please name any college or trade/vocational school you attended and its location and any degrees obtained: _Lamar University - Beaumont TX - no degree East Texas Baptist University, Marshall TX BS (education) Stephen F. Austin State University Nacogdoches - no degree_
        b.      Do you have any specialized training in medicine, medical care, or emergency care?
                _____ Yes ___✓___ No
                If yes, please explain: _____
                _____

13.     Are you attending school now? ___✓___ Yes _____ No
        If so, what is your major course of study? _Women's Ministry_

14.     Have you, your spouse/partner, or any close family member had any training in the law?
                _____ Yes ___✓___ No
        If yes, who had the training and what kind of training was it? _____
        _____

2

43-244

# EMPLOYMENT

15. What is your occupational status? (Please check all that apply.)

| | |
|---|---|
| _____ Work full-time outside the home | _____ Student |
| _____ Work part-time outside the home | ✓ Retired |
| _____ Full-time homemaker | _____ Disabled |
| _____ Homemaker with part-time employment | ✓ Other: _Substitute teacher_ |
| _____ Unemployed | |

16. Where do you work now? (Please give name of employer.) _Vidor Independent School District_

Describe what you do: _Substitute teach_

17. How long have you worked there? _22 yrs (21 as a regular teacher)_

18. Please list any other jobs you have had during the last seven years, beginning with the most recent.

| Employer | Position | Dates | Reason for Leaving |
|---|---|---|---|
| VISD | Teacher | 1984-2005 | Retirement |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19. Are you a supervisor now? __Yes ✓ No  Have you ever been a supervisor? __Yes ✓ No
What is the number of employees you currently supervise? _____ What is the largest number of employees you have ever supervised? _____

20. What is your spouse/partner's occupational status? (Please check all that apply.)

| | |
|---|---|
| _____ Work full-time outside the home | _____ Student |
| _____ Work part-time outside the home | _____ Retired |
| _____ Full-time homemaker | _____ Disabled |
| _____ Homemaker with part-time employment | ✓ Other: _Deceased_ |
| _____ Unemployed | |

21. What is your spouse/partner's current occupation/job title? Please give the name of his/her employer: _Deceased_

3

43-245

22.    Please describe the nature of his/her job: _____
_____
_____

## ACTIVITIES

23.    What are your leisure time interests and activities?
_Crocheting, Crossword puzzles, reading_____
_____

24.    a.    To which societies, unions, professional associations, civic clubs, or other
organizations do you belong? _none_____
_____

       b.    Have you served in a leadership capacity in any of those groups or organizations?
_____ Yes   ✓  No
If yes, what group(s) or organization(s) and what position(s)? _____
_____
_____

25.    What types of books do you enjoy reading? _historical fiction_____

26.    Have you ever read a book about a murder trial?  If so, please name. _not that I remember_

27.    What were the last 3 movies you saw at the theater?
(1) _don't know_____
(2) _____
(3) _____

28.    How often do you watch TV?
_____ more than 6 hours a day
__✓___ between 4-6 hours a day
_____ between 1-4 hours a day
_____ less than 1 hour a day
_____ never

29.    What television programs (including news) do you watch on a regular basis?
_Six This Morning, 6 news at noon, Jeopardy, 6 news at 6,_
_Wheel of Fortune, 6 news at 10, CSI, Close to Home, Numbers,_
_____
_____

4

43-246

30. What news publications do you read regularly? *Beaumont Enterprise*

31. Please list any magazines that you have subscribed to or read regularly in the past two years: *none*

32. Do you now or have you ever had any bumper stickers, decals, magnetic plaques, or personalized license plates on your car? ___✓___ Yes ___✓___ No
If yes, what do or did they say? *ETBU alum*

33. To what radio stations do you listen? *KLVI, KAYO*
Do you listen to radio talk shows?
___✓___ Yes _____ No
If yes, to which radio talk shows do you listen? *Jack Piper*

34. Have you ever written a letter to the editor? _____ Yes ___✓___ No

## MILITARY

35. Have you ever been in the United States military (including the military reserves, Coast Guard, National Guard, or ROTC)?
_____ Yes ___✓___ No
If yes, please state the branch, rank, and dates of service:

36. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial? _____ Yes ___✓___ No
If yes, please explain your involvement: _____

5

43-247

## LAW ENFORCEMENT OR LEGAL CONTACTS

37.    Have you, a friend, or any family member(s) ever been employed in law enforcement or had law enforcement experience of any kind (i.e., police, sheriff, security guard, FBI, investigator, District Attorney, United States Attorney, probation officer, prison or jail employee, etc.)? _____ Yes ___✓___ No

If yes, please identify the relationship of the person, the organization, and his/her duties:

| Person | Organization | Duties | |
|---|---|---|---|
| Thomas Wilkinson | US Army | Patrol as MP | (son) |
| Mike Lane | Beaumont PD | Patrol / Air | (friend) |
| Joe Jolly | Jefferson Co. Sheriff | Jail monitor | (friend) |
| | | | |
| | | | |

38.    Have you or any close friends/family members ever applied to be employed in law enforcement or as a prison or jail or security guard? _____ Yes ___✓___ No

Please explain: _____

39.    Do you or any close friends/family members belong to any group or organization that is active in political, law enforcement, crime victim prevention, or rehabilitative matters (i.e., Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Police Benevolent Association, Crimewatch, Crime Stoppers, the 100 Club, crime victim or related groups, etc.)? _____ Yes ___✓___ No

If yes, please describe: _____

40.    Have you done any independent study/research or do you possess any specialized knowledge concerning incarceration and/or the penal system? ___✓___ Yes _____ No

If yes, please explain: _My brother-in-law was incarcerated at Diagnostic in Huntsville (1981-82)_

41.    Do you know any lawyers or judges? ___✓___ Yes _____ No

If yes, who? _Dean Brinkley_

42.    A number of the witnesses at trial will be law enforcement agents. The Judge will instruct you to consider and evaluate those persons' testimony just as you would every witness's testimony. Despite that instruction, do you feel that because of any attitude about or any experience with law enforcement officers, you would be either *more willing* or *less willing* to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer? _____ Yes ___✓___ No

43-248

If yes, please explain whether you would be *more willing* or *less willing* to believe such a witness and why: _____

_____

43.    Have you or any close friends/family members ever worked for a lawyer or in a law office? _____ Yes ____✓____ No
If yes, what was the name of the office or firm, where was it, and what were the job responsibilities?

_____

_____

_____

44.    Do you know any District Attorneys, Assistant District Attorneys, U.S. Attorneys, Assistant U.S. Attorneys, or any other types of prosecutors? _____ Yes ____✓____ No
If yes, please explain: _____

_____

45.    Do you know any private criminal defense attorneys, public defenders, legal aid lawyers, or private investigators? _____ Yes _____ No
If yes, please explain: _Don't know – I know Dean but not his type_
_of practice_____

46.    What is your opinion regarding the effectiveness of the criminal justice (court) system?
_____ It is working very well
___✓___ It is working adequately
_____ It is not working well at all
Please explain: _____

_____

47.    Have you or have any close friends/relatives been the victim of, or witness to, any kind of crime? _____ Yes ____✓____ No
If yes, please provide the following information for each incident:
        Type of crime: _____
        (1) Who was the victim or witness? _____
        (2) What was the relationship between the victim/witness and the perpetrator? ___

        _____
        (3) Was the crime reported to the police? _____
        By whom? _____
        (4) Was anyone charged? _____ Was he/she arrested? _____
        (5) What was the outcome of the prosecution? _____

        _____
        (6) Was the case handled well or poorly by law enforcement officials? _____

        _____

7

43-249

48. Have you or has any person close to you ever had to appear in any court or grand jury proceeding, as a plaintiff, defendant, victim, or witness for any reason other than what you have indicated above? _____ Yes ___✓___ No

If yes, please state when and explain why: _I appeared as a witness in a civil suit regarding a traffic accident some time between 1987-90_

49. Have you ever known anyone who was either the victim of a homicide or was closely related to the victim of a homicide? _____ Yes ___✓___ No

If yes, please explain: _____

50. Have you or anyone in your family or a close friend or associate ever been arrested, charged, or convicted of a crime and/or served any time in a jail or prison? ___✓___ Yes _____ No

