UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,               )
     *Movant,*                   )
                                 )
     v.                          )   CASE NO. 1:09CV-01039-RC
                                 )
                                 )
UNITED STATES OF AMERICA,         )
     *Respondent.*               )

---

**ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT
(PETITION FOR COLLATERAL RELIEF - REDACTED VERSION)**

**EXHIBITS  62 - 72 ( of  90 ) (Redacted Version)**