UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

## NOTICE OF APPEAL

### FILED *IN FORMA PAUPERIS*

---

Notice is hereby given that David Lee Jackson, petitioner in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order by Judge Edith Jones, dated August 23, 2010, and filed on August 27, 2010, denying petitioner any further funding during his proceedings under 28 U.S.C. § 2255.

This notice of appeal is filed *in forma pauperis*, pursuant to Federal Rule of Appellate Procedure 24(a)(3), as Mr. Jackson has been determined financially unable to obtain an adequate defense, and has been proceeding *in forma pauperis* in the district-court action.

Dated:  October 22, 2010                    RESPECTFULLY SUBMITTED,


/s/ STEVEN J. OLSON _                   /s/ JAMES C. LOHMAN _
STEVEN J. OLSON (Cal Bar #182240)       JAMES C. LOHMAN (Fl Bar #0570214)
STEVEN H. BERGMAN (Cal Bar #180542)     1806 East 39th Street
O'MELVENY & MYERS LLP                   Austin, TX 78722
400 S. Hope St.                         Attorneys for Petitioner
Los Angeles, CA 90071                   DAVID LEE JACKSON

1