IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| *Petitioner*, | § | Civil Action No. 1:09-CV-1039 |
| v. | § | JUDGE RON CLARK |
| UNITED STATES OF AMERICA, | § | |
| *Respondent*. | § | |

**ORDER**

This case comes before the Court on Petitioner David Lee Jackson's Application for *Habeas Corpus* relief from his conviction and sentence of death entered on November 13, 2006, in cause number 1:06cr00051.  His conviction and sentence were affirmed on appeal.  *See United States v. Jackson*, 549 F.3d 963 (5th Cir. 2008).  Petitioner has raised several claims for relief, including claims that he is ineligible for the death penalty under *Atkins v. Virginia* and that counsel were ineffective in failing to discover and present readily available evidence on the issue. In *Atkins v. Virginia*, 536 U.S. 304 (2002), the United States Supreme Court held that mentally retarded individuals are excluded from execution.  The court will review that issue first. Accordingly, the Court ORDERS the following:

1.    Respondent shall respond to Petitioner's request for a hearing on the issue of Petitioner's metal retardation, specifically the necessity for a hearing and its position on the merits of the issue, by January 21, 2011.

2.    Petitioner shall then have 15 days to file a reply, if any.

3.    Respondent shall file an answer to the remainder of Petitioner's Application for Writ of *Habeas Corpus* by March 22, 2011.

4.    A reply, if any, by Petitioner shall be filed within 60 days of Respondent's answer.

Once Respondent has filed a response to Petitioner's mental retardation claim,

the Court will determine if a hearing is neccessary on that issue.  Any objections

to this procedure shall be filed by December 14, 2010.

So **ORDERED** and **SIGNED** this **24** day of **November, 2010.**

_____
Ron Clark, United States District Judge