UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>*Movant,* | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR DISCLOSURE AND
PRODUCTION OF GRAND JURY TESTIMONY**

LA2:920161.1

## **[PROPOSED] ORDER**

On December 8, 2010, Petitioner DAVID LEE JACKSON, by and through undersigned counsel, moved the Court, pursuant to Fed. Rule Crim. Proc. 6(e)(3)(E)(i) and Rule 6(a) of the Rules Governing §2255 Proceedings, for an Order granting disclosure and production of certain grand jury testimony from *United States v. Jackson*, 1:06-CR-51; *United States v. Gulley,* 1:05-CR-51, and *United States v. Gulley*, No. 1:03-CR-222 and for the identification of all witnesses who testified before these grand juries.  In the alternative, Petitioner seeks an *in camera* inspection of these grand jury materials.  The Government opposed the motion.

Having considered the moving and opposing papers and arguments of counsel, the Court finds good cause exists to grant disclosure and production of the following:

(i) the names of any and all witnesses who testified at the grand jury proceedings in *United States v. Jackson*, 1:06-CR-51;

(ii) the grand jury testimony of any and all witnesses who testified at the grand jury proceedings in *United States v. Jackson,* No. 1:06-CR-51, and who testified at Mr. Jackson's trial in *United States v. Jackson*, No. 1:06-CR-51-MAC-ESH;

(iii) the names of any and all witnesses who testified at the grand jury proceedings in *United States v. Gulley*, 1:05-CR-51;

(iv) the grand jury testimony of any and all witnesses who testified at the grand jury proceedings in *United States v. Gulley,* No. 1:05-CR-51, and who testified at Mr. Jackson's trial in *United States v. Jackson*, No. 1:06-CR-51-MAC-ESH;

(v) the names of any and all witnesses who testified at the grand jury proceedings in *United States v. Gulley*, No. 1-03-CR-222; and

(vi) the grand jury testimony of any and all witnesses who testified at the grand jury proceedings in *United States v. Gulley,* No. 1:03-CR-222, and who testified at Mr. Jackson's trial in *Untied States v. Jackson*, No. 1:06-CR-51-MAC-ESH.

2

THEREFORE, the United States is ordered to produce to Petitioner the above-identified materials no later than January 31, 2011.

2