UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>*Movant,* | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) | |
| | ) | |

---

**Declaration of Christopher Craig**
**In Support of David Lee Jackson's Motions for Leave to Conduct Discovery**

---

I, CHRISTOPHER CRAIG, declare as follows:

1. I am an Associate Attorney at O'Melveny & Myers LLP ("O'Melveny"), 400 South Hope Street, Los Angeles, CA 90071. I make this declaration in support of Petitioner David Lee Jackson's Motion for Leave to Conduct Discovery from the Department of Justice. I have personal knowledge of the facts set forth herein, or have obtained that knowledge from a review of the files maintained by our office in connection with our representation of Mr. Jackson. If called to testify as a witness I would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the initial request I sent to the Department of Justice, Executive Office for United States Attorney ("EOUSA") under the Freedom of Information Act ("FOIA") on January 29, 2010. In this request I included a request for expedition, explaining that our client is on death row and is operating against a one-year statute of limitations to file his Section 2255 petition.

- 2 -

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated June 25, 2010, which I received from the EOUSA in response to the January 29, 2010 FOIA request. The letter recommended that I contact Assistant United States Attorney, Sean Vanek, if questions arose.

4. My colleague, Rose Angulo, followed-up with Sean Vanek to clarify the process for sending the payment and starting the review process. She reported back to me that we simply needed to send in a payment for the amount of $476.00 and that the Eastern District of Texas office would be instructed to begin reviewing the forty-five boxes of documents.

5. Attached hereto as Exhibit C is a true and correct copy of the letter I sent to the EOUSA, along with a payment of $476.00 to cover the cost of Texas document review. In this letter I reminded the EOUSA that our client is a death-row inmate who was facing a strict statute of limitations, and requested that the search be expedited.

6. When we had not heard anything back from the EOUSA by the middle of September, my colleague, Rose Angulo, again contacted the office to inquire about the status of our FOIA request. She informed me that over the course of two weeks, she left two voicemails for Sean Vanek, and also attempted to get in touch with the EOUSA director, Garry Stewart.

7. Attached as Exhibit D is a true and correct copy of the email sent to Gary Stewart on September 30, 2010 by my colleague, Rose Angulo, on which I was copied. The letter references a telephone call between Ms. Angulo and Mr. Stewart on September 29, 2010, in which Mr. Stewart admitted that his office had failed to process our payment, and as such, the Texas office had not yet begun its search for our records. As indicated, although Mr. Stewart agreed to have any responsive documents sent to us without requiring initial payment, counsel explained that only documents that we received by the deadline for filing Mr. Jackson's petition, would be helpful.

- 3 -

8.  Attached as Exhibit E is the response that I received via facsimile from Mr. Stewart on October 1, 2010 relaying the initial results of the document search.  The government was only able to review the first 11 out of 45 boxes.  Although many of the boxes contained responsive documents, the government claimed that they contained attorney work product and so would not release them under FOIA.

9.  Attached hereto as Exhibit F is a Motion for Grand Jury Testimony from Mr. Jackson's trial files, dated July 18, 2006.

10.  Attached hereto as Exhibit G is a Federal Bureau of Prisons Memorandum for Lieutenant Tims, from Mr. Jackson's trial files, dated Dec. 16, 1999.

11.  Attached hereto as Exhibit H is Letter from Joseph R. Batte to Gerald E. Bourque and Douglas Barlow, from Mr. Jackson's trial files, dated July 27, 2005.

12.  Attached hereto as Exhibit I is a true and correct copy of a declaration from Harold "Pop" Jones.  I received this declaration from our investigator, Joe Thornton, on July 10, 2010.

13.  Attached hereto as Exhibit J is a true and correct copy of a declaration from Mark Bezy.  I received this declaration from Mr. Bezy on September 28, 2010.

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct.  Executed this 8th day of December, 2010, in Los Angeles, California.

CHRISTOPHER CRAIG