# EXHIBIT A

# O'MELVENY & MYERS LLP

<table>
<tr><td>BEIJING</td><td rowspan="7">400 South Hope Street<br>Los Angeles, California 90071-2899<br><br>TELEPHONE (213) 430-6000<br>FACSIMILE (213) 430-6407<br>www.omm.com</td><td>SAN FRANCISCO</td></tr>
<tr><td>BRUSSELS</td><td>SHANGHAI</td></tr>
<tr><td>CENTURY CITY</td><td>SILICON VALLEY</td></tr>
<tr><td>HONG KONG</td><td>SINGAPORE</td></tr>
<tr><td>LONDON</td><td>TOKYO</td></tr>
<tr><td>NEWPORT BEACH</td><td>WASHINGTON, D.C.</td></tr>
<tr><td>NEW YORK</td><td></td></tr>
</table>

OUR FILE NUMBER
3001099-00001

January 29, 2010

WRITER'S DIRECT DIAL
(213) 430-6029

## VIA CERTIFIED MAIL

WRITER'S E-MAIL ADDRESS
christophercraig@omm.com

FOIA/Privacy Staff
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, D.C. 20530-0001

> **Re:** *Freedom of Information Act Records Request for David Lee Jackson*

To Whom It May Concern:

I am writing to request the complete records for **David Lee Jackson**, an African-American male, **DOB 03/20/1960**, and Social Security No. **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**. I am representing Mr. Jackson in his federal habeas appeal; these records may be critical to his defense. Your prompt attention would be much appreciated, as the statute of limitations for his appeal is running.

Enclosed are releases signed by Mr. Jackson. These releases give Mr. Jackson's permission for you to send any and all records relating to Mr. Jackson, including but not limited to his medical, school, juvenile, drug related, transfer, and disciplinary records as well as all records relating to any grievances filed by Mr. Jackson or on his behalf, to his attorneys. Please send these records to his attorneys, O'Melveny & Myers LLP, at:

**O'Melveny & Myers LLP**
**400 South Hope Street**
**Los Angeles, CA 90071-2899**
**Attn: Christopher Craig**

If there is a fee for reproducing and sending the records, please send the bill directly to Christopher Craig as well.

O'MELVENY & MYERS LLP

Executive Office for United States Attorneys, January 29, 2010 - Page 2

 

 

 

Please feel free to call me directly if you have any questions.  If I am not available, you may call Shani Fregia at 213.430.6650 or Brandis Anderson at 213.430.6677.  Thank you for your prompt attention to this matter.

 

 

Very truly yours,

Christopher Craig
for O'MELVENY & MYERS LLP

 

LA2:901176.1

## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION AND RECORDS

**To:**

**Date:**

I, DAVID LEE JACKSON, by this release or a copy and/or facsimile thereof, authorize and request you to release to:

James C. Lohman, Attorney at Law
Rachel Rogers, Mitigation Specialist
1806 East 39th Street
Austin, Texas, 78722
(512) 542-9947 (fax & phone)

Christopher Craig or Steven Olson
O'Melveny Myers LLP
400 South Hope Street
Los Angeles, CA   90071
(213) 430-6000  (phone)
(213) 430-6407  (fax)

or their designated agent, any and all information and/or records relating to me and/or my deceased family members, including (but not limited to) birth, death and marriage, law enforcement, jail and prison (including classification and custody, psychological/medical, disciplinary, parole and probation, counseling, correspondence, etc.), academic, adoption, social service, juvenile, employment including Social Security Administration, judicial, psychological, psychiatric, medical, including nurse notes, physician notes, progress reports, ward notes, films, reports, charts, HIV status and information, invoices for services, discharge summaries and emergency room records, raw data, test scores and notes, drug treatment, drug and alcohol rehabilitation programs, employment, child custody and marriage records, files prepared in connection with prior civil or criminal litigation, as well as any other records whatsoever, including those normally deemed confidential.  I specifically request that you release all records in your possession.  You are specifically authorized to photocopy and certify these records and to release copies to the above mentioned investigators and attorney.

In consideration of this disclosure of otherwise confidential information, I hereby release you (in your individual and/or institutional capacity) from any and all liability arising from such disclosure to these designated parties.

These records and this information will be used as background social history information in pending court proceedings.  It will not be re-disclosed.   I understand that at any time, I have the right to revoke this authorization in writing.  I have received a copy of this signed authorization for my records.  I have been informed that the disclosure of this information will not result in the direct or indirect remuneration of any health care provider.  This authorization expires on <u>December 31, 2010</u>.

Signed: *David Jackson*

Date of Birth: 3-20-60

Social Security No. 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

# HIPAA COMPLIANT AUTHORIZATION FOR RELEASE
## OF HEALTH INFORMATION

I, __DAVID LEE JACKSON__, by this release or a photocopy or facsimile transmission thereof, authorize and request all covered health care providers to release to  at the law firm of **O'Melveny & Myers, LLP** or **James C. Lohman, Esq.,** any and all information and/or records in your possession or to which you have access, of any form or medium, including but not limited to reports, forms, files, radiographs, EEG/EKG printouts, MRI/PET/SPECT or any other images or printouts, computer files and printouts, notes, memoranda, discharge summaries, medication records, nurses notes, physicians' orders, referrals, surgical and operating room records, emergency room records, correspondence and all other documents relating in any way to my psychiatric, psychological, and medical history and/or treatment, including those relating to communicable diseases, HIV/AIDS status and substance abuse and dependence, by you and any other entity.

I expressly authorize and request you to disclose and discuss with **O'Melveny & Myers, LLP** or **James C. Lohman, Esq.,** or their representative any information including, but not limited to, otherwise confidential information received from, provided to and/or exchanged with any and all past or present doctors, mental health professionals, experts, lawyers, law enforcement officers, witnesses, prosecutors, judges, probation officers, correctional officers, counselors or any other individuals.

This authorization is for the purpose of use in habeas and clemency proceedings and will expire upon the completion of those proceedings. However, I know that I can revoke this authorization by writing to the **O'Melveny & Myers, LLP** or **James C. Lohman, Esq.,** or any representative thereof my desire to revoke it. I understand that I have a right to a copy of this authorization. I understand that the **O'Melveny & Myers, LLP** or **James C. Lohman, Esq.,** or a representative thereof may re-disclose the information to individuals or organizations not subject to HIPAA. I hereby release you (in your individual and professional capacity) from any and all liability arising from the disclosure of otherwise confidential information.

You are specifically authorized to photocopy records and to release and/or send copies to **O'Melveny & Myers, LLP** or **James C. Lohman, Esq.,** or their representative.

Signature: _David Jackson_          Date of birth: _3-20-60_

Witness: _Brad C._          Date: _11/3/09_


**Send Records and Invoice to:**          **Christopher Craig or**
**Steven Olson**
**O'Melveny & Myers LLP**
**400 South Hope Street**
**Los Angeles, CA 90071**
**Phone: (213) 430-6000**
**Fax: (213) 430-6407**