# EXHIBIT B



**United States Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 252-6020*
*FAX (202) 252-6047*

Request Number: 10-1669

**25 JUN 2010**

Requester: Christopher Craig

Dear Mr. Craig:

We are currently searching for documents responsive to your FOIA/PA request, and we have reached the two hours of search time provided to you at no charge. Department of Justice Regulations, specifically 28 CFR 16.11(i), provide that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. We estimate that an additional seventeen hours will be required to complete the search for the records you requested. Our normal fee for search time is $28 per hour, thus resulting in a fee for search time of $476. In addition, the Eastern District of Texas has informed us that they have forty-five boxes of documents that are potentially responsive to your request. Normally a box contains between 2000 and 4000 pages of records. We do not know at this time, prior to a complete search, how many responsive pages would be found. Although not all of these pages are likely to be released to you, you should note that we charge $0.10 per page for duplication of documents that are released to you after the first 100 pages, which are free.

Accordingly, an advance payment of $476 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

**Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Sean J. Vanek at 202-252-6027.

Sincerely,

*FOR*

William G. Stewart II
Assistant Director

Note: You may appeal this response by writing to the Office of Information Policy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001. Your letter must be received by that office within 60 days of the date of this letter.

## THIS IS NOT A BILL.  DO NOT SEND MONEY!

Requester: Christopher Craig          Request Number: 10-1669

## CHOOSE ONE

____Please do not search any longer.  **I understand that I am entitled to the first 100 pages free.** If you have found releasable documents, send me the free documents and close my case.

____Please do not search any longer.  I wish to withdraw my request.

____I agree to pay the search fee indicated above.  **I understand that this payment is required even if no documents are located or released to me.**  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

____I wish to reformulate my request in an attempt to reduce search fees.  Please limit my request to the following documents, and notify me of any revised search fee amount: $ _____

_____

_____

_____

_____

(Please note that a search for specific records may require more search time and fees).

____I agree to pay up to the following amount for search time._____

**I understand that this payment is required even if no documents are located or released to me.**  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____                    _____
Name                                                                          Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington D.C., 20530