# EXHIBIT C

# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

NEWPORT BEACH

NEW YORK

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

August 27, 2010

**URGENT**

EOUSA
FOIA/PA
c/o Mr. William G. Stewart II
600 E. Street, N.W., Room 7300
Washington D.C., 20530

OUR FILE NUMBER
3001099-00001

WRITER'S DIRECT DIAL
(213) 430-6029

WRITER'S E-MAIL ADDRESS
christophercraig@omm.com

Re:     *FOIA Request No.: 10-1669*

Dear Mr. Stewart:

I received your letter dated June 25, 2010, responding to our FOIA/PA Request (#: 10-1669). In that letter you noted that there are forty-five boxes of documents in the Eastern District of Texas that are potentially responsive to our request and that it would likely take an additional seventeen hours to complete the records search. After speaking with Attorney Advisor Sean J. Vanek from your office, we would like to proceed with the search. As such, we have included an advance payment of $476.00 payable to the Treasure of the United States, as you instructed.

As we stated in our original request, our client, Mr. David Lee Jackson (Register #: 13567-039), is a federal death-row inmate, currently facing a one year statute of limitations which expires on October 4, 2010. We ask that you kindly expedite this search pursuant to 5 U.S.C. § 552(a)(6)(E). Please do not hesitate to contact me at the number included above should you need any additional information.

Sincerely,

Christopher Craig

LA2:914166.1