# EXHIBIT D

| | |
|---|---|
| **From:** | Angulo, Rose |
| **Sent:** | Thursday, September 30, 2010 5:21 PM |
| **To:** | garry.stewart@usdoj.gov |
| **Cc:** | Craig, Christopher; Bergman, Steven |
| **Subject:** | URGENT - FOIA Request No. 10-1669 |
| **Attachments:** | INFO REQUEST LETTER - DOJ - Executive Office for United States Attorneys_v1.DOC; Letter and Payment to EOUSA_v1.DOC; Response of Executive US Attorneys' to FOIA_v1.PDF |

Dear Mr. Stewart,

Thank you for speaking with me yesterday regarding FOIA Request No. 10-1669. As I mentioned during our phone conversation, and as stated in all prior correspondence with your office, the subject of this FOIA request, Mr. David Lee Jackson, is a federal death row inmate. His habeas petitions is subject to an extremely strict statute of limitations which expires on October 4, 2010. In anticipation of this deadline, we sent our initial FOIA request to your office on January 29, 2010 and asked for expedition of processing given the nature of the case. Your office replied on June 25, 2010 and informed us that forty-five boxes of potentially responsive documents had been found at the United States Attorneys' Office in the Eastern District of Texas and that an advance payment of $476 was required to cover the cost of search time. You instructed us to contact Sean J. Vanek with any questions. After speaking with Mr. Vanek a number of times, we sent to your office a payment for the full amount on August 27, 2010.

You informed me yesterday that your office had not yet sent this payment to the Eastern District of Texas and that, therefore, no progress had been made on our FOIA request. This is troublesome, to say the least, as we need those documents to ascertain what claims Mr. Jackson must raise in his habeas petition. Given the great delay that has occured, you agreed to instruct the Eastern District of Texas to immediately send to my office documents that are responsive to the FOIA request <u>without requiring advance payment</u>. We cannot afford to lose more time. We are willing to reimburse you for the cost of any responsive documents that arrive to us by October 4, 2010. Please send the bill for any such documents to my colleague, Christopher Craig, at the address below and we will promptly send a payment.

I am including all previous correspondence in my possession for your reference. Please let me know if there is any other information that you need. Many thanks for your time and attention to this matter.

Sincerely,

Rose Angulo, Esq.


O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
phone: (213) 430-6065
fax: (213) 430-6407
rangulo@omm.com


This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.