# EXHIBIT E



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-0478*

# FAX TRANSMISSION

To: _Christopher Craig_              Date: _10/1/10_

Fax #: _213-430-6902_                Pages: _2_
                                     (Including Coversheet)

From: _John Kornmeier_

Subject: _FOI Request____-3458 on David L. Jackson_

COMMENTS:

_____Preliminary Response_____

_____

_____

_____

_____

_____

_____

_____

_____

*************************************************************************************

Note:  If you did not receive the total number of pages indicated, please call the sender.
       Please use this coversheet when transmitting multiple pages or directing documents to
       individuals not identified in the contents.
*************************************************************************************

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020    FAX: 252-6047   (www.usdoj.gov/usao)*

---

Requester:  Christopher Craig                    Request Number:  10-3458
Subject of Request:    David L. Jackson (specific records)/TXE

October 1, 2010

Dear Mr. Craig:

Because we understand that you have a filing deadline of October 4, 2010 we wanted to give you a preliminary response on what we've found so far. Addressing your request items in numerical order we have determined the following:

1. No responsive records; however for your information see USAM 9-10.000 et seq.

2.  Responsive records found which are privileged attorney work product

3. Responsive records found which are privileged attorney work product

4. Responsive records found which are privileged attorney work product

5. USA v. Michael Bacote, et al. 07-CR-00142(1)

6. Responsive records found which are privileged attorney work product

7. Responsive records found which are privileged attorney work product and attorney-client communication

8. This will require a much longer search time. For your information we did send a copy of your request to the FBI for direct response to you. It may be that our search would be redundant to the FBI search. Please let us know if you would like us to continue our search for FBI's involvement. If you decide it is unnecessary, we will refund the balance of your search fee not used.

9. No responsive records

10. No responsive records

11. No responsive records

If you have any questions, please feel free to call John Kornmeier at the number above.

Sincerely,

William G. Stewart II
Assistant Director

No. 021A - no fee - 3/10