# EXHIBIT G



*U.S. Department of Justice*

*Federal Bureau of Prisons*

_____

**United States Penitentiary**                                    *Beaumont, Texas 77720*

12-16-99


MEMORANDUM FOR LIEUTENANT TIMS

FROM:              R. Chopane
                   R. CHOPANE, SENIOR OFFICER


SUBJECT:           ASSAULT, INMATE BROWN #05803-055


On 12-16-99 at about 6:02 p.m. inmate Daryl Brown # 05803-053 was on the yard getting into a verbal argument with two unidentified inmates in front of unit three. Inmate Brown was backing up taking off his coat. He then started running into unit 3B1 with the same two unidentified inmates chasing him with weapons in their hands. At that time the units sliding door closed with the the three inmates inside the unit. The sliding door was opened for responding staff. I proceeded into the unit and begun securing the inmates in their cell.