# EXHIBIT H

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Texas*

---

*350 Magnolia Ave., Suite 150*          *409/839-2538*
*Beaumont, Texas 77701-2237*        *Fax 409/839-2550*
                                                      *409/839-2557*

July 27, 2005

Mr. Gerald E. Bourque
Attorney at Law
6630 Cypresswood Dr.
Spring, TX 77379

Mr. Douglas Barlow
Attorney at Law
485 Milam
Beaumont, Texas 77702

RE: *USA v. Arzell Gulley and David Lee Jackson*, No. 1:05-CR-51

Dear Gentlemen,

Enclosed please find copies of the following;

**1. Search Warrants for blood samples for both defendants.**
Search warrants were executed and blood samples from both defendants were obtained and forwarded to the FBI lab for comparison to determine if either defendants DNA was present on the two weapons believed to be involved in the homicide. The results of that testing (previously provided in the initial discovery, but attached herein) fail to show the presence of DNA contributed by either of the defendants.

**2. FBI 302 Reports of Interviews of Larry Deveraux, Gary Vanin, Kelvin Tims and Raymond Chopane.**

FBI Special Agent Ben Myers interviewed some of the BOP witnesses after the incident. Since some of his accounts of those contain inconsistent statements when compared to the written statements provided to BOP investigators, I am forwarding them to you.

**3. FBI 302 Report of Interviews of Defendants.**

If you have any questions about this matter, the discovery provided, or any other concerns about this case, please do not hesitate to contact me.

Sincerely,

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

JOSEPH R. BATTE
Assistant U.S. Attorney