# EXHIBIT I

## Declaration of Harold Jones

I, HAROLD JONES, declare as follows:

1.     I am presently incarcerated at United States Penitentiary (USP), Terre Haute, Indiana.

2.     I was incarcerated at USP Beaumont in December of 1999 when Darryl Brown got killed.   I don't remember the exact date, but a month or two after that happened, there was another incident involving some guys from New York and Detroit, and the guards rounded up everybody from New York and Detroit and put us in lock-up.  They rounded me up, too, on account of my being from Detroit, even though I was an older guy who kept to myself and tried to stay out of trouble.

3.     They brought me to a cell in the Special Housing Unit (SHU).  There were already four or five guys in a two-man cell.  David Jackson was in there and Darrell Evans and a couple of other guys.  I asked the guards, "What are you putting me in there for?  I don't want to go in there.  There's too many people in there already."  But they went ahead and put me in.

4.     David Jackson did not say one word about my coming in the cell.

5.     A prisoner named Cedric Wormley was in the next cell and he had an empty bunk, so I tried to get the guards' attention to see if they would move me

next door. I hollered and banged on the bars until someone came, and they moved me next door into Wormley's cell later that night. I stayed in Wormley's cell for another day or so and then they put me back out in general population.

6.    I was informed yesterday by an investigator working on David Jackson's case that somebody said that Jackson protested my coming in his cell in the SHU or that he made some sort of threat about it. This is completely untrue. In fact, this is the first time I have ever heard about this allegation. No one ever asked me about it or told me about it until yesterday.

7.    They call me "Pop" Jones because I am an old man. I did not know David Jackson well, but I knew him enough to know that he not only did not threaten me in the SHU that evening, he never did threaten me and never would threaten me. He was always respectful and nice to me in whatever little dealings we had with each other.

8.    For someone to say that David Jackson threatened me is an outright lie and totally ridiculous.

9.    If David Jackson's lawyers or an investigator had come to ask me about this alleged incident in the SHU back in 2005 or 2006, before he went on trial, I would have told them that no such thing happened and that it is some sort of fabrication. I would have been available to testify that no such incident ever occurred had I been asked to testify or been subpoenaed.

2

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this **10** day of July, 2010, in Terre Haute, Indiana.

*Harold Jones*

Harold  Jones