UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | No. 1:09-CV-1039 |
| | § | Judge Ron Clark |
| UNITED STATES OF AMERICA | § | |

## GOVERNMENT'S MOTION FOR LIMITED UNSEALING OF PETITION FOR COLLATERAL RELIEF

The United States Government files this Motion for Limited Unsealing of Petition for Collateral Relief, urging the Court to grant the motion and would show the Court the following:

### I.

David Lee Jackson (Jackson) filed his petition for collateral relief and 90 exhibits in this cause of action under seal.  The Court has issued a show cause order requiring the United States to respond to the motion. The United States government's first response is due January 21, 2011.

### II.

As the Court is aware, many of the allegations contained in the petition involve allegations of ineffective assistance of counsel. To facilitate a timely and effective response, the United States needs to disclose the contents of the petition and exhibits to Jackson's original trial and appellate counsel, Douglas Barlow and Robert Morrow.

**Motion for Limited Unsealing of Petition for Collateral Relief, Page 1**

For the reasons stated above, the United States of America respectfully requests

the Court grant this motion.

Respectfully submitted,
JOHN M. BALES
UNITED STATES ATTORNEY

/S/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY
350 Magnolia Ave., Suite 150
Beaumont, TX  77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 11576300
(kerry.klintworth@usdoj.gov)


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered
by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and
Steven J. Olson, on January 12, 2011.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY


CERTIFICATE OF CONFERENCE

Counsel has conferred with opposing counsel, Steven H. Bergman, in a good faith
attempt to resolve this matter without court intervention. Counsel for the petitioner is not
opposes to providing Mr. Jackson's trial and appellate counsel with copies of the § 2255
petition and exhibits.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY


**Motion for Limited Unsealing of Petition for Collateral Relief, Page 2**