UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON                §
                                 §
v.                               §        No. 1:09-CV-1039
                                 §        Judge Ron Clark
UNITED STATES OF AMERICA          §

## ORDER

The United States Government's Motion for Limited Unsealing of Petition for Collateral Relief is Granted.  The Government may disclose the petition for collateral relief and exhibits in this cause of action to attorneys Douglas Barlow and Robert Morrow.