IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## **ORDER**

On November 24, 2010, the court entered an Order which set certain deadlines for briefing related to Petitioner David Lee Jackson's Petition for Collateral Relief [Doc. # 54].  The court now MODIFIES that Order as follows:

1. The deadline for the Government to respond to Mr. Jackson's request for a hearing on mental retardation, specifically the necessity for a hearing and its petition on the merits of this issue, remains January 21, 2011.

2. The remaining deadlines set out in the court's November 24 Order are STAYED at this time.

3. Mr. Jackson's counsel shall file a detailed budget which  sets out their best estimate of the cost of all services—counsel, expert, investigative, and other—they believe will be needed for the remainder of the case **within ten (10) calender days after the Government files its response.** This should include planned expenditures if the court holds an *Atkins* hearing, and should take into consideration that competent *pro bono* counsel are assisting Mr. Lohman, and that the extensive work already performed preparing the petition should not be duplicated.  Requested expenditures for issues other than mental retardation should be stated separately.

1

4.    Counsel should note that requesting services in this budget does not mean that the request will be granted.  Counsel are also cautioned that fees and expenses incurred before the budget is submitted and reviewed will likely not be approved.

So **ORDERED** and **SIGNED** this **12** day of **January, 2011.**

_____
Ron Clark, United States District Judge