UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | No. 1:09-CV-1039 |
| | § | Judge Ron Clark |
| UNITED STATES OF AMERICA | § | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIM 2 OF PETITION FOR COLLATERAL RELIEF

The United States Government files this Motion for Extension of Time to Respond to Claim 2 of the Petition for Collateral Relief, urging the Court to grant the motion and would show the Court the following:

I.

David Lee Jackson (Jackson) filed his petition for collateral relief and 90 exhibits in this cause of action under seal.  The Court has issued a show cause order requiring the United States to respond to the motion. The United States government's response to Petitioner's request for a hearing on the issue of Petitioner's mental retardation and the necessity for a hearing (Claim 2) is due January 21, 2011. (Doc. 54)[1]

II.

The United States filed a motion for a limited unsealing of the petition in order to disclose the content and exhibits to Jackson's original trial and appellate counsel, Douglas

---

[1] The Court subsequently issued an Order (Doc. 60) staying the remaining deadlines from this order.

**Motion for Extension of Time to Respond, Page 1**

Barlow and Robert Morrow. (Doc. 59)  This motion is still pending before the Court.

### III.

On today's date, the undersigned spoke with Douglas Barlow and was advised that neither his case files from Jackson's criminal conviction[2], nor those of co-counsel Robert Morrow, have been returned to them from Petitioner's attorneys.  Attorney Barlow advised that they would need to review both the petition for collateral relief and their original case files before they would be able to complete an accurate affidavit for submission to the Court as part of the Government's response.

### IV.

Jackson's Claim 2 details information that is available only to counsel for Jackson and not the government.  As such, to properly respond to the allegations, the United States needs to be able to confer with Attorneys Barlow and Morrow, after they have had an opportunity to review all of their original records pertaining to their representation of Jackson, and to possibly provide some of those records to the government for submission to this Court.

In order to facilitate an accurate response, the United States requests that this Court order counsel for petitioner to return Attorneys Barlow's and Morrow's case files to them and to grant an extension of time for the government to respond to Claim 2 of the petition 30 days after Attorneys Barlow and Morrow are in receipt of their case files.

---

[2]  United States of America v. David Lee Jackson, 1:06-CR-51.

**Motion for Extension of Time to Respond, Page 2**

For the reasons stated above, the United States of America respectfully requests the Court grant this motion.

Respectfully submitted,
JOHN M. BALES
UNITED STATES ATTORNEY

/S/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY
350 Magnolia Ave., Suite 150
Beaumont, TX  77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 11576300
(kerry.klintworth@usdoj.gov)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and Steven J. Olson, on January 19, 2011.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF CONFERENCE

Counsel has not conferred with opposing counsel, and presumes counsel for the petitioner is opposed to this motion and order.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY