UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON         §

§

v.                     §         No. 1:09-CV-1039

§         Judge Ron Clark

UNITED STATES OF AMERICA   §

## ORDER

The United States Government's Motion for Extension of Time to file a response to Claim 2 (mental retardation) of the 28 U.S.C. § 2255 petition is Granted.

Petitioner shall return the original attorney case files from United States of America v. David Lee Jackson to attorneys Douglas Barlow and Robert Morrow.

The Government shall file their response to Claim 2 no later than 30 days after trial attorneys Douglas Barlow and Robert Morrow are in receipt of their original case files.