# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: Beaumont      §   DATE:   1/20/11

§

JUDGE: RON CLARK      §   REPORTER: CHRIS BICKHAM

§

David Lee Jackson      §   CIVIL NO.:    1:09CV1039

*PLAINTIFF*      §

§

U.S.A.      §

*DEFENDANT*      §   C/R DEPUTY: VJ Wisenbaker

Attorneys for Plaintiff: James Lohman*, Steven Olson*, Steven Bergman*, Doug Barlow

Attorneys for Defendant:   Kerry Klintworth                (* via telephone)

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   2:05 pm Court opened and case called. Court questioned attorneys about delays in case. Factual affidavit from Doug Barlow discussed. 2:35 pm Mr. Barlow excused. Court took up Atkins issues. Attorneys directed to hold up on all issues other than Atkins issues until the determination of mental retardation. Two weeks from today, AUSA to advise Court of decision on requesting examination and hearing on retardation. 2:55 pm Ms. Klintworth excused. Conversation with attorneys - off record and ex parte. 3:10 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ VJ Wisenbaker
Deputy Clerk

TOTAL TIME:   1   hrs.   5   mins.           ❑ See Addt'l. Proceedings