UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | No. 1:09-CV-1039 |
| | § | Judge Ron Clark |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S MOTION FOR SECOND EXTENSION OF TIME TO
RESPOND TO CLAIM 2 OF PETITION FOR COLLATERAL RELIEF**

The United States Government files this Second Motion for Extension of Time to

Respond to Claim 2 of the Petition for Collateral Relief, urging the Court to grant the

motion and would show the Court the following:

I.

On January 19, 2011, the United States Government filed a motion for extension

of time to respond to Claim 2 of David Lee Jackson's (Jackson) petition for collateral

relief.  (Doc. 61).  The response to that claim was originally due January 21, 2011.

II.

On January 20, 2011, the Court granted a limited unsealing of the petition so that

trial counsel would have access to the contents of the petition. (Motion - Doc. 59, Order -

Doc. 62).

On that same day, the Court conducted a status conference regarding the United

States Government's motion for extension of time.  At that hearing trial counsel Doug

Barlow advised the Court that his original file had not been returned to him and that he

**Second Motion for Extension of Time to Respond, Page 1**

was having problems accessing the documents from the disc copy he was provided by counsel for Jackson.

It was agreed that counsel for Jackson would assist Mr. Barlow in accessing his complete file so that Mr. Barlow could provide a factual affidavit as directed by the Court during the status conference.

The Court instructed the United States Government to advise the Court by February 3, 2011 of its decision on requesting an examination of Jackson and the need for a hearing on the issue of mental retardation. (Doc 63-1 - status conference minute entry).

## III.

On January 31, 2011, the undersigned counsel spoke to Mr. Barlow who stated that he has had no contact with counsel for Jackson since being excused from the status conference.  Mr. Barlow advised that he would need a reasonable amount of time to review his files, once received, so that he could prepare an accurate affidavit.  As such, he could not provide the requested affidavit by the February 3, 2011 deadline.

## IV.

As set out in the United States Government's original motion for extension of time, Jackson's Claim 2 details information that is available only to counsel for Jackson and not the government.  As such, to properly make a determination as to the need for Jackson to be examined by a government expert, and the need for a hearing on the issue of mental retardation, at a minimum, the United States needs to be able to review trial counsel's

**Second Motion for Extension of Time to Respond, Page 2**

affidavit relating to Claim 2.   Further, trial counsel must have an opportunity to fully review the case file records, pertaining to their representation of Jackson, before an accurate affidavit can be prepared.

For the reasons stated above, the United States of America respectfully requests the Court grant this second motion for extension to time.

Respectfully submitted,
JOHN M. BALES
UNITED STATES ATTORNEY

/S/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY
350 Magnolia Ave., Suite 150
Beaumont, TX  77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 11576300
(kerry.klintworth@usdoj.gov)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and Steven J. Olson, on February 1, 2011.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY

<u>CERTIFICATE OF CONFERENCE</u>

Counsel has not conferred with opposing counsel, and presumes counsel for the petitioner is opposed to this motion and order.

<u>/s/ Kerry M. Klintworth</u>
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY