UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON                      §
                                       §
v.                                     §          No. 1:09-CV-1039
                                       §          Judge Ron Clark
UNITED STATES OF AMERICA               §

## ORDER

The United States Government's Second Motion for Extension of Time to file a

response to Claim 2 (mental retardation) of the 28 U.S.C. § 2255 petition is Granted.

Petitioner shall provide to attorneys Douglas Barlow and Robert Morrow

accessible copies of  the case files from United States of America v. David Lee Jackson

by _____, 2011.

The Government shall advise the Court of their decision on requesting an

examination of petitioner and the need for a hearing no later than _____ days after trial

attorneys Douglas Barlow and Robert Morrow are in receipt of their accessible case files.