UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Declaration of Steven H. Bergman In Support of
Petitioner David Lee Jackson's Opposition
to the Government's Second Motion for Extension of Time
to Respond to Claim 2 of the Petition for Collateral Relief**

---

## DECLARATION OF STEVEN H. BERGMAN

I, Steven H. Bergman, declare the following:

1. I am an attorney admitted to practice law before this Court. I am counsel with the law firm of O'Melveny & Myers LLP, counsel of record for Petitioner David Lee Jackson in the above-captioned case. I make this declaration in support of Petitioner David Lee Jackson's Opposition to the Government's Second Motion for Extension of Time to Respond to Claim 2 of the Petition for Collateral Relief. I have personal knowledge of the facts set forth herein or have obtained true and correct copies of documents maintained in the files of O'Melveny & Myers LLP. If called upon, I could and would competently testify thereto.

LA2:923262.1

1

2.     Attached hereto as Exhibit 1 is a true and correct copy of a March 9, 2010 letter from Brandis Anderson, an associate at O'Melveny & Myers LLP, to Douglas Barlow, one of Mr. Jackson's trial counsel.  The enclosure to this letter consisted of a CD containing scanned images of the files that Mr. Barlow and Rob Morrow, Mr. Jackson's other trial counsel, had provided to O'Melveny & Myers LLP.  A similar CD was sent to Mr. Morrow at or about the same date.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a June 10, 2010 letter from Ms. Anderson to Mr. Barlow.  The enclosure that accompanied this letter contained scanned images of an additional file that Mr. Barlow had provided to O'Melveny & Myers LLP.

4.     In addition to the CDs containing scanned images of the complete trial counsel files, Ms. Anderson had also provided Mr. Barlow an index that listed the contents of the CDs.

5.     In accordance with the Court's request at the January 20, 2011 hearing, I spoke with Mr. Barlow regarding the trial counsel files.  I explained that because the files belonged to Mr. Jackson, the client, that we could not provide a hard copy of the entire file, and that we provided the CDs so that he and Mr. Morrow could access the information that was in the trial counsel files.  I also offered Mr. Barlow my assistance if had any questions on accessing the materials contained on the CDs and sent him another copy of the index to the CD.  Finally, I offered to provide Mr. Barlow with hard copies of any specific documents or files if he could not access them on the CD.

6.      During our conversation Mr. Barlow stated that he had not tried to use the CDs to access any of the files since the hearing because the Court has not yet ordered him to prepare an affidavit or respond to any discovery request from the Government.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed this 1st day of February in Draper, Utah.

_____
Steven H. Bergman

LA2:923262.1                                        3

# EXHIBIT 1

# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

NEWPORT BEACH

NEW YORK

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

March 9, 2010

OUR FILE NUMBER
3001099-00001

**VIA FEDERAL EXPRESS**

WRITER'S DIRECT DIAL
(213) 430-6677

Doug Barlow
Douglas M. Barlow Law Office
485 Milam Street
Beaumont, TX 77701-3518

WRITER'S E-MAIL ADDRESS
branderson@omm.com

Re:    *David Lee Jackson Files*

Dear Mr. Barlow:

Thank you for speaking with me yesterday regarding David Lee Jackson's case. Per your request, enclosed please find an electronic copy of all the files you have provided thus far for the David Lee Jackson matter.

Pursuant to our recent conversations, I would appreciate if you could send me the original copy of the remaining files for David Lee Jackson, as well as a copy of the video from your campaign for criminal judge in 2006. We will immediately copy these files and send you an electronic copy for your records. The files can be sent directly to me at: Brandis Anderson, O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071. I am enclosing a pre-paid FedEx bill so that you do not have to bear any costs for the shipment of these items.

Please let me know if you any questions or concerns. Thank you for your prompt attention to this matter.

Sincerely,

Brandis Anderson
for O'MELVENY & MYERS LLP

Enclosure

LA2:903756.1

Page 1 of 1

**FedEx**    Ship  ▾ | Track  ▾ | Manage  ▾    Learn  ▾    ⋆ FedEx Office®  ▾          Search fedex.com    Submit

## Detailed Results

☐ Printer-Friendly    ⊚ Get Link    ? Help ▾

Enter tracking number    [Track]

| Detailed Results | Notifications |
|---|---|

Tracking no.: 791522360304          Select time format: **12H** | 24H          ✉ E-mail notifications

## Delivered

Delivered

**Delivered**
Signed for by:  S.STEPHENS

| Shipment Dates | Destination |
|---|---|
| Ship date ⏱  Mar 9, 2010 | BEAUMONT, TX |
| Delivery date ⏱  Mar 10, 2010 1:05 PM | Signature Proof of Delivery ⏱ |

