UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>    *Petitioner,* | ) <br> ) <br> ) | |
|     v. | ) <br> ) <br> ) | CASE NO. 1:09CR-01039-RC<br>(Judge Clark) |
| UNITED STATES OF AMERICA,<br>    *Respondent.* | ) <br> ) | |

---

## ORDER DENYING THE GOVERNMENT'S
## SECOND MOTION FOR AN EXTENSION OF TIME

---

The Government's Second Motion for an Extension of Time is DENIED.   The

Government shall respond to Petitioner's Atkins claim on or before February \_\_\_\_, 2011.


Dated:  _____

Hon. Ron Clark
United States District Judge for the
Eastern District of Texas

LA2:923301.1