UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09CR-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**ORDER DENYING THE GOVERNMENT'S
SECOND MOTION FOR AN EXTENSION OF TIME**

---

The Government's Second Motion for an Extension of Time is DENIED.   The

Government shall respond to Petitioner's Atkins claim on or before February \_\_\_\_, 2011.

LA2:923301.1