UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

**[PROPOSED] ORDER PROTECTING PETITIONER DAVID LEE JACKSON FROM UNAUTHORIZED DISCLOSURES**

## [PROPOSED] ORDER

On February 22, 2011, Petitioner David Lee Jackson, through counsel, moved the Court for a Protective Order prohibiting communication between former counsel and the Government outside the presence of current counsel or without intervening court order. The Government took no position on the motion.

Having considered the moving papers, the Court finds that good cause exists to grant Petitioner's motion for protective order. The Court hereby orders that:

(1) Any affidavits prepared by Mr. Barlow and Mr. Morrow shall be initially submitted to the Court and current counsel, and not to the Government, so that Mr. Jackson can make timely privilege and relevance objections;

(2) Mr. Barlow and Mr. Morrow are prohibited from communicating with the Government outside the presence of Mr. Jackson's current counsel; and

(3) Mr. Barlow and Mr. Morrow are prohibited from disclosing any materials to the Government absent superseding Court order.

It is so ORDERED.

1