UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | No. 1:09-CV-1039 |
| | § | Judge Ron Clark |
| UNITED STATES OF AMERICA | § | |

## GOVERNMENT'S MOTION FOR RECONSIDERATION OF MENTAL RETARDATION RESPONSE DATE

The United States Government files this Motion for Reconsideration of Mental Retardation Response Date, urging the Court to grant the motion and would show the Court the following:

I.

On February 22, 2011 David Lee Jackson (Jackson) filed a motion for protective order, (doc. 71).  On March 2, 2011 the Court granted the motion ordering that affidavits by trial counsel related to the mental retardation/*Atkins* issue not be submitted to the Government until some date after March 15, 2011. The order also directed that the Government's deadline for responding to the issue remains March 11, 2011, (doc. 72).

II.

In order to make an informed response as to the need for an Atkins hearing and whether Jackson has waived that his mental retardation issue the Government needs to know what, if anything, was previously done regarding this issue.  Because the issue of mental retardation was not raised pre-trial, no information from mental retardation experts

**Motion for Reconsideration of Response Date, Page 1**

about Jackson was provided to the Government.  It is anticipated that the affidavits being

prepared by trial counsel will allow the Government to make such an informed response.

III.

The Government is requesting to be allowed to respond to the mental retardation

waiver and Atkins hearing issues two days after receipt of trial counsels' mental

retardation affidavits. This deadline would not unnecessarily delay the proceedings and

allow the Government to provide the Court with an informed response.

For the reasons stated above, the United States of America respectfully requests

the Court grant this motion.

> Respectfully submitted,
> JOHN M. BALES
> UNITED STATES ATTORNEY
>
> /S/ Kerry M. Klintworth
> KERRY M. KLINTWORTH
> ASSISTANT UNITED STATES ATTORNEY
> 350 Magnolia Ave., Suite 150
> Beaumont, TX  77701
> 409/839-2538
> 409/839-2550 Fax
> Texas Bar No. 11576300
> (kerry.klintworth@usdoj.gov)

**Motion for Reconsideration of Response Date, Page 2**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and Steven J. Olson, on March 8, 2011.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY


CERTIFICATE OF CONFERENCE

Counsel has conferred with opposing counsel in a good faith attempt to resolve this matter without court intervention. Counsel for the defendant takes no position on this motion.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY