UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON                        §
                                         §
v.                                       §        No. 1:09-CV-1039
                                         §        Judge Ron Clark
UNITED STATES OF AMERICA                 §

## ORDER

The United States Government's Motion for Reconsideration of Mental Retardation Response Date is Granted.

The Government shall advise the Court of their decision as to the need for an *Atkins* hearing and on the issue of waiver of the mental retardation issue no later than two days after the Government receives trial attorneys Douglas Barlow's and Robert Morrow's affidavits from the Court.