**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | CIVIL ACTION No. 1:09CV1039 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | JUDGE RON CLARK |
| | § | |
| *Respondent*. | § | |
| | § | |

## ORDER GRANTING GOVERNMENT'S MOTION TO RECONSIDER DEADLINE

On March 2, 2011, the court entered an order granting Petitioner's motion for a protective order, in which the court ordered that: (1) trial counsel will submit the previously-ordered affidavits regarding the mental retardation issue in camera on or before March 11, 2011; (2) habeas counsel will have until March 15, 2011 at 5:00 p.m. to submit any objections to the court in camera; (3) if no objections are submitted, trial counsel will submit the affidavits to the Government, and if objections are submitted, trial counsel will submit the non-privileged portions of the affidavits to the Government following the court's ruling on the objections; and (4) the Government's deadline to file its response to the mental retardation claims remains March 11, 2011. [*See* Doc. #72.]

Before the court is the Government's motion for reconsideration of the portion of the court's March 2, 2011 order directing that the Government's response deadline remains unchanged [Doc. #73]. The Government requests that the court extend its response deadline to two days following the Government's receipt of trial counsel's mental retardation affidavits.

1

[*See* Doc. #73 at 1-2.] Petitioner apparently takes no position on the Government's motion for reconsideration. [*See* Doc. #73 at 3.] The court is of the opinion that the motion should be granted.

Accordingly, the Government's Motion for Reconsideration of Mental Retardation Response Date [Doc. #73] is hereby **GRANTED**. It is **ORDERED** that the deadline for the Government to file its response to the mental retardation claims is extended to two days following the Government's receipt of trial counsel's mental retardation affidavits. This order shall not be used as a basis to extend any other deadline.

So **ORDERED** and **SIGNED** this **9** day of **March, 2011.**

_____
Ron Clark, United States District Judge