UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON                   §
                                    §
                                    §
v.                                  §          1:09CV1039
                                    §          Judge Ron Clark
UNITED STATES OF AMERICA            §

## GOVERNMENT'S MOTION FOR SUBSTITUTION OF COUNSEL

The United States Government files this Motion for Substitution of Counsel,

urging the Court to grant the motion and would show the Court the following:

Lead counsel for the United States of America in this cause of action is the

undersigned Assistant United States Attorney, Kerry M. Klintworth.  It is requested that

Assistant United States Attorney Joseph R. Batte be substituted as lead counsel of record.

Further pleadings and papers may be served on AUSA Batte at:

Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Ave., Suite 150
Beaumont, TX  77701
(409) 839-2538
(409) 839-2550 (fax)
(jbatte@usdoj.gov)

**Motion for Substitution of Counsel, Page 1**

The United States of America respectfully requests the Court grant this motion.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
Assistant United States Attorney
Texas Bar No. 11576300
350 Magnolia Ave., Suite 150
Beaumont, Texas  77701
(409) 839-2538
(409) 839-2550 (fax)
kerry.klintworth@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and Steven J. Olson, on March 28, 2011.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY


**Motion for Substitution of Counsel, Page 2**