UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON                           §
                                            §
v.                                          §          1:09CV1039
                                            §          Judge Ron Clark
UNITED STATES OF AMERICA                     §

## ORDER

On this day came to be considered the United States Government's Motion For

Substitution of Counsel and after considering same, the Court is of the opinion that said

motion should be GRANTED.

It is therefore ORDERED that the United States Government's Motion for

Substitution of Counsel is GRANTED and that Assistant United States Attorney Joseph

R. Batte be substituted as lead counsel.