IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER SETTING SCHEDULE

In light of Respondent United States of America's response to the questions of whether

Petitioner David Lee Jackson has waived his claim of mental retardation and whether an *Atkins*

hearing needs to be held, Doc. # 78, the court ORDERS as follows:

1.  The Government shall submit its response only on the *Atkins* issue raised in Mr. Jackson's October 5, 2010 petition [Claim 2 in Doc. # 41] **on or before June 10, 2011.** This will permit the Government sufficient time to have any expert witnesses review the relevant materials and evaluate Mr. Jackson.

2.  Mr. Jackson shall submit any reply briefing on or before **June 27, 2011.**

3.  The court will set an *Atkins* hearing for **July 6, 2011 at 9:00 a.m.** in the Jack Brooks Federal Courthouse, Courtroom 2, 300 Willow St., Beaumont, Texas, 77701, with the expectation that this hearing would take no longer than two days.[1]

So **ORDERED** and **SIGNED** this **25** day of **March, 2011.**

_____
Ron Clark, United States District Judge

---

[1]Due to a possible conflict in the court's schedule, the alternate date for this hearing would be August 24-26, 2011. If rescheduling becomes necessary, the court will let the parties know as soon as practicable.