IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | 1:09-CV-01039 |
| | § | (Judge Ron Clark) |
| UNITED STATES OF AMERICA | § | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America files this notice of the United States Government's

intent to substitute Joseph R. Batte, Assistant United States Attorney, for Kerry M.

Klintworth, as lead counsel for the United States of America, in this cause of action.

Further pleadings and papers may be served on AUSA Batte at:

> Joseph R. Batte
> Assistant United States Attorney
> Texas Bar No. 01918070
> 350 Magnolia, Suite 150
> Beaumont, Texas 77701-2248
> (409) 839-2538 office
> (409) 839-2550 fax
> email:  joe.batte@usdoj.gov

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
Assistant United States Attorney
Texas Bar No. 11576300
350 Magnolia Street, Suite 150
Beaumont, Texas 77701-2248
(409) 839-2538
(409) 839-2550 fax
email:  kerry.klintworth@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 29th day of March 2011, I do certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was sent via electronic filing to counsel of record.

/s/ Kerry M. Klintworth
KERRY M. KLINTWORTH
ASSISTANT UNITED STATES ATTORNEY