IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,                       §
                                         §
               Petitioner,               §
                                         §    CIVIL ACTION NO. 1:09-cv-1039
v.                                       §
                                         §    Judge Ron Clark
                                         §
UNITED STATES OF AMERICA,                §
                                         §
               Respondent.               §

## **ORDER**

Upon consideration of the Respondent's Motion to Compel Discovery it is hereby:

ORDERED that Petitioner's Motion to Compel Discovery is GRANTED.

It is further

ORDERED that Petitioner David Lee Jackson provide Respondent, United States of America with:

1)  The un-redacted copies of the affidavits of Robert Morrow (*Doc. 76)* and Douglas M. Barlow *(Doc. 77).*

2)  Any and all underlying data, including any of the testing materials of Dr. Daneen Milam, and any other notes (including attorney notes), statements, interview reports (including those of David Lee Jackson), documents, and publications, that were reviewed by Petitioner's experts Dr. Dale Watson and Dr. Victoria Swanson, in forming the opinions stated in their declarations (Exhibits 3 and 6).

3)  Any and all notes (including attorney notes), statements, interview reports (including those of David Lee Jackson), taken by mitigation expert Pamela Stites, including the "lengthy interview"of Jackson referenced in the affidavit of Robert Morrow. *(Doc. 76)*

4) Any and all notes(including attorney notes), statements,  interview reports (including those of David Lee Jackson) and attorney work-product that was been provided to any witness by Petitioner in preparation for reply briefing or in possible expectation of use by a witness in preparation for their testimony in the *Atkins* hearing scheduled for **July 6, 2011.**

5) Any and all notes(including attorney notes), statements,  interview reports (including those of David Lee Jackson) and attorney work-product that may have any bearing on any cognizable issue applicable to the *Atkins* hearing scheduled for **July 6, 2011.**

It is further

ORDERED that counsel for Petitioner shall provide counsel for Respondent with

disclosure in accordance with this Order no later than **April 29, 2011.**