UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Continuing *Atkins* Hearing**

---

Petitioner David Lee Jackson's Unopposed Motion to Continue *Atkins* Hearing is GRANTED.  The *Atkins* hearing in this matter will commence on _____ and continue as needed for ___ days.

LA2:929571.1                                        1