IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Now before the court is Petitioner David Lee Jackson's unopposed motion to continue the *Atkins* hearing until November 2011. The court is of the opinion that the motion to continue should be granted, and re-sets the *Atkins* hearing for November 8, 9, and 10, 2011. This is a three day block of time, and should be more than sufficient for the task at hand.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion to Continue [Doc. # 88] is GRANTED. The *Atkins* hearing will begin on November 8, 2011 at 9:00 a.m. in the Jack Brooks Federal Courthouse, Courtroom 2, 300 Willow St., Beaumont, Texas, 77701, with the expectation that this hearing would take no longer than three days.

So **ORDERED** and **SIGNED** this **17** day of **May, 2011.**

_____
Ron Clark, United States District Judge

1