IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | NO. 1:09-cv-1039 |
| v. | § | |
| | § | Judge Ron Clark |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## GOVERNMENT'S UNOPPOSSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S *ATKINS* CLAIM

The United States of America, by and through John M. Bales, United States

Attorney for the Eastern District of Texas (hereinafter "the government"), and the

undersigned Assistant United States Attorney files this Unopposed Motion for Extension

of Time to Respond to Petitioner's *Atkins* Claim, and as grounds would show the Court as

follows:

### I.
### Background

On March 25, 2011, the Court ordered the government to respond to the *Atkins*

claim contained in Jackson's motion under 18 U.S.C. §2255 *(Doc. 22, Claim 2)*, on or

before June 10, 2011.   On May 12, 2011, Petitioner filed his Unopposed Motion to

Continue *Atkins* Hearing. *(Doc. 88).* On May 17, 2011, the Court granted Petitioner's

motion and re-set the *Atkins* hearing for November 8, 2011, leaving in place the June 10,

2011 deadline for the government's response, and the June 27, 2011 deadline for the Jackson's reply to the government's response.

## II.
### An extension is needed for the government to fully and properly brief the issues in Petitioner's *Atkins* claim.

Since the Court's Order on March 25, 2011, scheduling the issues pertinent to Petitioner's *Atkins* claim, the government has worked diligently to comply with the Court's deadlines, despite numerous obstacles to that goal.  The government has forwarded thousands of pages of documents from the case file to the government's expert witness, Dr. James Seward, for his use in preparation for his evaluation and testing of Jackson.  Logistically, Dr. Seward, due to his heavy schedule, and the United States Penitentiary in Terre Haute, Indiana, (where Jackson is currently confined) have not yet been able to agree on dates or conditions to accommodate Dr. Seward's visit.  Without the benefit of Dr. Seward's evaluation and opinions, the government's response would be incomplete.  In light of the continuance of the *Atkins* hearing until November, there no longer exists a pressing need for Dr. Seward's evaluation, and the government's response for which his evaluation is critical, to be completed before June 10, 2011.

WHEREFORE,  Respondent prays that the Court grant this Motion for Extension of Time to Respond to Petitioner's *Atkins* Claim, and re-set the date for the filing of the government's response to July 22, 2011.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, James C. Lohman, Steven H. Bergman, and Steven J. Olson, on May 23, 2011.

/s/ Joseph R. Batte
JOSEPH R. BATTE
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF CONFERENCE

Counsel has conferred by phone and through email with opposing counsel, James C. Lohman for Petitioner, David Lee Jackson, on this date and counsel for Petitioner states that he is unopposed in to this motion and order.

/s/ Joseph R. Batte
JOSEPH R. BATTE
Assistant United States Attorney

-3-