IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 1:09-cv-1039 |
| v. | § | |
| | § | Judge Ron Clark |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Upon consideration of the Respondent's Unopposed Motion to Extend Time to Respond to Petitioner's *Atkins* Claim, it  is hereby:

ORDERED that Respondent's Motion to Extend Time to Respond to Petitioner's *Atkins* Claim is GRANTED.

 It is further

ORDERED that Respondent, United States of America's response to Petitioner, David Lee Jackson's *Atkins* claim is due no later than July 22, 2011.