IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court is Respondent United States of America's unopposed motion for an extension of time to file its response to Petitioner David Lee Jackson's *Atkins* claim. The Government seeks to extend its response deadline from June 10, 2011 to July 22, 2011. As the court has recently moved the *Atkins* hearing from July 2011 to November 2011, the court is of the opinion that the motion should be granted and the Government's response deadline moved.[1]

IT IS THEREFORE ORDERED that Respondent United States of America's Unopposed Motion for Extension of Time [Doc. # 92] is GRANTED. The Government's deadline to respond to Petitioner David Lee Jackson's *Atkins* claim is extended from June 10, 2011 to July 22, 2011.

So **ORDERED** and **SIGNED** this **24** day of **May, 2011.**

_____
Ron Clark, United States District Judge

---

[1] As previously expressed to Mr. Jackson's counsel in an *ex parte* order, Doc. # 89, there will be no reply briefing. The court therefore need not address whether any reply deadline should be extended as well.