UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Notice of Change of Address of Counsel for Petitioner David Lee Jackson**

---

Please take notice that effective June 1, 2011, the undersigned counsel for

Petitioner David Lee Jackson has a new address and contact information.  Effective

immediately, please serve all notices, orders and documents on Mr. Bergman as follows:

Steven H. Bergman (CA 180542)
Law Office of Steven H. Bergman
P.O. Box 951
Draper, Utah 84020
Telephone: 801.601.1087
Email: steven@bergmanesq.com

Please take further notice that Mr. Bergman will continue to represent Mr. Jackson

during the transition to new pro bono counsel at O'Melveny & Myers LLP.

1

2

Dated:  June 2, 2011                    RESPECTFULLY SUBMITTED,


                                        */s/ Steven H. Bergman*
                                        STEVEN H. BERGMAN (Cal Bar #180542)
                                        LAW OFFICE OF STEVEN H. BERGMAN
                                        P.O. Box 951
                                        Draper, Utah 84020
                                        steven@bergmanesq.com

                                        One of the Attorneys for Petitioner
                                        DAVID LEE JACKSON

2