UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the following attorney, a member in good standing of this District, hereby enters his appearance in this matter as counsel of record for movant David Lee Jackson to pursue post-conviction relief pursuant to 28 U.S.C. § 2255.

> Christopher B. Craig
> California Bar No. 257108
> O'MELVENY&MYERS, LLP
> 400 South Hope Street
> Los Angeles, CA 90071
> Telephone: 213.430.6029
> Facsimile: 213.430.6407
> christophercraig@omm.com

Christopher B. Craig will serve as co-counsel with James C. Lohman and Steven H. Bergman, until another partner at O'Melveny & Myers can be found to handle the case. A copy of all communications and documents should be emailed or faxed to Christopher B. Craig at the address noted.

1

2

Dated:  June 6, 2011                    Respectfully submitted,


                                        */s/ Christopher B. Craig*
                                        Christopher B. Craig (Cal Bar #257108)
                                        O'MELVENY & MYERS LLP
                                        400 S. Hope St.
                                        Los Angeles, CA 90071
                                        Telephone:  213.430.6029
                                        Fax: 213.430.6407
                                        christophercraig@omm.com

                                        Co-counsel for Petitioner
                                        DAVID LEE JACKSON

3

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing *Notice of Appearance* upon counsel for Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia
Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

this 6th day of June, 2011.

                                    */s/ Christopher B. Craig*

3