UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Declaration of Steven H. Bergman in Support of Petitioner David Lee Jackson's Motion to Establish Conditions of Government *Atkins* Evaluation**

---

I, STEVEN H. BERGMAN, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court and one of the attorneys of record for Petitioner David Lee Jackson.  I make this declaration in support of Petitioner David Lee Jackson's Motion to Establish Conditions of Government *Atkins* Evaluation.  This declaration is based on personal knowledge, and if called as a witness I could and would testify competently to the facts stated herein.

2.      On May 26, 2011, I called Assistant United States Attorney Joseph Batte to meet-and-confer with Mr. Batte on discovery that Petitioner seeks regarding the Government's neuropsychology expert, Dr. James Seward.

1

3.    During the course of our conversation, Mr. Batte never disclosed that Dr. Seward was going to attempt to evaluate Mr. Jackson the next day, even though Dr. Seward was the subject of our conversation.

I swear under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct.

Signed this 3rd day of June, 2011 in Draper, Utah.

/s/ Steven H. Bergman
Steven H. Bergman
