UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Declaration of James C. Lohman in Support of Petitioner David Lee Jackson's Motion to Establish Conditions of Government *Atkins* Evaluation**

---

I, James C. Lohman, declare as follows:

1.      I am an attorney residing and practicing law in Austin, Texas. I have been a member of the Florida Bar since June, 1986. I have been appointed to represent David Lee Jackson in his post-conviction proceedings.

2.      Prior to May 27, 2011, I had not been given notice by Assistant United States Attorney Joe Batte, government expert Dr. James Seward, or anyone else, that the government had scheduled an examination of Mr. Jackson.

3.      On May 27, 2011, I received calls from AUSA Batte and Mr. Jackson, informing me that government expert Dr. James Seward was seeking to examine Mr. Jackson. I advised Mr. Jackson not to proceed with the examination.

1

2

4.      After advising Mr. Jackson not to proceed with the examination, I returned the call from AUSA Batte to discuss the examination.  I informed him that we would not proceed without notice or court order.

Executed this 3rd day of June, 2011 in Austin, Texas.

_____/s/ James C. Lohman_____

James C. Lohman