UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Motion to Establish Conditions of Government *Atkins* Evaluation**

---

The Court, finding that Petitioner has shown good cause for the following, ORDERS that:

1.   If the Government's experts wish to administer psychological testing not performed by the defense experts, Mr. Jackson's counsel shall be afforded reasonable notice (at least 10 days) of such intention and may seek an order from this Court barring the particular test or instrument sought to be utilized by the government's experts;

2.   Dr. Swanson will be permitted to observe or otherwise monitor the Government experts' evaluation in order to bring to counsel's attention any discrepancies in testing or inappropriate testing;

3.   Mr. Lohman, or another legal representative of the defense, will be permitted to observe or otherwise monitor, and contemporaneously object, where necessary, to  the Government experts' evaluations, as required by *Estelle v. Smith*, 451 U.S. 454 (1981);

4.   The sessions with government experts will not be video- or audio-recorded;

5.    Any notes taken by the Government's experts will be preserved for later production to Mr. Jackson's counsel;

6.    No statements made by Mr. Jackson in the course of any examination ordered by the court, no testimony by the expert based on such statements, and no other fruits of the statement may be admitted into evidence against the defendant in any criminal proceeding, except on an issue relating to the November *Atkins* hearing; the testimony is admissible only at that proceeding and for no other purposes, including later utilization of any fruits of that testimony;

7.    Psychological testing will be limited to testing directly relevant to the November *Atkins* hearing; and

8.    Disclosure to the defense of any and all records reviewed by the Government's expert, including but not limited to records maintained by the BOP.