IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON            §
                             §
VS.                          §        1:09-CV-01039
                             §        (Judge Ron Clark)
UNITED STATES OF AMERICA      §


## ORDER

On this day came to be considered Petitioner's Motion to Establish Conditions of Government's *Atkins* Evaluation and the Response of the Government, and the Court having considered the same, it is accordingly,

ORDERED that the Defendant's Motion is DENIED as to paragraphs 1,2,3,4, and 6, and GRANTED as to paragraphs 5, 7 and 8.