**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

DIVISION: Beaumont § DATE: 6/13/11
§
JUDGE: RON CLARK § REPORTER: Chris Bickham
§
David Lee Jackson § CIVIL NO.: 1:09CV1039
PLAINTIFF §
§
United States of America §
DEFENDANT § C/R DEPUTY: Faith Ann Laurents

Attorneys for Plaintiff:  Joe Batte, Chris Tortorice,  Robert Hobbs.
Attorneys for Defendant:  James Lohman, Chris Craig,  Steven Bergman

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:  1:30 pm hearing began.  Court and counsel discussed Motion

To Establish Conditions of Govt. Atkins Exam (Doc#96) of Mr. Jackson.  Court GRANTED IN

PART AND DENIED IN PART for reasons stated on the record.  A written order will be

entered.  2:25 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME: ____ hrs.  55  mins.        ❑ See Addt'l. Proceedings