IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| vs. | § | NO. 1:09-cv-1039 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas, and Robert L. Hobbs, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to add Robert L. Hobbs, Assistant United States Attorney, Beaumont Division, as co-counsel for Plaintiff, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney, Robert L. Hobbs, should be added and noticed on all further pleadings and papers should also be served on:

Robert L. Hobbs
Assistant United States Attorney
Texas Bar No. 00796764
350 Magnolia, Suite 150
Beaumont, Texas 77701-2248
(409) 839-2538
(409) 839-2550 (FAX)

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Robert L. Hobbs
ROBERT L. HOBBS
Assistant United States Attorney
State Bar. No. 00796764
350 Magnolia Street, Suite 150
Beaumont, Texas 77701-2248
(409)839-2538 ofc.
(409) 839-2550
email:  robert.hobbs@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 20th day of June, 2011, I do certify that a true and correct copy of the foregoing Notice of Attorney Appearance was sent via electronic transmission to Defendant's counsel of record.

/s/ Robert L. Hobbs
ROBERT L. HOBBS