IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| Petitioner | § | |
| | § | CIVIL NO. 1:09CV1039 |
| V. | § | JUDGE CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent | § | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW the United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas, and Traci L. Kenner, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to add Traci L. Kenner, Assistant United States Attorney, Tyler Division, as co-counsel for Respondent, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney, Traci L. Kenner, should be added and noticed on all further pleadings and papers should also be served on:

> Traci L. Kenner
> Assistant United States Attorney
> Texas Bar No. 11307070
> 110 North College, Suite 700
> Tyler, Texas 75702
> (903) 590-1400
> (903) 590-1439 (FAX)

**Notice of Attorney Appearance - Page 1**

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


*/s/ Traci L. Kenner*
Traci L. Kenner
Assistant United States Attorney
Bar Card No. 11307070
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 facsimile
Traci.Kenner@usdoj.gov


## CERTIFICATE OF SERVICE

On this the 20th day of June, 2011, I, Traci L. Kenner, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record.


*/s/ Traci L. Kenner*
Traci L. Kenner


**Notice of Attorney Appearance - Page 2**