IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON, §
          Petitioner §
         §   CIVIL NO. 1:09CV1039
V. §   JUDGE CLARK
         §
UNITED STATES OF AMERICA, §
          Respondent §

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW the United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas, and, on behalf of the United States of America, notices the Court of the government's intent to add John M. Bales, United States Attorney, as co-counsel for Respondent, United States of America, in this cause, and would show the Court that:

I.

The undersigned, United States Attorney, John M. Bales, should be added and noticed on all further pleadings and papers should also be served on:

> John M. Bales
> United States Attorney
> Texas Bar No. 01629900
> 415 South First, Suite 201
> Lufkin, Texas  75901
> (936) 639-4003
> (936) 639-4033 (FAX)

**Notice of Attorney Appearance - Page 1**

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


*/s/ John M. Bales*
John M. Bales
United States Attorney
Bar Card No. 01629900
415 South First, Suite 201
Lufkin, Texas  75901
(936) 639-4003
(936) 639-4033 facsimile
Malcolm.Bales@usdoj.gov


## CERTIFICATE OF SERVICE

On this the 20th day of June, 2011, I, John M. Bales, United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record.


*/s/ John M. Bales*
John M. Bales


**Notice of Attorney Appearance - Page 2**