IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,                    §
                 Petitioner           §
                                      §   CIVIL NO. 1:09CV1039
V.                                    §    JUDGE CLARK
                                      §
UNITED STATES OF AMERICA,             §
                 Respondent           §

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW the United States of America, by and through John M. Bales, United

States Attorney for the Eastern District of Texas, and Alan R. Jackson, the undersigned

Assistant United States Attorney, on behalf of the United States of America, and notices the

Court of the government's intent to add Alan R. Jackson, Assistant United States Attorney,

Tyler Division, as co-counsel for Respondent, United States of America, in this cause, and

would show the Court that:

I.

The undersigned, Assistant United States Attorney, Alan R. Jackson, should be added

and noticed on all further pleadings and papers should also be served on:

Alan R. Jackson
Assistant United States Attorney
Texas Bar No. 10453300
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (FAX)

1

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


*/s/ Alan R. Jackson*
Alan R. Jackson
Assistant United States Attorney
Texas Bar No. 10453300
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 facsimile
Alan.jackson@usdoj.gov


## CERTIFICATE OF SERVICE

On this the 21st day of June, 2011, I, Alan R. Jackson, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record.


*/s/ Alan R. Jackson*
Alan R. Jackson