UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Motion to Permit Counsel's Presence During the Interview Portion of the Government's *Atkins* Evaluation**

---

The Court, finding that Petitioner has shown good cause for the following,

ORDERS that the Bureau of Prisons permit counsel for Mr. Jackson to attend and

observe the interview portion of the Government's *Atkins* evaluation.