# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roger Mark Scott,<br><br>   Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>   Respondents. | No. CV-97-1554-PHX-PGR |

DEPOSITION OF JAMES SEWARD, Ph.D.

Phoenix, Arizona

September 22, 2010

Prepared by:

Gerard T. Coash, RPR, RMR
Certified Reporter
Certification No. 50503

(Copy)



PHOENIX DEPOSITION REPORTERS & VIDEOCONFERENCING
www.coashandcoash.com  602-258-1440

in this case.

A.    Yes, sir.

Q.    My expert, as of last night, had not yet received the raw data.  Did you send it to her?  I understand there was two packages?

A.    Correct.  I shipped it UPS on Friday.

Q.    Okay.

A.    It should arrive today.

Q.    Okay.

A.    A smaller package I sent via first class mail on Sunday.

Q.    Okay.  And was that the CDs?

A.    That's correct.

Q.    Okay.  So kudos to the U.S. mail service because they have gotten it there long before UPS.

A.    That's right.

Q.    Yeah.  Yeah.  She still had not gotten it --

A.    Okay.

Q.    -- so we were trying to figure that out.

A.    If it's a problem, I have a tracking number.

Q.    Okay.  I will be talking with her -- we'll both be talking with her tomorrow so we can find that out.

Now, the first package she received was a CD of a -- can you explain what was on that CD?

A.    Oh, sure.  Absolutely.

Now, generally it's not standardized to record the actual neuropsychological test, and there's some reasons for that. I can send you some references, if you would like. However, there is one test, the Wechsler memory scale abbreviated logical memory subtest, where in the manual it says something to the effect that you can tape record this or -- I believe it recommended tape recording -- in order to capture everything. Because in that test, I would read him a paragraph, a story, and he would say it back. And sometimes if I can't write fast enough, I might lose something.

The other test -- the CD, I think, was only 15 minutes long or so. The other tests were a couple measures of verbal fluency. And that's where I would say like a letter of the alphabet or a category and ask him to say back as many of the -- ask him to say as many things in one minute that were either a member of that category or began with that letter.

Q. Okay.

A. Does that make sense?

Q. Uh-huh.

A. So I tend to record that, again, in case I can't write down everything fast enough.

Q. And is the -- does the manual for that test or the -- does it -- does it discuss using recording?

James Seward, PH.D.                    September 22, 2010        10

A.    It does not.  There actually is no manual I'm aware of, but I've never seen that written anywhere.  I picked it up from doing research protocols.

Q.    Okay.  Can you tell me again, what was the test that you -- the Wechsler memory scale?  Is that correct?

A.    Yeah.

Q.    Abbreviated?

A.    Yes, sir.

Q.    And that -- that and the other test that you just mentioned were the only two that you used for record -- that you recorded?

A.    Actually -- actually three.

Hold on a second, please.  Can you tell me what page that is?  I get kind of scattered.

Q.    18.

A.    Okay.

Q.    Took me a minute to find it also.

A.    Okay.  So number -- second day, number 10 and number 11, letter fluency and category fluency, those were both recorded.

Q.    So those three are the only three that were recorded?

A.    Yes, sir.

Q.    Okay.

A.    At least by me.  I can't speak to what, you know,

the prison may have going unbeknownst.

Q.    Right.    I don't believe they do that, but -- no, that's fine.    That was -- that was my question.

So it's your position that recording of these three tests is permissible under the standards for administration of the tests?

A.    Yeah.    Well, for the Wechsler memory scale, definitely, because it's in the manual.

The other two tests, there's kind of a tradeoff between, I guess -- I've never seen it written down anywhere.    On the other hand, I may not be able to write down everything fast enough, so there's something to be gained from the accuracy.

Q.    Okay.    Okay.    Would there be any professional or ethical concerns about a lawyer listening to these?

A.    More I think with the Wechsler memory scale because that -- that has a specific story and the tests are normed on naive subjects, so it has a specific stimulus.

I don't see as much of a problem or maybe no problem with the letter or category fluency because you can find a description of the tests on the Internet, they're described in articles.    And it's just letters or a category, animals in this case.

Q.    I see.    Okay.    All right.

THE WITNESS: Could I get a glass of water?

(An off-the-record discussion ensued.)

BY MR. BURKE:

Q. Did Mr. Scott know that -- for those three tests, that he was being recorded?

A. Yes, sir.

Q. On page 15 of your report -- I promised I would go in order, but -- my first -- one of the most pressing questions I have first, so we're kind of out of order.

I noticed about midway down through the page, you have a block quote from an Internet site?

A. Yes, sir.

Q. Is that a normal procedure for you, to search the Internet in doing your evaluations of patients?

A. Well, not of patients. But of defendants, yes.

Q. Of defendants.

So you -- so that you normally search the Internet for information about -- What are you looking for?

A. That's a good question. I'm not sure what I'm looking for. I guess just to see where their name comes up.

Q. Do you have any concerns in -- concerns about reliability?

A. Oh, yes, sir. In fact, I think, as I said, it's

STATE OF ARIZONA      )

COUNTY OF MARICOPA    )

BE IT KNOWN the foregoing deposition was taken by me pursuant to stipulation of counsel; that I was then and there a Certified Reporter of the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth; notice was provided that the transcript was available for signature by the deponent; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed into typewriting under my direction; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any parties hereto nor am I in any way interested in the outcome hereof.

DATED at Phoenix, Arizona, this 22nd day of September , 2010.

_____
Gerard T. Coash, RMR
Certified Reporter #50503