# EXHIBIT C

IN THE 230TH JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS

EX PARTE BRIAN EDWARD DAVIS,                    )
                                               )
                                               )
                                               )
                       APPLICANT               )    CAUSE NO. 616522-E
                                               )
                                               )
                                               )
                                               )
                                               )

## ORDER

On this _____ day of September 2004, came on to be heard Defendant's  Motion to Order Harris County Sheriff's Department to Accommodate the Video-Taping of Psychiatric Testing of Calvin Hunter.  This motion is granted.

The Harris County Sheriff's Department is ordered to allow a duly-credentialed representative of Sunbelt Reporting & Litigation Services to bring recording equipment into the jail and to accommodate that representative so that he or she can videotape the  psychological examination conducted by Dr. George C. Denkowski of Brian Edward Davis on September 27 2004 as needed.

Signed this _____ day of September 2004.

_____
Belinda Hill
DISTRICT JUDGE,
230th JUDICIAL DISTRICT