UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>     *Petitioner,* | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA,<br>     *Respondent.* | ) | |
| | ) | |

**Petitioner David Lee Jackson's Unopposed Motion for Extension of Time for the Government to Respond to Petitioner's *Atkins* Claim**

Petitioner David Lee Jackson, by undersigned counsel, files this Motion for Extension of Time, respectfully requesting that the Court continue the deadline for the Government's response on Mr. Jackson's *Atkins* claim, scheduled for July 22, 2011, to August 15, 2011.

## I.    BACKGROUND

On May 17, 2011, this Court granted Petitioner's motion to extend the *Atkins* hearing to November 8, 2011.  [Doc. # 91.]  On May 24, 2011, this Court then ordered an extension in the Government's deadline to respond to Petitioner David Lee Jackson's *Atkins* claim from June 10, 2011 to July 22, 2011, in light of the new date for the *Atkins* hearing.  [Doc. # 93.]  Subsequent to these Orders, several briefs have been filed by both

Petitioner and the Government, and a hearing has been held regarding the conditions of the Government's *Atkins* evaluation.  On June 20, 2011, this Court ordered, *inter alia*, that the Government notify counsel for Petitioner at least 10 days prior to the Government's evaluation.  [Doc. # 101].  The Government promptly notified counsel that Dr. Seward planned to evaluate Mr. Jackson on June 30th and July 1st, 2011.  These dates, however, conflicted with a very rare social visit to Mr. Jackson that counsel was unable to reschedule.[1]  Given Dr. Seward's heavy schedule and the needs of the United States Penitentiary in Terre Haute, the next available date for an evaluation was July 14th and July 15th—dates very close to the Government's deadline to respond to Mr. Jackson's *Atkins* claim.

## II.    ARGUMENT

A just and accurate resolution of Mr. Jackson's *Atkins* claim is essential, and scheduling Dr. Seward's evaluation during a rare visit to Mr. Jackson could have compromised the reliability of the evaluation by presenting a significant distraction during the testing.  Neither counsel for Petitioner nor the Government is interested in such a result, and in light of the Government's assistance in moving the evaluation, Petitioner's counsel has agreed to move for an extension in the Government's *Atkins* response deadline for several weeks.  This brief extension will accommodate Dr. Seward's evaluation and the necessary time for the Government to analyze and respond to this evaluation.  In light of the November date for the *Atkins* hearing, a short extension

---

[1] To Counsel's knowledge, this visit is only the second social visit Mr. Jackson has received during his time in Terre Haute, and as the visit involved international airline travel purchased months in advance, Mr. Jackson's visitor could not reschedule her trip.

in the Government's time to respond should not require any further extensions.  As such,

good cause exists to extend the Government's response deadline to August 15, 2011.

### III.    CONCLUSION

For the foregoing reasons, Mr. Jackson respectfully requests that the Court extend

the Government's *Atkins* response deadline to August 15, 2011.

Dated:  June 24, 2011                                      RESPECTFULLY SUBMITTED,


                                                           _____*/s/ Christopher Craig*_____
CHRISTOPHER CRAIG (Cal Bar # 257108)    JAMES C. LOHMAN
christophercraig@omm.com                (Fl Bar #0570214)
O'MELVENY & MYERS LLP                   jimmylohman@gmail.com
400 S. Hope St.                         1806 East 39th Street
Los Angeles, CA 90071                   Austin, TX 78722
Phone: 213.430.6029                     Phone/Fax: 512.542.9947
Fax: 213.430.6407

                                        Attorneys for Petitioner
STEVEN H. BERGMAN (Cal Bar #180542)     DAVID LEE JACKSON
steven@bergmanesq.com
Law Office of Steven H. Bergman
P.O. Box 951
Draper, Utah 84020
Phone: 801.601.1087

## CERTIFICATE OF CONFERENCE

This motion is filed in accordance with the "meet and confer" requirement of L.R. CV-7(h), pursuant to conversations between Christopher Craig, undersigned counsel for Mr. Jackson, and Assistant United States Attorney Joseph Batte on June 21 and June 23, 2011.  Mr. Batte stated that the Government does not oppose this motion.

/s/ *Christopher Craig*

Christopher Craig

## CERTIFICATE OF SERVICE

I hereby certify that on this 24rd day of June, 2011, I sent a true and correct copy of the foregoing instrument, using the Court's CM/ECF, to John Bales, Robert Hobbs, Joseph Batte, Alan Jackson, and Traci Kenner, U.S. Attorney's Office -- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ *Christopher Craig*

CHRISTOPHER CRAIG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
|     *Petitioner,* | ) | |
| | ) | |
|     v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Unopposed Motion for Extension of Time for the Government to Respond to Petitioner's *Atkins* Claim**

---

The Court, finding that Petitioner has shown good cause for the following,

ORDERS that the Government's deadline to respond to Petitioner David Lee Jackson's

*Atkins* claim is extended from July 22, 2011 to August 15, 2011.