UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Unopposed Motion for Extension of Time for the Government to Respond to Petitioner's *Atkins* Claim**

---

The Court, finding that Petitioner has shown good cause for the following,

ORDERS that the Government's deadline to respond to Petitioner David Lee Jackson's

*Atkins* claim is extended from July 22, 2011 to August 15, 2011.