IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court is Petitioner David Lee Jackson's unopposed motion for an extension of time for the Government to respond to his *Atkins* claim. Petitioner seeks to extend the deadline from July 22, 2011 to August 15, 2011, citing a scheduling conflict that would require the Government's evaluation to be scheduled on July 14 and 15, 2011, which is less than a week prior to the response deadline. The court is of the opinion that the motion should be granted. However, because this is the second time the court has moved the Government's response deadline in the past month, *see* Doc. # 93, the response deadline will not be moved again absent a showing of extraordinary circumstances.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion to Extend [Doc. # 108] is GRANTED. The deadline for the Government to respond to Petitioner's *Atkins* claim is extended from July 22, 2011 until August 15, 2011.

So **ORDERED** and **SIGNED** this **27** day of **June, 2011.**

_____
Ron Clark, United States District Judge