IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,              §
                               §
              Petitioner,       §
                               §      NO. 1:09-cv-1039
v.                              §
                               §      JUDGE RON CLARK
                               §
UNITED STATES OF AMERICA,        §
                               §
              Respondent.        §

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
BOTH PARTIES TO COMPLY WITH DISCOVERY OBLIGATIONS  AND
GOVERNMENT'S RESPOND TO PETITIONER'S *ATKINS* CLAIM**

The United States of America, by and through John M. Bales, United States

Attorney for the Eastern District of Texas (hereinafter "the government"), and the

undersigned Assistant United States Attorney files this Unopposed Motion for Extension

of Time for Both Parties to Comply with Discovery Obligations set forth in the Court's

Order entered on June 20, 2011, and for the Government to Respond to Petitioner's *Atkins*

Claim, and as grounds would show the Court as follows:

**I.
Background**

On June 20, 2011, the Court entered an Order setting conditions for the

Government's *Atkins* Evaluation and establishing discovery obligations incumbent on

both parties. *(Doc. 101).*   Among the deadlines set in the Order, Counsel for Petitioner is

to turn over raw data from his expert, to include interview notes, testing instruments, and test results within seven days following completion of the Government's testing. Likewise, the Government bears the obligation to provide the same raw data from it's own expert within seven days following testing.  As well, the Order directs that a copy of the video recording be provided to both parties.

Additionally, on June 28, 2011, the Court ordered the government to respond to the *Atkins* claim contained in Jackson's motion under 18 U.S.C. §2255 *(Doc. 22*, *Claim 2*), on or before August 15, 2011.  *(Doc. 109).*

**II.**
**An extension is needed for both parties to comply with their respective discovery obligations responsive to Petitioner's *Atkins* Claim.**

Counsel for the Government and counsel for Petitioner are in frequent and effective communication regarding their respective discovery obligations pursuant to the Court's Order of June 20, 2011.  At present, both parties are behind schedule with regards to providing opposing counsel and their respective experts with the "raw data" described in the Court's Order.  The delay stems from our respective experts, the pace of their practice, and the time required to analyze testing instruments and establish results.  It is expected that the "raw data" will be received by the respective parties and turned over to opposing counsel on or before August 15, 2011.

**III.**
**An extension is needed for the government to fully and properly brief the issues in Petitioner's *Atkins* claim.**

The Court's Order on June 28, 2011, establishes a deadline of August 15, 2011 for the Government to Respond to Petitioner's *Atkins* claim.  Both parties have worked diligently to comply with the Court's deadlines.  The government's expert, Dr. James Seward, is currently reviewing the testing instruments and results and would like to review the similar "raw data" from Petitioner's expert prior to reaching a conclusion and issuing a report.  The Government would request that Dr. Seward be allowed time to review the "raw data" from Petitioner's expert witness.  Therefore, the Government would request that the deadline for a Response to Petitioner's *Atkins* claim be extended to August 28, 2011.  In light of the continuance of the *Atkins* hearing until November, there is sufficient time to allow this accommodation without impact on the established schedule.  The parties are aware that in the Court's Order on June 28, 2011 (*Doc. 109*), the Court indicated it would not extend the Government's Response deadline again absent a showing of extraordinary circumstances.  In response, the Government would assert that such circumstances exist as despite their best efforts to meet discovery deadlines relevant to Petitioner's *Atkins* claim, we have been unable to do so, and that such obligations must be complete before the Response can be filed.

WHEREFORE,  the Government prays that the Court grant this Unopposed Motion for Extension of Time for Both Parties to Comply with Discovery Obligations to August 15, 2011, and for the Government to Respond to Petitioner's *Atkins* Claim to August 28, 2011.

-3-

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Robert L. Hobbs
ROBERT L. HOBBS
Assistant United States Attorney
TXSBN:  00796764
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  robert.hobbs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered by electronic delivery to Counsel of Record, Christopher Craig, on July 28, 2011.

/s/ Robert L. Hobbs
ROBERT L. HOBBS
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF CONFERENCE

Counsel has conferred by phone and through email with opposing counsel, Christopher Craig for Petitioner, David Lee Jackson, on this date and counsel for Petitioner states that he is unopposed in to this motion and order.

/s/ Robert L. Hobbs
ROBERT L. HOBBS
ASSISTANT U.S. ATTORNEY