IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON, §
§
Petitioner, §
§    NO. 1:09-cv-1039
v. §
§    JUDGE RON CLARK
§
UNITED STATES OF AMERICA, §
§
Respondent. §

**ORDER**

Before the court is Respondent United States of America's unopposed motion for extensions of the deadlines for discovery relevant to Petitioner's *Atkins* claim and extension of time for the Government to respond to Petitioner's *Atkins* claim.  Respondent seeks to extend the deadline for discovery citing difficulties in receiving required data from the parties respective expert witnesses.  Additionally, the Government seeks extension of the deadline for it's Respond to Petitioner's Atkins claim citing the need for Petitioner's discovery before an adequate and informed response can be filed.  The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the deadline for Petitioner and Respondent to satisfy their respective discovery obligations relevant to the *Atkins* claim is extended to August 15, 2011, and that the deadline for the Government to file it's response to Petitioner's *Atkins* claim is extended until August 28, 2011.