IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court is the Government's unopposed motion to: (1) extend the deadline to respond to Petitioner David Lee Jackson's *Atkins* claim from August 15, 2011 to August 28, 2011, and (2) extend the deadline for the parties to comply with their discovery obligations regarding the *Atkins* claim to August 15, 2011. The court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Respondent United States of America's Unopposed Motion to Extend [Doc. # 114] is GRANTED. The deadline for the parties to comply with their discovery obligations regarding the *Atkins* claim is extended to August 15, 2011, and the deadline for the Government to respond to the *Atkins* claim is extended to August 28, 2011.

So **ORDERED** and **SIGNED** this **28** day of **July, 2011.**

_____
Ron Clark, United States District Judge