# JAMES D. SEWARD, PH.D., ABPP
**The Forensic Panel**
224 West 30th Street, Suite 806
New York, New York 10001
Tel: 212-535-9286
Fax: 212-535-3259
Email: drseward@forensicpanel.com

## BOARD CERTIFICATIONS

*Diplomate,* Board Certified in Clinical Neuropsychology ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀1999

## EXPERIENCE

Independent Practice
  *Research, Biostatistics,* and *Epidemiology Consultant* — 2004-present
  *Neuropsychologist* and *Forensic Psychologist* — 1995-present

The Forensic Panel, New York, NY — 1998-present
  *Member*, Neuropsychologist
    Peer-reviewed forensic consultation service
    Forensic case consultation, report writing, peer-review of colleagues

Banner Alzheimer's Institute, Phoenix, AZ — 2007-present
  *Neuropsychologist*

A. T. Still University, Mesa, AZ — 2007-present
  *Adjunct Faculty*

Sun Health Research Institute, Sun City, AZ
  *Adjunct Scientist* — 2005-2009
  *Biostatistician* — 2003-2004
  *Neuropsychologist* — 2002-2004

Arizona State University, W.P. Carey School of Business, Phoenix, AZ — 2008
  *Adjunct Faculty*

Maricopa County Health Care Mandates, Phoenix, AZ — 2006-2007
  *Rule 11 Psychologist*

Maricopa County Correctional Health Services, Phoenix, AZ — 2004-2006
  *Forensic Psychologist*

Widener University, Philadelphia College of Osteopathic Medicine, Immaculata College, LaSalle University, West Chester University, MCP-Hahnemann University, University of Delaware, Argosy University — 1991-2006
  Practicum and Internship Field Site Supervisor

Mayo Clinic, Scottsdale, AZ — 2003-2004
  *Visiting Scientist*

Delaware Psychiatric Center, New Castle, DE — 1998-2002
  *Forensic Psychologist*

**James D. Seward, Ph.D., ABPP**
**The Forensic Panel**

Page 2 of 8

## EXPERIENCE CONTINUED . . .

St. Edmond's Home for Children, Rosemont, PA                                                    1991-2002
    *Consulting Psychologist*

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                                  1991-1998
    *Neuropsychologist*

The Devereux Foundation Center for Head Trauma, Devon, PA                                       1990-1991
    *Neuropsychologist*

Immaculata College, Immaculata, PA                                                             1990
    *Adjunct Psychology Faculty*

New York City Police Department, New York City, NY                                             1986
    Revised the *Emergency Psychiatric Technician Training Manual* for the New York City Police Department
    Special Services Training Program

Philadelphia and Michigan Crisis Intervention Clinics                                          1980-1987
    *Clinical Social Worker*
    *Pscyhiatric Technician*

## PROFESSIONAL HONORS AND AWARDS

American Board of Clinical Neuropsychology                                                      2000-present
    *Reviewer, board certification process*
Reviewer, Neuroscience Peer Review Consortium                                                   2008-2010
*Fellow*, National Academy of Neuropsychology                                                   2009
Distinguished Alumni, John Jay College, City University of New York                             2000
Reviewer, Journal of Police and Criminal Psychology                                            1985-1994
Reviewer, Criminal Justice and Behavior                                                         1991-1993

## PRESENTATIONS

Arizona Supreme Court training mock evidentiary hearing, Tuscon, AZ                             2010
    'Legal Competency and Restoration for Mental Health Experts'

Maricopa County Attorney's Office. Phoenix, AZ.                                                 2009
    'Understanding Mental Retardation'

Arizona Supreme Court. Tucson, AZ                                                               2009
    *Records.* 'Legal Competency and Restoration for Mental Health Experts'

Arizona Supreme Court. Tucson, AZ                                                               2009
    *Malingering.* 'Legal Competency and Restoration for Mental Health Experts'

Adult Protective Services. Phoenix, AZ
    'Mental Conditions in the Elderly that can Affect Capacity"                               2008

Arizona Homicide Investigators Association. Las Vegas, NV                                       2007
    'Rule 11 and Competency to Stand Trial in Arizona: A Psychologist's Perspective'

*James D. Seward, Ph.D., ABPP*
**The Forensic Panel**

Page 3 of 8

## PRESENTATIONS CONTINUED . . .

Arizona Supreme Court. Tucson, AZ
 *Records.* 'Legal Competency and Restoration for Mental Health Experts''  2007

John Jay College of Criminal Justice, New York, NY  2005
 'Forensic Neuropsychology: A Knowledge Based Approach'

Fifteenth Annual Arizona Indian Council on Aging Conference, Phoenix, AZ  2003
 'Dementia and Native Americans'

Eighth International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden 2002
 'Length of Stay in Skilled Nursing Facilities is Longer for Patients with Dementia'

Delaware Department of Justice, Criminal Division, Wilmington, DE  2002
 'Forensic Aspects of Psychological Testing'

New York Prosecutors Training Institute, Syracuse, NY  2001
 'Mental Retardation Issues in Capital Cases'

Annual Conference of the American Academy of Forensic Sciences, Seattle, WA  2001
 'Bringing Real Mental Health Science to Death Penalty Cases: The Relevance of Testing'

Psychiatric Residents Training Program, Delaware Psychiatric Center, New Castle, DE  2001
 'Legal Considerations in the Discharge of Psychiatric Patients'

Psychiatric Residents Training Program, Delaware Psychiatric Center, New Castle, DE  2001
 'Issues in Forensic Psychology'

Advanced Postdoctoral Fellows in Forensic Psychiatry, University of Pennsylvania, Philadelphia, PA 2001
 'The Guilty But Mentally Ill verdict'

Psychiatric Residents Training Program, Delaware Psychiatric Center, New Castle, DE  2001
 'Neuropsychological Assessment'

Annual Meeting of the Society of Police and Criminal Psychology, Port Jefferson, NY  1999
 'The Bad Brain: Evidence for a Biological Component to Violent Behavior'

New York Academy of Traumatic Brain Injury, New York, NY  1999
 'Exploring the Issue of Exaggerated Claims of Psychological Symptoms'

St. Edmond's Home for Children, Rosemont, PA  1999
 'Understanding Mental Retardation'

Justice of the Peace Court Judicial Education Seminar, Dewey Beach, DE  1999
 'Criminal Psychology'

Delaware Department of Justice, Criminal Division, Wilmington, DE  1999
 'Abuses of Psychological Testing'

Delaware Psychiatric Center, New Castle, DE  1999
 'Sex Offender Evaluation and Treatment'

**James D. Seward, Ph.D., ABPP**
**The Forensic Panel**

Page 4 of 8

## PRESENTATIONS CONTINUED . . .

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                                          1997
        'Litigation of Traumatic Brain Injuries'

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                                          1997
        'Cognition: Issues and Strategies'

Bryn Mawr Hospital Neuroscience Case Conference, Bryn Mawr, PA                          1997
        'Psychological Aspects of Post Concussion Syndrome'

Annual Conference of the American Academy of Forensic Sciences, New York, NY        1997
        'The Bath School explosion'

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                                          1996
        'A Consumers Guide to Neuropsychological Evaluation'

St. Edmond's Home for Children, Rosemont, PA                                                            1996
        'Mental Retardation'

Lancaster County Bar Association, Lancaster, PA                                                          1996
        'Neuropsychology for Attorneys: Applications in Criminal and Civil Proceedings'

Graduate Psychology Program, John Jay College of Criminal Justice, New York, NY      1996
        'Forensic Neuropsychology'

Philadelphia Occupational and Environmental Medicine Society, Valley Forge, PA        1996
        'The Rehabilitation of the Brain-Injured Patient'

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                                          1995
        'Toxic Brain Injury: An Introduction to Neurotoxicology'

National Academy of Neuropsychology, San Francisco, CA                                        1995
        'Social/Emotional Distress as Reported by Significant Others (but not Self-Report) is Correlated
        with Lesion Burden in Multiple Sclerosis'

Seventh World Congress of the International Rehabilitation Medicine Association, Washington DC    1994
        'A Case of Excellent Long-Term Recovery from Meningoencephalitis of Undetermined Origin'

Charles University, Prague, Czech Republic                                                                  1993
        'The Halstead-Reitan Neuropsychological Battery'

Fifteenth European Conference of the International Neuropsychological Society, Madeira, Portugal   1993
        'A Preliminary Investigation into the Use of the Saccadic Tracking Task with Traumatically Brain-
        Injured Patients'

British Neuropsychological Society, London, UK                                                            1993
        'Establishing Adequate Controls for the Emotional Sequelae of Mild Head Injury'

Annual meeting of the Society for Police and Criminal Psychology, Tampa, FL              1992
        'A Program to Modify Police Attitudes toward Drunk Drivers'

*James D. Seward, Ph.D., ABPP*
**The Forensic Panel**

Page 5 of 8


## PRESENTATIONS CONTINUED . . .

International Neuropsychological Society, San Diego, CA                                                          1992
    "The relationship between social/emotional presentation as reported by significant others and
    cognitive functioning in MS"

Annual Meeting of the Society of Police and Criminal Psychology, Richmond, VA                                   1991
    'Brain Injury and Violence: Implications for Criminal Justice'

American Academy of Neurology, Boston, MA                                                                        1991
    'The Correlation of Mood State with Cerebral MRI and Severity of Illness in Patients with Multiple
    Sclerosis'

American Academy of Neurology, Boston, MA                                                                        1991
    'Analysis and  Correlation of Neuropsychological Deficits with Structural Brain Lesions in Patients
    with Multiple Sclerosis'

National Head Injury Foundation Annual National Symposium, New Orleans, LA                                      1990
    'The Development of College-Age Norms for Selected Neuropsychological Tests'

The American Psychosomatic Society, Platform Lecture Presentation, Boston, MA                                   1990
    'The Sensitivity and Specificity of the Mini-Mental State Examination in Multiple Sclerosis'

Annual meeting of American Psychosomatic Society, San Francisco CA                                              1989
    'Mood States, Cognitive Dysfunction, and Structural Brain Lesions with Multiple Sclerosis'

Transitions Mental Health Center, Grand Rapids, MI                                                              1985
    'The Prediction of Violent Behavior'

Annual Meeting of Society of Police and Criminal Psychology, Little Rock, AK                                    1984
    'Michigan's Guilty But Mentally Ill Verdict: The Easy Way Out?'

Annual Meeting of Society of Police and Criminal Psychology, Cincinnati, OH                                     1983
    'Personality Traits of Police as Reflected in House-Tree-Person Drawings'


## PUBLICATIONS

**"Repressed and Recovered Memories".** Greiffenstein, M.F., Seward, J.D., & Welner, M. In C.H.
    Wecht (Ed.), *Forensic Sciences*. New York: Matthew Bender. (2009)

 **"Amyloid beta peptides in human plasma and tissues and their significance for Alzheimer's
    disease."** Roher, A.E., Esh, C.L., Kokjohn, T.A., Castan, E.M., Van Vickle, G.D., Kalback,
    W.M., Patton, K.L., Luehrs, D.C., Daugs, I.D., Kuo, Y.M., Emmerling, M.R., Soares, H.,
    Quinn, J.F., Kayer, J., Connor, D.J., Silverberg, N.B., Adler, C.H., Seward, J.D., Beach, T.G.,
    & Sabbagh, M.N. *Alzheimer's & Dementia*. 2009, Vol. 5, pp 18-29.

"**Ethical Issues in Assigning (or Withholding) a Diagnosis of Malingering**" Seward, J. D., &
    Connor, D.J. In: J.E. Morgan & J.J. Sweet [Eds]. *Neuropsychology of Malingering Casebook*. New
    York: Taylor and Francis. 2009.

**James D. Seward, Ph.D., ABPP**
**The Forensic Panel**

Page 6 of 8


## PUBLICATIONS CONTINUED . . .

"**White Paper: Neuropsychological Testing: Ethical Applications for Law and Public Policy**" Seward, J.D. & Welner, M. *Annapolis, MD: Annapolis Center for Science-Based Public Policy.* 2006

"**Performance of Three Clock Scoring Systems Across Different Ranges of Dementia Severity**" Connor, D. J., Seward, J. D., Bauer, J. A., Golden, K. S., & Salmon, D. P. *Alzheimer's Disease and Associated Disorders.* 2005 19 pp 119-127

"**Case Series of Clinically Probable Dementia with Lewy Bodies in two Native Americans**" Sabbagh, M. N., Silverberg, N. B., Walker, D., Connor, D. J., Seward, J. D., Crocker-Sabbagh, I. P., Descheny, R. L., Jim, M., & Baxter, L. C. *Alzheimer's Disease and Associated Disorders.* 2004, Vol. 18, pp. 259-260

"**Circle of Willis Atherosclerosis is a Risk Factor for Sporadic Alzheimer's Disease**" Roher, A. E., Esh, C., Kokjohn, T. A., Kalback, W., Luehrs, D. C., Seward, J. D., Sue, L. I., & Beach. T. G. *Arteriosclerosis, Thrombosis, and Vascular Biology.* 2003 23(11) pp 2055-2062

"**A position paper based on observational data indicating an increased rate of altered blood chemistry requiring withdrawal from the Alzheimer's Disease Cholesterol-Lowering treatment Trial**" Sparks, D. L., Lopez, J., Connor, D., Sabbagh, M., Seward, J. D., & Browne, P. *Journal of Molecular Neuroscience.* 2003 20 pp 407-410

"**Length of stay in skilled nursing facilities is longer for patients with dementia**" Sabbagh, M. N., Silverberg, N., Majeed, B., Samant, S., Sparks, D. L., Seward, J. D., & Connor, D. J. *Journal of Alzheimer's Disease.* 2003 5 pp 57-63

"**Repressed memories**" Seward, J. D., & Welner, M. In Wecht. C.H. (Ed.) *Forensic Sciences.* New York: Matthew Bender. 2002

"**Psychological and neuropsychological testing: Enough correlation for court?**" Seward, J. D. *The Forensic Echo* [Online publication]. 2001 5(10). [On-line serial]. Retrievable from: ww.forensicpanel.com

"**Comment on Colorado v. Palmer**" Seward, J.D. *Forensic Panel Letter.* 2001, June. [On-line serial]. Retrievable from: www.forensicpanel.com

"**Bilingual Spanish versus monolingual Spanish?  Implications for neuropsych testing raised**" Seward, J. D. *Forensic Panel Letter.* [Online publication]. 2000, October. [On-line serial]. Retrievable from: www.forensicpanel.com

"**Comment on Bissell v. Reno, et. al.**" Seward, J.D. *Forensic Panel Letter.* 2000, May. [On-line serial]. Retrievable from: www.forensicpanel.com

"**Comment on Bolton v. Trope**" Seward, J.D. *Forensic Panel Letter.* 2000, April. [On-line serial]. Retrievable from: www.forensicpanel.com

"**Millon Clinical Multiaxial Inventory-III takes direct hit**" Seward, J. D. *Forensic Panel Letter.* 1999 3(11) pp1, 6

"**Comment on *State v. Raso***" Seward, J.D. *Forensic Panel Letter.* 1999, Vol. 3(11), pp 12-13.

James D. Seward, Ph.D., ABPP
**The Forensic Panel**

Page 7 of 8


## PUBLICATIONS CONTINUED . . .

**"Comment on U.S. v. Doke"** Seward, J.D. *The Forensic Echo.* 1999, Vol. 3(7), pp 7-8.

**"Comment on Batoff v. State Board of Psychology.** Seward, J.D. *The Forensic Echo.* 1999, Vol. 3(3), pp 4-5.

"**Neuropsychological Assessment**" Seward, J.D. In LeWitt, M (Ed.) *Occupational medicine: State of the art reviews.* Philadelphia: Hanley & Belfus. 1997

"**Brain injury and violence: Implications for criminal justice**" Seward, J. D. *Journal of Police and Criminal Psychology.* 1993, Vol. 9, pp 48-54

"**Neuropsychological and structural brain lesions in multiple sclerosis: A regional analysis**" Swirsky-Sacchetti, T., Mitchell, D. R., Seward, J. D., Gonzales, C. F., Lublin, F. D., Knobler, R. L., & Field, H. *Neurology.* 1992 42 pp1291-1295

"**The sensitivity of the Mini-Mental State Exam in the white matter dementia of multiple sclerosis**" Swirsky-Sacchetti, T., Field, H. L., Mitchell, D. R., Seward, J. D., Lublin, F. L., Knobler, R. L., & Gonzalez, C. F. *Journal of Clinical Psychology.* 1992 48 pp779-786

"**Correlation between structural brain lesions and emotional and cognitive functioning in patients with multiple sclerosis: An MRI study**" Gonzalez, C. F., Mitchell, D. R., Sacchetti, T., Seward, J. D., Knobler, R. L., & Lublin, F. D. *Neuroradiology.* 1991 33 (Suppl.) pp123-124

"**A response to McGuirk et al**" Bryant, B., Gralnick, S., Kanazawa, Y., Kannerstein, D., Seward, J. D., Tamayo, O., Vogel, R., & Soucar, E. *Journal of Marital and Family Therapy.* 1988 14 pp97-98

"**Epilepsy, violence and aggression: Legal implications**" Seward, J. D. *Journal of Police and Criminal Psychology.* 1987 3(1) pp35-43


## PROFESSIONAL AFFILIATIONS

American Academy of Clinical Neuropsychology
American Academy of Forensic Sciences
American Association on Intellectual and Developmental Disabilities
American College of Epidemiology
American Psychology-Law Society
American Statistical Association
Arizona Homicide Investigators Association
Arizona Neuropsychological Society
Arizona Supreme Court
        Member, training planning committee, "Legal Competency and Restoration for Mental Health Experts"
Association for Psychological Science
Doctors of the World Human Rights Clinic
        *Volunteer Clinician*
Florence Immigrant and Refugee Rights Project
        *Clinician,* Volunteer

*James D. Seward, Ph.D., ABPP*
**The Forensic Panel**

Page 8 of 8

## PROFESSIONAL AFFILIATIONS CONTINUED . . .

International Neuropsychological Society
National Academy of Neuropsychology
New York Academy of Sciences
Physicians for Human Rights
Society for the Scientific Study of Psychopathy (Affiliate Member)

## CLINICAL RESEARCH EXPERIENCE

Alzheimer's Disease Core Center
        Neuropsychologist

Arizona Parkinson's Disease Center
        Neuropsychologist

Alzheimer's Disease Anti-inflammatory Prevention Trial
        Neuropsychologist
        Sub-Investigator

## POSTDOCTORAL TRAINING

University of Pennsylvania, Philadelphia, PA                                      1991-1992
        *Fellow* in Forensic Psychiatry

Bryn Mawr Rehabilitation Hospital, Malvern, PA                                   1989-1990
        *Fellow* in Neuropsychology

## EDUCATION

Villanova University, Villanova, PA                                                    2003
        M.S. in Applied Statistics

Temple University, Philadelphia, PA                                                    1989
        Ph.D. Counseling Psychology

John Jay College of Criminal Justice, City University of New York, New York, NY        1984
        M.A. Forensic Psychology

Grand Valley State University, Allendale, MI                                           1980
        Master of Social Work

Aquinas College, Grand Rapids, MI                                                     1975
        B.A. Psychology

## PROFESSIONAL LICENSURE

Arizona