IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court are Petitioner David Lee Jackson's Motions for Leave to Conduct Discovery from Department of Justice, for Disclosure and Production of Grand Jury Testimony, and to Compel Production of Records in the Custody of the Bureau of Prisons [Docs. # 55, 56, 57]. As the court has stayed briefing on the issues raised in Mr. Jackson's petition until the question of whether he is mentally retarded is resolved, these motions are DENIED WITHOUT PREJUDICE at this time, subject to re-filing if necessary after a ruling on the *Atkins* issue is issued.

So **ORDERED** and **SIGNED** this **26** day of **August, 2011.**

_____
Ron Clark, United States District Judge