UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,         )
     *Petitioner,*          )
                      )
       v.              )  CASE NO. 1:09-CV-01039-RC
                      )  (Judge Clark)
                      )
UNITED STATES OF AMERICA,  )
     *Respondent.*        )

---

### NOTICE OF APPEAL

### FILED *IN FORMA PAUPERIS*

---

Notice is hereby given that David Lee Jackson, petitioner in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Chief Judge Edith Jones' Budget Order filed July 8, 2011 (Doc. No. 113), and the District Court's underlying May 17, 2011 *Ex Parte* Order On Expert/Attorney's Fees For *Atkins* Hearing (Doc. No. 89) and June 10, 2011 Second *Ex Parte* Order On Expert/Attorney Fees For *Atkins* Hearing (Doc. No. 97).

/ / /

/ / /

/ / /

1

This notice of appeal is filed *in forma pauperis*, pursuant to Federal Rule of Appellate Procedure 24(a)(3), as Mr. Jackson has been determined financially unable to obtain an adequate defense, and has been proceeding *in forma pauperis* in the district court action.

Dated:  September 1, 2011.                    Respectfully Submitted,

/s/ CHRISTOPHER CRAIG                     /s/ JAMES C. LOHMAN
Christopher Craig (Cal Bar #257108)      JAMES C. LOHMAN (Fl Bar #0570214)
O'MELVENY & MYERS LLP                    1806 East 39th Street
400 S. Hope St.                          Austin, TX 78722
Los Angeles, CA 90071                    Attorneys for Petitioner
                                         DAVID LEE JACKSON

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2011, I sent a true and correct copy of the foregoing instrument, using the Court's CM/ECF, to John Bales, Robert Hobbs, Joseph Batte, Alan Jackson, and Traci Kenner, U.S. Attorney's Office -- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ *Christopher Craig*

CHRISTOPHER CRAIG

3