UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>*Petitioner,* | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | CASE NO. 1:09-CV-01039-RC<br>(Judge Clark) |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) <br> ) <br> ) | |

---

### F.R.A.P. 10(b)(1)(B) CERTIFICATE RE APPELLANT'S DUTY TO ORDER TRANSCRIPT OF THE PROCEEDINGS

---

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Petitioner David Lee Jackson, who filed a Notice of Appeal on September 1, 2011, files this Certificate stating that no transcript of any proceeding will be ordered.

Dated:  September 14, 2011.                    Respectfully Submitted,


/s/ CHRISTOPHER CRAIG                   /s/ JAMES C. LOHMAN
Christopher Craig (Cal Bar #257108)     JAMES C. LOHMAN (Fl Bar #0570214)
O'MELVENY & MYERS LLP                   1806 East 39th Street
400 S. Hope St.                          Austin, TX 78722
Los Angeles, CA 90071                    Attorneys for Petitioner
                                         DAVID LEE JACKSON

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2011, I sent a true and correct copy of the foregoing instrument, using the Court's CM/ECF, to John Bales, Robert Hobbs, Joseph Batte, Alan Jackson, and Traci Kenner, U.S. Attorney's Office -- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ *Christopher Craig*

CHRISTOPHER CRAIG

2