## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: Beaumont                          § DATE:     9/14/11
                                            §
JUDGE: RON CLARK                            § REPORTER: Chris Bickham
                                            §
David Lee Jackson                           § CIVIL NO.: 1:09CV1039
*PLAINTIFF*                                 §
                                            §
U.S.A.                                      §
*DEFENDANT*                                 § C/R DEPUTY: Faith Ann Laurents

Attorneys for Plaintiff: Chris Craid
Attorneys for Defendant:   Robert Hobbs

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   2:15pm  Status Conference via telephone began.  Court and

counsel discussed expert witnesses and reports.  Court and counsel discussed scheduling issues

and deadlines at length.  Court instructed Government to supplement Dr. Seward's report by

9/23/11.   2:45pm Court adjourned.

                                    DAVID J. MALAND, CLERK
                                    /s/ *Faith Ann Laurents*
                                    Deputy Clerk

TOTAL TIME:  ___ hrs.  _30_  mins.          ❏ See Addt'l. Proceedings