| AO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|

| 1. NAME Robert L. Hobbs | 2. PHONE NUMBER (409) 839-2538 | 3. DATE 9/15/2011 | |
|---|---|---|---|
| 4. MAILING ADDRESS 350 Magnolia, Suite 150 | 5. CITY Beaumont | 6. STATE Texas | 7. ZIP CODE 77701 |

| 8. CASE NUMBER 1:09-CV-1039 | 9. JUDGE Ron Clark | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 9/14/2011 | 11. TO |
| 12. CASE NAME David Lee Jackson v. USA | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Beaumont | 14. STATE Texas |

15. ORDER FOR

☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | teleconference | 9/14/2011 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|

18. SIGNATURE *[signature]*   PROCESSED BY *Wilhui Collazo*

19. DATE 9/15/2011   PHONE NUMBER 409-654-7000

TRANSCRIPT TO BE PREPARED BY
Chris Bickham

COURT ADDRESS
**U.S. DISTRICT CLERK**
**300 WILLOW STREET, NO. 104**
**BEAUMONT, TX 77701**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 9-15-11 | DC | | |
| DEPOSIT PAID | N/A | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 9-15-11 | DC | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY