United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL.  504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 16, 2011



Mr. Christopher Craig
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles CA 90071

Mr. James C. Lohman
1806 East 39th Street
Austin TX 78722

Re:    DC No. 1:09-CV-1039 *Jackson v. United States*
       Notices of Appeal from Administrative Orders

Dear Sirs:

On October 22, 2010, you filed a notice of appeal from the order of August 27, 2010, and on September 1, 2011, you filed a notice of appeal from the order of July 8, 2011, both signed by Fifth Circuit Chief Judge Edith H. Jones.  Both orders pertained to motions for funds for investigative purposes and for expert witnesses.  The court has instructed us to inform you that such orders are administrative in nature and are not subject to appeal to the court of appeals.  Thus, the notices of appeal will not be docketed in this court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _William C. Zapalac_

William C. Zapalac
Counsel to the Clerk's Office
(504)310-7660
william_zapalac@ca5.uscourts.gov

c:    Mr. Robert L. Hobbs
      U.S. District Clerk

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS          AUG 27 2010

BEAUMONT DIVISION

DAVID J. MALAND, CLERK

BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | | |
| v. | § | NO. 1:06-CR-51-001 |
| | | 1:09cv 1039 ✓ |
| DAVID LEE JACKSON | § | |

## ORDER

By order of August 12, 2010 the district court entered an order authorizing the expenditure of $10,500 for expert services in addition to the $15,000 that was previously authorized for mental health and investigative experts. I hereby also approve the request in excess of the presumptive limit set by the Criminal Justice Act.

No further requests will be approved.

At the district court's discretion, interim payments within the approved budget may be made to service providers during the pendency of the case without further circuit approval. However, for payments in excess of the presumptive limits, twenty percent of the amount approved for fees must be withheld as retainage. Expenses may be paid in full. The amount so withheld shall be requested through the final voucher submitted by the service provider, and must be submitted for circuit approval before payment.

The approval of this budget in no way entitles counsel to employ expert assistance beyond what is reasonably necessary to defend the clients.


SO ORDERED.

Dated August 23, 2010

*Edith H. Jones*

_____
EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case 1:09-cv-01039-RC   Document 52    Filed 10/22/10   Page 1 of 1 PageID #:  7084

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>*Petitioner,* | ) ) ) | |
| v. | ) ) ) | CASE NO. 1:09-CV-01039-RC<br>(Judge Clark) |
| UNITED STATES OF AMERICA,<br>*Respondent.* | ) ) ) | |

---

### NOTICE OF APPEAL

### FILED *IN FORMA PAUPERIS*

---

Notice is hereby given that David Lee Jackson, petitioner in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order by Judge Edith Jones, dated August 23, 2010, and filed on August 27, 2010, denying petitioner any further funding during his proceedings under 28 U.S.C. § 2255.

This notice of appeal is filed *in forma pauperis*, pursuant to Federal Rule of Appellate Procedure 24(a)(3), as Mr. Jackson has been determined financially unable to obtain an adequate defense, and has been proceeding *in forma pauperis* in the district-court action.

Dated:  October 22, 2010                 RESPECTFULLY SUBMITTED,


/s/ STEVEN J. OLSON                      /s/ JAMES C. LOHMAN
STEVEN J. OLSON (Cal Bar #182240)        JAMES C. LOHMAN (Fl Bar #0570214)
STEVEN H. BERGMAN (Cal Bar #180542)      1806 East 39th Street
O'MELVENY & MYERS LLP                    Austin, TX 78722
400 S. Hope St.                          Attorneys for Petitioner
Los Angeles, CA 90071                    DAVID LEE JACKSON

1