UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the following attorney, a member in good standing

of this District, hereby enters his appearance in this matter as counsel of record for

movant David Lee Jackson to pursue post-conviction relief pursuant to 28 U.S.C. § 2255.

> Chris A. Hollinger
> California Bar No. 147637
> O'MELVENY&MYERS, LLP
> Two Embarcadero Center, 28th Floor
> San Francisco, CA 94111-3823
> Telephone: 415-984-8700
> Facsimile: 415-984-8701
> chollinger@omm.com

Chris A. Hollinger will serve as co-counsel with Christopher Craig and James C.

Lohman.  A copy of all communications and documents should be emailed or faxed to

Mr. Hollinger at the address noted.

1

2

Dated:  September 22, 2011.                Respectfully submitted,


   */s/ Chris A. Hollinger*
Chris A. Hollinger (Cal Bar #147637)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:  415.984.8700
Facsimile: 415.984.8701
chollinger@omm.com

Co-counsel for Petitioner
DAVID LEE JACKSON

3

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing *Notice of Appearance* upon counsel for Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

Robert Lavelle Hobbs
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 981-7912
Fax: (409) 839-2550
Email: robert.hobbs@usdoj.gov

Alan Reeve Jackson
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: alan.jackson@usdoj.gov

Traci Lynne Kenner
U S Attorney's Office - Beaumont
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: traci.kenner@usdoj.gov

John Malcolm Bales
U S Attorney's Office - Lufkin
451 S. First St., Suite 201
Lufkin, TX 75901
(936) 639-4003
Fax: (936) 639-4033
Email: malcolm.bales@usdoj.gov


this 22nd day of September, 2011.


                                        */s/ Chris A. Hollinger*