UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

### Notice of Withdrawal of Appearance of Steven H. Bergman on Behalf of David Lee Jackson

---

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws his appearance as counsel of record on behalf of Petitioner David Lee Jackson.

The undersigned attorney, who is a member in good standing of this District, entered his appearance when he was a Counsel with O'Melveny & Myers LLP, which is counsel of record along with James C. Lohman on behalf of Mr. Jackson. The undersigned attorney left O'Melveny & Myers LLP at the end of May, 2011, and has remained one of the counsels of record for Mr. Jackson pending the appearance of another senior attorney at O'Melveny & Myers LLP on behalf of Mr. Jackson. With the appearance of Chris Hollinger of O'Melveny & Myers LLP dated September 22, 2011, the undersigned attorney hereby withdraws his appearance as counsel of record for Mr. Jackson.

Dated: September 23, 2011.          Respectfully submitted,

                    /s/ Steven H. Bergman
                    Steven H. Bergman (Cal Bar #180542)
                    Law Office of Steven H. Bergman
                    P.O. Box 951
                    Draper, Utah 84020
                    Telephone: 801.601.1087
                    Email:  steven@bergmanesq.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing *Notice of Withdrawal of Appearance of Steven H. Bergman on Behalf of David Lee Jackson* upon counsel for Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
Telephone: (409) 839-2538
Facsimile: (409) 839-2550
Email: joe.batte@usdoj.gov

Robert Lavelle Hobbs
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
Telephone: (409) 981-7912
Facsimile: (409) 839-2550
Email: robert.hobbs@usdoj.gov

Alan Reeve Jackson
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
Telephone: (903) 590-1400
Facsimile: (903) 590-1439
Email: alan.jackson@usdoj.gov

Traci Lynne Kenner
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
Telephone: (903) 590-1400
Facsimile: (903) 590-1439
Email: traci.kenner@usdoj.gov

John Malcolm Bales
U S Attorney's Office - Lufkin
451 S. First St., Suite 201
Lufkin, TX 75901
(936) 639-4003
Fax: (936) 639-4033
Email: malcolm.bales@usdoj.gov

this 23rd day of September, 2011.

                    /s/Steven H. Bergman
                    Steven H. Bergman