IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,                        §
                                          §
          *Petitioner,*                   §         Civil Action No. 1:09-CV-1039
                                          §
v.                                        §         JUDGE RON CLARK
                                          §
UNITED STATES OF AMERICA,                 §
                                          §
          *Respondent.*                   §

## ORDER

Before the court is Petitioner David Lee Jackson's Unopposed Motion to Seal his Section 2255 Petition, including all attachments. With this motion, Mr. Jackson filed a sealed unredacted version of his petition and attachments, in addition to a sealed and redacted version of his petition. Compare Docs. # 41-46 (sealed and unredacted) with Docs. # 47-51 (sealed and redacted). The court will therefore grant Mr. Jackson's motion in part. The unredacted version of his petition—Docs. # 41-46—shall remain under seal, while the redacted version of his petition—Docs. # 47-51—will be unsealed.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion to Seal [Doc. # 33] is GRANTED IN PART. Docs. # 41-46 shall remain under seal, while Docs. # 47-51 shall be unsealed.

So **ORDERED** and **SIGNED** this **27** day of **September, 2011.**

_____
Ron Clark, United States District Judge