UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

**Order Granting Petitioner David Lee Jackson's Motion for Continuance**

The Court, finding that Petitioner has shown good cause for the following, ORDERS that the *Atkins* hearing set for November 8-10, 2011 be rescheduled for April 3-5, 2012.