IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| Petitioner, | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner David Lee Jackson's unopposed motion to continue the November 8, 2011 *Atkins* hearing. In this motion, Mr. Jackson cites a number of reasons for the request, including the medical condition of his expert Dr. Victoria Swanson[1] and the incomplete discovery provided by the Government[2].

In light of Dr. Swanson's condition, and this court's own schedule, the court will grant the motion and move the *Atkins* hearing to the date previously designated as an alternate date, namely April 3-5, 2012.

---

[1]Dr. Swanson was informed on October 7, 2011 that she had a cancerous tumor. While the motion states that this is not currently a "grave situation," Dr. Swanson is not expected to be able to prepare for and testify at the *Atkins* hearing in November 2011.

[2]Mr. Jackson lists a number of items cited in the report of the Government's expert, Dr. Seward, that have not been produced to him. Doc. # 128 at 4-5. The Government, according to the motion, has made no specific commitment as to when the documents will be produced.

Further, to the extent that the Government has not produced information it is required to do under the court's June 20, 2011 Order[3] [Doc. # 101] and discussed at the September 15, 2011 status conference, it shall do so on or before October 31, 2011.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion to Continue [Doc. # 128] is GRANTED. The *Atkins* hearing currently scheduled for November 8-10, 2011 is RESCHEDULED for April 3-5, 2012.

So **ORDERED** and **SIGNED** this **11** day of **October, 2011.**

_____
Ron Clark, United States District Judge

---

[3]Among other things, this Order required the Government to disclose "all records reviewed by the Government expert including, but not limited to, records maintained by the Bureau of Prisons," as well as "a list of all materials that the Government has provided to Dr. Seward" and "Dr. Seward's notes and other raw testing material." The deadlines for providing this discovery to Mr. Jackson's counsel are long-past.