UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Motion To Compel Production Of Documents In The Possession Of The United States Government Relevant To *Atkins* Claim**

---

On October 18, 2011, Petitioner David Lee Jackson, through counsel, moved the Court, pursuant to Rule 6(a) of the Rules Governing §2255 Proceedings, for leave to compel certain discovery from the United States Bureau of Prisons ("BOP") and the Federal Bureau of Investigations ("FBI"). The Government did not oppose the motion.

Having considered the moving papers and arguments of counsel, the Court finds good cause exists to grant Petitioner leave to pursue, by subpoena, the following discovery from the United States Bureau of Prisons and Federal Bureau of Investigations:

1. Mr. Jackson's entire Central File, pursuant to Program Statement 5800.11.

2. Names of every course previously or currently enrolled in by Mr. Jackson.

3. Names of every course previously enrolled in, but not completed or passed by

Mr. Jackson.

4. Criteria that must be met to pass each course previously or currently enrolled in.

5. BOP policies and procedures regarding enrollment in education courses.

6. Coursebooks, lesson plans, and other materials containing curriculum content for every course previously or currently enrolled in.

7. Evaluations, transcripts or performance reports for each course previously or currently enrolled in.

8. Identity of instructors for each course previously or currently enrolled in.

9. All tests, assessments and resulting scores for every course previously or currently enrolled in.

10. Personnel file of Dr. Chad Lohman, including reviews, qualifications and CV.

11. Job description and CV for Margie Bier.

12. Personnel file of Michael Mattes, including reviews, qualifications and CV.

13. Personnel file of Gregory Hawkins, including reviews, qualifications and CV.

14. Personnel file of John Feeney, including reviews, qualifications and CV.

15. Job description and CV for John Bellantoni.

16. Personnel file of Todd Royer, including reviews, qualifications and CV.

17. All jobs held by Mr. Jackson.

18. Descriptions of all jobs held & descriptions of daily work activities.

19. Start and end dates of each job held.

20. Identity of all persons who supervised/managed Mr. Jackson for each job held.

21. Work performance reviews/evaluations of Mr. Jackson for each job held.

22. Write ups or disciplinary action taken with respect to Mr. Jackson's work performance.

23. Policies and procedures governing housing, educational programs, psychological care, medical care, inmate employment, cell sanitation, and resources accessible to inmates (e.g., Corrlinks email, Prisoner Assist) for the following institutions: USP Terre Haute, USP Marion, USP ADX, FCI Petersburg, MCC Chicago, FCI Milan, USP Beaumont, USP Lewisberg, USP Leavenworth, USP Lompoc, USP Atlanta, USP Springfield, and the Transfer Center (OK).

24. Entire CJIS File on Mr. Jackson from the FBI.

25. Entire File on Mr. Jackson from the BOP Psychology Data System.

26. Regulations and/or policies and protocols governing the BOP psychology program.

27. All psychological and/or neurological evaluations conducted, including the copies of evaluations used, reasons evaluations conducted, notes & memorandum taken during evaluations, and the results of the evaluations.

28. All psychological and/or neurological evaluations conducted, including the copies of evaluations used, reasons evaluations conducted, notes & memorandum taken during evaluations, and the results of the evaluations.

29. Identity of all persons who evaluated Mr. Jackson on an informal and/or formal basis.

30. BOP policies & protocols regarding psychological and/or neurological assessment of inmates.

31. BOP policies & protocols regarding the identification of inmates with mental retardation.

32. BOP policies and procedures for screening inmates identified as possibly mentally retarded.

33. Services provided to inmates identified as mentally retarded.

34. Program manual, as well as other documents evidencing policies and procedures of CODE Program.

35. Admission requirements inmates must meet to participate in CODE.

36. Inmate screening procedures for the CODE program.

37. Screening documents regarding or pertaining to Mr. Jackson's enrollment in CODE.

38. Documents evidencing or regarding Mr. Jackson's use of resources provided to inmates enrolled in CODE.

39. All documents evidencing Mr. Jackson's participation in or affiliation with the Black Guerilla Family while imprisoned at USP Lompoc and/or elsewhere.

40. BOP Security Threat Group ("STG") files regarding the Black Guerilla Family.

41. Documents relevant to any of Mr. Jackson's requests to open bank accounts at Prime Bank and Wells Fargo Bank while incarcerated at Beaumont.

42. Documents relevant to any arrangements for Mr. Jackson and Ms. Baaba to

marry.

43. Criteria for awarding cell sanitation awards.

44. Any and all records regarding the condition of Mr. Jackson's cell from any institution where he has been incarcerated, including any disciplinary citations or critical evaluations Mr. Jackson has received for the condition of his cell.

45. Policies and procedures for access to and use of Corrlinks.

46. Policies and procedures for access to and use of Prisoner Assistant.

47. All documents pertaining to the Control Unit Hearing in 2000.

48. Mr. Jackson's entire BOP disciplinary file, including transcripts of disciplinary hearings, write-ups or reports of misconduct, records of disciplinary incidents, and records of disciplinary actions taken against Mr. Jackson.

49. All correspondence between Mr. Jackson and prison staff, including but not limited to commissary requests, medical requests, and grievances.

50. All correspondence in the possession of the BOP, including but not limited to email correspondence, by and between Mr. Jackson and Mr. Jackson's friends, family, and legal teams.

THEREFORE, the United States Bureau of Prisons and the Federal Bureau of Investigation shall respond to a *subpoena duces tecum* seeking the above materials no later than December 31, 2011.