**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

DIVISION: Beaumont                          § DATE:    11/7/11
                                            §
JUDGE: RON CLARK                            § REPORTER:  Chris Bickham
                                            §
U.S.A.                                      § CIVIL NO.:  1:09cv1039
*Respondent*                                §
                                            §
David Lee Jackson                           §
*Movant*                                    § C/R DEPUTY: Faith Ann Laurents

Attorneys for Plaintiff:   Robert Hobbs, Joe Batte,
Attorneys for Defendant:     Chris Craig, Chris Hollinger

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:    10:00 am Court began.  Counsel made announcements.  Court

and counsel discussed Motion to Compel.  Court instructed parties to confer and resolve issues

and to notify Court of agreements by 12/7/11.  11:00 am Court recessed.


DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents
     Deputy Clerk


TOTAL TIME:   1   hrs. ____ mins.            ❑ See Addt'l. Proceedings