**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC – 6 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | NO. 1:09-CV-1039-001 |
| DAVID LEE JACKSON | § | |

## ORDER ON ATTORNEY'S FEES

By order of August 19, 2011, the district court authorized $18,445 in attorney's fees and $497.25 in expenses to be paid to James Lohman. I hereby approve *$18,445* in attorney's fees. Requests for reimbursement of expenses incurred by attorneys are not subject to circuit approval, and $497.25 may be paid for expenses as authorized by the district court.

SO ORDERED.

Dated _____*Nov. 2*_____, 2011

EDITH H. JONES
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT