UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Petitioner David Lee Jackson's *Unopposed* Motion To Continue *Atkins* Hearing**

---

On October 11, 2011, this Court continued Mr. Jackson's Atkins hearing until April 3–5, 2012, due in part to a serious medical condition facing Mr. Jackson's primary *Atkins* expert, Dr. Victoria Swanson.  (Dkt. 129.)  As defense counsel informed the Court prior to that order (Dkt. 128), Dr. Swanson learned that she had a cancerous tumor on October 7, 2011.

Unfortunately, Dr. Swanson's condition has not improved sufficiently to enable her to prepare for and appear at the hearing if it goes forward in April.  At this time, Dr. Swanson's prognosis remains unclear, although her treatment is now expected to extend at least through June, and her doctors do not expect to have a significant update until late March.  At this time, Mr. Jackson, through counsel, requests that the Court take this matter off calendar, and order that defense counsel provide regular, *in camera* updates

1

regarding Dr. Swanson's condition and prognosis.  The Government does not oppose this motion.

The relevant circumstances in determining a motion for continuance include "the amount of time available, the defendant's role in shortening the time needed, the likelihood of prejudice from a denial, and the availability of discovery from the prosecution." *United States v. Hopkins*, 916 F.2d 207, 217 (5th Cir. 1990).  The last of these factors is not relevant here, though the remainder favor a continuance.  These circumstances are beyond anyone's control, but there is insufficient time to arrange an alternative.  Given the time and effort already expended by Dr. Swanson, and the chance that she will be available to testify with more time, starting over with a new expert would also be detrimental to the just and speedy resolution of Mr. Jackson's *Atkins* claim.  Moreover, the prejudice of requiring Mr. Jackson to proceed to an *Atkins* hearing without Dr. Swanson would be severe.  These considerations constitute good cause for a continuance of the April hearing.

//

//

//

//

//

//

//

//

2

WHEREFORE, Mr. Jackson respectfully moves this Court to take the *Atkins* hearing currently scheduled for April 3–5, 2012 off calendar.  Mr. Jackson's counsel will provide this Court with regular updates on Dr. Swanson's condition, as additional information becomes available.

Dated:  February 2, 2011.

Respectfully Submitted,


*/s/ CHRISTOPHER B. CRAIG*

CHRIS A. HOLLINGER (Cal Bar # 147637)
chollinger@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: 415.984.8906
Fax: 415.984.8701

JAMES C. LOHMAN
(Fl Bar #0570214)
jimmylohman@gmail.com
1806 East 39th Street
Austin, TX 78722
Phone/Fax: 512.542.9947

Attorneys for Petitioner
DAVID LEE JACKSON

CHRISTOPHER B. CRAIG (Cal Bar # 257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA 90071
Phone: 213.430.6029
Fax: 213.430.6407

3

## CERTIFICATE OF CONFERENCE

This motion is filed in accordance with the "meet and confer" requirement of L.R. CV-7(h), pursuant to phone and email discussions between Christopher B. Craig, undersigned counsel for Mr. Jackson, and Assistant United States Attorney Robert Hobbs on January 27 and February 2, 2012. In those conversations, Mr. Hobbs stated that the Government does not oppose this motion.

/s/ *Christopher B. Craig*
Christopher B. Craig

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing "Petitioner

David Lee Jackson's *Unopposed* Motion To Continue *Atkins* Hearing" upon counsel for

Respondent by sending same via CM/ECF:


Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

Robert Lavelle Hobbs
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 981-7912
Fax: (409) 839-2550
Email: robert.hobbs@usdoj.gov

Alan Reeve Jackson
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: alan.jackson@usdoj.gov

Traci Lynne Kenner
U S Attorney's Office - Beaumont
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: traci.kenner@usdoj.gov

John Malcolm Bales
U S Attorney's Office - Lufkin
451 S. First St., Suite 201
Lufkin, TX 75901
(936) 639-4003
Fax: (936) 639-4033
Email: malcolm.bales@usdoj.gov


this 2nd day of February, 2012.


                                        /s/ Christopher B. Craig

5