UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's Motion for Continuance**

---

The Court, finding that Petitioner has shown good cause for the following, ORDERS that the *Atkins* hearing set for April 3-5, 2012 be taken off calendar. Counsel for Mr. Jackson is ORDERED to provide the Court with regular, *in camera* updates regarding the health of Dr. Victoria Swanson as new information becomes available.