IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER CONTINUING *ATKINS* HEARING AND ORDERING BRIEFING

Before the court is Petitioner David Lee Jackson's unopposed motion to continue the April

3-5, 2012 *Atkins* hearing in light of Dr. Victoria Swanson's health. The court is of the opinion that

the motion should be granted. The court will not reset the hearing at this time; rather, Mr. Jackson's

counsel is to provide an update to the court every 30 days—by submitting a written letter to

chambers *in camera*, via mail, fax, or email—as to the state of Dr. Swanson's health and whether

a hearing can be re-set.

The court previously stayed briefing on the issues raised in Mr. Jackson's habeas petition,

other than the mental retardation issue. Doc. # 60. **The court now revises its prior order and**

**directs the Government to respond only to Claim 1 in Mr. Jackson's habeas petition on or**

**before May 7, 2012.**[1] The Government's response to the remainder of Mr. Jackson's petition

---

[1]To be clear, Claim 1 is entitled "The death sentenced imposed on Mr. Jackson violates
the Federal Death Penalty Act, the rule of lenity, and the Fifth, Sixth, and Eighth Amendments,"
and begins on page 17 of Mr. Jackson's October 5, 2010 Petition for Collateral Relief [Doc. # 41
at Page ID # 2895].

remains stayed until further order of the court. No reply briefing will be entertained, absent leave of court.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion to Continue *Atkins* Hearing [Doc. # 136] is GRANTED. The *Atkins* hearing set for April 3-5 is CANCELLED.

So **ORDERED** and **SIGNED** this **3**   day of **February, 2012.**

_____
Ron Clark, United States District Judge