UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,               )
          *Petitioner,*          )
                                 )
          v.                     )    CASE NO. 1:09-CV-01039-RC
                                 )    (Judge Clark)
                                 )
UNITED STATES OF AMERICA,        )
          *Respondent.*          )

---

**Order Granting Petitioner David Lee Jackson's *Unopposed* Motion for Leave to Reply to the Government's Response in Opposition to Claim 1**

---

The Court, finding that Petitioner has shown good cause for the following,

ORDERS the Clerk to file Mr. Jackson's Reply to the Government's Response in

Opposition to Claim 1.