IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court is Petitioner David Lee Jackson's unopposed motion for leave to file a reply brief, in excess of ten pages, that responds to certain arguments raised by the Respondent United States of America's responsive brief on Claim 1. The court is of the opinion that the motion should be granted, and Mr. Jackson be permitted to file his sixteen page reply brief.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Unopposed Motion for Leave to File Reply Brief [Doc. # 140] is GRANTED.

So **ORDERED** and **SIGNED** this **24** day of **May, 2012.**

_____
Ron Clark, United States District Judge