UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

---

**Order Granting Petitioner David Lee Jackson's *Unopposed* Motion to Seal Supplement to Petition for Collateral Relief**

---

The Court, finding that Petitioner has shown good cause for the following,

ORDERS the Clerk to seal David Lee Jackson's Supplement to his Petition for Collateral

Relief filed pursuant to 28 U.S.C. § 2255 ("Supplemental Petition").