**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| DAVID LEE JACKSON, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | NO. 1:09-cv-01039-RC |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| *Respondent*. § | |
| § | |

---

**NOTICE OF ERRATA REGARDING PETITIONER'S SUPPLEMENT TO PETITION
FOR COLLATERAL RELIEF**

---

Petitioner David Lee Jackson hereby notifies the Court and the Respondent of the

following errata in Petitioner's Supplement to Petition for Collateral Relief, filed with the Court

under seal on June 19, 2012, (Dkt. 144), arising from inadvertent clerical errors.

| Page[1] | Paragraph | Prior Citation[2] | Correct Citation |
|---|---|---|---|
| 1 | Footnote 9 | Exhibit 13 | Exhibit 113 |
| 12 | Footnote 11 | Exhibits 115, 116, and 117 | Exhibits 116, 117, and 118 |
| 20 | Paragraph 1 | Exhibit 12 | Exhibit 95 |
| 25 | Paragraph 2 | Dudley Decl. ¶ 45 (Ex. 93) | Dudley Decl. ¶ 20 (Ex. 93) |
| 26 | Paragraph 1 | Exhibit 118 | Exhibit 119 |

Dated: July 2, 2012                                          RESPECTFULLY SUBMITTED,

*/s/ Chris A. Hollinger*
CHRIS A. HOLLINGER (Cal Bar #147637)          James C. Lohman (Fl Bar #0570214)
O'MELVENY & MYERS LLP                              1806 East 39th Street
Two Embarcadero Center 28th Floor                   Austin, TX 78722
San Francisco, CA 94111                                 Phone/Fax: 512.542.9947
Phone: 415.984.8906

                                                              Attorneys for Defendant/Petitioner
                                                              DAVID LEE JACKSON

---

[1] Pagination refers to numbering on original document as filed under seal.
[2] Exhibits refer to exhibits to the Declaration of Christopher Craig In Support of Petitioner's Supplement to Petition for Collateral Relief, filed with Petitioner's Supplement to Petition for Collateral Relief on June 19, 2012.  (Dkt. 145.)

1

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing "Notice of Errata

Regarding Petitioner's Supplement to Petition for Collateral Relief" upon counsel for

Respondent by sending same via CM/ECF:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

Robert Lavelle Hobbs
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 981-7912
Fax: (409) 839-2550
Email: robert.hobbs@usdoj.gov

Alan Reeve Jackson
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: alan.jackson@usdoj.gov

Traci Lynne Kenner
U S Attorney's Office - Beaumont
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: traci.kenner@usdoj.gov

John Malcolm Bales
U S Attorney's Office - Lufkin
451 S. First St., Suite 201
Lufkin, TX 75901
(936) 639-4003
Fax: (936) 639-4033
Email: malcolm.bales@usdoj.gov

this 2nd day of July, 2012.

*/s/ Chris A. Hollinger*

-2-