UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DAVID LEE JACKSON,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Respondent*. | Case No. 1:09-CV-01039-RC<br>(Judge Clark) |

---

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

---

Comes now undersigned counsel, James C. Lohman, and requests this Court to substitute counsel of record for Mr. David Jackson.  Specifically, Mr. Lohman requests this Court to appoint Morris H. Moon of the Federal Capital Habeas Project[1] as local counsel in his place.  In support of this motion, counsel states as follows:

Undersigned counsel, James Lohman, was appointed by this Court on October 13, 2009 to assist in the representation of Mr. Jackson in proceedings for post-conviction relief pursuant to 28 U.S.C. § 2255.  Although the law firm of O'Melveny and Myers LLP is appearing *pro bono* on behalf of Mr. Jackson, Mr. Lohman is the only attorney appointed to represent Mr. Jackson pursuant to 18 U.S.C. § 3599(a)(2) and *McFarland v. Scott*, 512 U.S. 849 (1994).

---

[1] The Federal Capital Habeas Project is a part of the Federal Public Defender Program whose lawyers focus on federal capital post-conviction cases. It is hosted by the Defender for the District of Maryland, where it has its main office, but it is national in scope. For purposes of appointment, the Project functions not unlike the United States Attorney's Office where an assistant in the office enters an appearance but the office itself nominally represents the United States in the matter. Should this Court grant this motion, Mr. Moon, who is licensed in Texas and located in Houston, would be the Maryland Defender's designated attorney for this case.

As this Court is aware, the appointment provision of § 3599 requires appointment of at least one counsel who has been admitted to practice in the court of appeals for not less than five years and who has not less than three years' experience in the handling of appeals in that court in felony cases.  18 U.S.C. § 3599(c).  Alternatively, for good cause, this Court may appoint counsel "whose background, knowledge, or experience would otherwise enable him or her to properly represent the defendant, with due consideration to the seriousness of the possible penalty and to the unique and complex nature of the litigation."  18 U.S.C. § 3599(d).  Additionally, under CJA Guideline 6.01(A), "judicial officers should consider appointing at least two counsel" in capital § 2255 proceedings "[d]ue to the complex, demanding and protracted nature of death penalty proceedings," and it has been regular practice in § 2255 cases to have at least two appointed counsel.  As the Supreme Court recently explained, post-conviction proceedings are the first instance where a prisoner can raise extra-record claims, such as the ineffectiveness of trial counsel, and, because of the crucial nature of these proceedings, habeas counsel must also meet a certain standard of representation in capital cases.  *See Martinez v. Ryan*, 132 S. Ct 1309 (2012).  It is important, therefore, that every death-sentenced inmate be provided with counsel that are qualified to perform, and do perform, according to prevailing professional norms.  *See id.* at 1318-19.

Mr. Lohman is a sole practitioner and focuses his practice on representing clients in capital cases.  Because of recent financial concerns, it has become difficult for Mr. Lohman to continue to effectively represent Mr. Jackson in his § 2255 proceeding.  For these reasons, Mr. Lohman consents to withdrawing from his representation of Mr. Jackson to permit the appointment of Mr. Morris H. Moon, an attorney who meets the standards for appointment set forth in 18 U.S.C. § 3599.[2]

---

[2] Counsel have discussed this matter with Mr. Jackson and he has no objection to this substitution.

Mr. Moon is an Assistant Federal Defender with the Federal Capital Habeas Project, a project which was established in 2006 by the Judicial Conference of the United States Committee on Defender Services to assist the growing number of individuals under federal death sentence in § 2255 proceedings.  As is required by the Administrative Office of the U.S. Courts, the Project is hosted by a Federal Public Defender, namely the Office of the Federal Public Defender for the District of Maryland.[3]  As required by protocol, the Office of Defender Services has granted permission for lawyers from the Federal Capital Habeas Project to seek appointment in Mr. Jackson's case.

Should this Court grant the substitution of counsel, Morris H. Moon would be the Assistant Federal Defender designated to this case from the Federal Capital Habeas Project.  Mr. Moon is located in Houston, Texas and is a member in good standing of the Texas and Florida State Bars.  He has been admitted to practice in the Eastern, Western, Southern, and Northern Districts of Texas, the Western District of Missouri, the Fifth Circuit, and the United States Supreme Court.  Mr. Moon has extensive knowledge of substantive criminal and habeas corpus law; experience investigating, preparing, and litigating capital post-conviction cases; and expertise in capital § 2255 litigation.  Mr. Moon began his legal career as a trial public defender in Miami-Dade County, Florida before moving to Houston, Texas in January 2001 to focus solely on capital post-conviction cases.

Mr. Moon has represented numerous death-sentenced prisoners in Texas state courts and has been appointed as CJA counsel to represent inmates in capital 28 U.S.C. § 2254 proceedings in the Eastern District of Texas, the Southern District of Texas, and the Western District of Texas.  Mr. Moon has also represented death-sentenced inmates in the Fifth Circuit Court of Appeals, including in the cases of *In re Hearn*, 376 F.3d 447 (5th Cir. 2004), *In re Mathis,* 483

---

[3] The Federal Capital Habeas Project, which is national in scope, has its main office in Greenbelt, Maryland. Although some of its staff members, including Mr. Moon, are located outside Maryland, they are all considered employees of the Federal Public Defender for the District of Maryland.

F.3d 395 (5th Cir. 2007), *Ruiz v. Quarterman*, 504 F.3d 523 (5th Cir. 2007), and *Leal Garcia v. Quarterman*, 573 F.3d 214 (5th Cir. 2009).

Mr. Moon has lectured at law schools on habeas-related issues and has served as faculty at numerous capital habeas trainings, both in Texas and nationally.  In addition to serving as faculty, Mr. Moon was the Course Director for the Capital Habeas track of the Texas Criminal Defense Lawyer's Association's annual capital training seminar in 2006 and 2008.  In 2007, he was the Course Director for the Center for American and International Law's Habeas Corpus Seminar in Plano, Texas.

In his capacity as an Assistant Federal Defender with the Federal Capital Habeas Project, Mr. Moon has assisted in the recruitment and facilitation of appointment of qualified counsel in capital § 2255 proceedings; consulted with appointed counsel on litigation strategy and all aspects of representation; overseen the gathering and dissemination of capital § 2255-specific research and other related materials to courts and appointed counsel; and participated regularly in trainings for counsel in capital § 2255 cases.

Mr. Moon has consulted with undersigned counsel on various aspects of Mr. Jackson's case and he, therefore, already has some familiarity with the issues in the case.  Because of this familiarity, Mr. Moon would require minimal time to learn Mr. Jackson's case and undersigned counsel will not seek any extensions or continuances from this Court based on the substitution of counsel.

If appointed, Mr. Moon, as a member of the Federal Capital Habeas Project, would not require any payment or reimbursements from this Court and all expenses, including attorney compensation, travel expenses, and any auxiliary fees, would come out of the Maryland federal defender budget.  This appointment would not only ensure that the case will be handled efficiently and without wasting resources, but it would also relieve this Court of the administrative burden of managing budgets and funding this litigation.

Assistant Federal Defender Moon possesses the specialized expertise in federal capital post-conviction litigation necessary to replace Mr. Lohman and continue to provide Mr. Jackson with counsel in his capital § 2255 proceeding who satisfy the provisions of 18 U.S.C. § 3599.

**CONCLUSION**

WHEREFORE, Mr. Lohman respectfully requests that this Court substitute Mr. Morris H. Moon, in his capacity as an attorney with the Federal Capital Habeas Project, as appointed CJA counsel to assist in the representation of Mr. Jackson in his capital § 2255 proceeding and in seeking all available post-conviction remedies.

Dated: July 3, 2012                               Respectfully Submitted,

*/s/ Chris A. Hollinger*
CHRIS A. HOLLINGER (Cal Bar # 147637)        JAMES C. LOHMAN
chollinger@omm.com                           (Fl Bar #0570214)
O'MELVENY & MYERS LLP                         jimmylohman@gmail.com
Two Embarcadero Center, 28th Floor           1806 East 39th Street
San Francisco, CA 94111                       Austin, TX 78722
Phone: 415.984.8906                           Phone/Fax: 512.542.9947
Fax: 415.984.8701

CHRISTOPHER CRAIG (Cal Bar # 257108)         Attorneys for Petitioner
christophercraig@omm.com                      DAVID LEE JACKSON
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA 90071
Phone: 213.430.6029
Fax: 213.430.6407

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing "Unopposed

Motion for Substitution of Counsel" upon counsel for Respondent by sending same via

CM/ECF to:

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 839-2538
Fax: (409) 839-2550
Email: joe.batte@usdoj.gov

Alan Reeve Jackson
U S Attorney's Office - Tyler
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: alan.jackson@usdoj.gov

John Malcolm Bales
U S Attorney's Office - Lufkin
451 S. First St., Suite 201
Lufkin, TX 75901
(936) 639-4003
Fax: (936) 639-4033
Email: malcolm.bales@usdoj.gov

Robert Lavelle Hobbs
U S Attorney's Office - Beaumont
350 Magnolia, Suite 150
Beaumont, TX 77701
(409) 981-7912
Fax: (409) 839-2550
Email: robert.hobbs@usdoj.gov

Traci Lynne Kenner
U S Attorney's Office - Beaumont
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1439
Email: traci.kenner@usdoj.gov

this 3rd day of July, 2012.

*/s/ Chris A. Hollinger*

**CERTIFICATE OF CONFERENCE**

Pursuant to the requirements of L.R. CV-7, undersigned counsel for Mr. Jackson spoke with Assistant United States Attorney Hobbs who stated that the Government does not oppose this motion.

*/s/ Chris A. Hollinger*
Chris A. Hollinger