UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

DAVID LEE JACKSON,

       *Petitioner*,

       v.

UNITED STATES OF AMERICA,

       *Respondent*.

Case No. 1:09-CV-01039-RC

---

**ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL**

---

Before the Court is David Lee Jackson's unopposed motion for substitution of counsel. The Court is of the opinion that the motion should be granted. It is hereby ORDERED that the appointment of James C. Lohman is terminated and he is replaced by the Federal Public Defender for the District of Maryland, appearing through Morris H. Moon.