**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DIVISION: Beaumont | § | DATE:   7/24/12 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER:  Chris Bickham |
| | § | |
| David Jackson | § | CIVIL NO.:   1:09CV1039 |
| *MOVANT* | § | |
| | § | |
| United States of America | § | |
| *RESPONDENT* | § | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff:   Robert Hobbs, Chris Tortorice

Attorneys for Defendant: Chris Hollinger, Christopher Craig

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:      11:00 am Status Conference began.   Counsel made

announcements.   Court questioned counsel regarding health of expert witness.   Court and

counsel discussed substitution of expert and various scheduling issues.   Counsel will inform

Court of expert status and substitution.   11:30 am Court recessed.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents

Deputy Clerk

TOTAL TIME: _____ hrs.   30   mins.          ❑ See Addt'l. Proceedings