UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON,<br>    *Petitioner,* | )<br>) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA,<br>    *Respondent.* | )<br>) | |

---

**ORDER**

---

Before the Court is David Lee Jackson's unopposed Motion to Appoint Assistant Federal Public Defender Morris Moon as Additional Counsel Pursuant to 18 U.S.C. § 3599. The Court is of the opinion that the motion should be granted. It is hereby ORDERED that Federal Public Defender for the District of Maryland, assistant defender Morris H. Moon appearing, be allowed to appear on behalf of Mr. Jackson.