IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

**ORDER DENYING AS MOOT PETITIONER'S MOTION TO COMPEL**

Before the court is Petitioner David Lee Jackson's motion to compel production of certain documents from the Bureau of Prisons and Federal Bureau of Investigations which were referenced in the report of Dr. James Seward. The court held a hearing on November 7, 2011 during which the United States agreed to turn over certain documents sought by Mr. Jackson. The parties have now informed the court that Mr. Jackson has obtained all of the documents he sought. The court will therefore deny the remainder of the motion as moot.

IT IS THEREFORE ORDERED that Petitioner David Lee Jackson's Motion to Compel [Doc. # 130] is DENIED AS MOOT.

So **ORDERED** and **SIGNED** this **14** day of **September, 2012.**

_____
Ron Clark, United States District Judge