IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## **ORDER**

Before the court is Petitioner David Lee Jackson's unopposed motion to appoint Assistant Federal Public Defendant Morris H. Moon as additional counsel, pursuant to 18 U.S.C. § 3599. The court is of the opinion that the motion should be GRANTED. The Federal Public Defender for the District of Maryland, assistant defender Morris Moon appearing, is permitted to appear on behalf of Mr. Jackson.

The court and counsel have discussed the necessity for Mr. Jackson to retain a new expert on mental retardation to replace Dr. Swanson, whose physical condition precludes her participation in the case. The court and counsel also discussed in general terms the work the new expert will need to do to become familiar with the case, and to prepare to rebut testimony from the Government's expert, as outlined in his report.

As the court discussed with counsel, this Order is not an invitation or permission for a wholesale reopening of discovery in the case. The mere fact that funding may be available for interviewing new witnesses, hiring more than one new expert, or examining previously undisclosed

1

theories will not be a factor that can be used to delay these proceedings, or impose new costs on the

Government.

So **ORDERED** and **SIGNED** on October __10__, 2012.

_Ron Clark_

_____

Ron Clark
United States District Judge