IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| *Petitioner,* | § | |
| | § | Civil No.1:10CV357 |
| v. | § | Criminal No.1:05CR150(3) |
| | § | (Judge Ron Clark) |
| UNITED STATES OF AMERICA | § | |
| *Respondent* | § | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S
STATUS CONFERENCE STATEMENT**

As counsel for Mr. Jackson states in Petitioner's Status Conference Statement, the parties

diligently and in good faith, strived to reach a stipulation on the IQ prong of the test used to

make a legal determination as to mental retardation.  Counsel correctly states that at points

during this effort, the undersigned was encouraged that an agreement would be reached.

However, at all times during the effort, counsel for the government advised that consultation

with the government's expert would be required before the government could agree to the

stipulation.  Once counsel for the government was able to confer with Dr. James Seward, the

government offered the following stipulation, which in our judgment, would provide a basis for

the Court to make a finding as to the IQ prong and without the need for additional testing.

> *The parties stipulate that Mr. Jackson's IQ scores, based on a
> totality of the intelligence tests given to him across his life span,
> have always been below normal, and have at times dropped into
> the range consistent with mental retardation.  This includes the
> results of the current evaluation.*

Counsel for Mr. Jackson felt unable to accept this stipulation.

Statements made by the Court and acknowledged by the government at the hearing on

July 24, 2012, are consistent with the government's plans for the upcoming Atkins hearing.  The

government plans to call Dr. Seward to offer his expert opinion to the Court, and offer evidence

regarding Mr. Jackson's adaptive skills.

Dated: January 23, 2013.

Respectfully submitted,

John M. Bales
United States Attorney

 /s/ Robert L. Hobbs
Robert L. Hobbs
Assistant United States Attorney
350 Magnolia, Suite 150
Beaumont, Texas 77701
(409) 839-2538
robert.hobbs@usdoj.gov
Texas Bar No. 00796764

## CERTIFICATE OF SERVICE

On January 23, 2013, I electronically filed and served the foregoing Response to Status Conference Statement with the Clerk of the Court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the Court.

 /s/ Robert L. Hobbs