## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

DIVISION: BEAUMONT                         §    DATE:        1/23/13
                                          §
JUDGE: RON CLARK                          §    REPORTER:  Chris Bickham
                                          §
David Lee Jackson                         §    CIVIL NO.:    1:09cv1039
*PLAINTIFF*                               §
                                          §
                                          §
                                          §
United States of America                  §
*DEFENDANT*                               §    C/R DEPUTY: Faith Ann Laurents

Attorneys for Plaintiff: Morris Moon, Chris Hollinger, Christopher Craig

Attorneys for Defendant:   Robert Hobbs, Joe Batte

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:    2:30pm Status Conference began.   Counsel made

announcements.   Court and counsel discussed issues regarding the scope of the March 2013

Atkins hearing.   3:00pm Court adjourned.


                                     DAVID J. MALAND, CLERK
                                     /s/ *Faith Ann Laurents*
                                     Deputy Clerk


TOTAL TIME: ___ hrs.  30  mins.          ❏ See Addt'l. Proceedings