| AO 435<br>(Rev. 04/11)<br><br>*Please Read Instructions:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |

| 1. NAME<br>Robert L. Hobbs | | 2. PHONE NUMBER<br>(409) 839-2538 | 3. DATE<br>2/7/2013 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS<br>350 Magnolia, Suite 150 | | 5. CITY<br>Beaumont | 6. STATE<br>Texas | 7. ZIP CODE<br>77701 |
| 8. CASE NUMBER<br>1:09-cv-1039 | 9. JUDGE<br>Ron Clark | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/23/2013 | 11. TO 1/23/2013 | |
| 12. CASE NAME<br>Jackson v. USA | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Beaumont | 14. STATE Texas | |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☒ OTHER 2255 |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | status conference | 1/23/2013 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE *[signature]* | | PROCESSED BY *W Collazo* | |
| 19. DATE  2/7/13 | | PHONE NUMBER  409-654-7000 | |
| TRANSCRIPT TO BE PREPARED BY<br>Chris Bickham | | COURT ADDRESS<br>**U.S. DISTRICT CLERK**<br>**300 WILLOW ST., STE. 104**<br>**BEAUMONT, TX 77701** | |
| ORDER RECEIVED | DATE 2-7-13   BY DC | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 2-7-13   DC | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

DISTRIBUTION:      COURT COPY      TRANSCRIPTION COPY      ORDER RECEIPT      ORDER COPY