IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| *Movant* | § | |
| | § | |
| v. | § | CASE NO.  1:09-CV-01039-RC |
| | § | |
| UNITED STATES OF AMERICA | § | |
| *Respondent* | § | |

## JOINT MOTION FOR CONTINUANCE

The United States of America and David Lee Jackson, by and through their counsel, jointly respectfully request that this Court continue the hearing on Mr. Jackson's *Atkins* claim, presently scheduled for March 25-27, 2013.  The parties have been diligently and in good faith attempting to resolve this case absent further litigation and undersigned counsel can now inform this Court that the parties have reached an agreed resolution to the above-entitled matter.  For these reasons, both parties agree to respectfully request that this Court continue the scheduled evidentiary hearing pending final resolution of this case.

Dated:  February 21, 2013

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

By:  /s/ Robert L. Hobbs

ROBERT L. HOBBS
Assistant United States Attorney
Texas Bar No. 00796764
350 Magnolia, Suite 150
Beaumont, TX 77001
(409) 839-2538
Email: robert.hobbs@usdoj.gov

By:  /s/ Morris H. Moon

MORRIS H. MOON
Federal Capital Habeas Project
2109 Decatur Street
Houston, Texas 77007
(713) 880-3556
Email: Morris_Moon@fd.org

CHRIS A. HOLLINGER
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: 415.984.8906
Fax: 415.984.8701
Email:  chollinger@omm.com

CHRISTOPHER B. CRAIG
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA 90071
Phone: 213.430.6029
Fax: 213.430.6407
Email: christophercraig@omm.com

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion was electronically filed in compliance with Local Rule CV-5(a) and served upon all counsel of record on February 21, 2013.


/s/ Robert L. Hobbs
ROBERT L. HOBBS