IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| *Movant* | § | |
| | § | |
| v. | § | CASE NO. 1:09-CV-01039-RC |
| | § | |
| UNITED STATES OF AMERICA | § | |
| *Respondent* | § | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Continue the *Atkins* Hearing, the motion is hereby GRANTED and it is ORDERED that the *Atkins* Hearing, currently scheduled for March 25-27th, 2013 is continued pending resolution of this case by stipulated agreement.