IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| | § | |
| *Petitioner,* | § | Civil Action No. 1:09-CV-1039 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Before the court is the parties' Joint Motion to Continue the March 25-27, 2013 *Atkins* hearing [Doc. # 167]. The parties state that they have reached a settlement, and that the hearing can be continued pending final resolution of the case. The court is of the opinion that the motion should be GRANTED. The March 25-27, 2013 *Atkins* hearing is CANCELLED, subject to re-setting should circumstances require. At present those same dates are available for an announcement of resolution of the case. So, counsel should be prepared to appear, and should consult with one another and with the court's judicial assistant about an appropriate day and time for a hearing.

So **ORDERED** and **SIGNED** this **27** day of **February, 2013.**

_____
Ron Clark, United States District Judge