**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | | |
|---|---|---|---|
| DIVISION: Beaumont | § | DATE: | 3/25/13 |
| | § | | |
| JUDGE: RON CLARK | § | REPORTER: | Chris Bickham |
| | § | | |
| David Jackson | § | CIVIL NO.: | 1:09cv1039 |
| *MOVANT* | § | | |
| | § | | |
| United States of America | § | | |
| *RESPONDENT* | § | C/R DEPUTY: | Faith Ann Laurents |

Attorneys for Movant:   Morris Moon, Christopher Craig, Chris Hollinger
Attorneys for Respondent:   Robert Hobbs

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   9:30 am Hearing began.   Counsel made announcements.   Court and counsel discussed Offer of Agreed Resolution.   Court questioned defendant regarding Offer and other issues.   Court and counsel discussed Joint Proposed Findings of Fact.   Court found that defendant understands the terms and Court accepted the Offer of Agreed Resolution.   Court vacated the Judgment for Death and proceeded to re-sentence defendant.   9:45am Court recessed in this civil hearing and began re-sentencing in criminal case #1:06cr51(1).

DAVID J. MALAND, CLERK
/s/ *Faith Ann Laurents*
Deputy Clerk

TOTAL TIME: _____ hrs.   15   mins.         ☐ See Addt'l. Proceedings