IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| *Movant* | § | |
| | § | |
| v. | § | CASE NO. 1:09-CV-01039-RC |
| | § | |
| UNITED STATES OF AMERICA | § | |
| *Respondent* | § | |

## JOINT MOTION SEEKING WAIVER OF PRESENTENCE INVESTIGATION AND REPORT

The United States of America and David Lee Jackson, by and through their counsel, jointly respectfully request that this Court waive the presentence investigation and report required by Federal Rule of Criminal Procedure 32.  The parties agree that the information in the record enables this Court to meaningfully exercise its sentencing authority under 18 U.S.C. §3553.  *See* Fed. R.Crim. Pro. Rule 32 (c)(1)(A)(ii); *see also United States v. Colmenares-Hernandez*, 659 F.2d 39, 42-43 (5th Cir. 1981)(permitting sentencing without PSR where record contained sufficient information for sentencing discretion and PSR would have been a "vain and useless thing").  Specifically, the parties agree that the information in the record establishes that the only sentence to which Mr. Jackson can be re-sentenced is life imprisonment.  Thus, a presentence investigation and report would not add any information to the record that would meaningfully affect this Court's exercise of its sentencing authority, and it would represent an imprudent use of scarce judicial resources.  For these reasons, both parties respectfully request that this Court waive the requirement of a presentence investigation and report in this case.

Dated:  March 25, 2013                    Respectfully submitted,

                                          JOHN M. BALES
                                          UNITED STATES ATTORNEY


                                          By:   /s/ Robert L. Hobbs

                                          ROBERT L. HOBBS
                                          Assistant United States Attorney
                                          350 Magnolia, Suite 150
                                          Beaumont, TX 77001
                                          (409) 839-2538
                                          Email: robert.hobbs@usdoj.gov


                                          By:  /s/        Morris H. Moon

                                          MORRIS H. MOON
                                          Federal Capital Habeas Project
                                          2109 Decatur Street
                                          Houston, Texas 77007
                                          (713) 880-3556
                                          Email: Morris_Moon@fd.org

                                          CHRIS A. HOLLINGER
                                          O'MELVENY & MYERS LLP
                                          Two Embarcadero Center, 28th Floor
                                          San Francisco, CA 94111
                                          Phone: 415.984.8906
                                          Fax: 415.984.8701
                                          Email:  chollinger@omm.com

                                          CHRISTOPHER B. CRAIG
                                          O'MELVENY & MYERS LLP
                                          400 S. Hope St.
                                          Los Angeles, CA 90071
                                          Phone: 213.430.6029
                                          Fax: 213.430.6407
                                          Email: christophercraig@omm.com

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion was electronically filed in compliance with Local Rule CV-5(a) and served upon all counsel of record on March 25, 2013.

/s/ Robert L. Hobbs
ROBERT L. HOBBS