IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| *Movant* | § | |
| | § | |
| v. | § | CASE NO. 1:09-CV-01039-RC |
| | § | |
| UNITED STATES OF AMERICA | § | |
| *Respondent* | § | |

## **ORDER**

Upon consideration of the parties' Joint Motion Seeking Waiver of Presentence Investigation and Report, the motion is hereby GRANTED and it is ORDERED that no presentence investigation or report is required in this case.