UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,

          *Petitioner,*

v.

UNITED STATES OF AMERICA,

          *Respondent.*

Case No. 1:09CV-01039-RC

## **OFFER OF AGREED RESOLUTION**

David Lee Jackson, after consultation with his counsel, agrees that with the exception of the Brady violation claim referenced below, he will withdraw all claims in his post-conviction motion filed under 28 U.S.C. § 2255, which challenged his conviction for the murder of Daryl Brown in violation of 18 U.S.C. § 1111. Mr. Jackson further agrees not to contest his conviction or sentence any future post-conviction proceeding, including, but not limited to, a proceeding under 28 U.S.C. § 2255.

Mr. Jackson understands that the United States will, in exchange, concede an inadvertent violation of *Brady v. Maryland*, 373 U.S. 83 (1963) regarding undisclosed documents relating to the capital sentencing phase of Mr. Jackson's trial as alleged in Claim II(A) of his Supplemental Petition filed on June 19, 2012. Mr. Jackson understands that the United States will stipulate to agreed-upon fact-findings proposed findings of facts that will provide a factual basis for the *Brady* claim and grant him penalty phase relief, which will be jointly submitted to the Court. Mr. Jackson also understands that the United States will not seek a new death sentence in this case and that he will be sentenced to life imprisonment for his conviction in Eastern District of Texas docket number 1:06-CR-51.

Mr. Jackson further understands that, as part of this agreement, the United States Attorney's Office for the Eastern District of Texas will file a written recommendation with the

Bureau of Prisons asking that Mr. Jackson: (1) not be transferred to ADX; and (2) that the Bureau of Prison designation coordinator waive two Public Safety Factors: Sentence Length and Prison Disturbance.

As part of this agreement, Mr. Jackson and the United States both agree to waive any potential legal defenses relating to these claims, and - if the Court accepts the agreed resolution and grants penalty phase relief pursuant to *Brady v. Maryland,* Mr. Jackson and the United States both agree to forego any appellate review of these issues. Should the Court reject the agreed resolution or refuse to grant the requested relief, this agreement shall be null and void.

Done this 20 day of _____MARCH_____, 2013.    Done this 25 day of March, 2013.


_____          _____
DAVID LEE JACKSON                         ROBERT L. HOBBS
PETITIONER                                ASSISTANT UNITED STATES ATTORNEY


_____
COUNSEL FOR PETITIONER