UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DAVID LEE JACKSON,                        )
      *Petitioner,*                        )
                                           )
      v.                                   )   CASE NO. 1:09-CV-01039-RC
                                           )   (Judge Clark)
                                           )
UNITED STATES OF AMERICA,                 )
      *Respondent.*                        )

---

**Joint Motion to Dismiss Petition for Collateral Relief under 28 U.S.C. § 2255**

---

Pursuant to the parties' "Offer of Agreed Resolution," and this Court's March 25, 2013 order accepting the Resolution (Dkt. 172) and re-sentencing Mr. Jackson in the criminal matter, 1:06-cr-00051 (Dkt. 399), the parties hereby jointly move to dismiss Mr. Jackson's remaining claims for post-conviction relief in his Petition for Collateral Relief under 28 U.S.C. § 2255 (Dkts. 41, 47).


Dated:  May 16, 2013.                          Respectfully Submitted,

                                                    */s/   Christopher B. Craig*

CHRIS A. HOLLINGER (Cal Bar # 147637)
chollinger@omm.com                             Attorneys for Petitioner
O'MELVENY & MYERS LLP                          DAVID LEE JACKSON
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: 415.984.8906
Fax: 415.984.8701


CHRISTOPHER B. CRAIG (Cal Bar # 257108)
christophercraig@omm.com
O'MELVENY & MYERS LLP

400 S. Hope St.
Los Angeles, CA 90071
Phone: 213.430.6029
Fax: 213.430.6407

MORRIS H. MOON (Texas Bar #24032750)
Morris_Moon@fd.org
Federal Capital Habeas Project
2109 Decatur Street
Houston, Texas 77007
Phone: 713.880.3556

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Robert L. Hobbs
ROBERT L. HOBBS
Assistant United States Attorney
Texas Bar No. 00796764
350 Magnolia Ave., Suite 150
Beaumont, TX 77701
(409) 839-2538
(409) 839-2550 (fax)
robert.hobbs@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing response was delivered by electronic delivery to counsel of record on May 15, 2013.

Dated:  May 16, 2013                    O'MELVENY & MYERS LLP

                                        By:   /s/ CHRISTOPHER B. CRAIG
                                              CHRISTOPHER B. CRAIG


**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 16, 2013                    O'MELVENY & MYERS LLP

                                        By:   /s/ CHRISTOPHER B. CRAIG
                                              CHRISTOPHER B. CRAIG

3