UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | ) | |
| *Movant,* | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-CV-01039-RC |
| | ) | (Judge Clark) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

**Order Granting Joint Motion to Dismiss**

IT IS ORDERED THAT, pursuant to the parties' "Offer of Agreed Resolution," and this Court's March 25, 2013 re-sentencing of Mr. Jackson in the criminal matter, 1:06-cr-00051 (Dkt. 399), Mr. Jackson's remaining claims for post-conviction relief in his Petition for Collateral Relief under 28 U.S.C. § 2255 (Dkts. 41, 47) are hereby DISMISSED.

1