**\*\* NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON, | § | |
| *Petitioner,* | § | Case No. 1-09-cv-1039 |
| | § | |
| v. | § | |
| | § | JUDGE RON CLARK |
| UNITED STATES OF AMERICA, | § | |
| *Respondent* | | |

### ORDER OF DISMISSAL

Pending before the court is the parties' Joint Motion to Dismiss Petition for Collateral Relief under 28 U.S.C. § 2255. [Doc. # 174].  Pursuant to the parties' "Offer of Agreed Resolution", this Court's March 25, 2013 oral order accepting the Resolution, and Petitioner David Lee Jackson's re-sentencing in criminal case number 1-06-cr-51, the parties jointly move to dismiss Petitioner's remaining claims for post-conviction relief pursuant to 28 U.S.C. § 2255. The court is of the opinion the motion should be granted.  IT IS HEREBY ORDERED THAT the parties' joint motion to dismiss [Doc. # 174] is GRANTED.  Petitioner David Lee Jackson's Petition for Collateral Relief [Docs. # 41, 47] is denied as moot and this case is dismissed.  All pending motions are denied as moot.

So **ORDERED** and **SIGNED** this **16** day of **May, 2013.**

_____
Ron Clark, United States District Judge