## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID LEE JACKSON | § | |
| | § | |
| v. | § | CASE NO. 1:09-cv-1039 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER OF TRANSFER

For effective disposition of cases in the Eastern District of Texas, this Beaumont case is hereby transferred from Judge Ron Clark to Judge Michael J. Truncale.

Therefore, it is **ORDERED** that this case be reassigned and transferred to the docket of the Honorable Michael J. Truncale.

**So ORDERED and SIGNED this 6th day of January, 2020.**

_____
RODNEY  GILSTRAP
Chief Judge