If it was someone in your family, please state how you are related to this person: _____
_He was my brother-in-law (now deceased)_

51. Do you believe this person was treated fairly by the criminal justice (court) system?
___✓___ Yes _____ No

Please explain: _____

52. Have you ever called the police for any reason? ___✓___ Yes _____ No

If yes, please explain: _① Drunk woman approaching my door, trying to break in, ② Sales person going door to door after night_

53. How serious a problem do you think crime is in your neighborhood?
_____ Very serious
_____ Somewhat serious
___✓___ Not at all serious

54. Have you ever moved or considered moving because you thought crime was a problem in your neighborhood?
_____ Moved
_____ Considered moving
___✓___ No

55. Have you or anyone you know ever been shot or stabbed, accidentally or otherwise?
_____ Yes ___✓___ No

56. Have you ever witnessed actual violence? ___✓___ Yes _____ No
_fights at school (high schoolers)_

8

43-250

## JURY SERVICE AND THE LAW

57.    Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial? _____ Yes ____✓____ No
If yes, please explain: _____

_____

58.    Have you ever served on a jury? _____ Yes ____✓____ No
a.    If you have been a juror in the past, please provide the following information for each case:

| Year | Civil or Criminal | Charges or Type of Case | Verdict Reached |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice (court) system? _____ Yes _____ No
Please explain: _____

_____

59.    Are you acquainted with any other prospective juror in this case? ___✓___ Yes _____ No
If so, please indicate who: <u>Todd Jackson, Susanne Simmons</u>

60.    Have you ever served as a jury foreperson or presiding juror? _____ Yes ___✓___ No
If yes, how many times? _____

61.    Have you ever served on a grand jury?
_____ Yes ____✓____ No
If yes, please state when, where, and for how long you served on a grand jury:

_____

_____

_____

62.    This case involves allegations of murder. Is there anything about the nature of these charges that make you feel it would be difficult for you to be an impartial and fair juror?
_____ Yes ____✓____ No _____ Maybe
Please explain: _____

_____

_____

_____

63.    Have you read or heard anything about this case, these incidents, the defendant, or the victim? ____✓____ Yes _____ No _____ Maybe

9

43-251

If yes or maybe, please explain: T.V. reports at the time of the occurence – I don't remember any specifies

64. Since you arrived at the courthouse, have you heard anything about this case, other than what has been told to you by the Court and stated in this questionnaire?
_____ Yes _____✓_____ No _____ Maybe
If yes or maybe, please explain: _____

65. Do you know David Lee Jackson or any of his relatives? _____ Yes __✓__ No _____ Maybe
If yes or maybe, please explain: _____

## PRESUMPTION OF INNOCENCE

66. A defendant is presumed to be innocent of all charges made against him. The question of a potential penalty will not arise unless the government proves to the jury that the defendant is guilty beyond a reasonable doubt.
The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense until the government has proven each element of that offense beyond a reasonable doubt. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No
If yes, please explain: _____

## RIGHT TO REMAIN SILENT

67. The jury will be instructed that a defendant in a criminal case has a constitutional right to testify or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence. Would you find it difficult for any reason to obey that instruction? _____ Yes __✓__ No
If yes, please explain: _____

10

68. Will you be able to follow the Judge's instructions and find the defendant guilty or not guilty of the charges based ONLY on the evidence, without consideration of the possible punishment? _____ Yes _____ No

## DEATH PENALTY

69. Please describe your feelings about the death penalty in your own words. Additionally, how strong are they and how long have you had them? *I feel that there are times in which society would best be served by the administering of the death penalty; However not all cases that could have the death penalty should. I have felt this way for 20 or more years.*

70. Regarding the death penalty, which of the following statements <u>most accurately</u> represents the way you feel? (You may circle one statement or more than one statement):

a. I feel that my opposition to the death penalty will make it difficult for me as a juror to reach a verdict of guilty or not guilty, regardless of the facts and law in the case.

b. If a person is convicted of a capital crime and the death penalty is requested, I will always vote to impose it, regardless of the facts and the law in the case.

c. I am strongly in favor of the death penalty, and I would have a difficult time voting against it, regardless of the facts and the law in the case.

(d.) I generally favor the death penalty, but I would base a decision to impose it on the facts and the law in the case.

e. I have no opinion either for or against the death penalty, and I could base a decision to impose it based on the facts and the law in the case.

f. I am generally opposed to the death penalty, but I believe I can put aside my feelings against the death penalty and impose it if it is called for by the facts and law in the case.

g. I am strongly opposed to the death penalty, and I will have a difficult time voting to impose it, regardless of the facts and the law in the case.

h. I am personally, morally, or religiously opposed to the death penalty, and I would never vote to impose it, regardless of the facts and the law in the case.

71. Regarding the death penalty, which of the following statements <u>most accurately</u> represents the way you feel?

_____ I feel strongly that it is important that we have the death penalty as punishment.

__✓__ I feel that it is important that we have the death penalty as punishment.

_____ I have no opinion whether it is important that we have the death penalty as punishment.

_____ I feel that it is important that we not have the death penalty as punishment.

_____ I feel strongly that it is important that we not have the death penalty as punishment.

11

43-253

72. Regarding the death penalty, which of the following statements <u>most</u> <u>accurately</u> represents the way you feel?

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

73. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>first stage</u> (guilt or innocence) of the trial.

74. Please read the following two statements carefully, take time to reflect, and check if either statement applies to you.

_____ I feel that my support of the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

_____ I feel that my opposition to the death penalty will make it difficult for me to perform my duty fairly and impartially as a juror in the <u>second stage</u> (sentencing hearing) of the trial.

75. If the defendant is found guilty of a capital count, would you automatically vote for the death penalty, regardless of the facts and the mitigating evidence?

_____ Yes ___✓___ No

76. If the defendant is found guilty of a capital count, would you automatically vote for a sentence of life in prison without the possibility of release, regardless of the facts and the aggravating evidence?

_____ Yes ___✓___ No

77. If the defendant is found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

78. If the defendant is found guilty of a capital count, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, could you vote for it?

___✓___ Yes _____ No

79. Do you have any concern about the reactions of family members, friends, neighbors, or other persons to your decisions regarding the verdict or sentence if you serve as a juror in this case?

_____ Yes ___✓___ No

12

43-254

If yes, why? _____

_____

_____

80. In what kinds of cases do you believe it is appropriate to impose the punishment of life in prison without the possibility of ever being released?

*Murder that is not repeated or that is not premeditated*

81. In what kinds of cases do you believe it is appropriate to impose the death penalty?

*multiple murder – obviously premeditated*

82. Have you done any independent study regarding the death penalty? _____ Yes __✓__ No
Do you have an interest in death penalty issues? _____ Yes __✓__ No
Have you watched television or other media regarding the death penalty?
_____ Yes __✓__ No
Do you possess any specialized knowledge concerning capital punishment or the imposition of the death penalty? _____ Yes __✓__ No
If yes, to any of the above, please explain: _____

_____

_____

83. Do you have any religious, moral, or personal beliefs that would prevent you from making a fair decision on punishment in accordance with the instructions to be given by the Court?
_____ *no* _____

_____

_____

84. Do you believe that the death penalty is sought and imposed fairly?
_____ Yes _____ No __✓__ Maybe
Based on your answer above, how would your belief affect your ability to weigh the evidence in this case?
_____ *no* _____

_____

13

43-255

85.  Do you believe that the court system makes it either too difficult or too easy to impose and carry out death sentences?

_____ Yes _____ No _____ Maybe

Please explain:  Don't have an opinion

_____

_____

## MISCELLANEOUS

86.  The evidence in this case might include graphic testimony and photographs that describe and depict injuries and damage caused by violent crime.  Does the possibility of exposure to that type of evidence cause you to question whether you can sit as a fair and impartial juror?

_____ Yes ___✓___ No _____ Maybe

Please explain: _____

_____

_____

87.  It is possible in a case such as this that friends or relatives of a homicide victim might testify. Will you be able to set aside any understandable sympathies for the family and friends of any homicide victim and decide defendant's guilt or innocence simply on the facts presented to you? ___✓___ Yes _____ No _____ Maybe

Please explain: _____

_____

_____

88.  Have you ever heard of gangs that operate in prison?

___✓___ Yes _____ No

If yes, what have you heard and from whom? Just that they exist — general comments of acquaintences

89.  Would information that a person is a member of a prison gang interfere with your ability to consider the evidence in this case with an open mind?

_____ Yes ___✓___ No

## SELF DEFENSE

90.  Do you believe that a person has the right to defend himself from a threat of death or serious bodily injury? ___✓___ Yes _____ No _____ Not sure

91.  Do you believe that an inmate or prisoner has the right to defend himself against another inmate that presents a threat of death or serious bodily injury?

___✓___ Yes _____ No _____ Not sure

14

43-256

92.  Have you ever been placed in a situation where you had to defend yourself, your family, or others? _____ Yes ____✓____ No

93.  Do you know anyone who ever had to use physical force or a firearm to protect himself/herself?
_____ Yes ____✓____ No

94.  If you are selected to sit as a juror on this case, you will be required to certify that the race, color, religious beliefs, national origin, and sex of the defendant and the victim were not considerations and did not in any way affect your decision as to the guilt or innocence of the defendant. If and when there is a penalty phase, you will also be required to certify that the sentence of death, if that is your decision, would have been made by you no matter what the race, color, religious beliefs, national origin, and sex of the defendant and the victim may have been. Will you be able to fulfill your duty to adhere to these requirements?
____✓____ Yes _____ No

95.  In this case, the defendant is an African-American. The victim is an African-American. Do you have any racial prejudices of any kind, even if very slight, that would interfere in any way with your ability to decide this case solely on the basis of the evidence presented?
_____ Yes ____✓____ No
If yes, please explain: _____
_____
_____

## PREMEDITATION

96.  The jury will be instructed that a killing is "premeditated" when it is the result of planning or deliberation. The amount of time needed for premeditation depends on the person and the circumstances. It must be long enough for the killer, after forming the intent to kill, to be fully conscious of that intent. Would you require a significant time period to pass before you could consider a killing to be premeditated?
_____ Yes _____ No
If yes, please explain: __It depends on your definition of__
__significant._____
_____

## EYEWITNESS IDENTIFICATION

97.  Do you think that eyewitness identification should be required before a person can be found guilty of a crime?
_____ Yes ____✓____ No _____ Maybe
Please explain: _____
_____

15

## MENTAL HEALTH TREATMENT

98. What are your opinions regarding psychology and counseling in general?
It is worth a try when the individual has shown an attitude that he/she wants to change; without this desire it seldom works.

99. Based on the answer above, if psychological, psychiatric, or mental health evidence was presented, would that impact your ability to be a fair and impartial juror?
_____ Yes ____✓____ No
If yes, please explain: _____
_____

100. Have you, any members of your family, or close personal friends ever been under the care of a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility? ____✓____ Yes _____ No

101. Have you, any members of your family, or close personal friends ever worked as or for a psychiatrist, psychologist, therapist, counselor, or mental health professional or in a mental health facility, social services organization, church, synagogue, or religious organization?
_____ Yes ____✓____ No

102. Have you, any members of your family, or close personal friends ever worked in any drug or alcohol abuse program or medical facility or at a volunteer agency that counsels or otherwise assists those addicted to drugs or alcohol? _____ Yes ____✓____ No

103. Do you think that childhood exposure to physical violence affects a child?
____✓____ Yes _____ No _____ Maybe

## POLITICS

104. Are you registered to vote? ____✓____ Yes _____ No

105. Do you have a valid driver's license? ____✓____ Yes _____ No

106. What is your current voter registration status?
_____ Not registered to vote
_____ Democrat
_____ Republican
____✓____ Independent
_____ Other _____

107. Have you ever changed parties? If so, when and why? no, because I have never been committed to any political party

16

43-258

## CONTACT WITH PARTIES AND WITNESSES

108.   The following is a partial list of people who <u>may</u> be called as witnesses in this case. Do you, to your knowledge, have any personal, family, or business connection of any sort with any of them? If yes, please circle the name(s) with which you have a connection and explain that connection in the space following the list.

1.   Derric Wilson of the Federal Bureau of Prisons in Beaumont, TX
2.   Jason Marten of the Federal Bureau of Prisons in Oxford, WI
3.   Joel Rogalsky of the Federal Bureau of Prisons in El Reno, OK
4.   Gary Vann of the Federal Bureau of Prisons in Beaumont, TX
5.   Raymond Chopane of the Federal Bureau of Prisons in Beaumont, TX
6.   Larry Devereaux of the Federal Bureau of Prisons in Beaumont, TX
7.   Everett Gordon of the Federal Bureau of Prisons in Beaumont, TX
8.   Kelvin Tims of the Federal Bureau of Prisons in Beaumont, TX
9.   Danny Wilhite of the Federal Bureau of Prisons in Beaumont, TX
10.   David Kappaeris of the Federal Bureau of Prisons in Beaumont, TX
11.   Ricki Miller of the Federal Bureau of Prisons in Beaumont, TX
12.   Deanna Stevens of the Federal Bureau of Investigation in Beaumont, TX
13.   Richard Coleman of Coleman & Associates in Houston, TX
14.   Jerome Prince of Tucson, AZ
15.   Victor Richards of El Reno, OK
16.   Tommy Brown, the Jefferson County Coroner
17.   Rick Brawley of the Federal Bureau of Prisons in Yazoo City, MS
18.   Joe Marshal of Nederland, TX
19.   Orlando Rivera of the Federal Bureau of Prisons in Petersburg, VA
20.   Linda Johnson of the Jefferson County Regional Crime Lab
21.   Russell Haas of New York City, NY
22.   Marc Skinner of the Federal Bureau of Investigation in Beaumont, TX
23.   Robert Henderson of Canyon, TX
24.   Iris Dalley of McAllister, OK
25.   Robin Freeman of Houston, TX
26.   Lorenzo Kirk Parks of Alvarado, TX
27.   Scott Wilson of the Federal Bureau of Prisons in Beaumont, TX
28.   Nina Holland of Port Neches, TX
29.   Nick Pasao of the Federal Bureau of Prisons in Beaumont, TX
30.   Sergio Barrios of Gilmer, WV
31.   Michael Mattes of the Federal Bureau of Prisons in Beaumont, TX
32.   John Chwaliszewski of Los Angeles, CA
33.   Roy Black of Jefferson County, TX
34.   Ricardo Rodriguez of Beaumont, TX
35.   Kevin Lovett of the Jefferson County Sheriff's Office
36.   Justin Rogers of the Beaumont Police Department

17

43-259

37.    Jay Kean of the Silsbee Police Department
38.    Charles Duchamp of the Beaumont Police Department
39.    Jody Hatch of Newton County, TX
40.    Ruth Boles of the Jefferson County Sheriff's Office
41.    Annette Brooks of Collinsville, MS
42.    Patti Prince of Collinsville, MS
43.    Wendi Duarin of St. Augustine, FL
44.    Amy Laub of St. Augustine, FL
45.    Scott DeGraff of the Findlay, OH, Police Department
46.    Kevin Russell of the Findlay, OH, Police Department
47.    Jay Myers of the Findlay, OH, Police Department
48.    Casey McIlhenny of the Lauderdale County, MS, Sheriff's Office
49.    John Calhoun of the Lauderdale County, MS, Sheriff's Office
50.    Michael Cooksey of Fairfax, VA
51.    Tom Quinn of the Federal Bureau of Prisons
52.    Quinton Dukes of the Federal Bureau of Prisons
53.    Randy Casimir of the Federal Bureau of Prisons
54.    Joe Neal of the Federal Bureau of Prisons
55.    Tom Lincalis of the Federal Bureau of Prisons
56.    Matt Edinger of the Federal Bureau of Prisons
57.    Wesley Lehman of the Federal Bureau of Prisons
58.    William Newbold of the Federal Bureau of Prisons
59.    James Turvey of the Federal Bureau of Prisons
60.    Angel Garcia of the Federal Bureau of Prisons
61.    Terry Evans of the Federal Bureau of Prisons
62.    Duane Anthony of the Federal Bureau of Prisons
63.    Ed Cervantez of the Federal Bureau of Prisons
64.    Larry Weston of the Federal Bureau of Prisons
65.    Tony Murray of the Federal Bureau of Prisons
66.    Steve Rice of the Federal Bureau of Prisons
67.    Nick Istre of the Federal Bureau of Prisons
68.    Anthony Alexander of Philadelphia, PA
69.    Anthony Boyd of the Federal Bureau of Prisons
70.    Woody Bond of Jackson, MS
71.    Carolyn Romano of Jackson, MS
72.    Gregory Hershberger of Lincoln, NE
73.    Matt Lindsey of Marion, IL
74.    James Larkin of Pine Knot, KY
75.    Lonnie Griffin of Coleman, FL
76.    Shannon Agofsky of Florence, CO
77.    Thomas Wesson of Beaumont, TX
78.    William Daniels of Beaumont, TX
79.    Darrell Evans of Beaumont, TX

43-260

80. Don Lewis of Beaumont, TX
81. Gerald Miller of Allenwood, PA
82. Andres Aguiar of Pollock, LA
83. George Rivera of Marion, IL
84. Raphael Porsche of Beaumont, TX
85. Earnest Robertson of Beaumont, TX
86. Cadell Mims of Beaumont, TX
87. Allen Keith Batterman of Lewisburg, PA
88. Keith Alfred Randall of Yazoo City, MS
89. Arzell Gulley of Beaumont, TX
90. Dr. Edward Gripon of Jefferson County, TX
91. Dr. Beth Pelz of Missouri City, TX
92. Terry Pelz of Missouri City, TX
93. Dr. Dan Roberts of Roundrock, TX
94. Dr. Oney Fitzpatrick of Jefferson County, TX
95. DeeDee Halpin of Houston, TX
96. Ronald Singer of Fort Worth, TX
97. Dr. Robert C. Bux of Colorado Springs, CO
98. Dr. Kate Allen of Austin, TX
99. Larry Anderson of Detroit, MI
100. Patricia Beth Jackson of Detroit, MI
101. Brenda Boyd of Detroit, MI
102. Pamela Little of Detroit, MI
103. Joya Smith of Detroit, MI

109. Please explain how you know or have heard of any person listed in the preceding question and identify each person by name.

I don't know any of then

19

43-261

# CONCLUSION

110.  Is there any matter not covered by this questionnaire that you think the attorneys or Court might want to know about you when considering you as a juror in this case?
_____ Yes _____✓___ No _____ Maybe
Please explain: _____
_____
_____

111.  Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?
_____ Yes _____✓___ No _____ Maybe
Please explain: _____
_____
_____
_____

112.  Is there any matter you would prefer to discuss privately with the Judge?
_____ Yes _____✓___ No
If yes, please explain: _____
_____
_____

113.  Do you have any physical condition that might impair your ability to serve as a juror; are you currently taking any medication on a regular basis; or do you require the assistance of a doctor or other health professional on a regular basis? _____ Yes _____✓___ No
If yes, please explain: _____
_____
_____

114.  It is anticipated that jury selection in this case may take three weeks to complete. During the jury selection process, you will be required to come to court on one or two days (and you will be notified as to the dates in advance). If you are selected as a member of the jury, the trial may take three or more weeks. The typical trial day lasts from 9:00 a.m. to 5:30 p.m. Jury sequestration is not anticipated.
If there is any reason why you are not available for service during the period from October 2, 2006, through November 17, 2006, please state your reason in detail: _____
_____
_____
_____
_____

20

## ADDITIONAL SPACE FOR ANY ANSWERS

Please use this space to finish any of your answers.  Note the number of the question and then complete your answers.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

43-263

## SIGNATURE AND OATH

I, _Carolyn F. Wilkinson_ , declare under penalty of perjury that the foregoing
(Print Name)
answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others (other than with Court officers) or received assistance in completing the questionnaire (other than from Court officers).

_Carolyn Wilkinson_
Signature

_10/2/2006_
Date

## THANK YOU FOR HONORING YOUR CIVIC DUTY

Thank you for your attention and honesty in the completion of this questionnaire. We assure you that it will assist the Court in selecting a fair and impartial jury in an expeditious manner. Again, thank you for your time.

22

43-264