### Shipment Options                    ? **Help**

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts                    ? **Help**

| Service type | Standard Overnight | Reference | 3001099.00001-ANDERSON |
|---|---|---|---|

### Shipment Travel History                    ? **Help**

Select time zone:  Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Mar 10, 2010 1:05 PM | **Delivered** | BEAUMONT, TX | |



FedEx Desktop: Tracking at your fingertips.
Learn more ▸

Sign up for FedEx® Billing Online Plus to save paper, save time and enter for a chance to win
Learn more ▸

**FedEx.**          Search fedex.com    Submit

⚏ United States - English

| Customer Focus | Featured Services | Companies | Follow FedEx |
|---|---|---|---|
| New Customer Center | FedEx SameDay | FedEx Express | |
| Small Business Center | FedEx Home Delivery | FedEx Ground | |
| Service Guide | Packaging Services | FedEx Office | |
| Customer Support | Ancillary Clearance Services | FedEx Freight | |
| My FedEx Rewards | | FedEx National LTL | |
| | **Other Resources** | FedEx Custom Critical | |
| **Company Information** | Compatible Solutions Program | FedEx Trade Networks | |
| About FedEx | Developer Resource Center | FedEx SupplyChain | |
| Careers | FedEx Ship Manager Software | | |
| Investor Relations | FedEx Mobile | | |

The new fedex.com. It's here.    Learn more ▸

© FedEx 1995-2011          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

# EXHIBIT 2



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90071-2899 | SHANGHAI |
| CENTURY CITY | | SILICON VALLEY |
| HONG KONG | TELEPHONE (213) 430-6000 | SINGAPORE |
| LONDON | FACSIMILE (213) 430-6407 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

June 10, 2010

OUR FILE NUMBER
3001099-00001

**VIA FEDERAL EXPRESS**

WRITER'S DIRECT DIAL
(213) 430-6677

Doug Barlow
Douglas M. Barlow Law Office
485 Milam Street
Beaumont, TX 77701-3518

WRITER'S E-MAIL ADDRESS
branderson@omm.com

Re:    ***David Lee Jackson Files***

Dear Mr. Barlow:

Thank you for sending the original copy of the remaining files for David Lee Jackson. Per your request, I have copied all the documents I received from you on Monday, June 7, 2010 and uploaded them onto the enclosed disc. It is my understanding that you have now sent us the original copy of all the files of Mr. Jackson that are in your possession. However, please let me know if you have retained any additional files.

Pursuant to our recent conversations, I would appreciate if you could send me a copy of the television advertising from your campaign for criminal judge in 2006. The files can be sent directly to me at: Brandis Anderson, O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

Please let me know if you any questions or concerns. Thank you for your assistance and your prompt attention to this matter.

Sincerely,

Brandis Anderson
for O'MELVENY & MYERS LLP

Enclosure

LA2:909580.1

Support    Locations    English

**FedEx**

Ship    Track    Manage    Learn    ✱ FedEx Office®

Search fedex.com    Submit

## Detailed Results

🖨 Printer-Friendly    ⚙ Get Link    ⓘ    Help ▼

Enter tracking number    **Track**

| Detailed Results | Notifications |
| --- | --- |

Tracking no.: 798748059883    Select time format: **12H** | 24H    ✉ E-mail notifications

Delivered

**Delivered**
Signed for by: S.STEPHEN

Shipment Dates

Ship date ⓘ  Jun 10, 2010
Delivery date ⓘ  Jun 11, 2010 1:54 PM

Destination

BEAUMONT, TX
Signature Proof of Delivery ⓘ

### Shipment Options    ⓘ **Help**

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts    ⓘ **Help**

| Service type | Standard Overnight | Reference | 3001099.00001-ANDERSON |
| --- | --- | --- | --- |

### Shipment Travel History    ⓘ **Help**

Select time zone:  Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Jun 11, 2010 1:54 PM | **Delivered** | BEAUMONT, TX | |



FedEx Desktop: Tracking at your fingertips.
Learn more ▶

Sign up for FedEx Billing Online Plus to save paper, save time and enter for a chance to win

Learn more ▶

FedEx

Search fedex.com    Submit

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support
My FedEx Rewards

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx SameDay
FedEx Home Delivery
Packaging Services
Ancillary Clearance Services

**Other Resources**
Compatible Solutions Program
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx National LTL
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain

**Follow FedEx**

United States - English

The new fedex.com. It's here.    Learn more ▶

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy